# Exhibit 1

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE J | PAGE OF PAGES | |
|---|---|---|---|---|
| | | | 1 | 38 |

| 2. AMENDMENT/MODIFICATION NO. 0007 | 3. EFFECTIVE DATE 27-Jul-2023 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|

| 6. ISSUED BY          CODE | N62470 | 7. ADMINISTERED BY (If other than item 6)          CODE | |
|---|---|---|---|
| COMNAVFACSYSCOM ATLANTIC<br>6506 HAMPTON BLVD<br>NORFOLK VA 23508-1278 | | **See Item 6** | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | | |
|---|---|---|---|
| | X | 9A. AMENDMENT OF SOLICITATION NO.<br>N6247020R5003 | |
| | X | 9B. DATED (SEE ITEM 11)<br>20-Aug-2020 | |
| | | 10A. MOD. OF CONTRACT/ORDER NO. | |
| | | 10B. DATED (SEE ITEM 13) | |

| CODE | FACILITY CODE |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| X | The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer | | X | is extended, | | is not extended. |
|---|---|---|---|---|---|---|

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:

(a) By completing Items 8 and 15, and returning ___1___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This amendment is issued to provide questions and answers in response to the solicitation.

This amendment extends the due date of proposal to 9 August 2023, 4 PM.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| | TEL:                          EMAIL: | |
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>27-Jul-2023 |

| EXCEPTION TO SF 30<br>APPROVED BY OIRM 11-84 | 30-105-04 | STANDARD FORM 30 (Rev. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |
|---|---|---|

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION  SF 30 - BLOCK 14 CONTINUATION PAGE

The following have been added by full text:
  AMENDMENT 0007

The following are questison and answers regarding the solicitation and prior amendments.

**Question 96:**  We request a two-week extension to submit proposals from 28 July 2023 to 11 August 2023 to enable firms to properly respond.

*Answer 96:* At this time, the Government is extending the due date of proposals until 1600 on 9 August 2023.

**Question 97:** We request consideration that the requirement for proposal submission be dropped and electronic only submissions be allowed.

*Answer 97:* Please see revised section Volume II Cost/Price Proposal: Organization of Volume II - Cost/Price Proposal, Solicitation Submittal Requirements. It is the Government's intent to receive one electronic submission containing a price model and any cost model or technical proposal changes noted in red text. In response to questions received, the Government is also allowing the eletronic submission of updated Pre-Award Surveys as well.

**Question 98:** The revised solicitation is not clear whether you are requesting revised Volume I Technical proposals in addition to the revised Volume II Price propsals. Please clarify.

*Answer 98:* As stated within Block 14 of Amendment 0006, "The Government has determined the necessity of price model submissions and discussions… The Government will not reevaluate the technical proposals previously received nor change any technical rating already assigned, unless red-lined revisions are received in addition to the request cost/price information."  Please also see the response to Question 103 below for further clarification.

**Question 99:** The revised solictation is not clear whether or how any revisions to Volume I Technical proposals, if required, will be evaluated.

*Answer 99:* In accordance with Section II - Cost/Price and Related Information, "All offerors must submit a price model in order to be considered for award.  Offerors may also provide a revised cost model submission, capturing all changes in red text. If a revised cost model is not provided, the previously submitted cost model submission will be used for evaluation."  As the solicitation does not have any updates or changes to the requirements of the technical factors, no technical updates are required at this time.  If an offeror decides to make any updates to their technical proposal on their own accord, it is requested those updates be made as added pages with changes noted in red text instead of full technical proposal revisions.

**Question 100:** Please clarify whether JL.12 needs to be included in Section II of our proposal as added on page 34 of 59 under "The Cost/Price Submission shall include the following:" JL.12 does not require any offeror input/response.

*Answer 100:* Attachment JL.12 has not been changed and does not require resubmission. It is now included on the list under Section II - Cost/Price and Related Information as part of the Cost/Price submission, as it should have always been on that list.  Its absence from that list was an oversight.

**Question 101:** Please confirm that JL.6, PROPOSED, HISTORICAL, AND YEAR-TO-DATE INDIRECT RATES, must be updated by all offerors to show "the prior three completed fiscal or calendar years" which would be FY 2020, FY 2021, FY 2022, and FY 2023 YTD instead of 2017-2020 as included in the previously provided JL.6 (REV 1).

*Answer 101:* Yes, it is necessary to update JL.6.  Please see updated attachment JL.6 (REV 2) for use and attached solicitation noting the noted version updates.

**Question 102:** Please confim that there are no updates to Section K - Representations and Certications that offerors need to complete.

*Answer 102:* There are no updates to Section K required at this time.

**Question 103:** L-3; Para 1.A This section says in part "A. Technical and cost/price proposals shall be submitted…" Do you require offerors submit complete proposals of Technical and/or Cost Price or should offerors submit only new and changed pages.

*Answer 103:* In accordance with the solicitation, Section II - Cost/Price and Related Information, "All offerors must submit a price model in order to be considered for award. Offerors may also provide a revised cost model submission, capturing all changes in red text. If a revised cost model submission is not provided, the previously submitted cost model submission will be used for evaluation." There were no changes to the technical factors of the solicitation; therefore, the Government is not requesting updated technical proposals at this time. If an offeror feels inclined to make changes to their technical proposal, they should do so utilizing changed pages and red text versus a whole new submittal.

**Question 104:** Vol II Price Proposal; Section I SF33; Tab 1 Text says: "Signed and completed SF33 (solicitation, offer, and award) and SF30's (if issued). Indicate period of validity of the offeror's proposal in block 12 (at least 240 days)…" However, on the Amendment 0006 SF30 Block 14 it says the validity period is only through 30 September 2023. Is there a typo on that date or is the text in Volume II instructions incorrect.

*Answer 104:* Technically the 240 days within block 12 would be from the date of initial proposal receipt. In order to ensure the proposal changes received can be evaluated, the Government requests all proposal validity until at least 30 September 2023.

**Question 105:** JL.16 under Profit Ceiling Rate Text says: "Profit shall not be applied to travel, subcontractor's cost at any tier, subcontractor mark-up, direct charged local state, etc. taxes, and any JV feed/mark-ups." Typically Construction firms have established accounting systems with the profit rate applied to all costs associated with the project. Will the government revise this direction to allow Construction firms to follow previously established accounting systems accepted by DCAA?

*Answer 105:* The intent of JL.16 is to define profit ceiling rates to be utilized in pursuance of firm fixed price task orders for the prime and all subcontractors. If your accounting system has been approved in regard to firm fixed price orders and the utilization of profit as described, please provide a narrative describing such, and provide copies of the DCAA-affiliated documents providing such approval.

**Question 106:** Because Amendment 0006 is substantive and requires proposal additions and revisions, and the closing time for questions is 1600 EDT on July 21, 2023 (one week before proposals are due in hard copy), will the government consider extending the proposal submission due date to be at least 14 calendar days following the Contracting Officer's response to all submitted questions?

*Answer 106:* Please see the answers to questions 96 and 97 above.

SECTION J - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

The following have been modified:
    LIST OF ATTACHMENTS
Attachment JL.1, List of Directives

Attachment JL.2, Cost Reimbursable Direct Labor Hourly Ceiling Rates

Attachment JL.2A, Cost Reimbursable Direct Labor Hourly Ceiling Rates Build-Up Form  (Tab Within Attachment JL.2)

Attachment JL.3, Identification of Uncompensated Overtime Ratios

Attachment JL.4, Proposed Distribution of Work (REV 1)

Attachment JL.5, Indirect Ceiling Rate and Award Fee Application Form

Attachment JL.5A, Indirect Ceiling Rates Build Up Form

Attachment JL.6, Proposed Historical and Year–To-Date Indirect Rates (REV 12)

Attachment JL.6A, Service Contract Labor Standards and Wage Rate Requirements (Construction) Ceiling Labor Rates

Attachment JL.7, Cost Model for CONUS and OCONUS locations for Base and Option Years

Attachment JL.7A, Summary Cost Model for Multiple Offerors (Tab Inside Attachment Within JL.7)

Attachment JL. 8, Construction Experience Project Data Sheet (REV 3)

Attachment JL.9, Historical Small Business Utilization (REV 1)

Attachment JL.10, Small Business Participation and Commitment Document (REV 1)

Attachment JL.11, Small Business Subcontracting Plan

Attachment JL.12, Award Fee Plan

Attachment JL.13, Past Performance Questionnaire

Attachment JL.14, Price Model

Attachment JL.15, FFP Fully Burdened Ceiling Rates

Attachment JL.16, FFP Indirect Ceiling Rates

SECTION L - INSTRUCTIONS, CONDITIONS AND NOTICES TO BIDDERS

The following have been modified:
    INSTRUCTIONS TO OFFERORS
**L-1 DETERMINATION OF RESPONSIBILITY**

In accordance with Federal Acquisition Regulation (FAR) Part 9.1, the Contracting Officer shall award contracts only to responsible vendors. No purchase or award shall be made unless the contracting officer makes an affirmative determination of responsibility.

To be determined responsible, a prospective contractor must have adequate financial resources to perform the contract, or the ability to obtain them. The contracting officer shall require acceptable evidence of the prospective contractor's current sound financial status, as well as the ability to obtain required resources if the need arises. In regard to resources, the contractor must be prepared to present acceptable evidence of subcontracts, commitments or explicit arrangement that will be in existence at the time of contract award, to rent, purchase, or otherwise acquire the needed facilities, equipment, services, materials, other resources, or personnel.

Pursuant to FAR 9.104-4, the Contracting Officer reserves the right to request adequate evidence of responsibility on the part of any prospective subcontractor(s).

Prior to award, the Contracting Officer will review the information submitted in accordance with Appendix E under the Cost Proposal Submittal hereto for purpose of determining responsibility.

The Contracting Officer reserves the right to request additional information if needed.

**L-2 INSTRUCTIONS FOR SUBMITTING QUESTIONS REGARDING THE SOLICITATION**

All inquiries concerning the attached RFP must be received electronically at least ~~fifteen (15) days~~a week (seven (7) days) in advance of the closing date in order to permit adequate time to reply to the inquiry. You may email your questions to:
amber.l.forehand-hughes.civ@us.navy.mil  and ~~-~~linda.c.stein.civ@us.navy.mil.

**L-3 PROPOSAL SUBMISSION INSTRUCTIONS**

1. Time and Date for Receipt of Proposals

   A. Technical and cost/price proposals shall be submitted no later than the date and time provided in Block 9 of the Standard Form 33 "Solicitation, Offer, and Award." Proposals not received on or before the hour and date set forth will be handled in accordance with FAR provision 52.215-1 "Instructions to Offerors – Competitive Acquisition."

   B. Proposals shall be submitted to the following address:
      Naval Facilities Engineering Systems Command, Atlantic
      Mailroom, Attention: Amber Forehand-Hughes, Code ~~ACQ35~~ CON35
      6506 Hampton Blvd Norfolk, VA 23508-1278

Proposals will be submitted in sealed envelopes/boxes marked in the bottom right corner "N62470-20-R-5003 DO NOT OPEN IN MAILROOM."

NOTE: PLEASE BE MINDFUL OF DELIVERY TIMES AND PLAN ACCORDINGLY.  PROPOSALS **NOT RECEIVED OR RECEIVED AND NOT DATE STAMPED** AT THE ABOVE ADDRESS ON OR BEFORE THE HOUR AND DATE SET FORTH FOR RECEIPT OF PROPOSALS IN BLOCK 9 OF THE SF33 SHALL BE SUBJECT TO THE PROVISIONS OF FAR 52.215-1(C), "SUBMISSION, MODIFICATION, REVISION AND WITHDRAWAL OF PROPOSALS."

**L-4.  GENERAL INFORMATION**

Below hereto is a description of the elements of the proposal, including specific instructions for its organization. When evaluating your capability, the Government will consider how well you complied with these instructions.  If you (1) fail or refuse to assent to any of the terms and conditions of this RFP; (2) propose additional terms or conditions; and/or (3) propose assumptions that take material exception to the requirements of the solicitation, the Government may consider your offer to be unacceptable and your offer may be rejected without further consideration.

Each volume of the proposal shall be submitted in accordance with this Provision.   Proposals are to be neat, legible and orderly. Content is more important than quantity. Pages shall be numbered in accordance with the numbering conventions outlined in the solicitation. A concise and comprehensive proposal is desired. Organization, clarity, accuracy of information, relevance, and completeness are of prime importance. Statements such as "will comply" or "noted and understood" without supporting narrative to define compliance are not acceptable. Cursory responses or responses which merely reiterate or reformulate solicitation language will not be considered as satisfying the requirements of the RFP or as demonstrating the ability to perform. Elaborate brochures or other presentations beyond that sufficient to present a complete and effective proposal are not desired. Elaborate artwork and expensive visual or other presentation aids are not necessary.

The Non-Cost (Technical Factors and Past Performance) and Cost/Price Proposals shall be submitted in separate binders, tabbed appropriately, and must include a cover page with the name of the prime contractor(s), ~~DUNs~~ Unique Entity ID number(s), addresses, phone number, email addresses, solicitation number and point of contact. Should there be a discrepancy between paper and electronic information provided, the paper copies shall govern. Offerors are requested to number the pages consecutively for each factor.

**Joint Venture and Team Arrangements** - FAR Subpart 9.6 defines contractor team arrangements. Contractor team arrangements mean (1) two or more companies form a partnership or joint venture to act as a potential prime contractor or (2) a potential prime contractor agrees with one or more other companies to have them act as its subcontractor under a specified Government contract or acquisition program.

**Offerors may not submit more than one offer as a prime contractor. Failure to comply with this limitation may result in disqualification of the offeror from contract award.**

All offerors proposing team members (including a joint venture or subcontractor), or relying on resources of a parent company/subsidiary/affiliate/other entity shall submit the following information in the front of the **non-cost and cost/price** proposals:

1. Provide a listing of the team members' corporate name (no abbreviations), address, point of contact, phone number, email address, ~~DUNS~~ Unique Entity ID Number, and Cage Code.

2. Submit a copy of the joint venture agreement, other teaming agreement, or binding letter of commitment from each team member. All joint ventures, teaming agreements, and letters of commitment shall: (1) clearly identify the expected relationship, role and responsibility between the firms or of the subcontractor or other entity (type and proportion of work to be performed); and (2) shall be signed by the appropriate individual(s) of each firm/entity. Copies of joint venture agreements, teaming agreements, and letters of commitment shall not be applied against the overall 175 page limit. Joint Venture Agreements and letters of commitment should be provided in both the technical and cost/price proposal.

Contractors must submit required information for technical and cost proposals as follows:

> **Volume I: Non-cost (Technical Factors and Past Performance):** Submit one (1) original, six (6) copies in 8-1/2 x 11 format, font size 11-12. Tables and charts can be in landscape format, font size 10. Proposals will be submitted in three ring binders and tabbed appropriately by major evaluation factor. Double-sided pages are encouraged to conserve paper. In addition, submit a complete copy of the non-cost proposal on CD (bookmark all sections the same as the tabs in paper copies). The document should be submitted as both an Adobe Acrobat file (.pdf) and as a Microsoft Word file. (Note: Cover page, letters of commitment, JV agreements, and past performance questionnaires may be submitted in Adobe only). Additionally, it is acceptable to have multiple Microsoft Word files that are organized on the CD by subfolders instead of submitting one Microsoft Word file.) Proposal submission is limited to 175 pages. Note that letters of commitment, Joint Venture/teaming/partnership agreements, CPARS evaluations, past performance questionnaires, Attachments JL.9 (REV 1), JL10 (REV 1), and JL.11 are not applied against the overall page limit. Further, tabs, introductory sheets (e.g. Table of Contents, List of Figures, List of Acronyms), a one-page coversheet to identify the contractor and the proposal, and the listings of team member's corporate names and point of contact information are not applied against the overall page limit. There is no page limitation for the introductory sheets. All information provided on the introductory sheets is not evaluated. Offerors are requested to number the pages consecutively for each factor. Within the tabs for the factors, only the pages that are applied to the overall page limit should contain consecutive page numbers. If a form that is provided as a JL attachment in this solicitation is a form that is applied to the overall page number limit, a page number should be added to the form. **Any pages in excess of the maximum limits stated herein shall be removed and not evaluated.**
>
> Non-Cost /Technical proposals shall not encompass any elements of cost and shall be organized in the general format as follows:
>
> - Cover page
> - Listing of team member corporate names and point of contact information
>   - Team member corporate name (no abbreviations)
>   - Address
>   - Point of Contact
>   - Phone number

- ~~DUNS~~ Unique Entity ID number
- CAGE Code
- Introductory Sheets (e.g. Table of Contents, List of Figures, List of  Acronyms)
- Copies of letters of commitment from the team members
- Copies of joint venture agreements, or other teaming arrangement agreements
- Factor 1 – Corporate Experience
- Factor 2 – Safety
- Factor 3: Small Business Utilization and Participation
  - Historical Small Business Utilization (required for both Large and Small Business Offerors)
  - Small Business Participation Commitment Document (required for both Large and Small Business Offerors)
  - Small Business Subcontracting Plan (required for Large Business Offerors)
- Factor 4: Past Performance
  - Past Performance Questionnaires

**VOLUME I: NON-COST PROPOSAL**

**NON-COST EVALUATION FACTORS**

  (a)  Non-cost/price Factors:

    (1)  **Factor 1,  Corporate Experience :**

      (i)  **Solicitation Submittal Requirements:**

Offerors (Prime/JVs) shall provide the following:
- A maximum of five (5) projects similar in size, scope and complexity to the work anticipated under this contract and **completed** within the past ten (10) years of the date of issuance of this RFP.  Each project must be valued at $10 million or more.
- A maximum of three (3) projects, similar in scope and complexity to the work anticipated under this contract and **completed, or substantially completed** within the past five (5) years of the date of issuance of this RFP.  Substantially completed means that the majority of the substantive work (approximately 75% or more) is completed.

The project descriptions should explain the relevance of each project, including the extent to which the project demonstrates experience in planning, team-forming, managing, coordinating, and executing construction emergency/contingency recovery work requiring rapid mobilization and/or new construction, renovations, and repairs in a wide array of geographical locations world-wide (continental United States, overseas, and remote locations); federal cost contracting experience; and incidental services experience.  Incidental services are those in support of the construction effort that may be required to provide initial Base Operating Support (BOS) Services, i.e., set up of base operating office/camp to provide services for military and contractor staff as necessary at a disaster or remote location.

At least one project must be performed at a location other than the United States or its territories.

A project is defined as work performed under a single task order or standalone contract.  For multiple award and indefinite delivery/indefinite quantity type contracts, the contract as a whole should not be submitted as a project; rather, Offerors should submit work performed under a task order as a project.

The attached Construction Experience Project Data Sheet (Attachment JL.8 (REV 3)) is MANDATORY and SHALL be used to submit project information.  This form is set at 10 pt font and the font size shall not be altered by the Offeror.   Except as specifically requested, the Government will not consider information submitted in addition to this form.  Individual blocks on this form may be expanded; however, total length for each project data sheet shall

not exceed five (5) pages (either five (5) single sided pages or two (2) double sided pages and a single page).  All pages addressing Attachment JL.8 (REV 3) are included in the overall 175 page limitation.

For all submitted projects, the description of the project shall clearly describe the scope of work performed and the relevancy to the project requirements of this RFP.

If the Offeror is a Joint Venture (JV), at least one of the relevant projects should be submitted for the JV entity.  If the JV does not have shared relevant experience, at least one project shall be submitted for each JV partner.  Offerors who fail to submit a relevant project for either the JV as an entity or for each of the JV partners will be found unacceptable.  If a project was performed by a JV, and not all partners from that JV are on the JV proposed for this contract, the offeror shall clearly demonstrate what portion of the work was performed by the JV partner offering on this contract and shall not include work performed by the JV as a whole.  If the offeror does not specifically address what portion of the work under the submitted project was performed by the JV member offering on this contract, the project will not be evaluated.

If an Offeror is utilizing experience information of affiliates/subsidiaries/parent/LLC/LTD member companies (name is not exactly as stated on the SF33), the proposal shall clearly demonstrate that the affiliate/subsidiary/parent firm will have meaningful involvement in the performance of the contract.

A key subcontractor is defined as a subcontractor that performed major and/or critical aspects of work submitted as a project under this factor. The Offeror may utilize experience of a key subcontractor to demonstrate construction experience under this evaluation factor.  The Offer must provide a signed letter of commitment and an explanation of the meaningful involvement that the subcontractor will have in performance of this contract.

(2) **Factor 2:  Safety**

(i) **Solicitation Submittal Requirements:**

The Offeror shall submit the following information:  (For a partnership or joint venture, the following submittal requirements are required for each contractor who is part of the partnership or joint venture; however, only one safety narrative is required.  EMR, DART and TRC Rates shall not be submitted for subcontractors.)

(1) Experience Modification Rate (EMR):  Include five previous complete calendar years' worth of data (2019, 2018, 2017, 2016 and 2015).  This rate compares company's annual losses in insurance claims against its policy premiums.  The offeror may submit an insurance company-provided equivalent rate if no EMR exists.  If the offeror has no EMR or premium, for any year, affirmatively state so and explain why.  Any extenuating circumstances that affect the EMR and negative trends should be addressed as part of the factor submission.

(2) OSHA Days Away from Work, Restricted Duty, or Job Transfer (DART) Rate:  For the five previous complete calendar years, the offeror will submit their OSHA DART, as defined by the U.S. Department of Labor, Occupational Safety and Health Administration (2019, 2018, 2017, 2016 and 2015). If unable to submit OSHA DART rates, affirmatively state so, and an explanation must be provided.  Any extenuating circumstances that affected the OSHA DART rate data and negative trends should be addressed as part of this element. The board will evaluate the OSHA DART rates to determine if the Offeror has demonstrated a history of safe work practices taking into account any upward trends and extenuating circumstances that impact rates.

(3) OSHA Total Recordable Case (TRC) Rate: For the five previous complete calendar years, the offeror will submit their OSHA TRC, as defined by the U.S. Department of Labor, Occupational Safety and Health Administration (2019, 2018, 2017, 2016 and 2015).  If unable to submit OSHA TRC rates, affirmatively state so, and an explanation must be provided.  Any extenuating circumstances that affected the OSHA TRC rate data and negative trends should be addressed as part of this element. The board will evaluate the OSHA TRC rates to determine if the Offeror has demonstrated a history of safe work practices taking into account any upward trends and extenuating circumstances that impact rates.

(4)  Technical Approach for Safety:  Describe the plan for safety that will be implemented to evaluate safety performance of potential subcontractors as part of the selection process for all levels of subcontractors. The offeror shall submit a narrative that fully describes the safety management system that they will use to oversee the safety compliance and performance of self-performed and subcontractor performed work. The offeror will describe any innovative methods that will be employed to ensure and monitor safe work practices at self-performed and/or all subcontractor levels.  Additionally, the contactor will describe their methodology to execute an effective program that facilitates sound mishap prevention techniques and processes, employee reporting of unsafe conditions, unsafe activities, and near-miss mishaps. The technical approach to safety narrative shall be limited to two double-sided pages.

### (3) Factor 3, Small Business Utilization and Participation

It is the policy of the Government to provide maximum practicable opportunities in its acquisitions to Small Business (SB) concerns, including Historically Underutilized Business Zone Small Business (HUBZone SB), Woman-Owned Small Business (WOSB), Small Disadvantaged Business (SDB), Veteran-Owned Small Business (VOSB), Service-Disabled Veteran-Owned Small Business (SDVOSB), and other small business concerns. Further, it is the policy of the Government that such concerns will have the maximum practicable opportunity to participate in contract performance consistent with its efficient performance.

**(i)      (i)  Solicitation Submittal Requirements:**

1.  **All** Offerors (both Other than Small Businesses (OTSB) **AND** SBs shall use Attachment JL.9 (REV 1) (Historical Small Business Utilization) to demonstrate their historical utilization of SBs.  Attachment JL.9 (REV 1) shall be provided for each project submitted under Factor 1, Corporate Experience. Failure to submit Attachment 9 (REV 1) for each project submitted under Factor 1, Corporate Experience, or the failure to fully complete Attachment JL.9 (REV 1) may result in a deficiency.

2.  **All** Offerors (both OTSBs and SBs) shall use Attachment JL.10 (REV 1) (Small Business Participation Commitment Document (SPCD)) to submit the following required information for evaluation of this factor:

...  To demonstrate commitment to use small business concerns in the performance of this contract, identify all planned subcontractors by name that will be used to support each specific small business category (i.e., SB, HUBZone SB, WOSB, SDB, VOSB, and SDVOSB).  Identify the type and complexity of product/service to be subcontracted, the estimated subcontract value, and the type of commitment (i.e., teaming agreement, letter of commitment, etc.) with each subcontractor.

...  To demonstrate maximum practicable participation of small businesses, identify (in terms of dollar value and percentage of the total contract value) the Offeror's proposed small business participation. The minimum required small business participation (i.e. work to be performed by small business as the prime contractor and/or work to be performed by small business subcontractors) is **20%**.  All Offerors who are not able to meet the minimum total small business participation requirement of **20%** (of the total contract value) shall provide a detailed explanation why the minimum total small business participation requirement cannot be achieved.

Large business Offerors may achieve the minimum total small business participation requirement through subcontracting to small businesses.

Small business Offerors may achieve the minimum total small business participation requirement through their own performance/participation as a prime and also through a joint venture, teaming arrangement, and/or subcontracting with other small business concerns.

Offerors are encouraged to exceed this percentage and seek meaningful levels of participation in each of the small business categories (i.e., SB, HUBZone SB, WOSB, SDB, VOSB, and SDVOSB) consistent

with efficient contract performance.  Offerors are required to provide a detailed explanation for the methods used to develop the small business participation requirements.

Offerors simply proposing a **20%** total small business participation requirement without describing the methods used may be rated lower.

If the Offeror does not intend to subcontract, provide a detailed explanation why subcontracting would not result in efficient contract performance.

**SMALL BUSINESS SUBCONTRACTING PLAN (April 2020)**

In accordance with FAR 19.7, all other than small businesses shall submit a Small Business Subcontracting Plan (SBSP) utilizing the template provided as Attachment JL.11.  Acceptability of the SBSP will be considered a responsibility matter.  The SBSP will not be evaluated or rated by the SSEB, but reviewed by a Small Business Professional/Authorized Representative and the Contracting Officer for acceptability.  The SBSP shall be negotiated and/or accepted within the time specified by the Contracting Officer.  Failure to negotiate an acceptable subcontracting plan within the time limit prescribed by the Contracting Officer will render the offeror ineligible for award of the contract.  The SBSP will be incorporated into the resulting contract.

NAVFAC's command-wide small business subcontracting targets are shown below.  These may be higher or lower than percentages that would represent realistic, challenging, small business subcontracting goals for this acquisition consistent with efficient and effective performance of the contract.  These targets are based on a percentage of total planned subcontract dollars.

| | |
|---|---|
| Small Business (SB) | 40% |
| Small Disadvantaged Business (SDB) | 5% |
| HUBZone SB | 3% |
| Woman-Owned Small Business     (WOSB) | 9% |
| Veteran-Owned Small Business (VOSB) | 3% |
| Service-Disabled Veteran-Owned Small Business (SDVOSB) | 3% |

The SBSP shall be consistent with the commitments offered in the Small Business Participation Commitment Document (Attachment JL.10 (REV 1)).  In accordance with DFARS 215.304(c)(i), when an evaluation assesses the extent that small businesses are specifically identified in proposals, those small businesses considered in the evaluation shall be listed in the SBSP.

Please note that SBSP goals and the participation requirements provided in the Small Business Participation Commitment Document (SBPCD) WILL NOT be the same.  The participation requirements within the SBPCD are provided as percentages of the total contract value; subcontract plan goals are provided as a percentage of planned subcontracting dollars.  While the percentages will differ, the types of products/services identified in the SBSP, should be the same as those products/services identified in the SBPCD. Likewise, the planned small business subcontract dollars in the SBSP will be equal to (or in some cases greater than) the extent of small business participation identified in the SBPCD.

   **(4)  Factor 4.  Past Performance:**

      **(i)  Solicitation Submittal Requirements:**

The Government will evaluate the Offerors' and proposed team members' past performance on the work experience identified in Factor 1 (Corporate Experience). IF A COMPLETED CONSTUCTION CONTRACTOR APPRAISAL SUPPORT SYSTEM (CCASS) EVALUATION OR CONTRACTOR PERFROMANCE ASSESSMENT REPORTING SYSTEM (CPARS) EVALUATION IS AVAILABLE, IT SHALL BE SUBMITTED WITH THE PROPOSAL. IF THERE IS NOT A COMPLETED CCASS OR CPARS EVALUATION, the Past Performance Questionnaire (PPQ) included in the solicitation is provided for the offeror or its team members to submit to the

client for each project the offeror includes in its proposal for Factor 1, Corporate Experience. AN OFFEROR SHALL NOT SUBMIT A PPQ WHEN A COMPLETED CCASS OR CPARS IS AVAILABLE.

The blank Past Performance Questionnaire (PPQ) included in the solicitation (Attachment JL.13) is provided for the offeror to submit for each project the offeror includes in its proposal for Factor 1, Corporate Experience, up to a total of five (5) questionnaires for which no CCASS or CPARS is available.  Ensure correct phone numbers and email addresses are provided for the client point of contact.  Offerors should provide completed PPQs with their proposal. If the offeror is unable to obtain a completed PPQ from a client for a project(s) before proposal closing date, the offeror should complete and submit with the proposal the first page of the PPQ (Attachment JL.13), which will provide contract and client information for the respective project(s).  Offerors should follow-up with clients/references to ensure timely submittal of questionnaires.  If the client requests, questionnaires may be submitted directly to the two Government's point of contact, Linda Stein, via email at ~~linda.stein@navy.mil~~linda.c.stein.civ@us.navy.mil, and Amber Forehand-Hughes, via email at ~~amber.forehand@navy.mil~~amber.l.forehand-hughes.civ@us.navy.mil, prior to the proposal closing date.  Offerors shall not incorporate by reference into their proposal PPQs or CCASS/CPARS previously submitted for other RFPs. However, this does not preclude the Government from utilizing previously submitted PPQ information in the past performance evaluation.  The Government may make reasonable attempts to contact the client noted for that project(s) to obtain the PPQ information requested.  However, offerors should follow-up with clients/references to help ensure timely submittal of questionnaires.

Offerors should provide an explanation of any past performance problems that may have developed on these projects and corrective action taken.  The offerors can submit their explanations of any past performance problems that may have developed on the projects submitted under Factor 1 in a narrative.  The narrative will be page counted and should be submitted after the past performance questionnaire.

Also include performance recognition documents received within the last ten (10) years such as awards, award fee determinations, customer letters of commendation, and any other forms of performance recognition for Factor 1, Corporate Experience projects only. For performance recognition documents to be considered under this factor they are required to be dated and contain the signature and position of the individual signing.  Further, performance recognition documents solicited especially for the purposes of this factor may be considered less favorably than documents contemporaneously received for the work performed.

In addition to the above, the Government may review any other sources of information for evaluating past performance.  Other sources may include, but are not limited to, past performance information retrieved through the Past Performance Information Retrieval System (PPIRS) using all CAGE/Unique Entity ID ~~DUNS~~ numbers of team members (partnership, joint venture, teaming arrangement, or parent company/subsidiary/affiliate) identified in the offeror's proposal, inquiries of owner representative(s), Federal Awardee Performance and Integrity Information System (FAPIIS), Electronic Subcontract Reporting System (eSRS), and any other known sources not provided by the offeror.

**While the Government may elect to consider data from other sources, the burden of providing detailed, current, accurate, and complete past performance information rests with the offeror.**

**Volume II COST/PRICE PROPOSAL:**

**Organization of Volume II – Cost/Price Proposal**

**Solicitation Submittal Requirements:**

Submit a copy of your cost/price proposal, preaward survey, and any additional proposal updates in red text electronically to Amber Forehand-Hughes, amber.l.forehand-hughes.civ@us.navy.mil and Linda Stein, linda.c.stein.civ@us.navy.mil.  ~~one original and one (1) copy of the cost proposal in a three ring binder, tabbed appropriately.  In addition, submit two (2) complete copies of the cost proposal on CD. Offerors should submit only one original hard copy of the Pre-Award Survey.~~ Spreadsheets should be in Microsoft Excel.  Electronic documents should be fully compatible with Microsoft Office 2010 and fully editable to

allow Government evaluators to make cost analysis adjustments.  Do not submit Adobe Acrobat files except for the cover page, SF30, SF33, JV/Mentor Protégé Agreements, representations and certifications, copies of audits/indirect rate agreements and financial statements.  Adobe Acrobat files are acceptable for Section III, Appendices.  **There is no page limit for Volume II.**

~~Please submit an updated Preaward Survey, in its entirety, via hard copy via:~~
~~NAVFAC ATLANTIC, CON35~~
~~ATTN: Amber Forehand-Hughes / Linda Stein~~
~~6506 Hampton Blvd.~~
~~Norfolk, VA 23508~~

All cost and pricing information shall be furnished in Volume II ~~-~~ Cost/Price Proposal: The Government will not be responsible for cost/price or pricing information provided in the Non-Cost Proposal but not included in the cost proposal. "Data Other than Certified Cost or Pricing Data" shall be submitted by the Offeror to support cost realism, price reasonableness, and the completeness of the proposal. All "Data Other than Certified Cost or Pricing Data" submitted pursuant to this section is for the exclusive use of the Government.

Volume II should include a cover page that contains the following information:

    Listing of team member corporate names and POC information:
    Team member corporate name (no abbreviations)
    Address
    POC
    Phone
    ~~DUNS~~ Unique Entity ID Number
    CAGE Code

The content and format for submitting cost data shall be in accordance with general format outlined above and as stated below:

## SECTION I - STANDARD FORM 33

**Tab 1** - Signed and completed SF33 (solicitation, offer, and award) and SF30's (if issued). Indicate period of validity of the offeror's proposal in block 12 (at least **240 days**) and the following information:

a.    CAGE Code, ~~DUNS~~Unique Entity ID, and tax ID numbers for prime contractor and all cost reimbursable subs. For joint ventures the cage code for each member of the joint venture, as well as the joint venture should be provided.

b.    Date of Last Equal Employment Opportunity Report (EEO-1) certified filing for prime contractor and all cost reimbursable team subs and each member of a joint venture.

c.    Copy of latest VETS-4212 "Federal Contractor Veterans' Employment Report" for the prime contractor and all cost reimbursable team subs and each member of a joint venture.

**Tab 2** - Reminder: When proposing as a joint venture, all members of the joint venture shall sign the SF 33 unless a written agreement by the joint venture is furnished with the proposal designating one firm with the authority to bind the other member(s) of the joint venture.  TAB 2 shall include a copy of the joint venture agreement (if applicable). Failure to comply with the foregoing requirements may eliminate the proposal from further consideration.  If the joint venture is subject to the SBA Mentor-Protégé Program, a copy of the SBA approval of the joint venture arrangement shall be included. Additionally, Tab 2 shall contain Copies of letters of commitment from the team members.

**Tab 3 - Completed** Representations and Certifications (see Solicitation Section K)

**SECTION II -– COST/PRICE AND RELATED INFORMATION**

**Tab 1 -– COST/PRICE PROPOSAL WITH SUPPORTING DOCUMENTATION**

The Cost/Price Submission shall include the following:

- ... Attachment JL.2, Cost Reimbursable Direct Labor Hourly Ceiling Rates
- ... Attachment JL.2A, Cost Reimbursable Direct Labor Hourly Ceiling Rates Build-Up Form
- ... Attachment JL.3, Identification of Uncompensated Overtime Ratios
- ... Attachment JL.4 (REV 1), Distribution of Work
- ... Attachment JL.5, Indirect Ceiling Rates Form
- ... Attachment JL.5A, Indirect Ceiling Rates Build Up Form
- ... Attachment JL.6 (REV 2+), Proposed Historical and Year–To-Date Indirect Rates
- ... Attachment JL.6A Service Contract Labor Standards and Wage Rate Requirements (Construction) Ceiling Labor Rates
- ... Attachment JL.7, Cost Model for CONUS and OCONUS locations for Base and Option Years
- ... Attachment JL.7A, Summary Cost Model for Multiple Offerors
- ... Attachment JL.12, Award Fee Plan
- ... Attachment JL.14, Price Model
- ... Attachment JL.14A, Summary Price Model for Multiple Offerors
- ... Attachment JL.15, Firm Fixed Price Fully Burdened Rates
- ... Attcahment JL.15A, Firm Fixed Price Fully Burdened Rates Ceiling Rates Build-Up Form
- ... Attachment JL.16, Firm Fixed Price Indirect Ceiling Rates Form

**THE GOVERNMENT NOW REQUIRES BOTH A COST MODEL (ATTACHMENTS JL.7/7A) AND AFFILIATED SUPPORTING DOCUMENTS (ATTACHMENTS JL.2/2A, JL.5/5A, ETC.) AND A PRICE MODEL (ATTACHMENTS JL.14/14A) AND AFFILIATED SUPPORTING DOUCMENTS (ATTACHMENTS JL.15/15A, JL.16, ETC.) FOR EVALUATION PURPOSES.**

**ALL OFFERORS MUST SUBMIT A PRICE MODEL IN ORDER TO BE CONSIDERED FOR AWARD. OFFERORS MAY ALSO PROVIDE A REVISED COST MODEL SUBMISSION, CAPTURING ALL CHANGES IN RED TEXT.  IF A REVISED COST MODEL SUBMISSION IS NOT PROVIDED, THE PREVIOUSLY SUBMITTED COST MODEL SUBMISSION WILL BE USED FOR EVALUATION.**

PLEASE ENSURE THE SUBMISSION OF ANY COST/PRICE FORMS WITH BLANKS OR ZEROES ($0) ARE ACCOMPANIED BY SUFFICIENT NARRATIVE EXPLANATION.

COST/PRICE ATTACHMENTS JL.2, JL.5, JL.12, JL.15, AND JL.16 WILL ALL BECOME PART OF THE CONTRACT FOR ANY OFFEROR THAT RECEIVES AWARD.

**COST (EVALUATION OF COST PLUS AWARD FEE ELEMENTS OF THE REQUIREMENT)**

The proposal shall include information for **SUBCONTRACTORS THAT WILL PERFORM COST REIMBURSABLE WORK**, in the same level of detail as provided by the Offeror. Cost reimbursable subcontractors will not be evaluated unless a signed letter of commitment has been provided or their proposed rates will not be included in the resultant contract.

Subcontractor information may be submitted separately for proposal purposes. However, it is noted that the cost reimbursable hourly ceiling rates for Cost Reimbursable Direct Labor Hourly Ceiling Rates Form (JL.2), and Indirect Ceiling Rates Form (JL.5), for each subcontractor that will perform cost reimbursable work will be incorporated into any resulting contract.

If the offeror is a joint venture, and the joint venture partners are proposing separate rates, information must be provided in the same level of detail for each member of the joint venture team.  The Cost Reimbursable Direct Labor Hourly Ceiling Rates Form (Attachment JL.2), Indirect Ceiling Rate Form (Attachment JL.5) for each Joint Venture partner proposed will be incorporated into any resulting contract.  One submittal may be submitted for the Joint Venture (JV) entity only if the JV has an established separate cost center for the JV entity with an adequate accounting system for a cost reimbursable contract.

If the offeror (or member of a joint venture) will utilize multiple cost centers in the performance of this contract, information must be provided in the same level of detail for each cost center.  The Cost Reimbursable Direct Labor Hourly Ceiling Rates Form (Attachment JL.2), Indirect Ceiling Rate Form (Attachment JL.5) for each cost center proposed will be incorporated into any resulting contract.

Some attachments do not contain formulas in order to allow offerors to structure formulas to accommodate their specific rate structures. The completed electronic submittals of forms for the offeror, each member of a Joint Venture entity, each cost reimbursable subcontractor, and each cost center, shall contain proper formulas.

Offerors shall not deviate from the basic format of the forms identified in Section J of the RFP. However, offerors may adjust columns, rows, and cost elements under Attachments JL.5, JL.5A, and J.L.6 in order to be consistent with their cost accounting systems. The cost proposal shall include the completed mandatory rate forms and supporting information in the general format outlined below.

The cost proposal shall be a complete and detailed breakdown of all cost elements and other cost information required herein. Offerors shall submit proposals consistent with the structure of their established and disclosed accounting practices. The composition of indirect expense pools and bases thereof (Overhead, General and Administrative, Material Handling, etc.) shall be consistent with those actually being utilized by the company. Proposed rates shall be based on recent history and/or budgetary projections. Pool expenses shall not include any of those expenses identified in FAR Part 31 as unallowable. The cost and pricing information shall be completed in accordance with the following:

    a.  **COST REIMBURSABLE DIRECT LABOR RATE SUBMISSION-ATTACHMENTS JL.2, JL.2A, JL.3**

        A separate rate sheet shall be submitted by the prime and each cost reimbursable subcontractor. Note: If the offeror is a joint venture, and the joint venture partners are proposing separate rates, separate rate sheets must be provided by each member of the joint venture.  Additionally, if the offeror (or member of a joint venture) will utilize multiple cost centers in the performance of this contract, information must be provided in the same level of detail for each cost center.  ONE RATE SHEET MAY BE SUBMITTED FOR THE JV ENTITY ONLY IF THE JV HAS AN ESTABLISHED SEPARATE COST CENTER FOR THE JV ENTITY WITH AN ADEQUATE ACCOUNTING SYSTEM FOR A COST REIMBURSEMENT CONTRACT.

        (1)  Offerors shall propose hourly ceiling rates for direct (unburdened-no overhead, G&A, etc.) labor for **all** labor categories listed in Attachment JL.2, Cost Reimbursable Direct Labor Hourly Ceiling Rates (*in accordance with the notes on JL.2), for the base year and each option year. Each required labor category in the solicitation shall be provided by the prime contractor (including individual JV members) **and** cost reimbursable subcontractors.  The ceiling rates proposed will be the **maximum allowable rates that can be proposed or charged** under task orders issued during the ordering period of any contract awarded as a result of this solicitation. The labor categories and labor rates identified in Attachment JL.2 will become part of the contract.  These are not bid rates.  Labor rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed estimating system practices and, if applicable, forward pricing rate agreements.  Labor rates proposed for task orders shall not exceed the maximum ceiling rates established in the contract under JL.2.

(2) Labor categories listed on Attachments JL.2 and JL.2A are for exempt employees. Service Contract Labor Standards (SCA) or Wage Rate Requirements Construction (DBA) categories are not included.  As applicable, DBA Wage Determinations will be included in individual task orders.  However, it is recognized that the administrative assistant and accounting technician labor categories included in JL.2 could be classified as SCA labor categories under an individual task order, when a Service Contract Labor Standards Wage Determination is incorporated into the task order.  The SCA and DBA rates used for proposals and billing purposes under individual task orders **SHALL REFLECT THE MINIMUM RATES** set forth on the applicable wage determination, unless a higher rate is otherwise approved by the Contracting Officer for use under the respective task order(s).  the higher rate shall not exceed the SCA or DBA rate plus the applicable wage determination ceiling percent proposed under Attachment JL.6A (incorporated into the contract), for the particular trade ,unless an exception is made in accordance with **Section H6-Service Contract Labor Standards and Wage Rate Requirements (Construction) Base and Ceiling**.

(3) Each contractor, JV member and cost reimbursable subcontractor shall provide individual or average direct labor rates (including any adjustment for uncompensated overtime-see attachment JL.3) and ceiling labor rates for ALL LABOR CATEGORIES listed on attachment JL.2 and JL.2A, regardless of whether the offeror currently employs personnel in every labor category or intends to rely on team members/subcontractors for the particular labor categories.  If the contractor/subcontractor does not currently employ an employee(s) under the listed labor category, a market rate shall be provided.  All labor categories listed on JL.2 shall be tied to an internal labor category.

(4) Offerors shall provide information on and discuss how the proposed labor rate ceilings were derived for Attachment JL.2.  Provide information on the basis of the base rates used to arrive at the ceiling rates, such as whether the base rates were based on actual individual rates for personnel, average or weighted average rates for current employees, forward pricing rates, market sources such as Bureau of Labor Statistics or salary.com, etc. The Offeror should submit any information reasonably required to explain the estimating process, including the judgmental factors applied and the mathematical or other methods used in the hourly rate estimate.  If a composite labor rate is utilized or a labor rate is prorated over fiscal years, provide the specific details/calculations used to determine the rate.  If forward pricing rates apply, provide a copy in Appendix B.  Any deviation from forward pricing rates, current actual rates for individuals, etc. shall be clearly documented.  Provide a narrative supporting the percent mark-up used on the base rates to arrive at the proposed ceiling rates.  Complete JL.2A showing the base rate for each labor category, percentage mark-up for each labor category, and base year ceiling rate.

(5) Offerors SHALL NOT ADD ADDITIONAL labor categories on JL.2. If it is determined that a labor category not listed on JL.2 is required for a task order, the Contract Administrator listed under Section G1-Contract Administration Data, paragraph (c), may approve the labor category and the corresponding ceiling rate for the specific task order and, if applicable, may incorporate the labor category into the basic contract.  Additionally, where it is determined necessary to utilize a specific individual on a task order, whose actual labor rate exceeds the established ceiling for the respective labor category, **the Contractor will be required to obtain prior written approval from the Contract Administrator** listed under Section G1.  In the event that such approval is not properly obtained, the Government will only be required to reimburse the Contractor at the ceiling rate established in the contract.

Shown below are sample entries for the JL.2A, Cost Reimbursable Direct Labor Hourly Ceiling Rate Build-Up Form.

| Solicitation/Contract Labor Category | Company Equivalent Labor Category | Source | Base Year Individual / | Percent mark-up for | Base Year Maximum |
|---|---|---|---|---|---|

| | (Do not list an individual name in this column) | | Average Direct Labor Rate | Direct Labor Ceiling Rate | Ceiling Rate |
|---|---|---|---|---|---|
| Program Manager | Program Manager I | Individual Rate (Jane Doe) | $000 | 0% | $000 |
| Sr Project Engineer | Sr. Associate Engineer | 2019 Avg. Rate | $000 | 0% | $000 |
| Construction Site Manager | Construction Site Supervisor-3 and Construction Manager -2 | 2019 Average Rates | $000 | 0% | $000 |
| QC Manager | | Cost Sub | $000 | 0% | $000 |

**\*Rates for FFP subcontractors are not applicable**

(6) If uncompensated overtime was used in calculating base individual and average labor rates for employees listed in Attachment JL.2, complete **Attachment JL.3 (IDENTIFICATION OF UNCOMPENSATED OVERTIME RATIOS)** for each affected labor category.  Additionally, provide in Appendix C: (1) required information per FAR 52.237-10 Identification of Uncompensated Overtime (Oct 1997); (2) historical number of hours in excess of 40 hours per week for each labor category; and (3) evidence of the Defense Contract Audit Agency or Defense Contract Management Agency approval of the corporate policy addressing uncompensated effort.  Identification of Uncompensated Overtime Ratios shall be submitted for the Prime, each member of a JV entity, each cost reimbursable subcontract, and each cost center that will be utilized in the performance of the contract (if applicable).

For each labor category, the Offeror shall enter its escalation factors applied to the ceiling rates for each option period in Attachment JL.2.  The offeror shall also provide the basis for any proposed/projected escalation and the assumptions used:  forecast source (such as Global Insight), index used (index number and title), calculations (index values used: base and projected values), and dates used (month and year of applicable index numbers).

Offeror must support any proposed labor escalation factor with convincing and complete rationale, factual data, and other pertinent supporting data for out-year escalation projections.  Supporting documentation may include management approved or human resources approved policy or memo relative to employee raise information, actual direct labor rates for at least three years, economic projection from an economic service provider, relevant internet data.  Provide a breakout of the components that comprise the escalation factor, such as cost of living, merit and promotion, and employee turnover.  If a breakout is not provided the Government will assume the proposed annual labor increase is solely a salary cost of living adjustment and evaluated as such.

Shown below are sample entries for the JL.2, Direct Labor Hourly Ceiling Rates Form.

| Solicitation Labor Category | Company Equivalent Labor Category (Do not list an individual name in this column) | Source | Base Year Direct Labor Ceiling Rate (From JL.2A) | Escalation Factor Applied to Option Year 1 | Option Year 1 Direct Labor Ceiling Rate |
|---|---|---|---|---|---|
| Program Manager | Program Manager I | Individual rate (Jane Doe) | $55.00 | 2% | $56.10 |

| Sr. Project Manager | Sr. Associate Engineer | 2019 Avg. Rate | $49.95 | 2% | $50.95 |
|---|---|---|---|---|---|
| Construction Site Manager | Construction Site Supervisor-3 and Construction Manager -2 | 2019 Average Rates | $000 | 0% | $000 |
| QC Manager | | Cost Sub | $000 | 0% | $000 |

**\*Rates for FFP subcontractors are not applicable**

 Offerors shall provide the following information to support the proposed direct labor rates:

Offerors shall provide and discuss how the proposed labor rate ceilings on JL.2 were derived. Provide information on the basis of the base rates used to arrive at the ceiling rates, such as whether the base rates were based on actual individual rates for personnel, average or weighted rates for current employees, forward pricing rates, market sources such as Bureau of Labor Statistics or salary.com, or the offeror's estimate, etc. (Note: Regardless of how the base rate was derived, such as an individual rate, all employees proposed under that Contract Labor Category/Company Equivalent Labor Category will be subject to the proposed ceiling rate.) If a composite labor rate is utilized or a labor rate is prorated over fiscal years, provide the specific details/calculations used to determine the rate. If forward pricing rates apply, provide a copy in Appendix B. Any deviation from forward pricing rates, current rates, etc. shall be clearly documented. Note the percent markup used on the base rates to arrive at the proposed ceiling rate for each labor category. Complete JL.2 showing the base rate for each labor category, percentage markup for each labor category, and ceiling rate for the base and option years.

**b. PROPOSED DISTRIBUTION OF WORK ATTACHMENT JL.4 (REV 1).** Complete Attachment JL.4 (REV 1)," for the offeror (including each member of a joint venture) and each cost reimbursable subcontractor (if applicable).

Offeror(s) shall complete the **Proposed Distribution of Work** on Attachment JL.4 (REV 1) by including the percentage of work expected to be performed by the prime, each joint venture partner, and each cost reimbursable subcontractor. The total amount proposed should equate to 100% and reflect the percentage of work expected to be performed by the prime, each joint venture partner, and each cost reimbursable subcontractor as listed in the joint venture/teaming agreement. If multiple direct labor allocation bases are proposed, provide the percentage of labor expected to be performed by each allocation base proposed.

Within the cost proposal, provide the basis used to estimate the percentage of labor to be performed by each allocation base.

**c. INDIRECT CEILING RATES SUBMITTAL- ATTACHMENTS JL.5A, JL.5**

(1) **INDIRECT CEILING RATES** A separate rate sheet shall be submitted by the prime, each joint venture member, and each cost reimbursable subcontractor. If multiple cost centers will be utilized in the performance of work under this contract, submit a separate rate sheet for each cost center. If a JV entity has a separate markup for the JV entity, this information shall be shown (i.e. separate G&A rate for JV entity above and beyond individual partner's rates) on a separate rate sheet. Offerors shall propose Indirect Ceiling Rates for the base year and each option year on Attachment JL.5. The indirect ceiling rates proposed **will be the maximum allowable rates that can be proposed or billed** under task orders issued during the ordering period of any contract awarded as a result of this solicitation. Indirect rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed estimating system practices and, if applicable, forward pricing rate agreements. Additionally, should actual rates experienced during performance of the contract be lower than the ceiling rates shown, actual rates will be billed.

(2) The offeror shall submit a completed Indirect Ceiling Rates Form (JL.5) and Indirect Ceiling Build Up Form (JL.5A) showing the application of all proposed indirect ceiling rates applicable to the appropriate bases. (Attachment JL.5A INDIRECT CEILING RATES BUILD UP FORM FOR COSTS REIMBURSABLE WORK shall be filled in for both CONUS and OCONUS.) The matrixes provide base year and option year indirect ceiling rates as applicable and in accordance with disclosed accounting practices. Offerors shall delete or add other indirect rate pools to Attachment JL.5 and JL.5 A as appropriate to reflect their accounting systems. For instance, if Workers' Compensation is a separate indirect rate pool, it should be added. On the other hand, if fringes are included in the overhead pool, the fringe pool should be deleted. (Note: **Attachment JL.5 and JL 5A are provided in Microsoft Word. Complete in Microsoft Word format, as provided. Additionally, offerors should provide JL.5 in Microsoft Excel format on the CDs to show how the multiplier was calculated.** )

(3) Offerors shall separately describe all indirect cost rates. Provide a comprehensive narrative explaining the application of indirect rates to appropriate bases. The narrative should include your disclosed accounting practices defining your indirect cost pools and bases and the application of indirect rates to bases. This could include, but is not limited to, labor fringes, labor overhead, material overheads, General and Administrative expenses, cost of money factors, and any other indirect rate applicable to the work that will be performed under this contract.

Offerors shall provide information on and discuss how the proposed indirect ceiling rates were derived. Provide information on the basis of the base indirect rates (show base indirect rates on attachment JL.5A, Indirect Ceiling Rate Build-up Form) used to arrive at the ceiling rates, (i.e., Forward Pricing Rate Agreement and the date of agreement (provide in Appendix B), bidding rates and the date of submission, and the date of approval, etc.). Offerors shall exclude all unallowable costs identified in FAR 31.2 from the indirect cost rates. Offerors shall state whether DCAA has audited or applied agreed-upon procedures to their indirect cost rates. If so, Offerors shall provide the date of the DCAA review and the DCAA report number. Any variance between indirect base rates used to develop the ceiling rates and applicable forward pricing rates/DCAA approved rates should be clearly documented in the supporting narrative. Note the proposed mark-up, if any, applied to the indirect base rates to arrive at the ceiling rates for the base year and each option period. If the ceiling indirect rates proposed for Option Years 1 through 7 vary significantly from the proposed base year indirect rates, explain and support the basis of the proposed ceiling rates. The offeror shall clearly document why any significantly discounted rates will not pose a risk that the offeror will be unable to provide the services for the proposed costs, e.g. how losses will be handled.  Significantly discounted rates are defined as those rates below the cost of the work to be performed, i.e., rates that will result in a loss.  Any indirect rate discounts proposed shall be analyzed to ensure compliance with cost realism.

If a formal Forward Pricing Rate Agreement (FPRA) has been negotiated and is the basis for proposed indirect expense rates, provide a complete copy of the FPRA.  If in the offeror's opinion, the FPRA is too voluminous to include in its Cost Volume, then so state and identify the company's cognizant Defense Contract Management Agency (DCMA) and Defense Contract Audit Agency (DCAA) office and provide current contact information for each.

Provide copies of recent DCAA correspondence that approves proposed indirect rates, if any.

Facilities Capital Cost Of Money Factor(s)

If proposed, provide the supporting CASB-CMF form, Facilities Capital Cost of Money Factors and Computation. The Offeror should submit any information reasonably required to explain the average net book values and judgmental factors applied and the mathematical or other methods used in the estimate.

If a formal Forward Pricing Rate Agreement (FPRA) has been negotiated and is the basis for proposed FCCOM factors, provide a complete copy of the FPRA. If in the offeror's opinion, the FPRA is too voluminous to include in its Cost Volume, then so state and identify the company's cognizant DCMA and DCAA office and provide current contact information for each.

Provide copies of recent DCAA correspondence, if any, that approves proposed FCCOM factors.

(4) Award Fee: The award fee plan provided under JL.12 will be included in the basic contract. Award fee shall not be applied on Travel, Contractor – Acquired Property, Facilities Capital Cost of Money (FCCOM), award fee on cost reimbursable subcontractor's costs at any tier, direct charged taxes, and any JV fees/mark-ups. The award fee proposed for direct labor shall be the same across all labor categories (home, field). As required in this solicitation under Award Fee Calculation and Payment, the award fee for both the prime contractor and its cost reimbursement subcontractor(s) shall be the same rate(s). The proposed award fee for a joint venture shall also be the same rate(s) for all member(s) of the JV. The proposed award fee shall not exceed 10%.

As reflected in the solicitation, the award fee percentage proposed at the task order level shall not exceed, but may be less than, the award fee percentage proposed on Attachment JL.5 A. The award fee rate proposed at the task order level will be the maximum award fee rate allowed under that task order and will not be subject to an increase.

**d. PROPOSED HISTORICAL, AND YEAR-TO-DATE INDIRECT RATES (CONUS and OCONUS)- ATTACHMENT JL.6 (REV 2~~1~~)** (A separate rate sheet shall be submitted by the prime, each joint venture member, and each cost reimbursable subcontractor – if applicable. A separate rate sheet shall also be provided for unpopulated JVs in which the JV itself has fees/mark-ups. Additionally, if multiple cost centers are to be used in the performance of this contract, a separate sheet shall be submitted for each cost center.) Offerors shall provide historical indirect rates on Attachment JL.6 (REV ~~1~~2) as follows:

(1)     Offerors shall delete or add other indirect rate pools to JL.6 (REV ~~1~~2), as appropriate, to reflect their accounting systems. The pools shall correspond to the pools listed on JL.5.

(2)     Provide the following information in your cost proposal for all indirect pools listed:

...     Compare proposed rate(s) with the rate(s) experienced during the prior three completed fiscal or calendar years (whichever is most recent) and with the current year to date actual rate. Rates shown must be actual experienced costs, not budgeted or billing rates.

...     State whether the proposed rates include any appreciable change in the business volume that materially affects the proposed burden rate(s). State whether the proposed rates include the effect of this contract.

**e. COST MODEL-ATTACHMENT JL.7**- A separate Cost Model Worksheet shall be submitted by the prime, each joint venture member, and each cost reimbursable subcontractor if applicable. Additionally, if multiple cost centers will be used in the performance of this contract, the complete cost model shall be submitted for each cost center. (Note: If a joint venture has an established separate cost center for the joint venture entity with an adequate accounting system for a cost reimbursement contract (FAR 16.301-3), one form may be submitted for the joint venture entity.) Attachment JL.7 should also be provided by the unpopulated JVs in which the JV itself has fees/mark-ups as further explained below.

Offerors shall submit a completed Attachment JL.7 with proposed indirect ceiling rates for the base and each option year.

In preparing the Cost Model (Attachment JL.7), some direct costs are assumed to be fixed, as shown in the Cost Model. The proposal must completely identify all indirect costs that are known, including a list of labor categories that are charged as indirect costs. If any labor category listed on JL.7 is included

in an Offeror's indirect cost, do not change the hours for that labor category, but insert $0 for the labor rate.

The Government may use the services of Defense Contract Audit Agency (DCAA) in evaluating the cost proposal.

Offeror shall not add labor categories, make structural changes, or change the hours on this form.  The Offeror shall not change the costs associated with Travel, Other Direct Costs, or Fixed Price Subcontractors on Attachment JL.7.  The Offeror, however, should add or delete indirect costs in accordance with their established accounting system (must use appropriate base and explain).

For unpopulated JV's, the offeror shall also complete Attachment JL.7 for the base and each option year if the JV itself has fees/mark-ups.  In this situation, the unpopulated JV is not required to complete Attachment JL.7 in its entirety.  The cost model worksheet (JL.7) should only reflect the fees/mark-ups for the JV.  Any indirect rates submitted on the Cost Model shall reflect the INDIRECT CEILING RATES provided on Attachment JL.5 for each respective year (base and option years).  If an offeror proposed multiple mark-up rates for a cost element (e.g., cost reimbursable subcontractors), the highest mark-up rate shall be utilized on the cost model worksheet (JL.7).  Labor and award fee should not be filled out.  For example, if an unpopulated JV has a G&A mark-up of 8%, Attachment JL.7 should reflect under G&A, the G&A mark-up on the costs (excluding award fee) for all JV partners and any cost reimbursable subcontractors.  The Offeror should add additional line items under G&A as needed to account for subject costs.  NOTE: Each joint venture partner and cost reimbursable subcontractor is still required to complete Attachment JL.7 in its entirety.

Indirect rates submitted on the Cost Model shall be ceiling indirect rates and not base rates (i.e. forward pricing rates) used to derive the ceiling rates.

For evaluation purposes only, (and as identified on the cost model) offerors shall assume that 50% of the work will be in the 48 contiguous United States, including the District of Columbia (CONUS).  Offerors shall assume the remaining 50% of the work will be in Hawaii, Alaska, United States possessions and territories, and other overseas locations (OCONUS).  Thus, the Cost Model must be filled out for both CONUS and OCONUS rates.

For evaluation purposes, the Government will utilize the percentages listed on Attachment JL.4 (REV 1) (Distribution of Work) and will then analyze the cost model by adding the total presented for CONUS work to the total for OCONUS work (this will be performed for the base and each option year) to arrive at a TOTAL Cost Model Value (per year).

**f.  SUMMARY COST MODEL FOR MULTIPLE OFFERORS- ATTACHMENT JL.7A**- Where the offer is comprised of multiple entities (i.e. in the case of a JV partnership) each member of the JV shall complete the entire Cost Model for the CONUS and OCONUS effort, unless a joint venture has an established separate cost center for the joint venture entity with an adequate accounting system for a cost reimbursement contract (FAR 16.301-3), in which case one form may be submitted for the joint venture entity.  When multiple entities complete Cost Models, the offeror shall also complete Attachment JL.7A, Summary Cost Model for Multiple Offerors.  This attachment shall be filled in utilizing each entity's total cost for CONUS and OCONUS effort and then multiplied by the percentage listed in Attachment JL.4 (REV 1), "Distribution of Work", to arrive at a total cost for the JV entity for both CONUS and OCONUS effort.  The addition of these totals will represent the "TOTAL COST MODEL" value for the base and each option year for evaluation purposes.

For clarification purposes, the following example is provided as a summary Cost Model calculation for multiple entities:

| | TOTAL Cost Model Value for base year | Percentage of Work from Attachment JL.4 (REV 1) (Distribution of Work) | VALUE FOR CONUS WORK |
|---|---|---|---|
| Company A (CONUS) | $15,000,000.00 | 30% | $4,500,000.00 |
| Company B (CONUS) | $16,500,000.00 | 70% | $11,550,000.00 |

TOTAL FOR CONUS WORK                                    **$16,050,000.00**

| | | | VALUE FOR OCONUS WORK |
|---|---|---|---|
| Company A (OCONUS) | $17,025,000.00 | 30% | $5,107,500.00 |
| Company B (OCONUS) | $19,000,000.00 | 70% | $13,300,000.00 |

TOTAL FOR OCONUS WORK                                    **$18,407,500.00**

TOTAL EVALUATED COST PROPOSAL FOR BASE YEAR IS THE CUMULATIVE AMOUNT FOR TOTAL OF CONUS COST ADDED TO THE COST FOR OCONUS OR $16,050,000.00 + 18,407,500.00= $34,457,500.00

\*NOTE: If the offeror intends to utilize multiple cost centers, **for evaluation purposes only**, **the Government will utilize the cost model with the HIGHEST TOTAL COST (CONUS plus OCONUS) value to evaluate the proposal**.  For example:

| Cost Center | Total Cost Model Value for base year (CONUS + OCONUS) | Cost Center used for Evaluation |
|---|---|---|
| CC1 | $34,500,000 | |
| CC2 | $32,900,000 | |
| CC3 | $35,800,000 | CC3 |

Offeror shall input its direct labor ceiling rates from Attachment JL.2 (Maximum Ceiling Rate for Billing Purposes) that correspond to the labor categories listed on JL.7 for each respective year (base and option years)

All indirect rates submitted on the Cost Model shall be the **INDIRECT CEILING RATES** provided in Attachment JL.5 for each respective year (base and option years), and not base rates (i.e. forward pricing rates) used to derive the ceiling rates.   If an offeror (prime/JV, cost reimbursable subs) proposes multiple mark-up rates for other direct costs and subcontracts (e.g. G&A), the **highest mark-up rate** shall be utilized on the cost model worksheet (JL.7).

If applicable, in accordance with its accounting system, the offeror shall add any direct costs applied to the labor base (e.g. health and safety charge, low value equipment per labor hour).  It is noted that costs for the acquisition or use of Information Technology Equipment or Systems and incentive compensation or awards (i.e. safety) shall not be considered as an allowable direct charge to this contract. **ONLY DIRECT CHARGES** provided on Attachment JL.7 will become a part of the contract and be allowed to be proposed and invoiced under future task orders.

**Award Fee Percentage**:  The offeror may not propose different award fee percentages for the base year and each option year.  In addition, offerors may not propose different award fee percentages for CONUS and OCONUS work.   In accordance with statutory limitations, the proposed award fee shall not exceed 10% of a task order's total estimated cost. AWARD FEE WILL NOT BE ALLOWED ON TRAVEL, CONTRACTOR –ACQUIRED PROPERTY, OR FACILITIES CAPITAL COST OF MONEY (FCCM), AWARD FEE ON COST REIMBURSABLE SUBCONTRACTOR'S COST AT ANY TIER, DIRECT CHARGED LOCAL, STATE, ETC. TAXES, AND ANY JV FEES/MARK-UPS.

Additional Instructions:

Cost Model Worksheet (JL.7) does not include formulas.  In addition to the hard copies, Offerors shall submit this form in Microsoft Excel format on a CD to show all calculations (i.e. labor extensions, indirect rate application of labor, etc.) used to arrive at the total cost.

The Cost Model Summary Sheet (JL.7A) shall be submitted by the prime contractor.  This form does include formulas.  For evaluation purposes, the percentages listed on **Attachment JL.4 (REV 1) (Distribution of Work)**, **provided with your original proposal**, shall be used for the prime/JV and each cost reimbursable subcontractor listed on the Summary Sheet. In the event an offeror (prime, JV member or cost subcontractor) utilized multiple cost centers, the cost model will be completed for each cost center and the highest "Total" cost for the cost model shall be used on the summary sheet.  The Prime contractor's indirect ceiling rate mark-ups (e.g. G&A) for cost reimbursable subcontractors provided in JL.5 for each year shall be added to the total cost.  If the prime contractor is a JV, the rate for the JV member with the highest ceiling rate mark-up for a cost sub shall be used.  The total calculated JV fees/mark-ups on Attachment JL.5 should also be reflected on the Cost Model Summary, Attachment JL.7A. **Note:  In addition to a hard copy, the summary form shall be submitted in Microsoft Excel format on a CD.**

For clarification purposes the following example for the Summary Sheet is provided:

| | Total Cost Model Value for Base Year | % of work (JL.4 REV 1) | Total Value of Base Year based on % of Work |
|---|---|---|---|
| Prime / JV member 1 | $490,000.00 | 30% | $147,000.00 |
| Prime/JV member 2 | $505,000.00 | 25% | $126,250.00 |
| Cost Reimbursable Contractor | $479,000.00 | 20% | $95,800.00 |
| Cost Reimbursable Contractor | $515,000.00 | 25% | $128,750.00 |
| | | 100% | $497,800.00 |
| | Cost Sub Total | % Mark-up | Cost  Sub Mark-up |
| Prime/JV indirect ceiling rate mark-up on Cost Reimbursable Subcontractors, i.e. G&A, as provided on JL.5 | $224,550.00 | 7.5% | $16,841.25 |
| Total JV fees/mark-ups, i.e. G&A, as provided on JL.5 | $41,171.00 | | $41,171.00 |
| **TOTAL VALUE OF COST MODEL FOR BASE YEAR** | | | $555,812.25 |

Note:  The Prime's percent mark-up applied to the total cost for the cost reimbursement subcontractors is based on the indirect ceiling rate for JV member #1, whose rate was higher than JV member #2.  The rate was applied to the total subcontract cost ($95,800 + $128,750) shown Total Value of Base Year on % of Work Column.

**TAB 2- COST POOL, FINANCIAL/ACCOUNTING SYSTEMS AND AUDIT INFORMATION**

The offeror should identify its cognizant Defense Contract Audit Agency (DCAA) office, Defense Contract Management Agency (DCMA) office, and if applicable, Cognizant Federal Agency Official (CFAO). The point of contact, address, phone number, and e-mail address for each of the cognizant agencies identified must be included. Provide information to support a determination by the Navy of the degree to which each of the accounting and management systems listed below is adequate and compliant with Government regulations and standards. In accordance with FAR 16.104(h) and FAR 16.301-3(a) the offeror's accounting system must be deemed adequate for the timely development of all necessary cost data and to determine costs applicable to the contract prior to contract award.

The Offeror should provide the Government with the current status (e.g. approved, disapproved, acceptable, adequate, inadequate, inadequate in part, etc.) of its following management systems:

1. Accounting System
2. Purchasing System
3. Billing System
4. Estimating System
5. Indirect and ODC System
6. Budget and Planning System
7. Material System
8. Compensation System
9. Labor System
10. General Information Technology (IT) System

The supporting data should include the most recent date of the audit or review completed by the cognizant agency and, if known, the audit report number. Offerors shall also identify whether an audit or review is in process. If the approved or adequate status of any of these systems is currently in question, or if DCAA has issued any reports [including issuance of any Statements of Condition(s) and Recommendation(s) (SOCARs) and/or Auditor Comments related to the Offeror's response to the SOCARs released to the Offeror prior to issuance of a final report to the Contracting Officer], on inadequacies of the systems, the Offeror should provide copies of the subject reports and/or SOCARS, as well as an explanation of its agreement or disagreement with the cited inadequacies of the system. The Offeror should explain in detail the system inadequacies and specific plans for corrective action, including milestones for implementation of revised procedures. Also, the Offeror should discuss the impact of this procurement on the reported system inadequacies, and what action is being taken to ensure that these systems are corrected to ensure no detrimental impact should the Offeror receive a contract award. The Government reserves the right to coordinate with any Government Agency to verify the current status of these systems and the status of any corrective action taken by the Offeror already implemented or still considered outstanding. In those cases where the accounting system does not have DCAA approval, the Offeror shall describe the action taken to obtain such approval prior to contract award. If DCAA audits are in excess of one year old, the Offeror shall certify via a statement that the system(s) have not changed since the date of the last audit. If audits have not been performed, brief description(s) of the system(s) should be provided. Each functional/task component of the system(s) shall be addressed. This information is required to ensure that the contractor has a system that ensures that the Government is properly billed for only the costs incurred during the performance of the work under a cost reimbursable task order.

If submitting a proposal as a joint venture, submit the required information for the managing member that will implement and control the systems. If 100% of the costs allocated to the joint venture are not based on the managing member's financial and management systems, then the offeror shall submit the required information for each joint venture member. An example is where the joint venture will subcontract work out to individual joint venture members, thereby utilizing their individual systems. Another example is where staffing includes employees of joint venture member firms subject to compensation plans and policies other than that of the managing member. Where a mix of joint venture and individual member management systems exist, Offeror shall explain which of these systems are fully applicable, partially applicable, or not applicable to the joint venture.

All the information requested above should also be provided for any cost reimbursable key subcontractors to which the Offeror anticipates awarding subcontracts.  An explanation is required if information is not available for a subcontractor.

**PRICE (EVALUATION OF FIRM FIXED PRICE ELEMENTS OF THE REQUIREMENT)**

Some attachments do not contain formulas in order to allow offerors to structure formulas to accommodate their specific rate structures. The completed electronic submittals of forms for the offeror, each member of a Joint Venture entity, major subcontractors, and each cost center, shall contain proper formulas.

Offerors shall not deviate from the basic format of the forms identified in Section J of the RFP. However, offerors may adjust columns, rows, and cost elements under Attachments JL.16 in order to be consistent with their cost accounting systems. The price proposal portion shall include the completed mandatory rate forms and supporting information in the general format outlined below.

The price proposal portion shall be a complete and detailed breakdown of all elements potentially implicated in a firm fixed price task order. Offerors shall submit proposals consistent with the structure of their established and disclosed accounting practices. The composition of indirect ceilings shall be consistent with those actually being utilized by the company. Proposed rates shall be based on recent history and/or budgetary projections. The pricing information shall be completed in accordance with the following:

   a.   **FIRM FIXED PRICE FULLY BURDENED RATES, ATTACHMENT JL.15**

   A separate rate sheet shall be submitted by the prime and each major subcontractor. Note: If the offeror is a joint venture, and the joint venture partners are proposing separate rates, separate rate sheets must be provided by each member of the joint venture. Additionally, if the offeror (or member of a joint venture) will utilize multiple cost centers in the performance of this contract, information must be provided in the same level of detail for each cost center. ONE RATE SHEET MAY BE SUBMITTED FOR THE JV ENTITY ONLY IF THE JV HAS AN ESTABLISHED SEPARATE COST CENTER FOR THE JV ENTITY WITH AN ADEQUATE ACCOUNTING SYSTEM.

   (1)   Offerors shall propose firm fixed price fully burdened hourly rates for **all** labor categories listed in Attachment JL.15, FFP Fully Burdened Rates (*in accordance with the notes on JL.15), for the base year and each option year. Each required labor category in the solicitation shall be provided by the prime contractor (including individual JV members) **and** major subcontractors. The ceiling rates proposed will be the **maximum allowable rates that can be proposed or charged** under firm fixed price task orders issued during the ordering period of any contract awarded as a result of this solicitation. The labor categories and labor rates identified in Attachment JL.15 will become part of the contract. These are not bid rates. Labor rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed accounting system practices and, if applicable, forward pricing rate agreements. Labor rates proposed for firm fixed price task orders shall not exceed the maximum ceiling rates established in the contract under JL.15.

   (2)   Firm fixed price labor categories listed on Attachment JL.15 is for exempt

employees. Service Contract Labor Standards (SCA) or Wage Rate Requirements Construction (DBA) categories are not included. As applicable, DBA Wage Determinations will be included in individual task orders. However, it is recognized that the administrative assistant and accounting technician labor categories included in JL.15 could be classified as SCA labor categories under an individual task order, when a Service Contract Labor Standards Wage Determination is incorporated into the task order. The SCA and DBA rates used for proposals and billing purposes under individual task orders **SHALL REFLECT THE MINIMUM RATES** set forth on the applicable wage determination, unless a higher rate is otherwise approved by the Contracting Officer for use under the respective task order(s). the higher rate shall not exceed the SCA or DBA rate plus the

applicable wage determination ceiling percent proposed under Attachment JL.6A (incorporated into the contract), for the particular trade, unless an exception is made in accordance with **Section H6-Service Contract Labor Standards and Wage Rate Requirements (Construction) Base and Ceiling**.

(3)  Each contractor, JV member and major subcontractor shall provide individual or average firm fixed price labor rates (including any adjustment for uncompensated overtime-see attachment JL.3) and ceiling labor rates for ALL LABOR CATEGORIES listed on attachment JL.15 and JL.15A, regardless of whether the offeror currently employs personnel in every labor category or intends to rely on team members/subcontractors for the particular labor categories. If the contractor/subcontractor does not currently employ an employee(s) under the listed labor category, a market rate shall be provided. All labor categories listed on JL.15 shall be tied to an internal labor category.

(4)  Offerors shall provide information on and discuss how the proposed firm fixed price labor rate ceilings were derived for Attachment JL.15. Provide information on the basis of the base rates used to arrive at the ceiling rates, such as whether the base rates were based on actual individual rates for personnel, average or weighted average rates for current employees, forward pricing rates, market sources such as Bureau of Labor Statistics or salary.com, etc. The Offeror should submit any information reasonably required to explain the estimating process, including the judgmental factors applied and the mathematical or other methods used in the hourly rate estimate. If a composite labor rate is utilized or a labor rate is prorated over fiscal years, provide the specific details/calculations used to determine the rate. If forward pricing rates apply, provide a copy in Appendix B. Any deviation from forward pricing rates, current actual rates for individuals, etc. shall be clearly documented. Provide a narrative supporting the percent mark-up used on the base rates to arrive at the proposed ceiling rates. Complete JL.15A showing the firm fixed price base rate for each labor category, percentage mark-up for each labor category, and base year ceiling rate.  Both JL.15 and JL.15A must be completed for the price model to be complete.

(5)  Offerors SHALL NOT ADD ADDITIONAL labor categories on JL.15. If it is determined that a labor category not listed on JL.15 is required for a task order, the Contract Administrator listed under Section G1-Contract Administration Data, paragraph (c), may approve the labor category and the corresponding ceiling rate for the specific task order and, if applicable,

may incorporate the labor category into the basic contract. Additionally, where it is determined necessary to utilize a specific individual on a task order, whose actual labor rate exceeds the established ceiling for the respective labor category, **the Contractor will be required to obtain prior written approval from the Contract Administrator** listed under Section G1. In the event that such approval is not properly obtained, the Government will only be required to reimburse the Contractor at the ceiling rate established in the contract.

Shown below are sample entries for the JL.15A, Firm Fixed Price (FFP) Direct Labor Hourly Ceiling Rate Build-Up Form.

| Solicitation/Contract Labor Category | Company Equivalent Labor Category (Do not list an individual name in this column) | Source | Base Year Individual / Average Direct Labor Rate | Percent mark-up for Direct Labor Ceiling Rate | Base Year Maximum Ceiling Rate |
|---|---|---|---|---|---|
| Program Manager | Program Manager I | Individual Rate (Jane Doe) | $000 | 0% | $000 |
| Sr Project Engineer | Sr. Associate Engineer | 2019 Avg. Rate | $000 | 0% | $000 |
| Construction Site Manager | Construction Site Supervisor-3 and Construction Manager -2 | 2019 Average Rates | $000 | 0% | $000 |

(6) If uncompensated overtime was used in calculating base individual and average firm fixed price labor rates for employees listed in Attachment JL.15, complete **Attachment JL.3 (IDENTIFICATION OF UNCOMPENSATED OVERTIME RATIOS)** for each affected labor category. Additionally, provide in Appendix C: (1) required information per FAR 52.237-10 Identification of Uncompensated Overtime (Oct 1997); (2) historical number of hours in excess of 40 hours per week for each labor category; and (3) evidence of the Defense Contract Audit Agency or Defense Contract Management Agency approval of the corporate policy addressing uncompensated effort. Identification of Uncompensated Overtime Ratios shall be submitted for the Prime, each member of a JV entity, and each major subcontractor that will be utilized in the performance of the contract (if applicable).

For each firm fixed price labor category, the Offeror shall enter its escalation factors applied to the ceiling rates for each option period in Attachment JL.15. The offeror shall also provide the basis for any proposed/projected escalation and the assumptions used: forecast source (such as Global Insight), index used (index number and title), calculations (index values used: base and projected values), and dates used (month and year of applicable index numbers).

Offeror must support any proposed labor escalation factor with convincing and complete rationale, factual data, and other pertinent supporting data for out-year escalation projections. Supporting documentation may include management approved or human resources approved policy or memo relative to employee raise information, actual direct labor rates for at least

three years, economic projection from an economic service provider, relevant internet data. Provide a breakout of the components that comprise the escalation factor, such as cost of living, merit and promotion, and employee turnover. If a breakout is not provided the Government will assume the proposed annual labor increase is solely a salary cost of living adjustment and evaluated as such.

Shown below are sample entries for the JL.15, FFP Fully Burdened Ceiling Rates Form.

| Solicitation Labor Category | Company Equivalent Labor Category (Do not list an individual name in this column) | Source | Base Year Ceiling Rate (from JL.15A) | Escalation Factor Applied to Option Year 1 | Option Year 1 Ceiling Rate |
|---|---|---|---|---|---|
| Program Manager | Program Manager I | Individual rate (Jane Doe) | $55.00 | 2% | $56.10 |
| Sr. Project Manager | Sr. Associate Engineer | 2019 Avg. Rate | $49.95 | 2% | $50.95 |
| Construction Site Manager | Construction Site Supervisor-3 and Construction Manager -2 | 2019 Average Rates | $000 | 0% | $000 |
| QC Manager | | Cost Sub | $000 | 0% | $000 |

Offerors shall provide the following information to support the proposed firm fixed price direct labor rates:

Offerors shall provide and discuss how the proposed firm fixed price rate ceilings on JL.15 were derived. Provide information on the basis of the base rates used to arrive at the ceiling rates, such as whether the base rates were based on actual individual rates for personnel, average or weighted rates for current employees, forward pricing rates, market sources such as Bureau of Labor Statistics or salary.com, or the offeror's estimate, etc. (Note: Regardless of how the base rate was derived, such as an individual rate, all employees proposed under that Contract Labor Category/Company Equivalent Labor Category will be subject to the proposed ceiling rate.) If a composite labor rate is utilized or a labor rate is prorated over fiscal years, provide the specific details/calculations used to determine the rate. If forward pricing rates apply, provide a copy in Appendix B. Any deviation from forward pricing rates, current rates, etc. shall be clearly documented. Note the percent markup used on the base rates to arrive at the proposed ceiling rate for each labor category. Complete JL.15 showing the base rate for each labor category, percentage markup for each labor category, and ceiling rate for the base and option years.

**a. INDIRECT CEILING RATES SUBMITTAL- ATTACHMENT JL.16**

(1)  **INDIRECT CEILING RATES** A separate rate sheet shall be submitted by the prime, each joint venture member, and each major subcontractor. If multiple cost centers will be utilized in the performance of work under this contract, submit a separate rate sheet for each cost center.  If a JV entity has a separate markup for the JV entity, this information shall be shown (i.e. separate indirect rate for JV entity above and beyond individual partner's rates) on a separate rate sheet. Offerors shall propose Indirect Ceiling Rates

for the base year and each option year on Attachment JL.16. The indirect ceiling rates proposed **will be the maximum allowable rates that can be proposed or billed** under firm fixed price task orders issued during the ordering period of any contract awarded as a result of this solicitation. Indirect rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed accounting system practices and, if applicable, forward pricing rate agreements. Additionally, should actual rates experienced during performance of the contract be lower than the ceiling rates shown, actual rates will be billed.

(2)   The offeror shall submit a completed Indirect Ceiling Rates Form (JL.16) showing all proposed applicable indirect rates. The matrixes provide base year and option year indirect ceiling rates as applicable and in accordance with disclosed accounting practices. Offerors shall delete or add other indirect rates to Attachment JL.16 as appropriate to reflect their accounting systems. **(Note: Attachment JL.16 is provided in Microsoft Word. Complete in Microsoft Word format, as provided.)**

(3)   Offerors shall separately describe all indirect rates. Provide a comprehensive narrative explaining the application of indirect rates for firm fixed price task orders. The narrative should include your disclosed accounting practices. This should include any indirect rates applicable to the work that will be performed under this contract.

If the ceiling indirect rates proposed for Option Years 1 through 7 vary significantly from the proposed base year indirect rates, explain and support the basis of the proposed ceiling rates.
The offeror shall clearly document why any significantly discounted rates will not pose a risk that the offeror will be unable to provide the services for the proposed price, e.g. how losses will be handled. Significantly discounted rates are defined as those rates below the cost of the work to be performed, i.e., rates that will result in a loss. Any indirect rate discounts proposed shall be analyzed to ensure compliance.

Provide copies of recent DCAA/DCMA correspondence that approves proposed indirect rates, for both the cost and price submissions.

**b.  PRICE MODEL-ATTACHMENT JL.14**- A separate Price Model Worksheet shall be submitted by the prime, each joint venture member, and major subcontractor, if applicable. Additionally, if multiple cost centers will be used in the performance of this contract, the price model shall be submitted for each cost center. (Note: If a joint venture has an established separate cost center for the joint venture entity with an adequate accounting system, one form may be submitted for the joint venture entity.)

Offerors shall submit a completed Attachment JL.14 with proposed firm fixed price indirect ceiling rates for the base and each option year.

In preparing the Price Model (Attachment JL.14), some direct costs are assumed to be fixed, as shown in the Price Model.  The proposal must completely identify all indirect costs that are known, including a list of labor categories that are charged as indirect costs. If any labor category listed on JL.14 is included in an Offeror's indirect cost, do not change the hours for that labor category, but insert $0 for the labor rate. (This also applies to labor categories exhibited in JL.15.)

Offeror shall not add labor categories, make structural changes, or change the hours on this form. The Offeror shall not change the costs associated with Travel, Other Direct Costs, or Subcontractor Labor on Attachment JL.14. The Offeror, however, should add or delete indirect costs in accordance with their established accounting system ( a narrative must be provided to support an addition or deletion).

Indirect rates submitted on the Price Model shall be ceiling firm fixed price indirect rates and not base rates (i.e. forward pricing rates) used to derive the ceiling rates.

For evaluation purposes only, offerors shall assume that 50% of the work will be in the 48 contiguous United States, including the District of Columbia (CONUS). Offerors shall assume the remaining 50% of the work will be in Hawaii, Alaska, United States possessions and territories, and other overseas locations (OCONUS). Thus, the Price Model must be filled out for both CONUS and OCONUS rates.

For evaluation purposes, the Government will utilize the percentages listed on Attachment JL.4 (REV 1) (Distribution of Work) and will then analyze the price model by adding the total presented for CONUS work to the total for OCONUS work (this will be performed for the base and each option year) to arrive at a TOTAL Price Model Value (per year).

c. SUMMARY COST MODEL FOR MULTIPLE OFFERORS-ATTACHMENT JL.14A- Where the offer is comprised of multiple entities (i.e. in the case of a JV partnership) each member of the JV shall complete the entire Price Model for the CONUS and OCONUS effort, unless a joint venture has an established separate cost center for the joint venture entity with an adequate accounting system, in which case one form may be submitted for the joint venture entity. When multiple entities complete Price Models, the offeror shall also complete Attachment JL.14A, Summary Cost Model for Multiple Offerors. This attachment shall be filled in utilizing each entity's total price for CONUS and OCONUS effort and then multiplied by the percentage listed in Attachment JL.4 (REV 1), "Distribution of Work", to arrive at a total cost for the JV entity for both CONUS and OCONUS effort. The addition of these totals will represent the "TOTAL PRICE MODEL" value for the base and each option year for evaluation purposes.

For clarification purposes, the following example is provided as a summary Price Model calculation for multiple entities:

| | TOTAL Price Model Value for Base Year | Percentage of Work from Attachment JL.4 (REV 1) (Distribution of Work) | VALUE FOR CONUS WORK |
|---|---|---|---|
| Company A (CONUS) | $15,000,000.00 | 30% | $4,500,000.00 |
| Company B (CONUS) | $16,500,000.00 | 70% | $11,550,000.00 |

TOTAL FOR CONUS WORK                                                              $16,050,000.00

|  |  |  | VALUE FOR OCONUS WORK |
|---|---|---|---|
| Company A (OCONUS) | $17,025,000.00 | 30% | $5,107,500.00 |
| Company B (OCONUS) | $19,000,000.00 | 70% | $13,300,000.00 |

TOTAL FOR OCONUS WORK                                                             $18,407,500.00

TOTAL EVALUATED PRICE PROPOSAL FOR BASE YEAR IS THE CUMULATIVE AMOUNT FOR TOTAL OF CONUS COST ADDED TO THE PRICE FOR OCONUS OR
$16,050,000.00 + 18,407,500.00= $34,457,500.00

*NOTE: If the offeror intends to utilize multiple cost centers, **for evaluation purposes only, the Government will utilize the price model with the HIGHEST TOTAL PRICE (CONUS plus OCONUS) value to evaluate the proposal**. For example:

| Cost Center | Total Price Model Value for base year (CONUS + OCONUS) | Cost Center used for Evaluation |
|---|---|---|
| CC1 | $34,500,000 |  |
| CC2 | $32,900,000 |  |
| CC3 | $35,800,000 | CC3 |

Offeror shall input its firm fixed price fully burdened labor ceiling rates from Attachment JL.15 (Maximum Ceiling Rate for Billing Purposes) that correspond to the labor categories listed on JL.14 for each respective year (base and option years)

All indirect rates submitted on the Price Model shall be the **INDIRECT CEILING RATES** provided in Attachment JL.16 for each respective year (base and option years), and not base rates (i.e. forward pricing rates) used to derive the ceiling rates. If an offeror (prime/JV, major subs) proposes multiple mark-up rates for other direct costs and subcontracts, the **highest mark-up rate** shall be utilized on the price model worksheet(JL.14).

Additional Instructions:

Offerors shall submit the JL.14 and JL.15 attachments in Microsoft Excel format to show any and all calculations utilized to derive the total proposed price.

The Price Model Summary Sheet (JL.14A) shall be submitted by the prime contractor. This form does include formulas. For evaluation purposes, the percentages listed on **Attachment JL.4 (REV 1) (Distribution of Work), provided with your original proposal**, shall be used for the prime/JV and each major subcontractor listed on the Summary Sheet. In the event an offeror (prime, JV member or major subcontractor) utilized multiple cost centers, the cost model will be completed for each cost center and the highest "Total" price for the price model shall be used on the summary sheet. The Prime contractor's firm fixed price indirect ceiling rate mark-ups for subcontractors provided in JL.16 for each year shall be

added to the total price. If the prime contractor is a JV, the rate for the JV member with the highest indirect ceiling rate mark-up for a subcontractor shall be used. The total calculated JV mark-ups on Attachment JL.16 should also be reflected on the Price Model Summary, Attachment JL.14A. **Note:  The summary form shall be submitted via email as a Microsoft Excel document.**

For clarification purposes the following example for the Summary Sheet is provided:

| | **Total Price Model Value for Base Year** | **% of work (JL.4 REV 1)** | **Total Value of Base Year Based on % of Work** |
|---|---|---|---|
| Prime / JV member 1 | $490,000.00 | 30% | $147,000.00 |
| Prime / JV member 2 | $505,000.00 | 25% | $126,250.00 |
| Major Subcontractor | $479,000.00 | 20% | $95,800.00 |
| Major Subcontractor | $515,000.00 | 25% | $128,750.00 |
| | | 100% | $497,800.00 |
| | Price Sub Total | % Mark-up | Price Sub Mark-up |
| Prime/JV indirect ceiling rate mark-up on Firm Fixed Price subcontractors, as provided on JL.16 | $224,550.00 | 7.5% | $16,841.25 |
| Total JV mark-up, as provided on JL.16 | $41,171.00 | | $41,171.00 |
| **TOTAL VALUE OF PRICE MODEL FOR BASE YEAR** | | | $555,812.25 |

Note: The Prime's percent mark-up applied to the total price for the major subcontractors is based on the indirect ceiling rate for JV member #1, whose rate was higher than JV member #2. The rate was applied to the total subcontract cost ($95,800 + $128,750) shown Total Value of Base Year on % of Work Column.

## SECTION III – APPENDICES

### Appendix A - CAS Disclosure Statement – as applicable for large business cost reimbursable team, subcontractor or joint venture member

For any large business cost reimbursable subcontractor or joint venture member, FAR 52.230-1 must be completed and submitted with the cost proposal. In accordance with FAR 52.230-1, if the subcontractor is subject to submittal of a CAS Disclosure Statement, said disclosure statement and ADEQUACY DETERMINATION should be provided in Appendix A.

The Disclosure Statement should be submitted for the business unit actually proposing to perform the work in accordance with FAR 52.230-1. If the most current CAS Disclosure Statement is not approved, provide documentation of status, to include the point of contact for Administrative Contracting Officer (ACO).

### Appendix B - Direct Labor and Indirect Rate Forward Pricing Rate Agreements

(1)The offeror shall provide any approved direct labor rate forward pricing rate agreements.

(2) If facilities capital cost of money is proposed, Form CASB-CMF must be provided with the proposal for each performance period.

### Appendix C - Uncompensated Overtime

If uncompensated overtime is proposed and used in calculating individual and average labor rates for Fair Labor Standards Act exempt employees listed in Attachment JL.2, complete **Attachment JL.3 (IDENTIFICATION OF RATIOS)** for each affected labor category.  Additionally, provide in Appendix C: (1) required information per FAR 52.237-10 Identification of Uncompensated Overtime (Mar 2015); (2) historical number of hours in excess of 40 hours per week for each labor category; and (3) evidence of the Defense Contract Audit Agency or Defense Contract Management Agency approval of the corporate policy addressing uncompensated effort.

**Appendix D - Compensation Plan for Professional Employees**

(1)   In Appendix D, provide a total compensation plan in accordance with FAR 52.222-46, Evaluation of Compensation for Professional Employees (Feb 1993), setting forth salaries and fringe benefits proposed for the professional employees who will work under the contract for the prime, each member of a Joint Venture entity, and each cost reimbursable subcontractor (if applicable).

(2)   Advise if you have different compensation plans for various skill levels and describe.

(3)   Describe your ability to maintain program continuity, uninterrupted high-quality work, and availability of required competent professional employees.

**Appendix E- Pre-Award Survey**

A pre-award survey may be conducted on all firms submitting a proposal, to include cost reimbursable subcontractors indicating firm commitments to this acquisition. The following information ~~shall~~ can be submitted ~~in a separate envelope marked "Pre-Award Survey".  Offerors shall submit one original of the Pre-Award Survey.~~electronically to amber.l.forehand-hughes.civ@us.navy.mil and linda.c.stein.civ@us.navy.mil. **The Government requires a submission of a new Pre-Award Survey for each offeror.**

(1)   The company's last three complete fiscal years' financial statements, audited, reviewed, or compiled by an independent accounting firm, including the accounting firm's cover letter and full disclosure notes for the prime and each party to a joint venture. Additionally, the Offeror shall provide its most recent year-to-date financial statement available prior to submission of offers. Any offeror that intends to rely on the financial backing of its parent corporation must submit separate financial statements for both the partially-owned or wholly owned subsidiary and the parent corporation. If a partially-owned or wholly-owned subsidiary relying on the financial backing of a parent corporation cannot submit its own financial statements, provide a detailed explanation why. If a partially-owned or wholly-owned subsidiary which will be performing the contract is relying on a parent corporation for financial backing, a financial guarantee letter must also be submitted.

For Joint Venture arrangements discuss the financial responsibilities among the companies.  The Government may also utilize Dun & Bradstreet reports to evaluate the financial capability of the offeror.

(2)   Financial resources available to perform the contract. Submit evidence of availability of working/operating capital that will be used for the performance of the contract. If the offeror plans to rely on financial support from other sources, identify the maximum lines of credit that will be available to include documentation to support the amounts. The maximum lines of credit should be based upon the inclusion of this contract effort. For joint ventures/teaming arrangements discuss the financial responsibilities among companies and provide same information.

(3) The Government may request additional information if needed in order to determine responsibility.

SECTION M - EVALUATION FACTORS FOR AWARD

The following have been modified:
 EVALUATION BASIS FOR AWARD
**M-1. EVALUATION FACTORS FOR AWARD**

1. The solicitation requires the evaluation of cost/price and the following non-cost/price factors:

Factor 1 – Corporate Experience
Factor 2 – Safety
Factor 3 – Small Business Utilization and Participation
Factor 4 – Past Performance

The distinction between corporate experience and past performance is corporate experience pertains to the types of work and volume of work completed by a contractor that are comparable to the types of work covered by this requirement, in terms of size, scope, and complexity. Past performance pertains to both the relevance of recent efforts and how well a contractor has performed on the contracts.

2. The relative order of importance of the non-cost/price evaluation factors is that Factors 1, 2, and 3 are of equal importance to each other and, when combined, are equal in importance to the past performance evaluation/performance confidence assessment factor (Factor 4). When the proposal is evaluated as a whole, the technical factors (Factors 1, 2, and 3) and past performance/performance confidence assessment factor (Factor 4) combined (i.e., the non-cost/price evaluation factors) are approximately equal tomore important than cost/price. Because it is under cost-type work that the Government bears more risk, price will be evaluated only for reasonableness in accordance with FAR 15.404-1(b) and will not be further utilized in the trade-off analysis. Only the total evaluated cost will be used for purposes of the trade-off process.

The importance of cost will increase if the Offerors' non-cost/price proposals are considered essentially equal in terms of overall quality, or if cost is so high as to significantly diminish the value of a non-cost/price proposal's superiority to the Government. Award will be made to the responsible Offeror(s) whose offer conforms to the solicitation and represents the best value to the Government, cost and non-cost factors considered.

As specified in the FAR 52.215-1 "Instructions to Offerors--Competitive Acquisition" provision, the Government intends to evaluate proposals and award a contract without discussions. An offer must be acceptable for the offeror to be eligible for award. OFFERS THAT DO NOT CONFORM TO THE REQUIREMENTS STATED HEREIN MAY BE DETERMINED UNACCEPTABLE AND MAY BE REJECTED WITHOUT FURTHER EVALUATION.

The offeror's proposal shall be in the format prescribed by, and shall contain a response to, each of the areas identified in Section L. OFFERS THAT DO NOT CONFORM TO THE REQUIREMENTS STATED HEREIN MAY BE DETERMINED UNACCEPTABLE AND MAY BE REJECTED WITHOUT FURTHER EVALUATION.

OFFERS THAT DO NOT CONFORM TO THE REQUIREMENTS STATED HEREIN MAY BE DETERMINED UNACCEPTABLE AND MAY BE REJECTED WITHOUT FURTHER EVALUATION. LIKEWISE, THE SUBMISSION OF ANY COST/PRICE FORMS WITH BLANKS OR ZEROS WITHOUT SUFFICIENT EXPLANATION/NARRATIVE MAY BE DETERMINED UNACCEPTABLE AND MAY BE REJECTED WITHOUT FURTHER EVALUATION.

**VOLUME I: NON-COST PROPOSAL**

**NON-COST EVALUATION FACTORS**

    (b)  Non-cost/price Factors:

        (1)  **Factor 1, Corporate Experience :**

            **(i)  Basis of Evaluation:**

The Government will evaluate the extent to which the Offeror's proposal demonstrates relevant corporate experience and depth of experience in performing global construction contingency/emergency recovery projects and/or new construction, renovation and repairs.  The assessment of the Offeror's relevant experience will be used as a means of evaluating the capability of the Offeror to successfully meet the requirements of the RFP.  The Government will only review the number of projects permitted within the Submittal Requirements for Factor 1. Any projects submitted in excess of the permitted projects will not be considered.

For the maximum of five (5) projects identified in Section L:  A relevant project is defined as a project that has been completed in the past 10 years of the date of issuance of the solicitation with a value of at least $10 million, similar in scope, magnitude and complexity to the work anticipated under this contract.

For the maximum of three (3) projects identified in Section L:  A relevant project is defined as a project that has been completed or substantially completed within the past five (5) years of the date of issuance of the solicitation. There is no dollar threshold for these three (3) projects, but Offerors must describe how each project is similar in scope, magnitude and complexity to the work anticipated under this contract.

Proposals that fail to provide required and complete information may be rated lower, and projects for which required and complete information is not provided may not be considered.

Offerors with relevant project experience where the Offeror and the proposed team members have previously worked together may receive a higher rating than those that have not worked together.

Offerors with relevant project experience for construction contingency/emergency recovery projects may receive a higher rating than those that do not have experience with construction contingency/emergency recovery projects.

Offerors with relevant project experience that demonstrates experience in federal cost contracting may receive a higher rating than those that do not have federal cost contracting experience.

Offerors with relevant project experience that demonstrates experience in a wide array of geographical locations may receive a higher rating than those that do not have relevant projects in a wide array of geographical locations.

Note: Corporate Experience presented for a subcontractor will not be evaluated unless a signed letter of commitment is provided for said subcontractor and the offeror has clearly demonstrated that the subcontractor will have meaningful involvement in the performance of this contract.

        (2) **Factor 2:  Safety**

            **(i)  Basis of Evaluation:  The evaluation will collectively consider the following:**

-   Experience Modification Rate (EMR)
-   OSHA Days Away from Work, Restricted Duty, or Job Transfer (DART) Rate
-   OSHA Total Recordable Case (TRC) Rate
-   Offeror Technical Approach to Safety
-   Other sources of information available to the Government

The board will evaluate EMR, DART, TRC rates to determine if the Offeror has demonstrated a history of safe work practices taking into account any negative trends and extenuating circumstances that impact the ratings. The Board will evaluate the narrative to determine the degree to which subcontractor safety performance will be considered in the selection of all levels of subcontractors on task orders under the contract, the degree to which innovations are being proposed that may enhance safety on this procurement, and to validate the contractor has addressed methodology to be used in the execution of an effective program that facilitates sound mishap preventions techniques/processes, employee reporting of unsafe conditions, unsafe activities, and near miss mishaps. Those Offerors whose plan demonstrates a commitment to hire subcontractors with a culture of safety and who proposed innovative methods to enhance a safe working environment may receive more favorable consideration.

Other Sources of Information Available to the Government: Other sources for safety may include bet are not limited to OSHA data, NAVFAC's Contractor Incident Reporting System (CIRS) in Enterprise Safety Applications Management System (ESAMS), Contractor Performance Assessment Reporting Systems (CPARS) an other related databases. The Board may consider information from other sources of information available to the Government in evaluation of the EMR, DART, and TRC Rates and the narrative.

**(3) Factor 3, Small Business Utilization and Participation**

**(i) Basis of Evaluation**:

The Government will evaluate the realism and likelihood of success in achieving the small business objectives of this acquisition based on the following:

... The extent to which the Offeror is able to demonstrate a history of supporting Government policies concerning the utilization of small business concerns (including all of the various socioeconomic categories of small business, HUBZone SB, WOSB, SDB, VOSB, SDVOSB) and the success in achieving goals established by subcontracting plans on prior contracts.

... The extent to which the Offeror has demonstrated an achievable commitment to use small businesses (including HUBZone SB, WOSB, SDB, VOSB, SDVOSB) in the performance of this contract in the SBPCD. The SBPCD will be evaluated to determine the extent to which small business concerns are specifically identified by name and socioeconomic category in the document and the quantitative degree to which small business concerns (including HUBZone, WOSB, SDB, VOSB, and SDVOSB) will participate relative to the total contract value. The complexity and variety of the work small business concerns will perform and the degree of commitment to use named sources through formal teaming agreements, letters of intent/commitment will be evaluated to assess achievability of the commitment. This minimum small business participation requirement, through work performed by the small business prime and/or subcontracting with small businesses, shall exceed **20%** of the total contract value, unless the Offeror provides a reasonable and well-documented explanation for why **20%** small business participation requirement cannot be achieved.

Attachment JL.9 (REV 1) – Historical Small Business Utilization
Attachment JL.10 (REV 1) – Small Business Participation Commitment Document
Attachment JL.11 – Small Business Subcontracting Plan

Note: The Small Business Subcontracting Plan is not an evaluation factor, rather it is a required submission and will be reviewed as part of the Responsibility Determination for contract award.

**(4) Factor 4. Past Performance:**

**(i)**        **Basis of Evaluation:**

The Government will evaluate past performance on relevant projects submitted under Factor 1, Corporate Experience.  The Government reserves the right, but is not required to evaluate other relevant projects for which past performance is currently documented in known sources.  The evaluation will consider the degree to which past performance evaluations provided by the contractor and any other past performance information reviewed by the Government (e.g., PPIRS, Federal Awardee performance and Integrity Information System (FAPIIS), award fee determinations, and information obtained from any other source reflect a trend of satisfactory performance considering

- A pattern of successful completion of tasks
- A pattern of deliverables that are timely and of good quality
- A pattern of cooperativeness and teamwork with the Government at all levels (task managers, contracting officers, auditors, etc.);
- A respect for stewardship of Government funds

The Government will consider the relevancy of the information, the sources of the information, context of the data, and general trends in the Contractor's performance.  This evaluation is separate and distinct from the Contracting Officer's responsibility determination. The assessment of the Offeror's past performance will be used as a means of evaluating the Offeror's probability to successfully meet the requirements of the RFP.

More favorable consideration may be given for:

-Successful performance with recent/relevant, contingency/emergency construction projects
-Successful performance on recent/relevant Federal cost ~~plus award fee~~ contracts.

Offerors lacking relevant past performance history, or whose past performance record is so sparse that no meaningful confidence assessment rating can reasonably be assigned, will not be evaluated favorably or unfavorably in past performance and will receive an Unknown Confidence rating (Neutral).

Note: Past Performance presented for a subcontractor will not be evaluated unless a signed letter of commitment is provided for said subcontractor and the offeror has clearly demonstrated that the subcontractor will have meaningful involvement in the performance of this contract.

## VOLUME II: COST/PRICE PROPOSAL

**Basis of Evaluation:  Cost Proposal.**

...    **Completeness- All information required under Provision L.2 of the solicitation, including all cost model attachments.**
...    **Price reasonableness in accordance with FAR 15.404-1(b).**
...    **Cost reasonableness in accordance with FAR 15.404-1(c).**
...    **Cost realism in accordance with FAR 15.404-1(d).**

The Government will evaluate all aspects of the cost proposal for completeness, reasonableness, and realism. The Cost Proposal will be evaluated on the overall cost realism exhibited. Cost Realism pertains to the offeror's ability to project costs which are reasonable and which indicate the offeror's understanding of the nature and scope of the work anticipated under this contract. The purpose of this evaluation will be to assess if the proposed costs:
(1) are reasonable for the work to be performed;
(2) reflect that the offeror has a clear understanding of the requirements;
(3) are consistent with approaches, and other various elements of the offeror's technical proposal;
(4) are consistent with other cost-related information, i.e. DCAA audits, historical rates, etc., available to the Contracting Officer; and
(5) are neither excessive nor insufficient for the effort to be accomplished.

Proposed costs may be adjusted for purposes of evaluation based on the results of the cost realism evaluation to determine probable cost of performance. Offerors are reminded that for the purpose of evaluation under this solicitation, the direct and indirect rate ceilings proposed by the prime, each member of a Joint Venture arrangement and all cost reimbursable subcontractors, as provided in Attachments JL.2 and JL.5 hereto shall be proposed under the Cost Model for each respective year, and will be used for cost realism evaluation of the Cost Model.

The Government will utilize information provided in Attachment JL.4 (REV 1), Distribution of Work, to assist in determining cost reasonableness/realism.  For example:

Prime Contractor performing 100% of the work – the submitted Cost Model, Attachment JL.7 will be utilized to determine cost realism/reasonableness.

JV entities will be evaluated utilizing information from Attachment JL.4 (REV 1), Distribution of Work to determine cost model percentages to be used in cost analysis as explained above.

The costs submitted for the base year and all option periods (for CONUS and OCONUS) will be evaluated in order to determine future estimated costs to the Government.  The Government may reject an offer that reflects a serious lack of cost realism. Furthermore, in accordance with FAR 52.222-46, Evaluation of Compensation for Professional Employees, set forth in Section L hereto, the Government will evaluate offerors' compensation plans for professional employees. Professional compensation that is unrealistically low or not in reasonable relationship to the various job categories may be viewed as evidence of failure to comprehend the complexity of the contract requirements. The use of uncompensated overtime, as defined in the FAR 52.237-10 in Section L, will also be considered in the cost realism analysis and risk assessment.

Cost Pool Information and Audit Information - The Government will also review all information provided as required in Section L of this solicitation to determine if the offerors' accounting and billing systems are adequate for cost-reimbursable type contracts.

NOTE:  THE BREADTH OF THE COST REALISM REVIEW MAY BE LIMITED TO THOSE OFFERORS WHOSE PROPOSALS REPRESENT THE MOST LIKELY CANDIDATES FOR AWARD BASED ON INFORMATION DERIVED FROM THE INITIAL NON-COST (TECHNICAL AND PAST PERFORMANCE) REVIEW AND RELATIVE COST CONSIDERATIONS.

Increasing Significance of Cost.  The importance of cost will increase if the Offeror's non-cost proposals are considered essentially equal in terms of overall quality, or if the cost is so high as to significantly diminish the value of a non-cost proposal's superiorirty to the Government. If at any stage of the evaluation, all offerors are determined to have submitted equal, or virtually equal, or generally equivalent, non-cost proposals, cost could become the factor in determining which offeror(s) shall receive the award.

**Basis of Evaluation:  Price Proposal.**

**...    Completeness- All information required under Provision L.2 of the solicitation, including all price model attachments.**
**...    Price reasonableness in accordance with FAR 15.404-1(b), including analysis of data other than certified cost or pricing data provided by the offeror within their price proposal.**

The offeror's price proposal shall be in the format prescribed by, and shall contain a response to, each of the areas identified in Section L.

NOTE:  THE GOVERNMENT MAY REJECT ANY OR ALL PROPOSALS THAT DO NOT CONFORM TO THE REQUIREMENTS STATED HEREIN IF SUCH ACTION IS IN THE GOVERNMENT'S BEST INTEREST.

The firm fixed price elements of the offeror's proposal, the FFP fully burdened labor rates, and FFP indirect ceiling rates, as provided in Attachments JL.15 and JL.16 hereto, shall be proposed under the Price Model for each respective year, and will be used for evaluation of the Price Model (JL.14) as fair and reasonable.

**Use of Price/Cost in the Trade-Off Process:** As noted above, because it is under cost-type work that the Government bears more risk, price will be evaluated only for reasonableness in accordance with FAR 15.404-1(b) and will not be further utilized in the trade-off analysis. Only the total evaluated cost will be used for purposes of the trade-off process.

(End of Summary of Changes)

# Exhibit 2

| **SOLICITATION, OFFER AND AWARD** | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 129 |

| 2. CONTRACT NO. | 3. SOLICITATION NO. N6247020R5003 | 4. TYPE OF SOLICITATION [  ] SEALED BID (IFB) [ X ] NEGOTIATED (RFP) | 5. DATE ISSUED 20 Aug 2020 | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|

| 7. ISSUED BY                                         CODE   N62470 COMMANDER NAVFAC ATLANTIC 6506 HAMPTON BLVD NORFOLK VA 23508-1278               TEL:                                       FAX: | 8. ADDRESS OFFER TO        (If other than Item 7)        CODE  **See Item 7**               TEL:                           FAX: |
|---|---|

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ___6___ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in _____See Section L_____ until _04:00 PM_ local time _05 Oct 2020_
                                                                                                                                                                                                       (Hour)                        (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (Include area code)   *(NO COLLECT CALLS)* | C. E-MAIL ADDRESS |
|---|---|---|---|

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 37 - 83 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 - 3 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 4 - 12 | X | J | LIST OF ATTACHMENTS | 84 |
| | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 13 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 85 - 94 |
| X | F | DELIVERIES OR PERFORMANCE | 14 - 15 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 16 - 30 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 95 - 124 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 31 - 36 | X | M | EVALUATION FACTORS FOR AWARD | 125 - 129 |

### OFFER  (Must be fully completed by offeror)

NOTE:  Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within_____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | |
|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE_____   FACILITY_____ | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|

| 15B. TELEPHONE NO   (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|

### AWARD   (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:   [  ] 10 U.S.C. 2304(c)(    )   [  ] 41 U.S.C. 253(c)(    ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7)        CODE | 25. PAYMENT WILL BE MADE BY        CODE |
|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or print)   TEL:                    EMAIL: | 27. UNITED STATES OF AMERICA   (Signature of Contracting Officer) | 28. AWARD DATE |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Section B - Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0001    |                   |          |      |            |        |

Global Contingency Construction - MAC
CPAF
Global Contingency Construction - Multiple Award Contract GCC MAC COST
PLUS AWARD FEE (CPAF)

The contractor shall perform work as required in Section C Scope of the contract
and applicable task order specifications.
FOB: Destination

| | |
|---|---|
| ESTIMATED COST | |
| BASE FEE | |
| SUBTOTAL EST COST + BASE | |
| MAX AWARD FEE | |
| TOTAL EST COST + FEE | |

N6247020R5003

Page 3 of 129

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0002 | | | | | |

Global Contingency Construction - MAC
FFP
Global Contingency Construction - Multiple Award Contract GCC MAC FIRM
FIXED PRICE (FFP)

The contractor shall perform work as required in Section C Scope of the contract
and applicable task order specifications.

The Not-To-Exceed (NTE) $5,000,000,000 is for the total of all Indefinite-
Delivery/Indefinite Quantity (IDIQ) contracts awarded under the solicitation.

A minimum guarantee of $25,000.00 for each contract for the maximum contract
term (including options if exercised) will be satisfied with the award of the inital
task order.  The total maximum cumulative value for all conracts is
$5,000,000,000.00 including all options (if exercised).

**CONTRACTOR SHALL NOT INSERT A VALUE FOR CLINS 0001 AND
0002.**
FOB: Destination

NET AMT

Section C - Descriptions and Specifications

STATEMENT OF WORK

This procurement is for a multiple award contract for global contingency construction. Approximately 4 contracts will be awarded as a result of this solicitation. Each contract duration will be for a period not-to-exceed (NTE) eight (8) years for a maximum of ninety-six (96) months or maximum dollar value of $5,000,000,000.00 for all contracts, whichever comes first.  There is no yearly or per contractor limit except for the eight-year maximum of $5,000,000,000.00.  The contracts are for a base year and seven (7) one-year option periods. The minimum guarantee for each contract is $25,000.00 over the life of the contract.  A task order for the minimum guarantee of $25,000 will be issued concurrently with the award for the basic contract.  Once the value of the task order exceeds the minimum guarantee amount, the minimum guarantee task order will be modified to de-obligate the funds from the task order.

This will be an Indefinite-Delivery/Indefinite-Quantity (IDIQ) type contract with provisions for the placement of either Cost-Plus–Award-Fee (CPAF) or Firm-Fixed-Price (FFP) orders.

After award of the initial contracts, the successful IDIQ contractors will compete for task orders.  Task orders will be issued in accordance with the regulations set forth at FAR 16.505. Placement procedures for task orders will ensure that all awardees are given fair consideration for task order requirements. Selection procedures will be tailored based on the nature of the task order requirements and selection may be based on a variety of methods including best value, low priced-technically acceptable or low price. Each task order will contain project specific evaluation factors that will vary depending on the unique requirements for each task order.  Additionally, each task order will cite a specific completion date and associated liquidated damages, if applicable.  In some instances, the price evaluation for placement of a task order may be based on the Offeror's current G&A, overhead, and Forward Rate Pricing Agreement not to exceed the proposed ceiling rates incorporated into the contract.

The intent of this contract is that all IDIQ contractors participate in pre-proposal conferences and site-visits and submit proposals on each task order.  Contract awardees are expected  to submit a proposal for all Task Order Requests for Proposal (RFP) received from the Government.  In the event a MACC awardee is unable to submit a proposal on a particular RFP, the contractor is required to notify, in writing, the Contracting Officer who issued the RFP and the PCO for the basic contract within five (5) working days from receipt of the RFP. **As all contract awardees are expected to submit proposals for all Task Order RFPs, the Government may consider a MACC awardee's withdrawal from submitting a proposal on more than two (2) task order RFPs during the course of each year of the contract when making a decision to award option periods.**  In all instances, the Government reserves the right to issue a unilateral task order directing a contractor to perform a particular project within the scope of the contract. In all such cases, contractors are obligated to perform the work required in accordance with the terms and conditions of the contract

The work includes providing supervision, equipment, materials, labor, travel and all means necessary to provide the Navy and the Navy on behalf of Department of Defense (DOD), or other Federal agencies when authorized, an immediate response for civilian construction contract capability.  The contract will provide construction and related engineering services in support of natural disaster response, humanitarian efforts, conflict, emergent mission critical requirements, or projects with similar characteristics.  The work also includes the capability to set up and operate Material Liaison Office (MLO) at a deployed site in support of Naval Construction Force operations. The Contractors may be tasked to participate in military exercises. Work may include occasional projects to ensure readiness to perform under emergency situations.

Work will be predominately construction. The Contractors, in support of the construction effort, may be required to provide initial Base Operating Support (BOS) Services, which will be incidental to construction efforts. Should the need arise for incidental emergency services under this contract, NAVFAC Facilities Services Contract/Base Operating Support templates will be used; these are performance-based and comply with Office of Management and Budget's and DOD's performance-based services. These services are primarily anticipated in support of facilities overseas, but may also be ordered for work in the United States in support of disaster recovery efforts and other contingency operations. The Service Contract Act and other applicable clauses will be incorporated by individual task order, as necessary, for stateside work.

Construction critical response during an emergency will primarily support aid for natural disasters, military conflict or humanitarian aid. Early mobilization and start up construction is the utmost goal of this procurement. The potentially massive logistics of moving people, materials, and equipment for numerous and simultaneous projects and work sites will require flexibility and extensive management and coordination. The Contractor shall be required to work very closely and in detail with Navy procurement, planning, and program officials. The goals and planned actions may be developed through Contractor and Navy iterative discussions. The contract is not meant to necessarily eliminate all other construction procurements surrounding a situation, but is to provide a critical action response and continued momentum in providing recovery or support.

The intent of the contract is to have maximum flexibility in construction and related planning, design, engineering, and construction material logistics. The following are types of construction products the Contractor could be required to provide: (The list is not all-inclusive).

Dredging
Airfield runway construction and/or repair
Airfield facilities construction
Administrative and educational facilities
Hardened facilities and personnel bunkers
Electric power plant
Electric power distribution systems
Communication facilities
Water treatment plant
Sewage treatment plant
Enemy containment and processing facilities
Water well drilling
Stabilization
Building Envelope Repairs
Fencing
Garbage disposal / recycling facilities
Transportation depots for materials
Warehouse facilities for construction materials
Warehouse facilities for other customers
Facilities for berthing and billeting
Facilities for equipment dispatch, repair, decontamination
Ammunition storage facilities
Rail facilities
Bridges
Causeways
Medical clinics/field hospitals
Road construction (asphalt, concrete, engineered fill)
Soils engineering
Fire fighting facilities and distribution systems
Pier and Waterfront construction
Petroleum handling pier facilities
Petroleum storage facilities
*Chemical, Biological, and Radiological area decontamination
*Environmental restoration
Operations of power generation, concrete and asphalt plants, etc.

* The contractor may be required to perform long term and/or controlled clean-up of sites in austere and/or contingency environments. Contractors will not be "first responders". The Contractor may be required to respond to multiple requests for environmental support at various sites. These services may include actions, such as, but not limited to, the following: Performing remedial and/or removal actions; expedited and emergency response actions at sites; facility operation, maintenance and instruction; developing work plans; range clean up and closure; performing site characterizations, groundwater characterization studies; Anti-terrorist/force protection

(ATFP) hazmat release incident response (not first responder) and remediation of ATFP related hazmat such as anthrax or any chemical, biological or radiological (CBR) agent.

TECHNICAL REQUIREMENTS

1. The Global Contingency Construction (GCC) contract is envisioned to operate in a variety of environments that will require the Contractor to flexibly apply technical and other standards as required by the situation and the individual Task Orders as issued.

2. At all times during execution of work under this contract the contractor will be required to control the quality of the work, and manage the safety of the workers accomplishing work under this contract.

3. Construction tasks may range from very expedient or expeditionary efforts not intended for long-term use to complex, permanent facilities. Therefore, for construction tasks, the decision as to the applicability of common industry and government standards and guide specifications will be made by the Contracting Officer. The following specific General Requirements Sections from the Uniform Facilities Guide Specifications (UFGS) are incorporated into this contract and may found at the following website: https://www.wbdg.org. Specific text for each section is included below. Each of these sections is hereby incorporated in the basic contract but may be further modified if necessary by Task Order.

3.1 Quality Control

3.1.1 For construction tasks under this contract, UFGS Section 01 45 00.05 20, DESIGN AND CONSTRUCTION QUALITY CONTROL (as modified and included herein) will apply. Under certain circumstances, specific provisions of Section 01 45 00.05 20 may be modified. Such modifications will be incorporated into the applicable Task Order. The Contractor is required to submit an overall contract Contractor Quality Control (CQC) Plan, which conforms to the requirements of Section 01 45 00.05 20 within 30 calendar days of award and prior to the issuance of the first task order under this contract. Additionally, a CQC plan addressing the particular aspects of each project by Definable Features of Work will be required for each individual task order.

3.1.2 For services related work under this contract, the Contractor may be required to submit a Quality Control (QC) Management plan for each such Task Order. The specific requirements will be incorporated into the applicable Task Order(s). The QC Management Plan and program for services requires an effective and efficient means of identifying and correcting performance problems that may arise throughout the entire scope of operations. The Contractor's QC program shall address:

Accurate documentation of work processes, procedures, and output measures.
A systematic procedure for assessing compliance with performance objectives and standards.
Accurate documentation of quality inspections conducted throughout the execution of work.
Assessment-driven corrective actions and process adjustments as appropriate in a timely manner.

Services related tasks are not required to be addressed in the Construction Quality Control plan in previous paragraph.

3.2 Safety and Occupational Health Requirements

3.2.1 For construction tasks under this contract, UFGS Section 01 35 26, GOVERNMENT SAFETY REQUIREMENTS (as modified and included herein) applies. The Contractor is required to submit an overall contract Safety Plan, which meets the requirements of USACE EM-385-1-1 and Section 01 35 26. Additionally, a Safety Plan/Accident Prevention Plan with appropriate Activity Hazard Analyses will be required to address specific hazards and controls by Definable Feature of Work for each individual Task Order.

3.2.2 For services related work under this contract, safety and occupational health requirements will be incorporated into the applicable Task Orders.

3.3 Network Analysis Schedules

For construction tasks under this contract, UFGS Section 01 32 17.00 20, COST-LOADED NETWORK ANALYSIS SCHEDULES (NAS) (as modified and included herein) applies. NAS may not be required for every Task Order. The use of NAS will be determined by the Contracting Officer for each Task Order.

3.4 For construction tasks under this contract, any additional submittal requirements will be defined in each Task Order. Allowance to proceed, based on submittal actions defined in Section 01 45 00.05 20, DESIGN AND CONSTRUCTION QUALITY CONTROL, will be addressed by the Contracting Officer for each Task Order.

4. Design requirements for this contract range from minimal design to full design. Design, when required by the Contracting Officer and unless specified otherwise by the Contracting Officer, shall be in accordance with the technical requirements of this contract. For design tasks under this contract, design and design documents shall comply with the requirements of each such Task Order and UFGS SECTION 01 33 10.05 20, DESIGN SUBMITTAL PROCEDURES (as modified and included herein). Each such task order will define what design development submittals are required. Provide electronic design submittals in accordance with Section 01 33 10.05 20.

5. Provide a list of materials for items that manufacturer information and product data cannot readily be identified after item is installed and for future maintenance, repair, or replacement purposes. Typical items include: Roofing, architectural insulation, special wall coverings, special floor coverings, special ceiling coverings, carpet, or light fixtures. Designations shall be keyed to the areas and spaces depicted on the task order drawing. Provide the following information: Material Designation, Specification Section, Manufacturer, Material Used (Manufacturer's Designation), and Where Used.

6. When required by the Contracting Officer for the Task Order, prepare Form DD1354 "Transfer and Acceptance of Military Real Property," for new construction, demolition, and any construction on an existing facility that adds new parts, items, or systems that are not maintenance or repair; e.g. replacement of windows, replacement of roofs, replacement of an exterior utility, adding an AC system, adding exterior lighting, etc. Include any additional assets/improvements/alterations from the Draft DD Form 1354. Contact the Contracting Officer for any project specific information necessary to complete the DD Form 1354.

7.1 For information purposes, a blank DD Form 1354 (fill-able) in ADOBE (PDF) may be obtained at the following web site: http://www.dtic.mil/whs/directives/forms/eforms/dd1354.pdf.

Instructions for completing the form is provided in UFC 1-300-08, available at the following location: https://www.wbdg.org/FFC/DOD/UFC/ufc_1_300_08_2009_c2.pdf.

## 8. PERSONNEL REQUIREMENTS

The educational and experience qualifications of all personnel listed under paragraph 8.4 must meet the contract minimum qualification standards for the respective labor category under which they are proposed. These qualifications shall become the standard for the personnel performing under the contract. The contractor shall be bound by these standards throughout the contract.

8.1 Review of Resumes
The Government reserves the right to review the resumes of any contractor employees listed under paragraph 8.4 and performing under the contract, solely for the purposes of ascertaining their qualifications relative to the personnel qualifications terms of the contract set forth under paragraph 8.4 below. Accordingly, the contractor shall furnish such resumes to the contracting officer upon request. Federal employees, military or civilian, shall

not be employed by the contractor in performance of any work under the contract (i.e., during off-duty hours, regular hours, or while on annual leave).

8.2 Contractor Work Force Responsibility
The contractor shall organize, furnish, maintain, supervise, and direct a work force, which, within the limitations of the provisions of the contract, is thoroughly capable and qualified to effectively perform the work set forth in the contract.

8.3 Personnel
The contractor shall provide personnel to perform the following positions. See paragraph 8.4 for duties and minimum required qualifications. All personnel proposed/performing the required duties under the below positions shall meet the minimum qualifications for that position.

The labor categories below are the ONLY labor categories that will be permitted under the contract. However, if it is determined that a labor category not listed below is required for a task order, the Contractor shall obtain prior written approval at time of proposal submission from the Contract Administrator listed under Section G-1 of the contract. The request, with supporting documentation, including ceiling rate for requested labor category, shall be submitted through the Task Order Ordering Officer/Contracting Officer to the Contract Administrator. If approval is granted by the Contract Administrator, the labor category will be approved for use on the specific task order. If it is determined that there would be a need to use the labor category under other task orders, the Contract Administrator may incorporate the labor category into the basic contract.

Program Manager
Sr. Project Manager
Site Quality Control (QC) Manager
Safety and Health Program Manager
Contract Administrative Manager
Contract Administrator
Accountant II and III
Accounting Technician II and III
Administrative Assistant
Project Task Order Manager
Senior, Mid-Level and Junior Electrical Engineer
Senior, Mid-Level and Junior Mechanical Engineer
Senior, Mid-Level and Junior Structural Engineer
Senior, Mid-Level and Junior Environmental Engineer
Senior, Mid-Level and Junior Civil Engineer
Project Scheduler
Senior and Mid-Level Cost Estimator
Site Construction Manager
Site Safety and Health Officer
Site Quality Assurance (QA) Manager

8.4 Personnel Duties, Desired Experience, and Qualifications

Program Manager
Responsible for definition of objectives and policies related to program tasks. Initiates review of the overall effectiveness and adherence to these policies in the achievement of program task objectives. Oversite of daily operations and performance of program. Responsible for the planning, staffing, business-development activities, controlling project costs and quality control and interfaces with management. A qualified individual for this position shall have a Bachelor's degree in Engineering/Technical or Business from an accredited college in related discipline, with 10 years of experience managing or overseeing large task order contracts which may involve multiple concurrent projects at multiple locations.

Senior Project Manager.

Responsibilities include directing work associated with contract task orders. Duties include ensuring effective execution of projects, controlling project schedule and budget, recommending changes to improve project efficiency and effectiveness, justifying change orders, tracking materials and resources, coordinating subcontractors' work, complying with normal safety and health procedures, ensuring compliance with contract/task order requirements, following/implementing approved project work plans or specifications, A qualified individual shall have an undergraduate degree in engineering or be a graduate of a construction management program. A minimum of 7 years of construction management experience.

Site Quality Control (QC) Manager
The site QC Manager will work at the site to implement and manage the QC Program. Responsibilities include but are not limited to: attending and conducting QC meetings, perform submittal reviews, ensuring necessary testing is performed and providing any necessary QC certifications and documentation required by task orders. The QC manager should be on site at all times during construction activities. The individual must be familiar with the requirements of EM 385-1-1, and have experience in the areas of hazard identification and safety compliance. Must have 5 years of QC Manager experience in projects that are similar in size and type of construction contemplated under this contract.

Safety and Health Program Manager
Responsibilities include implementing and overseeing the contractor's safety and health program and plans. Must possess working knowledge of applicable federal, state, and local occupation safety and health regulations. A qualified individual shall have formal education and training in occupational safety and health and a minimum of 5 years of working experience.

Contract Administrative Manager.
Responsibilities include administering, negotiating and managing contract task orders for construction and services with respect to contractual matters. Duties include ensuring compliance with applicable federal, DOD, and Navy regulations and policies, as well as the contract terms and conditions; maintaining an adequate purchasing system, which includes overseeing procurement of subcontractors; maintaining an adequate estimating system, which includes ensuring the adequacy of proposals; tracking costs; and interfacing with Navy contracts personnel regarding contractual matters. A qualified individual for this position shall have an undergraduate degree in business administration or in an appropriate related field, with 7 years of federal contracting experience (either working with the Government or for a DOD contractor). This individual shall have experience in cost plus award fee contracts.

Contract Administrator
Responsibilities include administering and managing contract task orders for construction and services with respect to contractual matters. Duties include ensuring compliance with applicable federal, DOD, and Navy regulations and policies, as well as the contract terms and conditions; utilizing an adequate purchasing system, which includes overseeing procurement of subcontractors; utilizing an adequate estimating system, which includes ensuring the adequacy of proposals; and tracking costs. A qualified individual for this position shall have an undergraduate degree in business administration or in an appropriate related field, with 5 years of federal contracting experience (either working with the Government or for a DOD contractor). This individual shall have experience in cost plus award fee contracts.

Accountant II
Responsibilities include knowledge and use of industry practices, techniques, and standards. Duties include applying and analyzing accounting principles on contracts, processes, practices and procedures with Federal Acquisition Regulations (FAR) and Cost Accounting Standards (CAS) interpretations; ensuring continued approved status of businesses processes and systems required to do business with the U.S. Government; interacting with federal regulatory agencies and internal personnel while investigating and resolving US and foreign government procurement regulatory compliance issues; preparing reports of findings and recommendations to management and negotiating rate agreements. A qualified individual for this position shall have an undergraduate degree in an accounting with 3 years' experience or a Master's degree with 1 year of experience, experience can be substituted for education requirements.

Accountant III
Responsibilities include complete understanding and application of principles, concepts, practices, and standards. Duties include applying and analyzing accounting principles on contracts, processes, practices and procedures with Federal Acquisition Regulations (FAR) and Cost Accounting Standards (CAS) interpretations; ensuring continued approved status of businesses processes and systems required to do business with the U.S. Government; interacting with federal regulatory agencies and internal personnel while investigating and resolving US and foreign government procurement regulatory compliance issues; preparing reports of findings and recommendations to management and negotiating rate agreements. A qualified individual for this position shall have an undergraduate degree in an accounting with 7 years' experience or a Master's degree with 5 years of experience, experience can be substituted for education requirements.

Accounting Technician II
Responsibilities include full knowledge and understanding of the general aspects of the job with a broad understanding of detailed aspects. Duties consist of performing a variety of general accounting support tasks such as verifying accuracy of invoices and other accounting documents or records; updating and maintaining accounting journals, ledgers and other records detailing financial business transactions (i.e. accounts receivable, disbursements, expense vouchers, payrolls, receipts, and accounts payable); entering data into computer systems using defined computer programs; complying data and preparing a variety of reports; reconciling records with company employees and/or external customers; making recommendations to resolve discrepancies and investigating questionable data. A qualified individual for this position shall have a high school degree with 2 years of additional education and 1 year of experience.

Accounting Technician III
Responsibilities include complete knowledge and understanding of the general detailed aspects of the job. Duties consist of performing a variety of general accounting support tasks such as verifying accuracy of invoices and other accounting documents or records; updating and maintaining accounting journals, ledgers and other records detailing financial business transactions (i.e. accounts receivable, disbursements, expense vouchers, payrolls, receipts, and accounts payable); entering data into computer systems using defined computer programs; complying data and preparing a variety of reports; reconciling records with company employees and/or external customers; making recommendations to resolve discrepancies and investigating questionable data. A qualified individual for this position shall have a undergraduate degree and 5 years of experience.

Administrative Assistant
Responsibilities include setting up and maintaining files, answering phone calls and referring to appropriate staff, arranging meetings and conferences; scheduling appointments; making travel arrangements, reviewing drafts and finished documents for appropriate grammatical usage, distribute incoming correspondence such as mail, faxes, and email; create and modify documents such as invoices, reports, memos, letters and financial statements using Microsoft Office, QuickBooks or other programs. A qualified individual for this position shall have a high school diploma and three years' experience.

Project Task Order Manager
Responsibilities include directing all segments associated with construction projects. Duties include ensuring that all elements of the plans and specifications can be implemented within schedule and within budget, recommending and justifying change orders, developing or modifying a method for tracking of materials and resources, directing the procurement of subcontractors, and complying with normal safety procedures as well as regulatory requirements. A qualified individual for project task order manager shall have a minimum of 7 years project management.

Senior Engineer.
Responsibilities include consulting with the Project Task Order Manager on engineering issues related appropriate technical discipline, preparing technical submittals, and providing consultations as required. Duties include assisting the Project Task Order Manager in carrying out project work and in the interpretation of engineering data. A qualified individual shall have an undergraduate degree from an engineering program, professional registration, and a minimum of 7 years of experience in the appropriate technical discipline.

Mid-Level Engineer.
Responsibilities include preparing technical submittals and providing consultations as required. Duties include assisting the Senior Engineer in carrying out project work, and assisting the Project Superintendent/Construction Site Manager in interpretation of engineering data. A qualified individual shall have an undergraduate degree from an engineering program, professional registration, and have a minimum of 3 years of experience in the appropriate technical discipline.

Junior Engineer
Responsibilities include preparing technical submittals and providing consultations as required. Duties include assisting the Mid-Level and Senior Engineer in carrying out project work, and assisting the Project Superintendent/Construction Site Manager in interpretation of engineering data. A qualified individual shall have an undergraduate degree from an engineering program and have a minimum of 3 years of experience in the appropriate technical discipline.

Project Scheduler
Responsibilities include preparing and maintaining master project schedules, reviewing schedule submissions for conformance with contract documents, checking critical path, cost and resource loading, schedule content, constraints and milestones; reviewing and verifying monthly progress; and preparing various types of reports as needed. A qualified individual shall have a degree in engineering, architecture or construction management and a minimum of 7 years experience in construction scheduling.

Senior Cost Estimator
Responsibilities include estimating building construction projects including independent cost estimating, evaluation of cost models, project budget development and compliance cost estimating, and change order cost analysis including establishing a fair and reasonable cost for authorized changes. Must be proficient in the application of various computer estimating packages. A qualified individual shall have a minimum of 7 years experience.

Mid-Level Cost Estimator
Responsibilities include estimating building construction projects including independent cost estimating, evaluation of cost models, project budget development and compliance cost estimating, and change order cost analysis including establishing a fair and reasonable cost for authorized changes. Must be proficient in the application of various computer estimating packages. A qualified individual shall have a minimum of 3 years experience.

Site Construction Manager
Responsibilities include supervising on-site operations for construction/disaster recovery projects. Duties include managing and administering material logistic procedures, executing the project tracking system, coordinating work including subcontractors, and monitoring and controlling project costs. A qualified individual for this position shall have at least 5 years of on-site supervisory construction management experience. Graduation from an accredited engineering or construction management program may be considered equivalent to 2 years of field experience

Site Safety and Health Officer (SSHO)
Responsibilities include overseeing the contractor's safety and health program and plans. Must possess working knowledge of applicable federal, state, and local occupation safety and health regulations. A qualified individual shall have formal education and training in occupational safety and health and a minimum of 1 year of working experience.

Site Quality Assurance (QA) Manager
Responsibilities include assisting the Quality Control (QC) Program Manager and developing, maintaining, and enforcing the QC program for individual task orders. The QC Manager should have 5 years of QC experience for construction projects.

**9. WORKING HOURS**

Regular working hours shall consist of an 8-1/2 hour period between 7:00 AM and 5:00 PM, Monday through Friday. As part of some job plans at the Task Order level, work during regular work hours and outside regular hours may be required. If the contractor desires to work outside regular hours that have not been incorporated into the task order, the Contractor must submit a request to work beyond regular hours to the Government's field representative for approval by the Contracting Officer 24 hours prior to the item requested to work. Federal Holidays are considered outside regular working hours.

**10. SECURITY REQUIREMENTS**

10.1 Identification Badges and Vehicle Passes

Identification badges and vehicle passes shall be obtained through the DBIDS program to the maximum extent practicable.   Contractor personnel will immediately report lost or stolen passes to the cognizant security officer.

Section E - Inspection and Acceptance

INSPECTION AND ACCEPTANCE
E-1    INSPECTION BY REGULATORY AGENCIES

Work performed under this contract is subject to inspection by State and Federal Government Regulatory agencies including those described below.

Permission has been granted by the Navy permitting Federal and State occupational health and safety officials to enter Navy shore installations, without delay and at reasonable times, to conduct routine safety and health investigations. Permission also extends to safety and health investigations based on reports of unsafe conditions. Occupational Health and Safety Administration (OSHA) officials may also investigate accidents or illnesses involving the Contractor's employees. Inspections may also be carried out by the Department of Labor to inspect for compliance with labor laws.

The Contractor shall cooperate with regulatory agencies and shall provide personnel to accompany the agency inspection or review teams. Contractor personnel shall be knowledgeable concerning the work being inspected, and participate in responding to all requests for information, inspection or review findings by regulatory agencies.

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|-----------|-----------|-----------|
| 0001 | N/A | N/A | N/A | Government |
| 0002 | N/A | N/A | N/A | Government |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|------|-----------|-----------|
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-4 | Inspection Of Services--Fixed Price | AUG 1996 |
| 52.246-5 | Inspection Of Services Cost-Reimbursement | APR 1984 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.246-13 | Inspection--Dismantling, Demolition, or Removal of Improvements | AUG 1996 |
| 52.246-19 | Warranty Of Systems And Equipment Under Performance Specifications Or Design Criteria | MAY 2001 |
| 52.246-21 | Warranty of Construction | MAR 1994 |

Section F - Deliveries or Performance

DELIVERIES OR PERFORMANCE
F-1      PLACE OF PERFORMANCE

The place of performance shall be designated on each individual task ordered issued.

F-2      TERM OF CONTRACT

Each contract issued under the Multiple Award Contract (MAC) is for a base year and seven one-year option periods.  The base contract term shall be for a period of 12 months commencing on the date of contract award.  The Government has the option to extend the term of the contract in accordance with FAR 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT, as referenced in Section I.

F-3      WORK SCHEDULE

(a)  The contractor shall arrange its work to minimize interference with the normal occurrence of Government business.  All work schedules will be discussed after the award of each task order if not considered/evaluated during the award process of the task order.

(b)  Service Interruptions:  If any utility services must be disconnected (even temporarily) due to scheduled contract work, the contractor shall coordinate with the designated Government representative and affected tenants at least fifteen days in advance.

F-4      PRE-PERFORMANCE CONFERENCE

Prior to commencing work for each task order, the contractor may be required to meet with the Contracting Officer and/or designated technical personnel at a mutually agreeable time to discuss and develop mutual understandings concerning scheduling and administering work.

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|------|---------------|----------|-----------------|---------------|
| 0001 | N/A | N/A | N/A | N/A |
| 0002 | N/A | N/A | N/A | N/A |

## CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.242-15 Alt I | Stop-Work Order (Aug 1989) -  Alternate I | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |

N6247020R5003

Page 15 of 129

52.247-55          F.O.B. Point For Delivery Of Government-Furnished          JUN 2003
                   Property

Section G - Contract Administration Data


G-1    CONTRACT ADMINISTRATION DATA

In order to expedite administration of this contract, the following delineation of duties is provided including the names, addresses, and phone numbers for each individual or office as specified.  The individual/position designated as having responsibility should be contacted for any questions, clarifications, or information regarding the functions assigned.

1.  PROCURING CONTRACTING OFFICER (PCO) is responsible for:
   a. All pre-award information, questions, or data;
   b. Freedom of Information inquiries;
   c. Change/question/information regarding the scope, terms or conditions of the basic contract document; and/or
   d. Arranging the post award conference (See FAR 42.503).

         NAME:          LINDA STEIN
         ADDRESS:       NAVAL FACILITIES ENGINEERING COMMAND, ATLANTIC
                        6506 HAMPTON BOULEVARD
                        NORFOLK, VA 23508-1278
         TELEPHONE:     (757) 322-4489
         EMAIL:         LINDA.STEIN@NAVY.MIL

      Additional, the Contract Specialist associated with this contract should receive a copy of all above requests:

         NAME:          AMBER FOREHAND-HUGHES
         TELEPHONE:     (757) 322-8336
         EMAIL:         AMBER.FOREHAND@NAVY.MIL

2.  CONTRACT ADMINISTRATION OFFICE (CAO) is responsible for matters specified in FAR 42.302 and DFARS 242.302 except in those areas otherwise designated herein.

         NAME:          LINDA STEIN
         TELEPHONE:     (757) 322-4489
         EMAIL:         LINDA.STEIN@NAVY.MIL

3.  DEFENSE CONTRACT AUDIT AGENCY (DCAA) is responsible for audit verification/provisional approval of invoices and final audit of the contract prior to final payment to the contractor.

      NAME:                   TO BE FILLED IN AT TIME OF CONTRACT AWARD
      TELEPHONE:
      EMAIL:

4.  PAYING OFFICE is responsible for payment of proper invoices after acceptance is documented.

      To be determined on individual task orders.

5.  CONTRACT CONTRACTING OFFICERS REPRESENTATIVE (COR) is responsible for:

a. Technical advice/recommendations/clarification on the performance work statement;
b. Acceptance of services or deliverables;
c. Government furnished property;
d. Security requirements on Government installation;
e. Reviews contractor's progress reports and furnishes the Contracting Officer comments based on the reports;
f. Monitor, in conjunction with the designated Task Order Contracting Officer Representatives
(CORs), contractor compliance with safety and quality management requirements;

g. In the event of contractor delay or failure to perform, as appropriate, in conjunction with the designated Task Order CORs, determine the cause and make recommendations for appropriate corrective and/or preventative measures to the Contracting Officer.
h. Monitor close outs to ensure contract/task orders are closed out timely and provide written completion statements/progress reports, as appropriate or requested;
i. Responsible for providing the Contracting Officer with timely input regarding reasonableness and technical necessity of invoiced costs and percentage of completion to ensure payments to the contractor is made within applicable time constraints;
j. Responsible for ensuring contractor's performance evaluations are accomplished in a timely manner; and
k. Informs the Contracting Officer of any contract/task order potential performance problems.

NOTE: When, in the opinion of the Contractor, the COR requests effort outside the existing scope of the contract (or task order), the Contractor shall promptly notify the Contracting Officer (or Ordering Officer) in writing.  No action shall be taken by the contractor under such direction until the Contracting Officer has issued a modification to the contract or, in the case of a task order, until the Ordering Officer has issued a modification of the task order; or until the issue has otherwise been resolved.

A Contracting Officer's Representative (COR) is **NOT** a Contracting or Ordering Officer and **DOES NOT** have authority to take any action, either directly or indirectly, that would change the pricing, quantity, quality, place of performance, delivery schedule, or any other terms and conditions of the contract (or task order), or to direct the accomplishment of effort which goes beyond the scope of the work in the contract (or task order).

The COR is technically responsible for monitoring of contractor performance and is the sole technical point of contact.  The Contracting Officer shall appoint a Task Order COR on all RAC task orders.  Task Order CORs will assist the Contract COR in the administration of each task order.  The Task Order CORs will be appointed in writing citing the applicable task order number(s), as required.

The Contracting Officer shall appoint a Contract COR in writing for this contract at time of award.  The Contracting Officer may also appoint in writing, an alternate Contract COR to perform the responsibilities and functions of the Contract COR.

Contract COR Name:          TO BE FILLED IN AT TIME OF CONTRACT AWARD
 ADDRESS:
 TELEPHONE:
 EMAIL:

In the event that the Contract COR named above is absent due to leave, illness, or official business, all responsibilities and functions assigned to the Contract COR will be the responsibility of the alternate Contract COR listed below:

Contract ACOR Name:          TO BE FILLED IN AT TIME OF CONTRACT AWARD
 ADDRESS:
 TELEPHONE:
 EMAIL:

6. TASK ORDER CONTRACTING OFFICER RERRESENTATIVES (CORs) – The Contracting Officer shall appoint a Task Order COR on all task orders.  Task Order CORs will assist the Contract COR in the administration of each task order.   Task Order CORs are responsible for providing technical assistance and support to the Contract COR in contract administration by:

a. Identifying contractor deficiencies to the Contract COR;
b. Reviewing task order deliverables and recommending acceptance/rejection of deliverables;
c. Identifying contractor noncompliance of reporting requirements;
d. Evaluating contractor proposals and identifying areas of concern affecting negotiations;

e. Reviewing contractor reports providing recommendations for acceptance/rejection;
f. Reviewing invoices for appropriateness of costs and providing recommendations to facilitate certification of the invoice;
g. Development of an independent government estimate;
h. Participate in contract task order award negotiations and provide technical evaluation of Contractor proposals;
i. Review contractor's progress reports; and
j. Responsible for ensuring contractor's performance evaluations are accomplished in a timely manner
**To be determined on each task order.**

7.  ORDERING OFFICER is responsible for:
   a. Requesting, obtaining, and evaluating proposals for orders to be issued;
   b. Determining the estimated cost of the order is fair and reasonable for the effort proposed;
   c. Obligating the funds by issuance of the task order;
   d. Authorization for use of overtime;
   e. Authorization to begin performance; and/or
   f. Monitoring of total cost of task orders issued.

**Ordering Officers will be appointed per task order on an as needed basis.**
If applicable, an Ordering Office may be established which would provide the office with the authority to issue and administer task orders under this contract.

G-2        TECHNICAL DIRECTION

Performance of work under this contract is subject to the written technical direction of the Contracting Officer's Representative (COR), who shall be specifically appointed by the Contracting Officer in writing. "Technical Direction" means a directive to the Contractor that approves approaches, solutions, designs, or refinements; fills in details or otherwise completes the general description of the work or documentation items; shifts emphasis among work areas or tasks; or furnishes similar instructions to the Contractor. Technical direction includes requiring studies and pursuit of certain lines of inquiry regarding matters within the general tasks and requirements in the Statement of Work of the task order. The COR **DOES NOT** have the authority to, and shall not, issue any instruction purporting to be technical direction which:

   (1)   Constitutes an assignment of additional work outside the Statement of Work;

   (2)   Constitutes a change as defined in the Changes Clause;

   (3)   In any manner causes an increase or decrease in the total estimated cost, Award Fee or the time required for task order performance;

   (4)   Changes any of the expressed terms, conditions, or specifications of the task order;

   (5)   Interferes with the Contractor's rights to perform the terms and conditions of the order, or;

   (6)   Authorizes the Contractor to incur costs in excess of the estimated cost or other limitations on costs set forth in this contract. All technical direction shall be issued in writing by the COR, or Contracting Officer. When, in the opinion of the contractor, the COR, or any other Government official other than the Contracting Officer, requests effort outside the existing scope of the contract (or task order), the contractor shall promptly notify the Contracting Officer in writing. No action shall be taken by the contractor under such direction until the Contracting Officer has issued a modification to the contract (or task order) or has otherwise resolved the issue.

G-3    TASK ORDERS

Work under this contract shall be ordered by written task orders (TO) issued on DD Form 1155 (Order for Supplies or Services) to the contractor by the Contracting Officer.  Only upon receipt of such an executed order, signed by the

Contracting Officer, shall the contractor commence work.  The Government will not be obligated to reimburse the Contractor for work performed, items delivered, or any costs incurred, nor shall the Contractor be obligated to perform, deliver, or otherwise incur costs, except as authorized by duly executed Task Orders.

G-4    TASK ORDER ISSUANCE PROCEDURES

If this contract contains multiple awardees, the issuance procedures stated herein are applicable.

1.  **GENERAL**

   (a)  When the Government requires work under the contract, the Government will initiate the Request for Proposal (RFP) process. The RFP will normally be transmitted electronically by email but may be placed via mail, telephone, facsimile, or other electronic means.   The request shall include:

   (1)  A description of the specified work required (including whether the work is  to be awarded on a CPAF or FFP basis),
   (2)  The anticipated performance period and critical milestones,
   (3)  The place of performance and manner of inspection and acceptance,
   (4)  Any other pertinent information, such as any applicable Service Contract Labor Standards, Wage Rate Requirements (Construction), and/or liquidated damages, if applicable.
   (5)  Submission requirements and basis of evaluation, and
   (6) Proposal due date.

   (b)  Task Orders (TO) will be awarded on DD Form 1155 (and forwarded to the contractor).

   (c)  Each TO shall include as a minimum:

   (i)        Contract / TO number and Type of Task Order (FFP or CPAF)
   (ii)       Award Date
   (iii)      Award Amount
   (iv)       Contract item number and description of the specified work required (including a designation of whether work includes incidental construction), quantity, and unit price or estimated cost.
   (v)        Delivery or performance schedule.
   (vi)       An estimated cost of performance, including award fee.  Under no circumstances shall the contractor exceed 100% of the estimated costs (excluding award fee) without prior written authorization by the Contracting Officer.
   (vii)      Place of performance.
   (viii)     Any packaging, packing, and shipping instructions.
   (ix)       Accounting and appropriation data.
   (x)        Method of payment and payment office.
   (xi)       Any Government-furnished property, material, or facilities to be made available for performance of the order (if required);
   (xii)      The names, addresses and phone numbers of the applicable Contracting Officer and its representatives, as well as any other necessary points of contact; and
   (xiii)     Any other pertinent information (such as applicable Service Contract Act and Davis-Bacon Act wage determination).

   (d)  The contractor shall notify the Contracting Officer if any apparent difficulties with regard to performance according to the terms of the order are anticipated or any time difficulties in performance arise.  For CPAF task orders, the Contractor shall notify the Contracting Officer in writing whenever it has reason to believe that the costs the contractor expects to incur under the contract task order in the next 60 days, when added to all costs previously incurred, will exceed 75% of the estimated cost of the task order.

   (e) Modifications to TOs will be issued on Standard Form (SF) 30.

(f)  If, at any time during performance of a CPAF order, it appears that additional funds will be required to complete performance of the contract task order, the contractor shall promptly notify the Contracting Officer in writing.  Such notification shall include the costs expended, an estimate of costs required to complete the order, and an explanation of why the originally awarded estimated cost was not adequate. The Government shall have the right to require the contractor to continue performance up to the originally estimated cost level and to suspend work thereafter; to negotiate a new set of work priorities to be completed within the remaining funds; or to modify the order, increasing the estimated cost to the level appropriate for completion of the work without additional fee.  Fee may be increased only if there is an increase to the original scope of the order that also requires additional funding in accordance with Section G10.

(g) In accordance with 10 USC § 2304 c (e), no protest under Subpart 33.1 is authorized in connection with the issuance or proposed issuance of a TO Contract except for (A) A protest on the grounds that the order increases the scope, period, or maximum value of the contract; or (B) A protest of an order valued in excess of $25 million.  Protests of orders in excess of $25 million may only be filed with the Government Accountability Office, in accordance with the procedures at FAR 33.104.

2.  **COMPETITION**

   (a)  Competition for issuance of all TOs is limited to those awardees under this contract. All awardees will be given a fair opportunity to be considered for each TO unless the Contracting Officer applies one of the exceptions noted in paragraph (d) below. Upon determining the need to issue a TO, all awardees will be considered equally against the stated criteria for that task order.

   (b)  Contract awardees are expected to submit a proposal for all Task Order Requests for Proposal (RFP) received from the Government. In the event a MACC awardee is unable to submit a proposal on a particular RFP, the contractor is required to notify, in writing, the Contracting Officer who issued the RFP and the PCO for the basic contract within five (5) working days from receipt of the RFP. **As all contract awardees are expected to submit proposals for all Task Order RFPs, the Government may consider a MACC awardee's withdrawal from submitting a proposal on more than two (2) task order RFPs during the course of each year of the contract when making a decision to award option periods.**

   (c)  Unless one of the exceptions  in paragraph (d) applies , each TO will be awarded, as a result of competition, to the contractor whose offer is the most advantageous to the Government considering the criteria specified for that task order.

   (d)  The Contracting Officer reserves the right to make award of a TO without competition based upon one of the circumstances described below or a statute expressly authorizes or requires that the purchase be made from a specific source.

      (i)    The agency need for the supplies or services are so urgent that providing a fair opportunity would result in unacceptable delays;
      (ii)   Only one awardee is capable of providing the supplies or services required at the level of quality required because the supplies or services ordered are unique or highly specialized;
      (iii)  The order must be issued on a sole-source basis in the interest of economy and efficiency as a logical follow-on to an order already issued under the contract, provided that all awardees were given a fair opportunity to be considered for the original order;
      (iv)   A statute expressly authorizes or requires that the purchase be made from a specific source; or
      (v)    It is necessary to place an order to satisfy a minimum guarantee.

3.  **REQUIREMENT FOR PROPOSALS**

(a) TOs will be issued as Cost-Plus-Fixed-Fee (CPAF) or Firm-Fixed-Price (FFP). Each TO will be subject to applicable clauses and provisions, as set forth in this Contract.   All TOs are subject to the terms and conditions of this contract. In the event of conflict between a TO and this contract, the contract will control, except as otherwise noted in the contract documents. The Government reserves the right to incorporate additional clauses, as appropriate, into individual TO solicitations and awards.

(b) The contractor must notify the ordering officer in writing within two (2) business days of RFP issuance when a contractor elects not to submit on a particular TO requirement and state the reasons why. Failure to provide this notification may impact future consideration for TOs and exercise of an option.

(c) TOs may be awarded on the basis of Lowest Price Technically Acceptable (LPTA), Price Only, or Best Value: Tradeoff Process. The basis for award will be stated in each proposed TO. Whenever possible, award will be made without discussions. If discussions are required, each contractor will be requested to provide a final proposal revision, unless eliminated from discussions through the establishment of a competitive range. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(d) Price: Each proposed FFP TO will indicate the detail of pricing information to be provided. Normally, a competitive proposed TO will require only a lump sum or unit price offer, but the Contracting Officer reserves the right to obtain a more detailed cost breakdown of labor, materials, equipment, overhead, and profit at any time.  In case of discrepancy between a unit price and an extended price, the unit price will be presumed to be correct, subject, however, to correction to the same extent and in the same manner as any other mistake.

(e) Cost: For each proposed CPAF TO the following shall be provided: (1) A detailed cost estimate showing direct and indirect costs.   Additional backup cost data shall be provided as appropriate. Unless otherwise directed, the breakdown shall be in sufficient detail to permit an analysis of all material, labor, equipment, travel, subcontracts, indirect rates (fringe, overhead, G&A, FCCOM, etc.) , as well as award fee and shall cover all work involved in the project. (2) Dollar amount and type of proposed subcontracts (including information required by an in accordance with FAR 52.244-2 – SUBCONTRACTS.  (3)  Costs associated with cost-reimbursable subcontracts shall be in the same level of detail as the prime. Only cost-reimbursable subcontractors identified in the basic contract can be proposed at the task order level.  (4) Task Order cost proposals should be broken down as specified in the RFP.  (5) Total estimated cost-plus-fixed fee.

(f) Direct Labor Rate Ceilings – Offerors are not permitted to exceed established labor hour ceiling rates for CPAF orders. See Section H-5 and H-6 of the contract.    Additionally, the direct labor costs proposed shall include both the company's equivalent category and the contract labor category, as provided on Attachment JL.2.

(g) Indirect Ceiling Rates – See Section H-7 of the contract.

(h) Award-Fee—See Section G-10.

(i) In addition to price or cost, other factors such as past performance, technical approach, quality, timeliness, subcontracting goals, or special expertise may be determined relevant for award under a particular TO by the Contracting Officer.  Submission requirements and the rating scheme and definitions will be stipulated on the individual TO RFP.

(j) After the selection of an apparent awardee, the Government reserves the right to issue a unilateral TO directing a contractor to perform a particular project within the scope of the contract. In all such cases, contractors are obligated to perform the work required in accordance with the terms and conditions of the contract.

(k) In accordance with FAR 15.506(a)(2), the ordering officer will conduct post-award debriefings within five (5) days after the receipt of the written request from the respective contract holder.

In accordance with FAR 16.505(b)(6), the Task Order Ordering Officer/Contracting Officer shall notify unsuccessful awardees when the total price of a task order exceeds $5.5 million. For task orders that exceed $5.5 million, the Task Order Ordering Officer/Contracting Officer, to the maximum extent practicable, will conduct post-award debriefings within five (5) days after the receipt of the written request from the respective contract holder in accordance with FAR 15.506.

G-5    TASK ORDER AND MODIFICATION PROPOSALS-PRICE BREAKDOWN

The Contractor, in connection with any proposal made for a contract modification, shall furnish a cost breakdown, itemized as required by the Contracting Officer. Unless otherwise directed, the breakdown shall contain sufficient detail to permit an analysis of all material, labor, equipment, subcontract, and indirect costs, as well as fee, and shall cover all work involved in the modification, whether such work was deleted, added, or changed. Any amount claimed for subcontractors shall be supported by a similar cost breakdown. In addition, if the proposal includes a time extension, a justification thereof shall be furnished. The proposal, together with the price breakdown and the time extension justification, shall be furnished by the date specified by the Contracting Officer.

G-6    NOTIFICATION REQUIRED UNDER LIMITATION OF COSTAND LIMITATION OF FUNDS CLAUSES

LIMITATION OF COST, FAR 52.232-20, and LIMITATION OF FUNDS, FAR 52.232-22, incorporated by reference in Section I, are applicable to each task order individually. Limitation of Cost applies if the task order is fully funded at the time of issuance. Limitation of Funds applies if the task order is incrementally funded. "Task Order" is substituted for "Schedule" wherever that work appears in the clauses. The contractor shall notify the Contracting Officer in writing whenever it has reason to believe:

(a)  For LIMITATION OF COST:

(1)  The costs the contractor expects to incur under the task order in the next 60 days (unless varied in task order) when added to all costs previously incurred, will exceed 75 percent (unless varied in the task order) of the estimated cost specified in the task order.

(2)  The total cost for performance of the task order, exclusive of any fee, will be either greater or substantially less than had been previously estimated.

(b)  For LIMITATION OF FUNDS:

(1)  The costs the contractor expects to incur under the task order in the next 60 days (unless varied in task order) when added to all costs previously incurred, will exceed 75 percent (unless varied in the task order) of the estimated cost specified in the task order.

(2)  Sixty (60) days (unless varied in the task order) before the end of the period specified in the task order, the contractor shall notify the Contracting Officer in writing of the estimated amount of additional funds, if any, required to continue timely performance under the task order.

NOTE:  Notification requirements aspects of LIMITATION OF COST and LIMITATION OF FUNDS are restated here for emphasis. Other aspects of these clauses, incorporated by reference in Section I herein, which is not restated above, remain in full force and effect as if provided in full text.

G-7    SUBMISSIONS OF INVOICES AND REQUIREMENTS FOR APPROVAL

1.    Firm Fixed Price Invoicing

    (a)   Invoices/vouchers shall also be submitted in accordance with Wide Area Workflow (WAWF), 252.232-7006 "Wide Area Workflow Payment Instructions" and shall contain necessary supporting documentation.  The WAWF table and any other supporting documentation requirement will be incorporated into each Task Order.

2.   Cost plus Award Fee invoicing

    (a)   Invoices/vouchers shall also be submitted in accordance with Wide Area Workflow (WAWF), 252.232-7006 "Wide Area Workflow Payment Instructions" and shall contain necessary supporting documentation.  The WAWF table will be incorporated into each Task Order.

    (b)   Under the provisions of FAR 42.803(b), the DCAA auditor is an authorized representative of the Contracting Officer for examining vouchers received directly from the Contractor.  Costs claimed that are determined by the DCAA auditor to be unallowable or suspended will be identified on DCAA Form 1 "Notice of Contract Costs Suspended and/or Disapproved," which will be issued to the Contractor with a copy to the cognizant ACO.  On such actions of suspended or disapproved costs, the Contractor may appeal, in writing, to the ACO who will make a determination promptly in writing.  Any final decision by the Contracting Officer may be appealed thereafter in accordance with the provisions of FAR 52.233-1 Disputes (May 2014) Alt I (Dec 1991).

    (c)   Invoices requesting interim payments under this contract shall be submitted once a month.  There shall be a lapse of no more than 90 calendar days between performance and submission of an interim payment invoice, except for adjustments to annual indirect rates, which will be ascertained at time of audit.

    (d)   Incurred cost invoiced shall be in accordance with FAR 52.216-7 Allowable Cost and Payment (June 2013). (Cost Reimbursable subcontractor invoices must contain the same format and level of detail specified for the prime).  The invoice shall contain a summary section for the contract as a whole and for each contract task order.  Billing data shall show current and cumulative total to date for each cost element.  Detailed summaries for contract task orders shall report billing data for all cost elements to the third WBS level.  The following minimum detail is required at the third WBS level, at the task order summary level, and the contract summary level unless otherwise directed by the Contracting Officer.

        (1)   Contract Number and Invoice Number (numbered sequentially from "1").

        (2)   Contract Task Order Number, project title and brief description of work.

        (3)   Direct Labor.  Provide regular and premium direct labor hours specifying labor category and labor hours used.  Provide an alphabetical listing by employee including: a record of time worked showing the name of the individual, labor classification for function performed, hours worked, hourly rate paid and total paid to each individual.  The labor classification shall include both the company's equivalent labor category and the contract labor category, as provided on Attachment JL.2.  Current labor charges must be able to be substantiated by individual daily job time cards.  Any approvals granted by the Contract Officer/Administrator under Section H5 of the contract shall be submitted with the invoice.  For SCA and DBA labor categories, indicate the SCA or DBA Wage Determination number used along with any ceiling rates applied as authorized by the Task Order Contracting Officer in accordance with Section H6 of the contract. Any approvals granted by the Task Order Contracting Officer under Section H6 of the contract shall be submitted with the invoice.

(4) <u>Material</u>.  Charges are to be substantiated by evidence of actual payment and shall include all cash and trade discounts, rebates, allowances, credits, salvage, commissions and other benefits.  This shall include a brief but specific explanation of current charges.

(5) <u>Subcontract</u>.  Provide an information copy of each invoice and identify the period of performance.  Provide a list summarized for each vendor that shows the vendor's name, amount billed, and date paid.  For cost reimbursement subcontracts, show the amount of fee separate from the cost of performance.

(6) <u>Travel and Per Diem</u>.  Reimbursement of travel costs will be in accordance with the Joint Travel Regulation (JTR) as determined applicable by the Contracting Officer.  Current travel amounts are to be supported with expense reports and receipts and the following data for each trip:  (i) dates of travel; (ii) mode of transportation and cost; (iii) point of origin; (iv) destination; (v) name of traveler; (vi) reason for travel; and (vii) per diem rates.

(7) <u>Other Direct Costs (ODC)</u>.  Provide a list summarized per ODC category that shows the vendor's name, amount billed per vendor, and date paid.  This list shall be supported by a copy of the receipt, if applicable.  For in-house effort, show how the cost was computed.

(8) <u>Facilities Costs</u>.

(9) <u>Equipment</u>.  Identify and segregate the costs associated with Contractor-Acquired equipment, rental equipment and Contractor-Owned equipment (expensed using an equipment usage rate).  Provide a list summarized for each vendor which shows the vendor's name, amount, billed, and date paid.  The list shall reflect the period of performance and shall be supported by a copy of receipts or subcontractor invoices for the charges.

(10) <u>Transportation and Disposal Costs</u>.

(11) <u>Indirect Costs</u>. Identify rates, bases, and amounts.

(12) <u>Award Fee Paid</u>.

G-8    <u>INVOICING PROCEDURES FOR UNCOMPENSATED OVERTIME (IF APPLICABLE)</u>

(a)  The contractor hereby warrants that billing under this contract shall be based upon their Defense Contract Audit Agency (DCAA) approved procedures for uncompensated overtime and that it will achieve any reductions of the 40 hour work week salary rate for exempt personnel as included in its proposal.  Reconciliation to the expanded average work week (and reduced average hourly rate) shall be accomplished annually.  The contractor further agrees to insert in any subcontract or consultant agreement hereunder, provisions which shall conform substantially to the language of this clause.

(b)  The contractor and subcontractor(s) shall provide and maintain a cost accounting system acceptable to the DCAA, which records all hours worked (in excess of 40 hours per week) for all types of contracts and for all customers consistent with approved Cost Accounting Standards.  In addition, all hours shall be burdened and shall be in the base for allocation of overhead and general administrative expenses.

(c)  Within 45 days after completion of each annual period of performance, the contractor shall submit reports showing the aggregate percentage reduction in billing rates due to the expanded work week for the performance period.  In the event that such actual reduction is less than the reduction proposed, the cost attributable to that difference will be disallowed by the contracting officer or taken out of subsequent award fee payments.

(d)  The contractor hereby agrees to provide the following breakdown with invoices:

A list of all individuals direct-charged, with each individual's name, contract (or subcontractor) labor category, Government labor category, current and cumulative labor hours by individual, as well as the number of regular hours (based on a 40 hour work week) and the number of hours worked in excess of 40 hours per week.

G-9    TRAVEL COSTS

(a)  Performance under this contract may require travel by contractor personnel. Personnel travel shall be negotiated at the task order level as needed. If travel is required, the contractor is responsible for making all needed arrangements for personnel. This may include medical examinations and security clearances.  For cost reimbursement task orders, the Government will reimburse the contractor for allowable, allocable and reasonable/task order in accordance with FAR Subpart 31.2 and the rules and definitions set forth for temporary duty, local travel and long-term TDY in the Joint Travel Regulations (JTR), and as set out below, but not to exceed the amounts authorized in the JTR.

(b)  Definitions:

(1)  Temporary Duty (Overnight Stay Required) Beyond 50 Mile Radius.
If a temporary duty station to which an employee is required to travel in the performance of this contract is beyond the circular boundary created by a 50 mile radius of the employee's official point of departure, and the period of official travel is greater than two hours more than the employee's regular work day, the cost of transportation and per diem will be reimbursed.  Official travel begins at the time an employee leaves his/her home, office, or other authorized point of departure and ends when the traveler returns to his/her home, office, or other authorized point at the conclusion of the trip.

(2)  One Day Travel (Overnight Stay Not Required) Beyond 50 Miles Radius.
When the period of official travel is 24 hours or less, but exceeds the employee's regular work day by greater than two hours, transportation and meals and incidental expenses (M&IE) will be reimbursed, consistent with company policy but not to exceed the amounts authorized in the JTR.  Allowable reimbursement for M&IE may be prorated as provided in the JTR.

(3)  Local Travel (within 50 Miles Radius of Official Point of Departure) or at Temporary Duty Station.  Cost of commercial transportation and Privately Owned Vehicles (POV mileage) used in the performance of this contract for local travel or at a temporary duty station will be reimbursed, if approved by appropriate Contractor supervisory personnel as advantageous to the Government.  For local travel required in the performance of this contract, transportation costs will be reimbursed for the distance that exceeds the employee's regular commuting distance.

(4)   Long-Term TDY (periods over 30 days).  TDY that exceeds 30 days will be subject to long-term TDY lodging and flat rate per diem rates, as applicable, in accordance with the JTR.  The contractor shall be expected to use prudent business judgment. The following travel shall not be reimbursed hereunder.
(a)  travel performed for personal convenience; and
(b)  daily travel to and from work at the designated work site.

(c) Official Travel

(1)  Air. The contractor shall be reimbursed for the actual cost of air transportation provided that such costs are the lowest customary standard, coach or equivalent, airfare offered during normal business hours unless higher fares are justified in accordance with FAR 31.205-46(d).

(2)  Privately Owned Conveyance. Reimbursement for the use of privately owned conveyance by the contractor's personnel will be at the rate in effect at time of travel under the Joint Travel. Regulations and will include all necessary tolls when such travel is necessary for performance under this contract. (3) Auto Rental. Reimbursement of the use of rental cars (most economical class available consistent with the need) by the contractor's personnel will be actual cost.

(3) Auto Rental. Reimbursement of the use of rental cars (most economical class available consistent with the need) by the contractor's personnel will be actual cost.

(4) Other Public Transportation. The use of other public transportation by the contractor's personnel will be reimbursed at actual cost.

(5) Personnel in Travel Status. Official travel status is defined as travel necessary in performance of the task order and shall be reimbursed under the applicable task order. However, such reimbursement shall not exceed eight labor hours per individual while in travel status during one calendar day. Travel outside regular duty hours shall not be reimbursed except when it involves the performance of work while traveling and is carried out under arduous conditions or results from an event that could not be scheduled or controlled administratively by either the contractor or Government.

(6) Per Diem. Expenses for subsistence and lodging shall be reimbursed to the contractor only to the extent where overnight stay is necessary and authorized by the delivery order for performance under this contract. Incurred costs shall be considered to be reasonable and allowable only to the extent that they do not exceed, on a daily basis, the maximum per diem rates in effect at the time of travel set forth in the Federal Travel Regulations, Joint Travel Regulations and Standardized Regulations set forth in FAR 31.105-46(a)(2).

(7) Military Air. Contractor personnel may be authorized to utilize Military Air transportation at the direction of the Contracting Officer.

(8) If performance extends more than 180 days, the contractor personnel will be subject to reduced per diem/lodging rates.

G-10    AWARD FEE CALCULATION AND PAYMENT

(a) Maximum Award fee rates proposed for both prime and cost reimbursement subcontractor(s) shall not exceed the award fee ceiling amounts proposed on Attachment JL.5.   Award Fee for both the prime and cost reimbursement subcontractor(s) shall be proposed at the same rate.  Joint Ventures shall propose the same Award Fee rate.

(b) Each task order will contain a maximum award fee, which will be established by multiplying the total contract cost (less travel, Contractor –Acquired Property, FCCOM, award fee on cost reimbursable subcontractor's cost at any tier, direct charged taxes, and any JV fees/mark-ups) by the award fee percentage proposed for that task order, not to exceed the award fee ceiling rate proposed on Attachment JL.5.  The award fee percentage proposed at the task order level may be less than the award fee percentage proposed on Attachment JL.5.  The award fee rate(s) proposed at the task order level will be the maximum award fee rate(s) allowed under the task order and will not be subject to an increase.

(c) The award fee pool will NOT be adjusted for cost overruns. Adjustments to the award fee will be made for modifications that cause an increase or decrease to the scope of the task order of which will reflect the same award fee rate as that proposed under the original effort.  Additional within scope work added by Concurrence Letter is not subject to additional fee.  If it is later determined, that additional funds are required for the completion of work previously approved by Concurrence Letter, only that portion requiring additional funds will be subject to additional fee, if applicable. (NOTE:  ALL REWORK WILL BE NON-FEE BEARING).

(d) For each award fee period, the available award fee (or award fee pool) will be calculated by the Government developing a percentage of physical or financial completion for each task order at the end of each award fee period.  The lower percentage of physical or financial completion will be used to determine available award fee for each task order, unless sufficient documentation is provided by the Contractor to support a higher fee evaluation.  In order to ensure the appropriate award fee is distributed over all

evaluation periods, at least **40%** of the potential award fee must be available for the final evaluation.  Once the final evaluation has been completed, no less than 10% of the available award fee will be retained.  Upon receipt of all required interim close-out paperwork the retained fee will be released to the Contractor.

(e)  The Contractor will be given an award fee rating based on performance as measured against the elements incorporated in the Award Fee Plan, Attachment JL.12.

(f)  The determination and the methodology for determining award fee are unilateral decisions made solely at the discretion of the Government.

G-11     CONTRACTING OFFICER AUTHORITY

In no event shall any understanding or agreement between the Contractor and any Government employee other than the Contracting Officer on any contract, modification, change order, letter or verbal direction to the Contractor be effective or binding upon the Government. All such actions must be formalized by a proper contractual document executed by an appointed Contracting Officer. The Contractor is hereby put on notice that in the event a Government employee other than the Contracting Officer directs a change in the work to be performed, it is the Contractor's responsibility to make inquiry of the Contracting Officer before making the deviation. Payments will not be made without being authorized by an appointed Contracting Officer with the legal authority to bind the Government.

G-12     APPOINTMENT OF ORDERING OFFICER(S)

Ordering Officers under this contract are authorized by the Contracting Officer to execute delivery/task orders provided the total price for the delivery/task order does not exceed the individual Contracting Officer(s) warrant limitations. The ordering officers and their specific authority shall be stated in this contract or in an appointment letter.

G-13     GOVERNMENT REPRESENTATIVES

a. The contract will be administered by an authorized representative of the Contracting Officer. In no event, however, will any understanding or agreement, modification, change order, or other matter deviating from the terms of the contract between the contractor and any person other than the Contracting Officer be effective or binding upon the Government, unless formalized by proper contractual documents executed by the Contracting Officer prior to completion of this contract. The authorized representative as indicated hereinafter:

1. The Contracting Officer's Representative (COR) will be designated by the Contracting Officer as the authorized representative of the Contracting Officer. The COR is responsible for monitoring performance and the technical management of the effort required hereunder, and should be contacted regarding questions or problems of a technical nature.

2. The designated Contract Specialist will be the Administrative Contracting Officer's representative on all other contract administrative matters. The Contract Specialist should be contacted regarding all matters pertaining to the contract or delivery orders.

3. The designated Property Administrator is the Administrative contracting Officer's representative on property matters. The Property Administrator should be contacted regarding all matters pertaining to property administration.

CLAUSES INCORPORATED BY REFERENCE

| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.232-7003 | Electronic Submission of Payment Requests and Receiving Reports | DEC 2018 |

CLAUSES INCORPORATED BY FULL TEXT

252.232-7006 WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (DEC 2018)

To be completed on a task order basis.

(a) Definitions. As used in this clause—

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

"Payment request" and "receiving report" are defined in the clause at 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(b) Electronic invoicing. The WAWF system provides the method to electronically process vendor payment requests and receiving reports, as authorized by Defense Federal Acquisition Regulation Supplement (DFARS) 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c) WAWF access. To access WAWF, the Contractor shall—

(1) Have a designated electronic business point of contact in the System for Award Management at https://www.sam.gov; and

(2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d) WAWF training. The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/.

(e) WAWF methods of document submission. Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f) WAWF payment instructions. The Contractor shall use the following information when submitting payment requests and receiving reports in WAWF for this contract or task or delivery order:

(1)  Document type. The Contractor shall submit payment requests using the following document type(s):

(i) For cost-type line items, including labor-hour or time-and-materials, submit a cost voucher.

(ii) For fixed price line items—

(A) That require shipment of a deliverable, submit the invoice and receiving report specified by the Contracting Officer.

_____

(Contracting Officer: Insert applicable invoice and receiving report document type(s) for fixed price line items that require shipment of a deliverable.)

(B) For services that do not require shipment of a deliverable, submit either the Invoice 2in1, which meets the requirements for the invoice and receiving report, or the applicable invoice and receiving report, as specified by the Contracting Officer.

_____

(Contracting Officer: Insert either "Invoice 2in1" or the applicable invoice and receiving report document type(s) for fixed price line items for services.)

(iii) For customary progress payments based on costs incurred, submit a progress payment request.

(iv) For performance based payments, submit a performance based payment request.

(v) For commercial item financing, submit a commercial item financing request.

(2) Fast Pay requests are only permitted when Federal Acquisition Regulation (FAR) 52.213-1 is included in the contract.

[Note: The Contractor may use a WAWF "combo" document type to create some combinations of invoice and receiving report in one step.]

(3) Document routing. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | ____ |
| Issue By DoDAAC | ____ |
| Admin DoDAAC** | ____ |
| Inspect By DoDAAC | ____ |
| Ship To Code | ____ |
| Ship From Code | ____ |
| Mark For Code | ____ |
| Service Approver (DoDAAC) | ____ |
| Service Acceptor (DoDAAC) | ____ |
| Accept at Other DoDAAC | ____ |
| LPO DoDAAC | ____ |
| DCAA Auditor DoDAAC | ____ |
| Other DoDAAC(s) | ____ |

(*Contracting Officer: Insert applicable DoDAAC information. If multiple ship to/acceptance locations apply, insert "See Schedule" or "Not applicable.")

(**Contracting Officer: If the contract provides for progress payments or performance-based payments, insert the DoDAAC for the contract administration office assigned the functions under FAR 42.302(a)(13).)

(4) Payment request. The Contractor shall ensure a payment request includes documentation appropriate to the type of payment request in accordance with the payment clause, contract financing clause, or Federal Acquisition Regulation 52.216-7, Allowable Cost and Payment, as applicable.

(5) Receiving report. The Contractor shall ensure a receiving report meets the requirements of DFARS Appendix F.

(g) WAWF point of contact.

(1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

_____

(Contracting Officer: Insert applicable information or "Not applicable.")

(2) Contact the WAWF helpdesk at 866-618-5988, if assistance is needed.

(End of clause)

Section H - Special Contract Requirements

SPECIAL CONTRACT REQUIREMENTS
H-1    NOTICE REGARDING CONTRACT CLAUSES AND PROVISIONS APPLICABLE TO COST-
       REIMBURSEMENT AND FIRM-FIXED-PRICE TASK ORDERS

THE SOLICITATION INCORPORATES PROVISIONS AND CLAUSES FOR BOTH COST-
REIMBURSEMENT AND FIRM-FIXED-PRICE TASK ORDERS.

H-2    NOTICE OF NON-ALLOWABILITY OF DIRECT CHARGES FOR GENERAL PURPOSE
       INFORMATION TECHNOLOGY EQUIPMENT OR SYSTEMS

   (a) Notwithstanding the ALLOWABLE COST AND PAYMENT clause (FAR 52.216-7) of Section I,
       costs for the acquisition and use of Information Technology Equipment or Systems shall not be
       considered as an allowable direct charge to this contract.

   (b) A definition of Information Technology Equipment or Systems can be found in FAR 2.101.

   (c) Contractors are expected to have the necessary facilities to perform the requirements of this
       solicitation/contract.

H-3    PROPOSAL PREPARATION COSTS

The costs for preparation of cost proposals and technical proposals and for various administrative costs applicable to
all contract task orders will not be allowed as a direct charge under this contract.  Additionally, the Government will
not issue a separate task order for overall Program Management.  Program Management should be captured and
charged under individual task orders.  The Contractor shall not assume that all the Program Management Key
Personnel listed in the PWS will be budgeted for each task order.  The locations, quantities, and frequency of the
work cannot be predetermined and may vary throughout the course of the contract.

H-4    PROFESSIONAL LABOR RATES AND ESCALATION CEILINGS (ONLY APPLICABLE TO CPAF
       ORDERS)

The labor categories and direct labor hourly ceiling rates identified in Attachment JL.2 will become a part of the
contract. The "Direct Labor Ceiling Rates" including any adjustments for uncompensated overtime in Attachment
JL.2 will be utilized for negotiation of task orders/modifications.

For CPAF task orders, the contractor shall not exceed the direct labor hourly ceiling rates provided in Attachment
JL.2, for the respective ordering period, to build its cost proposal.  These ceiling rates are the maximum allowable
rates that can be proposed or charged under task orders during the respective ordering period. These are not bid
rates.  Labor rates proposed for individual task orders may be less and should be in accordance with the offeror's
disclosed estimating system practices and, if applicable, forward pricing rate agreements.  However, proposed rates
shall not exceed the ceiling rates established in the contract under JL.2.

Where it is determined necessary to utilize a specific individual on this contract whose actual labor rate exceeds the
established ceiling, the Contractor will be required to obtain prior written approval at the time of proposal
submission from the Contract Administrator  listed under G-1—Contract Administration Data.  The request, with
supporting documentation, shall be submitted through the Task Order Ordering/Contracting Officer, for the
respective order to the Contract Administrator.   In the event that such approval is not properly obtained, the
Government will only be required to reimburse the Contractor at the ceiling rate.

Where it is determined that a labor category not listed on JL.2 is required for a task order, the Contractor shall obtain
prior written approval at time of proposal submission from the Contract Administrator listed under G1.  The request,
with supporting documentation, including bid/ceiling rate for requested labor category, shall be submitted through
the Task Order Ordering Officer/Contracting Officer to the Contract Administrator. If approval is granted by the

Contract Administrator, the labor category will be approved for use on the specific task order. If it is determined that there would be a need to use the labor category under other task orders, the Contract Administrator may incorporate the labor category into the basic contract.

All ceiling provisions will apply to the prime contractor as well as each cost reimbursable subcontractor.

H-5    SERVICE CONTRACT LABOR STANDARDS AND WAGE RATE REQUIREMENTS (CONSTRUCTION) BASE AND CEILING (ONLY APPLICABLE TO CPAF ORDERS)

(a) Service Contract Labor Standards Wage Determinations and Wage Rate Requirements (Construction) Wage Determinations shall be incorporated into applicable Contract Task Orders. Any labor categories used during contract performance that are covered under the Service Contract Labor Standards or Wage Rate Requirements (Construction), and that are not listed in the applicable wage determination, shall be subject to conformance procedures.

(b) The minimum rates as set forth in the applicable wage determinations for individual task orders plus the percentage proposed in Attachment JL.6A, Service Contract Labor Standards and Wage Rate Requirements (Construction), establish maximum ceilings for service and construction direct labor rates during the contract period of performance. The Service and Construction rates used for proposals and billing purposes under individual task orders SHALL REFLECT THE MINIMUM RATES set forth on the applicable wage determination, unless a higher rate is otherwise approved prior to award by the Contracting Officer for use under the respective task order(s). The higher rate(s) shall not exceed the Service and Construction Wage Determination Rates, plus the applicable wage determination  ceiling percent proposed under Attachment JL.6A (incorporated in the contract), for the particular trade, except as otherwise stated herein. It is recognized at some sites that the required personnel at the applicable Service and Construction Wage Determination rates plus proposed ceiling percent may not be available at the location where the work is being performed. If the contractor proposes to use an employee whose salary rate exceeds the ceiling for service or construction labor, the contractor shall provide written justification at time of proposal submission supporting the need to use a higher labor rate on a one time basis or continuous basis, and obtain approval from the Contracting Officer. This decision on the use of a Service Contract or Construction Wage Determination Rate exceeding the ceiling will be made prior to the award of the task order by the Contracting Officer for the task order. In the event that such approvals are not properly obtained, the Government will only be required to reimburse the Contractor at the minimum rate set forth in the applicable wage determination.

H-6    CEILING INDIRECT RATES AND AWARD FEE CEILING  (ONLY APPLICABLE TO CPAF TASK ORDERS)

The ceiling indirect rates for the base and option years submitted with the proposal as Attachment JL.5 will become a part of the contract. Should actual indirect rates experienced during performance of the contract be lower than those shown in Attachment JL.5, actual rates will be charged in lieu of the maximum rates. All ceiling provisions will apply to the prime contractor as well as each cost reimbursable subcontractor and the applicable ceiling rates will be included in the contract resulting from this solicitation.

If during the course of this contract, there is a statutory change in the indirect cost elements, i.e., FICA, FUTA, SUTA, etc., the ceiling established herein will be adjusted accordingly. Additionally, should there be a substantial increase in health insurance expenses not caused by a change in the basic coverage; the Contractor may request that the established ceiling be modified to accommodate the increase. This shall apply to both prime contractor and first-tier cost reimbursable subcontractors. Final decision on whether or not to change the established ceiling in this case shall remain with the Contracting Officer.

If a mandatory increase in Health and Welfare Benefits is imposed by state or local governments for SCA covered employees, the ceiling established for the indirect rate will be adjusted accordingly prior to the exercise of each option period, only if the Contractor's Health and Welfare Benefits are included in its indirect rate pool, in

accordance with its disclosed accounting practices.   Additionally, if any Health and Welfare Benefits are increased for any employee as mandated by state or local governments, the ceiling established for the indirect rate will also be adjusted accordingly.

The award fee ceiling rate submitted with the proposal on Attachment JL.5 shall apply to the base and all option years (CONUS and OCONUS).  Proposed award fee rates for individual task orders may be lower but may at no time exceed the ceiling rate established in JL.5.

H-7     HOLIDAYS

All or a portion of the effort under this contract will be performed on a Government installation. Listed below are the holidays observed by the Federal Government. The Contractor will not be allowed to work on the Government installation on these days, without approval of the contracting officer.

NAME OF HOLIDAY TIME OF OBSERVANCE

| New Year's Day | 1 January |
|---|---|
| Martin Luther King, Jr. Day | Third Monday in January |
| President's Day | Third Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | 4 July |
| Labor Day First | First Monday in September |
| Columbus Day | Second Monday in October |
| Veteran's Day | 11 November |
| Thanksgiving Day | Fourth Thursday in November |
| Christmas Day | 25 December |

In the event any of the above holidays occur on a Saturday or a Sunday, then such holiday shall be observed by the Contractor in accordance with the practice as observed by the assigned Government employees at the using activity. If the contractor is prevented from performance as the result of an Executive Order or an administrative leave determination applying to the using activity, such time may be charged to the contract as direct cost provided such charges are consistent with the contractor's accounting practices.

H-8     NOTICE OF CONSTRUCTIVE CHANGES

No order, statement or direction of the Contracting Officer, the authorized representative of the Contracting Officer whether or not acting within the limits of his authority, or any other representative of the Government, shall constitute a change under the "Changes" clause of this contract or entitle the Contractor to an equitable adjustment of the contract price or delivery schedule, unless such a change is issued in writing and signed by the Contracting Officer.

No representative of the Contracting Officer shall be authorized to issue a written change order under the "Changes" clause of this contract. The Contractor shall be under no obligation to comply with any orders or directions not issued in writing and signed by the Contracting Officer.  In accordance with FAR 52.243-7, "Notification of Changes", the contractor shall promptly notify the Contracting Officer when it receives any direction it believes to be a change to the originally negotiated scope of the contract task order.

H-9     MINIMUM GUARANTEE

The minimum guarantee for this contract is $25,000 per contract award for the life of the contract. Should the Government fail to place orders totaling the amount of the contract minimum quantity, the provisions of clause FAR 52.249-6 "Termination (Cost- Reimbursement) (MAY 2004) – Alternate I shall apply.

H-10     DFARS 228.102-1 PERFORMANCE AND PAYMENT BONDS FOR CONSTRUCTION CONTRACTS

The requirement for performance and payment bonds is waived for cost-reimbursement contracts. However, for cost-type contracts with fixed-price construction subcontracts over $35,000, the prime contractor is required to obtain from each of its construction subcontractors performance and payment protections in favor of the prime contractor as follows:  (1) For fixed-price construction subcontracts over $35,000, but not exceeding $150,000, payment protection sufficient to pay labor and material costs, using any of the alternatives listed at FAR 28.102-1(b)(1); (2) For fixed-price construction subcontracts over $150,000 - (i) A payment bond sufficient to pay labor and material costs, and (ii) A performance bond in an equal amount.

H-11    GOVERNMENT FURNISHED PROPERTY

The Government may furnish to the contractor or direct the contractor to purchase, for use in connection with this contract, various property to be identified on the individual task orders. Each task order, as applicable, will identify the property, quantity, original or estimated acquisition value, and place of delivery.  In accordance with FAR 52.245-1, Government Property (Jan 2017), Contractors shall establish and implement property management plans, systems, and procedures at the contract, program, site or entity level in order to manage Government property in its possession.

H-12    SECURITY WARNING

The contract, or the performance thereof, may involve access to information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C. Sections 793 and 794. Transmitting or revealing classified contents or classified matter to which access may be had, in any manner to an unauthorized person is prohibited by law.

NOTE: The prospective contractor's attention is particularly invited to FAR clause 52.204 Alt II entitled "Security Requirements."

H-13    DIRECTIVES

   Applicable directives, instructions, and regulations are listed in Attachment JL.1.  This list is not all inclusive.

H-14    REQUIRED INSURANCE

Within fifteen (15) days after award of this contract, the Contractor shall furnish the Contracting Officer a Certificate of Insurance as evidence of the existence of the following insurance coverage in amounts not less than the amount specified below in accordance with the FAR 52.228-5, "INSURANCE-WORK ON A GOVERNMENT INSTALLATION (JAN 1997)" clause, Section I. This insurance must be maintained during the entire performance period.

1.  Comprehensive General Liability: $500,000 coverage;

2.  Automobile Liability: $200,000 per person; $500,000 per occurrence for bodily injury; $20,000 per occurrence for property damage;

3.  Workmen's Compensation: As required by Federal and State Workers' compensation and occupational disease statutes;

4.  Employer's Liability Coverage: $100,000, except in states where workers' compensation may not be written by private carriers;

5.  Other as required by state law.

Above insurance coverage are to extend to Contractor personnel operating Government owned equipment and vehicles. The Certificate of Insurance shall provide for thirty (30) days written notice to the Contracting Officer by the insurance company prior to cancellation or material change in policy coverage. Other requirements and information are contained in the aforementioned "Insurance" clause.

H-15    RELEASE OF INFORMATION

    (a)    The Contractor shall not make public release of any information relating to all or any part of this contract without prior approval of the Contracting Officer.

    (b)    For the purpose of this clause, "information" includes but is not limited to news releases, articles, manuscripts, brochures, advertisements, still and motion pictures, speeches, trade association meetings, symposia, published professional papers, internet web pages, etc.

    (c)    Two copies of any information proposed to be released must be submitted to the Contracting Officer for security and policy review and clearance 45 days prior to release.
Information copies will be sent to the Contracting Officer, Contract COR, Contract Task Order COR, and Public Affairs Office, as applicable.

    (d)    Nothing in the foregoing shall affect compliance with the requirements of the clause of this contract entitled "Security Requirements."

    (e)    The Contractor further agrees to include this clause in any subcontracts awarded as a result of this contract.

H-16    FABRICATION OR ACQUISITION OF NONEXPENDABLE PROPERTY

The Contractor shall not fabricate nor acquire under this contract, either directly or indirectly through a subcontract, any item of nonexpendable property without written approval from the Contracting Officer.  The equipment is subject to the provisions of FAR 52.245-1, "Government Property (JAN 2017)," incorporated by reference in Section I.

H-17    SPECIAL PATENT REPORTING REQUIREMENTS

In order to avoid, mitigate or neutralize an actual or potential conflict of interest, the Contractor shall notify the Contracting Officer, in writing, of the intent to use corporate patents or other proprietary technologies unique to the Contractor for use in remedial design and/or remedial action within ten (10) calendar days of the issuance of the Contract Task Order or before work commences.

H-18    NOTICE OF NON-ALLOWABILITY OF DIRECT CHARGES FOR INCENTIVE COMPENSATION OR AWARDS

Incentive compensation or awards, such as for safety, shall not be considered as an allowable direct charge to this contract.

H-19    SECTIONS INCORPORATED BY REFERENCE

Sections K and Attachment JL.4 are not physically included in contract award in accordance with FAR 15.204-1 as a means of reducing paperwork. Copies of sections K and Attachment JL.4  will be retained in the contract file. All representations made by the contractor in its offer are binding until completion of this contract.
The following attachments are to be incorporated into the contract:
    1.  JL.2  Direct Labor Hourly Ceiling Rates
    2.  JL.5  Indirect Ceiling Rate and Award Fee

H-20    SECURITY REQUIREMENTS

Individual task orders may require a Facilities Security Clearance and/or personnel with appropriate security clearances.  In such instances, the requirements will be identified in the task order request for proposal.

H-21    PROJECT LABOR AGREEMENTS

If a project is deemed suitable for a project labor agreement, the Government may include the provision 52.222-33, Notice of Requirement for Project Labor Agreement and the clause 52.222-34, Project Labor agreement in a request for task order proposal.

H-22    ORGANIZATIONAL CONFLICTS OF INTERESTS

The restrictions described herein shall apply to the Contractor and its affiliates, consultants and subcontracts under this contract. If the Contractor under this contract prepares or assists in preparing a statement of work, specifications and plans, the Contractor and its affiliates shall be ineligible to bid or participate, in any capacity, in any contractual effort which is based on such statement of work or specifications and plans as a prime contractor, subcontractor, consultant or in any similar capacity. The Contractor shall not incorporate its products or services in such statement of work or specification unless so directed in writing by the Contracting Officer, in which case the restriction shall not apply. This contract shall include this in its subcontractor's or consultants' agreements concerning the performance of this contract. Contractors shall be familiar with  FAR part 9.5, Organizational and Consultant Conflicts of Interest.

H-23    NOTICE OF BONDING REQUIREMENTS

1. The requirement for Performance Bonds (Standard Form 25) and Payment Bonds (Standard Form 25A) shall be determined on a task order basis as applicable.
2. Any surety company holding a certificate of authority from the Secretary of Treasury as an acceptable Surety on Federal bonds will be accepted. Individual sureties will be permitted as prescribed in FAR 28.203. Alternative types of security in lieu of furnishing sureties on performance and/or payment bonds will be permitted as prescribed in FAR 28.204, and will be held for at least one year after the completion of the contract. Additional bond security may be required as prescribed in FAR 52.228-2. Bonds shall be accompanied by a document authenticating the agent's authority to sign bonds for the surety company.
3. The contract time shall be designated on individual task orders as applicable for purposes of fixing the completion date, default and liquidated damages, regardless of when performance and payment bonds of surety are executed.

Section I - Contract Clauses

## CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUN 2020 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | MAY 2014 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUN 2020 |
| 52.203-7 | Anti-Kickback Procedures | JUN 2020 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | MAY 2014 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | MAY 2014 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 2020 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | JUN 2020 |
| 52.203-19 | Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements | JAN 2017 |
| 52.204-2 | Security Requirements | AUG 1996 |
| 52.204-2 Alt II | Security Requirements (Aug 1996) - Alternate II | APR 1984 |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper | MAY 2011 |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | JAN 2011 |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | JUN 2020 |
| 52.204-13 | System for Award Management Maintenance | OCT 2018 |
| 52.204-18 | Commercial and Government Entity Code Maintenance | JUL 2016 |
| 52.204-19 | Incorporation by Reference of Representations and Certifications. | DEC 2014 |
| 52.204-21 | Basic Safeguarding of Covered Contractor Information Systems | JUN 2016 |
| 52.204-23 | Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities. | JUL 2018 |
| 52.204-24 | Representation Regarding Certain Telecommunications and Video Surveillance Services or Equipment. | DEC 2019 |
| 52.204-25 | Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. | AUG 2019 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUN 2020 |
| 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters | OCT 2018 |
| 52.209-10 | Prohibition on Contracting With Inverted Domestic Corporations | NOV 2015 |
| 52.210-1 | Market Research | JUN 2020 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-6 | Brand Name or Equal | AUG 1999 |
| 52.211-13 | Time Extensions | SEP 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | APR 2008 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.215-2 | Audit and Records--Negotiation | JUN 2020 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-10 | Price Reduction for Defective Certified Cost or Pricing Data | AUG 2011 |

| 52.215-11 | Price Reduction for Defective Certified Cost or Pricing Data-- | JUN 2020 |
| | Modifications | |
| 52.215-12 | Subcontractor Certified Cost or Pricing Data | JUN 2020 |
| 52.215-13 | Subcontractor Certified Cost or Pricing Data--Modifications | JUN 2020 |
| 52.215-15 | Pension Adjustments and Asset Reversions | OCT 2010 |
| 52.215-17 | Waiver of Facilities Capital Cost of Money | OCT 1997 |
| 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits | JUL 2005 |
| | (PRB) Other than Pensions | |
| 52.215-19 | Notification of Ownership Changes | OCT 1997 |
| 52.215-21 | Requirements for Certified Cost or Pricing Data and Data | JUN 2020 |
| | Other Than Certified Cost or Pricing Data -- Modifications | |
| 52.215-23 | Limitations on Pass-Through Charges | JUN 2020 |
| 52.216-7 Alt I | Allowable Cost and Payment (Aug 2018)  - Alternate I | FEB 1997 |
| 52.216-32 | Task-Order and Delivery-Order Ombudsman | SEP 2019 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2018 |
| 52.219-9 Alt II (Dev) | Small Business Subcontracting Plan (Deviation 2018-O0018) - Alternate II | AUG 2018 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards - Overtime Compensation | MAY 2018 |
| 52.222-6 | Construction Wage Rate Requirements | AUG 2018 |
| 52.222-7 | Withholding of Funds | MAY 2014 |
| 52.222-8 | Payrolls and Basic Records | AUG 2018 |
| 52.222-9 | Apprentices and Trainees | JUL 2005 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | MAY 2014 |
| 52.222-12 | Contract Termination-Debarment | MAY 2014 |
| 52.222-13 | Compliance With Construction Wage Rate Requirements and Related Regulations | MAY 2014 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | MAY 2014 |
| 52.222-16 | Approval of Wage Rates | MAY 2014 |
| 52.222-21 | Prohibition Of Segregated Facilities | APR 2015 |
| 52.222-26 | Equal Opportunity | SEP 2016 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | APR 2015 |
| 52.222-29 | Notification Of Visa Denial | APR 2015 |
| 52.222-30 | Construction Wage Rate Requirements--Price Adjustment (None or Separately Specified Method) | AUG 2018 |
| 52.222-35 | Equal Opportunity for Veterans | JUN 2020 |
| 52.222-36 | Equal Opportunity for Workers with Disabilities | JUN 2020 |
| 52.222-37 | Employment Reports on Veterans | JUN 2020 |
| 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act | DEC 2010 |
| 52.222-41 | Service Contract Labor Standards | AUG 2018 |
| 52.222-50 | Combating Trafficking in Persons | JAN 2019 |
| 52.222-54 | Employment Eligibility Verification | OCT 2015 |
| 52.222-55 | Minimum Wages Under Executive Order 13658 | DEC 2015 |
| 52.222-62 | Paid Sick Leave Under Executive Order 13706 | JAN 2017 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | MAY 2011 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-10 | Waste Reduction Program | MAY 2011 |
| 52.223-11 | Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons. | JUN 2016 |

| | | |
|---|---|---|
| 52.223-12 | Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners. | JUN 2016 |
| 52.223-15 | Energy Efficiency in Energy-Consuming Products | MAY 2020 |
| 52.223-17 | Affirmative Procurement of EPA-Designated Items in Service and Construction Contracts | AUG 2018 |
| 52.223-18 | Encouraging Contractor Policies To Ban Text Messaging While Driving | JUN 2020 |
| 52.223-20 | Aerosols | JUN 2016 |
| 52.223-21 | Foams | JUN 2016 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUN 2008 |
| 52.225-14 | Inconsistency Between English Version And Translation Of Contract | FEB 2000 |
| 52.225-19 | Contractor Personnel in a Designated Operational Area or Supporting a Diplomatic or Consular Mission Outside the United States | MAY 2020 |
| 52.227-1 | Authorization and Consent | JUN 2020 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | JUN 2020 |
| 52.227-4 | Patent Indemnity-Construction Contracts | DEC 2007 |
| 52.227-14 | Rights in Data--General | MAY 2014 |
| 52.227-17 | Rights In Data-Special Works | DEC 2007 |
| 52.228-2 | Additional Bond Security | OCT 1997 |
| 52.228-3 | Worker's Compensation Insurance (Defense Base Act) | JUL 2014 |
| 52.228-4 | Workers' Compensation and War-Hazard Insurance Overseas | APR 1984 |
| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.228-11 | Pledges Of Assets | AUG 2018 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | MAY 2014 |
| 52.228-15 (Dev) | Performance and Payment Bonds-Construction. (Deviation 2020-O0016) | JUN 2020 |
| 52.229-2 | North Carolina State and Local Sales and Use Tax | APR 1984 |
| 52.229-3 | Federal, State And Local Taxes | FEB 2013 |
| 52.229-6 | Taxes--Foreign Fixed-Price Contracts | FEB 2013 |
| 52.230-2 (Dev) | Cost Accounting Standards (DEVIATION 2018-O0015) | JUN 2020 |
| 52.230-6 | Administration of Cost Accounting Standards | JUN 2010 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 2014 |
| 52.232-17 | Interest | MAY 2014 |
| 52.232-20 | Limitation Of Cost | APR 1984 |
| 52.232-23 Alt I | Assignment of Claims (May 2014) -  Alternate I | APR 1984 |
| 52.232-25 | Prompt Payment | JAN 2017 |
| 52.232-27 | Prompt Payment for Construction Contracts | JAN 2017 |
| 52.232-33 | Payment by Electronic Funds Transfer--System for Award Management | OCT 2018 |
| 52.232-36 | Payment by Third Party | MAY 2014 |
| 52.232-39 | Unenforceability of Unauthorized Obligations | JUN 2013 |
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors | DEC 2013 |
| 52.233-1 Alt I | Disputes (May 2014) -  Alternate I | DEC 1991 |
| 52.233-3 Alt I | Protest After Award (Aug 1996) -  Alternate I | JUN 1985 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-4 | Physical Data | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |

| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-14 | Availability and Use of Utility Services | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-18 | Work Oversight in Cost-Reimbursement Construction Contracts | APR 1984 |
| 52.236-19 | Organization and Direction of the Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-21 Alt I | Specifications and Drawings for Construction (Feb 1997) - Alternate I | APR 1984 |
| 52.236-25 | Requirements for Registration of Designers | JUN 2003 |
| 52.237-2 | Protection Of Government Buildings, Equipment, And Vegetation | APR 1984 |
| 52.242-1 | Notice of Intent to Disallow Costs | APR 1984 |
| 52.242-3 | Penalties for Unallowable Costs | MAY 2014 |
| 52.242-4 | Certification of Final Indirect Costs | JAN 1997 |
| 52.242-5 | Payments to Small Business Subcontractors | JAN 2017 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.243-1 | Changes--Fixed Price | AUG 1987 |
| 52.243-2 | Changes--Cost-Reimbursement | AUG 1987 |
| 52.243-4 | Changes | JUN 2007 |
| 52.243-6 | Change Order Accounting | APR 1984 |
| 52.244-2 | Subcontracts | JUN 2020 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.244-6 | Subcontracts for Commercial Items | JUN 2020 |
| 52.245-1 | Government Property | JAN 2017 |
| 52.245-9 | Use And Charges | APR 2012 |
| 52.246-21 | Warranty of Construction | MAR 1994 |
| 52.246-25 | Limitation Of Liability--Services | FEB 1997 |
| 52.247-63 | Preference For U.S. Flag Air Carriers | JUN 2003 |
| 52.248-3 | Value Engineering-Construction | OCT 2015 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | APR 2012 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Apr 2012)  - Alternate I | SEP 1996 |
| 52.249-3 | Termination for Convenience of the Government (Dismantling, Demolition, or Removal of Improvements) | APR 2012 |
| 52.249-6 | Termination (Cost Reimbursement) | MAY 2004 |
| 52.249-6 Alt I | Termination (Cost-Reimbursement) (May 2004)  - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.249-10 Alt I | Default (Fixed-Price Construction) (Apr 1984) Alternate I | APR 1984 |
| 52.249-14 | Excusable Delays | APR 1984 |
| 52.251-1 | Government Supply Sources | APR 2012 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.203-7000 | Requirements Relating to Compensation of Former DoD Officials | SEP 2011 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2008 |
| 252.203-7002 | Requirement to Inform Employees of Whistleblower Rights | SEP 2013 |

| 252.203-7003 | Agency Office of the Inspector General | AUG 2019 |
| 252.203-7004 | Display of Hotline Posters | AUG 2019 |
| 252.204-7000 | Disclosure Of Information | OCT 2016 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7012 | Safeguarding Covered Defense Information and Cyber Incident Reporting | DEC 2019 |
| 252.204-7015 | Notice of Authorized Disclosure of Information for Litigation Support | MAY 2016 |
| 252.204-7018 | Prohibition on the Acquisition of Covered Defense Telecommunications Equipment or Services | DEC 2019 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Country that is a State Sponsor of Terrorism | MAY 2019 |
| 252.211-7007 | Reporting of Government-Furnished Property | AUG 2012 |
| 252.215-7002 | Cost Estimating System Requirements | DEC 2012 |
| 252.216-7004 | Award Fee Reduction or Denial for Jeopardizing the Health or Safety of Government Personnel. | SEP 2011 |
| 252.219-7003 | Small Business Subcontracting Plan (DOD Contracts) | DEC 2019 |
| 252.222-7002 | Compliance With Local Labor Laws (Overseas) | JUN 1997 |
| 252.222-7004 | Compliance With Spanish Social Security Laws and Regulations | JUN 1997 |
| 252.222-7006 | Restrictions on the Use of Mandatory Arbitration Agreements | DEC 2010 |
| 252.223-7001 | Hazard Warning Labels | DEC 1991 |
| 252.223-7002 | Safety Precautions For Ammunition And Explosives | MAY 1994 |
| 252.223-7003 | Changes In Place Of Performance--Ammunition And Explosives | DEC 1991 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.223-7006 | Prohibition On Storage, Treatment, and Disposal of Toxic or Hazardous Materials | SEP 2014 |
| 252.223-7008 | Prohibition of Hexavalent Chromium | JUN 2013 |
| 252.225-7001 | Buy American And Balance Of Payments Program-- Basic | DEC 2017 |
| 252.225-7002 | Qualifying Country Sources As Subcontractors | DEC 2017 |
| 252.225-7005 | Identification Of Expenditures In The United States | JUN 2005 |
| 252.225-7012 | Preference For Certain Domestic Commodities | DEC 2017 |
| 252.225-7013 | Duty-Free Entry--Basic | APR 2020 |
| 252.225-7017 | Photovoltaic Devices | JAN 2020 |
| 252.225-7030 | Restriction On Acquisition Of Carbon, Alloy, And Armor Steel Plate | DEC 2006 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.225-7048 | Export-Controlled Items | JUN 2013 |
| 252.225-7051 | Prohibition on Acquisition of Certain Foreign Commercial Satellite Services. | DEC 2018 |
| 252.225-7980 (Dev) | Contractor Personnel Performing in the United States Africa Command Area of Responsibility. (DEVIATION 2016-O0008) | JUN 2016 |
| 252.225-7981 (Dev) | Additional Access to Contractor and Subcontractor Records (Other than USCENTCOM) (DEVIATION 2015-O0016) | SEP 2015 |
| 252.225-7987 (Dev) | Requirements For Contractor Personnel Performing in USSOUTHCOM Area of Responsibility (Deviation 2014-O0016) | OCT 2014 |
| 252.225-7993 (Dev) | Prohibition on Providing Funds to the Enemy  (Deviation 2020-O0001) | NOV 2019 |
| 252.225-7995 (Dev) | Contractor Personnel Performing in the United States Central Command Area of Responsibility (Deviation 2017-O0004) | SEP 2017 |

| | | |
|---|---|---|
| 252.226-7001 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns | APR 2019 |
| 252.227-7013 | Rights in Technical Data--Noncommercial Items | FEB 2014 |
| 252.227-7016 | Rights in Bid or Proposal Information | JAN 2011 |
| 252.227-7022 | Government Rights (Unlimited) | MAR 1979 |
| 252.227-7023 | Drawings and Other Data to become Property of Government | MAR 1979 |
| 252.227-7025 | Limitations on the Use or Disclosure of Government-Furnished Information Marked with Restrictive Legends | MAY 2013 |
| 252.227-7030 | Technical Data--Withholding Of Payment | MAR 2000 |
| 252.227-7033 | Rights in Shop Drawings | APR 1966 |
| 252.227-7037 | Validation of Restrictive Markings on Technical Data | SEP 2016 |
| 252.227-7039 | Patents--Reporting Of Subject Inventions | APR 1990 |
| 252.228-7006 | Compliance With Spanish Laws and Insurance | DEC 1998 |
| 252.229-7002 | Customs Exemptions (Germany) | JUN 1997 |
| 252.229-7005 | Tax Exemptions (Spain) | MAR 2012 |
| 252.229-7006 | Value Added Tax Exclusion (United Kingdom) | DEC 2011 |
| 252.229-7007 | Verification of United States Receipt of Goods | JUN 1997 |
| 252.229-7008 | Relief From Import Duty (United Kingdom) | DEC 2011 |
| 252.231-7000 | Supplemental Cost Principles | DEC 1991 |
| 252.232-7005 | Reimbursement Of Subcontractor Advance Payments--DOD Pilot Mentor--Protege Program | SEP 2001 |
| 252.232-7008 | Assignment of Claims (Overseas) | JUN 1997 |
| 252.232-7010 | Levies on Contract Payments | DEC 2006 |
| 252.232-7011 | Payments in Support of Emergencies and Contingency Operations | MAY 2013 |
| 252.232-7017 | Accelerating Payments to Small Business Subcontractors--Prohibition on Fees and Consideration | APR 2020 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7005 | Airfield Safety Precautions | DEC 1991 |
| 252.236-7013 | Requirement for Competition Opportunity for American Steel Producers, Fabricators, and Manufacturers | JUN 2013 |
| 252.242-7004 | Material Management And Accounting System | MAY 2011 |
| 252.242-7005 | Contractor Business Systems | FEB 2012 |
| 252.242-7006 | Accounting System Administration | FEB 2012 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | DEC 2012 |
| 252.244-7000 | Subcontracts for Commercial Items | JUN 2013 |
| 252.244-7001 | Contractor Purchasing System Administration | MAY 2014 |
| 252.245-7001 | Tagging, Labeling, and Marking of Government-Furnished Property | APR 2012 |
| 252.245-7002 | Reporting Loss of Government Property | DEC 2017 |
| 252.245-7003 | Contractor Property Management System Administration | APR 2012 |
| 252.245-7004 | Reporting, Reutilization, and Disposal | DEC 2017 |
| 252.246-7002 | Warranty of Construction (Germany) | JUN 1997 |
| 252.246-7004 | Safety of Facilities, Infrastructure, and Equipment for Military Operations | OCT 2010 |
| 252.247-7023 | Transportation of Supplies by Sea | FEB 2019 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10   COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within (TO BE ESTABLISHED AT THE TASK ORDER LEVEL AS APPLICABLE) calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than (TO BE ESTABLISHED AT THE TASK ORDER LEVEL AS APPLICABLE).*  The time stated for completion shall include final cleanup of the premises.

*The Contracting Officer shall specify either a number of days after the date the contractor receives the notice to proceed, or a calendar date.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.211-12    LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of * for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

*AMOUNT WILL BE ESTABLISHED AT THE TASK ORDER LEVEL AS APPLICABLE AND NECESSARY

(End of clause)

52.216-7    ALLOWABLE COST AND PAYMENT (AUG 2018)

(a) Invoicing.

(1) The Government will make payments to the Contractor when requested as work progresses, but (except for small business concerns) not more often than once every 2 weeks, in amounts determined to be allowable by the Contracting Officer in accordance with Federal Acquisition Regulation (FAR) subpart 31.2 in effect on the date of this contract and the terms of this contract. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost for performing this contract.

(2) Contract financing payments are not subject to the interest penalty provisions of the Prompt Payment Act. Interim payments made prior to the final payment under the contract are contract financing payments, except interim payments if this contract contains Alternate I to the clause at 52.232-25.

(3) The designated payment office will make interim payments for contract financing on the 30th day after the designated billing office receives a proper payment request.

In the event that the Government requires an audit or other review of a specific payment request to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the specified due date.

(b) Reimbursing costs. (1) For the purpose of reimbursing allowable costs (except as provided in subparagraph (b)(2) of the clause, with respect to pension, deferred profit sharing, and employee stock ownership plan contributions), the term "costs" includes only--

(i) Those recorded costs that, at the time of the request for reimbursement, the Contractor has paid by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(ii) When the Contractor is not delinquent in paying costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for--

(A) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made--

(1) In accordance with the terms and conditions of a subcontract or invoice; and

(2) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

(B) Materials issued from the Contractor's inventory and placed in the production process for use on the contract;

(C) Direct labor;

(D) Direct travel;

(E) Other direct in-house costs; and

(F) Properly allocable and allowable indirect costs, as shown in the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(iii) The amount of financing payments that have been paid by cash, check, or other forms of payment to subcontractors.

(2) Accrued costs of Contractor contributions under employee pension plans shall be excluded until actually paid unless--

(i) The Contractor's practice is to make contributions to the retirement fund quarterly or more frequently; and

(ii) The contribution does not remain unpaid 30 days after the end of the applicable quarter or shorter payment period (any contribution remaining unpaid shall be excluded from the Contractor's indirect costs for payment purposes).

(3) Notwithstanding the audit and adjustment of invoices or vouchers under paragraph (g) of this clause, allowable indirect costs under this contract shall be obtained by applying indirect cost rates established in accordance with paragraph (d) of this clause.

(4) Any statements in specifications or other documents incorporated in this contract by reference designating performance of services or furnishing of materials at the Contractor's expense or at no cost to the Government shall be disregarded for purposes of cost-reimbursement under this clause.

(c) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(d) Final indirect cost rates. (1) Final annual indirect cost rates and the appropriate bases shall be established in accordance with Subpart 42.7 of the Federal Acquisition Regulation (FAR) in effect for the period covered by the indirect cost rate proposal.

(2)(i) The Contractor shall submit an adequate final indirect cost rate proposal to the Contracting Officer (or cognizant Federal agency official) and auditor within the 6-month period following the expiration of each of its fiscal years. Reasonable extensions, for exceptional circumstances only, may be requested in writing by the Contractor and granted in writing by the Contracting Officer. The Contractor shall support its proposal with adequate supporting data.

(ii) The proposed rates shall be based on the Contractor's actual cost experience for that period. The appropriate Government representative and the Contractor shall establish the final indirect cost rates as promptly as practical after receipt of the Contractor's proposal.

(iii) An adequate indirect cost rate proposal shall include the following data unless otherwise specified by the cognizant Federal agency official:

(A) Summary of all claimed indirect expense rates, including pool, base, and calculated indirect rate.

(B) General and Administrative expenses (final indirect cost pool). Schedule of claimed expenses by element of cost as identified in accounting records (Chart of Accounts).

(C) Overhead expenses (final indirect cost pool). Schedule of claimed expenses by element of cost as identified in accounting records (Chart of Accounts) for each final indirect cost pool.

(D) Occupancy expenses (intermediate indirect cost pool). Schedule of claimed expenses by element of cost as identified in accounting records (Chart of Accounts) and expense reallocation to final indirect cost pools.

(E) Claimed allocation bases, by element of cost, used to distribute indirect costs.

(F) Facilities capital cost of money factors computation.

(G) Reconciliation of books of account (i.e., General Ledger) and claimed direct costs by major cost element.

(H) Schedule of direct costs by contract and subcontract and indirect expense applied at claimed rates, as well as a subsidiary schedule of Government participation percentages in each of the allocation base amounts.

(I) Schedule of cumulative direct and indirect costs claimed and billed by contract and subcontract.

(J) Subcontract information. Listing of subcontracts awarded to companies for which the contractor is the prime or upper-tier contractor (include prime and subcontract numbers; subcontract value and award type; amount claimed during the fiscal year; and the subcontractor name, address, and point of contact information).

(K) Summary of each time-and-materials and labor-hour contract information, including labor categories, labor rates, hours, and amounts; direct materials; other direct costs; and, indirect expense applied at claimed rates.

(L) Reconciliation of total payroll per IRS form 941 to total labor costs distribution.

(M) Listing of decisions/agreements/approvals and description of accounting/organizational changes.

(N) Certificate of final indirect costs (see 52.242-4,
Certification of Final Indirect Costs).

(O) Contract closing information for contracts physically completed in this fiscal year (include contract number, period of performance, contract ceiling amounts, contract fee computations, level of effort, and indicate if the contract is ready to close).

(iv) The following supplemental information is not required to determine if a proposal is adequate, but may be required during the audit process:

(A) Comparative analysis of indirect expense pools detailed by account to prior fiscal year and budgetary data.

(B) General organizational information and limitation on allowability of compensation for certain contractor personnel. See 31.205-6(p). Additional salary reference information is available at https://www.whitehouse.gov/wp-content/uploads/2017/11/ContractorCompensationCapContractsAwardedBeforeJune24.pdf and https://www.whitehouse.gov/wp-content/uploads/2017/11/ContractorCompensationCapContractsAwardedafterJune24.pdf.

(C) Identification of prime contracts under which the contractor performs as a subcontractor.

(D) Description of accounting system (excludes contractors required to submit a CAS Disclosure Statement or contractors where the description of the accounting system has not changed from the previous year's submission).

(E) Procedures for identifying and excluding unallowable costs from the costs claimed and billed (excludes contractors where the procedures have not changed from the previous year's submission).

(F) Certified financial statements and other financial data (e.g., trial balance, compilation, review, etc.).

(G) Management letter from outside CPAs concerning any internal control weaknesses.

(H) Actions that have been and/or will be implemented to correct the weaknesses described in the management letter from subparagraph G) of this section.

(I) List of all internal audit reports issued since the last disclosure of internal audit reports to the Government.

(J) Annual internal audit plan of scheduled audits to be performed in the fiscal year when the final indirect cost rate submission is made.

(K) Federal and State income tax returns.

(L) Securities and Exchange Commission 10-K annual report.

(M) Minutes from board of directors meetings.

(N) Listing of delay claims and termination claims submitted which contain costs relating to the subject fiscal year.

(O) Contract briefings, which generally include a synopsis of all pertinent contract provisions, such as: Contract type, contract amount, product or service(s) to be provided, contract performance period, rate ceilings, advance approval requirements, pre-contract cost allowability limitations, and billing limitations.

(v) The Contractor shall update the billings on all contracts to reflect the final settled rates and update the schedule of cumulative direct and indirect costs claimed and billed, as required in paragraph (d)(2)(iii)(I) of this section, within 60 days after settlement of final indirect cost rates.

(3) The Contractor and the appropriate Government representative shall execute a written understanding setting forth the final indirect cost rates. The understanding shall specify (i) the agreed-upon final annual indirect cost rates,

(ii) the bases to which the rates apply, (iii) the periods for which the rates apply, (iv) any specific indirect cost items treated as direct costs in the settlement, and (v) the affected contract and/or subcontract, identifying any with advance agreements or special terms and the applicable rates. The understanding shall not change any monetary ceiling, contract obligation, or specific cost allowance or disallowance provided for in this contract. The understanding is incorporated into this contract upon execution.

(4) Failure by the parties to agree on a final annual indirect cost rate shall be a dispute within the meaning of the Disputes clause.

(5) Within 120 days (or longer period if approved in writing by the Contracting Officer) after settlement of the final annual indirect cost rates for all years of a physically complete contract, the Contractor shall submit a completion invoice or voucher to reflect the settled amounts and rates. The completion invoice or voucher shall include settled subcontract amounts and rates. The prime contractor is responsible for settling subcontractor amounts and rates included in the completion invoice or voucher and providing status of subcontractor audits to the contracting officer upon request.

(6)(i) If the Contractor fails to submit a completion invoice or voucher within the time specified in paragraph (d)(5) of this clause, the Contracting Officer may--

(A) Determine the amounts due to the Contractor under the contract; and

(B) Record this determination in a unilateral modification to the contract.

(ii) This determination constitutes the final decision of the Contracting Officer in accordance with the Disputes clause.

(e) Billing rates. Until final annual indirect cost rates are established for any period, the Government shall reimburse the Contractor at billing rates established by the Contracting Officer or by an authorized representative (the cognizant auditor), subject to adjustment when the final rates are established. These billing rates--

(1) Shall be the anticipated final rates; and

(2) May be prospectively or retroactively revised by mutual agreement, at either party's request, to prevent substantial overpayment or underpayment.

(f) Quick-closeout procedures. Quick-closeout procedures are applicable when the conditions in FAR 42.708(a) are satisfied.

(g) Audit. At any time or times before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of cost audited. Any payment may be (1) Reduced by amounts found by the Contracting Officer not to constitute allowable costs or (2) Adjusted for prior overpayments or underpayments.

(h) Final payment. (1) Upon approval of a completion invoice or voucher submitted by the Contractor in accordance with paragraph (d)(5) of this clause, and upon the Contractor's compliance with all terms of this contract, the Government shall promptly pay any balance of allowable costs and that part of the fee (if any) not previously paid.

(2) The Contractor shall pay to the Government any refunds, rebates, credits, or other amounts (including interest, if any) accruing to or received by the Contractor or any assignee under this contract, to the extent that those amounts are properly allocable to costs for which the Contractor has been reimbursed by the Government. Reasonable expenses incurred by the Contractor for securing refunds, rebates, credits, or other amounts shall be allowable costs if approved by the Contracting Officer. Before final payment under this contract, the Contractor and each assignee whose assignment is in effect at the time of final payment shall execute and deliver--

(i) An assignment to the Government, in form and substance satisfactory to the Contracting Officer, of refunds, rebates, credits, or other amounts (including interest, if any) properly allocable to costs for which the Contractor has been reimbursed by the Government under this contract; and

(ii) A release discharging the Government, its officers, agents, and employees from all liabilities, obligations, and claims arising out of or under this contract, except--

(A) Specified claims stated in exact amounts, or in estimated amounts when the exact amounts are not known;

(B) Claims (including reasonable incidental expenses) based upon liabilities of the Contractor to third parties arising out of the performance of this contract; provided, that the claims are not known to the Contractor on the date of the execution of the release, and that the Contractor gives notice of the claims in writing to the Contracting Officer within 6 years following the release date or notice of final payment date, whichever is earlier; and

(C) Claims for reimbursement of costs, including reasonable incidental expenses, incurred by the Contractor under the patent clauses of this contract, excluding, however, any expenses arising from the Contractor's indemnification of the Government against patent liability.

(End of clause)

52.216-19    ORDER LIMITATIONS  (OCT 1995)

(a) Minimum order.  When the Government requires supplies or services covered by this contract in an amount of less than $1,000, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order.  The Contractor is not obligated to honor -

(1) Any order for a single item in excess of $500,000,000.00;

(2) Any order for a combination of items in excess of $500,000,000.00; or

(3) A series of orders from the same ordering office within 10 days that together call for quantities exceeding the limitation in paragraph (b) (1) or (2) of this section.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 2 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons.  Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

52.216-22    INDEFINITE QUANTITY.  (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in

the Schedule.  The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause.  The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum".  The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued.  The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order.  The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after completion of time specified in the order.

(End of clause)

52.217-9    OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 1 day; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 15 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 96 months.
(End of clause)

52.219-28    POST-AWARD SMALL BUSINESS PROGRAM REREPRESENTATION (MAR 2020)

(a) Definitions. As used in this clause--

Long-term contract means a contract of more than five years in duration, including options. However, the term does not include contracts that exceed five years in duration because the period of performance has been extended for a cumulative period not to exceed six months under the clause at 52.217-8, Option to Extend Services, or other appropriate authority.

Small business concern means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (d) of this clause. Such a concern is ``not dominant in its field of operation'' when it does not exercise a controlling or major influence on a national basis in a kind of business activity in which a number of business concerns are primarily engaged. In determining whether dominance exists, consideration shall be given to all appropriate factors, including volume of business, number of employees, financial resources, competitive status or position, ownership or control of materials, processes, patents, license agreements, facilities, sales territory, and nature of business activity.

(b) If the Contractor represented that it was any of the small business concerns identified in 19.000(a)(3) prior to award of this contract, the Contractor shall rerepresent its size and socioeconomic status according to paragraph (f) of this clause or, if applicable, paragraph (h) of this clause, upon occurrence of any of the following:

(1) Within 30 days after execution of a novation agreement or within 30 days after modification of the contract to include this clause, if the novation agreement was executed prior to inclusion of this clause in the contract.

(2) Within 30 days after a merger or acquisition that does not require a novation or within 30 days after modification of the contract to include this clause, if the merger or acquisition occurred prior to inclusion of this clause in the contract.

(3) For long-term contracts--

(i) Within 60 to 120 days prior to the end of the fifth year of the contract; and

(ii) Within 60 to 120 days prior to the date specified in the contract for exercising any option thereafter.

(c) If the Contractor represented that it was any of the small business concerns identified in 19.000(a)(3) prior to award of this contract, the Contractor shall rerepresent its size and socioeconomic status according to paragraph (f) of this clause or, if applicable, paragraph (h) of this clause, when the Contracting Officer explicitly requires it for an order issued under a multiple-award contract.

(d) The Contractor shall rerepresent its size status in accordance with the size standard in effect at the time of this rerepresentation that corresponds to the North American Industry Classification System (NAICS) code(s) assigned to this contract. The small business size standard corresponding to this NAICS code(s) can be found at http://www.sba.gov/content/table-small-business-size-standards.

(e) The small business size standard for a Contractor providing a product which it does not manufacture itself, for a contract other than a construction or service contract, is 500 employees.

(f) Except as provided in paragraph (h) of this clause, the Contractor shall make the representation(s) required by paragraph (b) and (c) of this clause by validating or updating all its representations in the Representations and Certifications section of the System for Award Management (SAM) and its other data in SAM, as necessary, to ensure that they reflect the Contractor's current status. The Contractor shall notify the contracting office in writing within the timeframes specified in paragraph (b) of this clause, or with its offer for an order (see paragraph (c) of this clause), that the data have been validated or updated, and provide the date of the validation or update.

(g) If the Contractor represented that it was other than a small business concern prior to award of this contract, the Contractor may, but is not required to, take the actions required by paragraphs (f) or (h) of this clause.

(h) If the Contractor does not have representations and certifications in SAM, or does not have a representation in SAM for the NAICS code applicable to this contract, the Contractor is required to complete the following rerepresentation and submit it to the contracting office, along with the contract number and the date on which the rerepresentation was completed:

(1) The Contractor represents that it [      ] is, [      ] is not a small business concern under NAICS Code 236220 assigned to contract number (To Be Determined at Contract Award).

(2) [Complete only if the Contractor represented itself as a small business concern in paragraph (h)(1) of this clause.] The Contractor represents that it [      ] is, [      ] is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) [Complete only if the Contractor represented itself as a small business concern in paragraph (h)(1) of this clause.] The Contractor represents that it [      ] is, [      ] is not a women-owned small business concern.

(4) Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the Contractor represented itself as a women-owned small business concern in paragraph (h)(3) of this clause.] The Contractor represents that--

(i) It [      ] is, [      ] is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It [      ] is, [      ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (h)(4)(i) of this clause is accurate for each WOSB concern eligible under the WOSB Program participating in the joint venture.

[The Contractor shall enter the name or names of the WOSB concern eligible under the WOSB Program and other small businesses that are participating in the joint venture:        .] Each WOSB concern eligible under the WOSB Program participating in the joint venture shall submit a separate signed copy of the WOSB representation.

(5) Economically disadvantaged women-owned small business (EDWOSB) concern. [Complete only if the Contractor represented itself as a women-owned small business concern eligible under the WOSB Program in (h)(4) of this clause.] The Contractor represents that--

(i) It [      ] is, [      ] is not an EDWOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It [      ] is, [      ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (h)(5)(i) of this clause is accurate for each EDWOSB concern participating in the joint venture. [The Contractor shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture:        .] Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.

(6) [Complete only if the Contractor represented itself as a small business concern in paragraph (h)(1) of this clause.] The Contractor represents that it [      ] is, [      ] is not a veteran-owned small business concern.

(7) [Complete only if the Contractor represented itself as a veteran-owned small business concern in paragraph (h)(6) of this clause.] The Contractor represents that it [      ] is, [      ] is not a service-disabled veteran-owned small business concern.

(8) [Complete only if the Contractor represented itself as a small business concern in paragraph (h)(1) of this clause.] The Contractor represents that--

(i) It [      ] is, [      ] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material changes in ownership and control, principal office, or HUBZone employee percentage have occurred since it was certified in accordance with 13 CFR part 126; and

(ii) It [      ] is, [      ] is not a HUBZone joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (h)(8)(i) of this clause is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The Contractor shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture:        .] Each HUBZone small business concern participating in the HUBZone joint venture shall submit a separate signed copy of the HUBZone representation.

[Contractor to sign and date and insert authorized signer's name and title.]

(End of clause)

52.222-2    PAYMENT FOR OVERTIME PREMIUMS (JUL 1990)

(a) The use of overtime is authorized under this contract if the overtime premium cost does not exceed that negotiated under individual task orders or the overtime premium is paid for work --

(1) Necessary to cope with emergencies such as those resulting from accidents, natural disasters, breakdowns of production equipment, or occasional production bottlenecks of a sporadic nature;

(2) By indirect-labor employees such as those performing duties in connection with administration, protection, transportation, maintenance, standby plant protection, operation of utilities, or accounting;

(3) To perform tests, industrial processes, laboratory procedures, loading or unloading of transportation conveyances, and operations in flight or afloat that are continuous in nature and cannot reasonably be interrupted or completed otherwise; or

(4) That will result in lower overall costs to the Government.

(b) Any request for estimated overtime premiums that exceeds the amount specified above shall include all estimated overtime for contract completion and shall--

(1) Identify the work unit; e.g., department or section in which the requested overtime will be used, together with present workload, staffing, and other data of the affected unit sufficient to permit the Contracting Officer to evaluate the necessity for the overtime;

(2) Demonstrate the effect that denial of the request will have on the contract delivery or performance schedule;

(3) Identify the extent to which approval of overtime would affect the performance or payments in connection with other Government contracts, together with identification of each affected contract; and

(4) Provide reasons why the required work cannot be performed by using multishift operations or by employing additional personnel.

* Insert either "zero" or the dollar amount agreed to during negotiations. The inserted figure does not apply to the exceptions in paragraph (a)(1) through (a)(4) of the clause.

(End of clause)

52.222-42    STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 2014)

In compliance with the Service Contract Labor Standards statute and the regulations of the Secretary of Labor (29 CFR part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

THIS STATEMENT IS FOR INFORMATION ONLY:  IT IS NOT A WAGE DETERMINATION
Employee Class   Monetary Wage-Fringe Benefits

TO BE FILLED IN ON INDIVIDUAL TASK ORDERS, IF APPLICABLE.

(End of clause)

52.223-3    HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)

(a) "Hazardous material", as used in this clause, includes any material defined as hazardous under the latest version of Federal Standard No. 313 (including revisions adopted during the term of the contract).

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such as National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

| Material (If none, insert "None") | Identification No. |
|---|---|
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |

TO BE FILLED IN ON INDIVIDUAL TASK ORDERS, IF APPLICABLE.

(c) This list must be updated during performance of the contract whenever the Contractor determines that any other material to be delivered under this contract is hazardous.

(d) The apparently successful offeror agrees to submit, for each item as required prior to award, a Material Safety Data Sheet, meeting the requirements of 29 CFR 1910.1200(g) and the latest version of Federal Standard No. 313, for all hazardous material identified in paragraph (b) of this clause. Data shall be submitted in accordance with Federal Standard No. 313, whether or not the apparently successful offeror is the actual manufacturer of these items. Failure to submit the Material Safety Data Sheet prior to award may result in the apparently successful offeror being considered nonresponsible and ineligible for award.

(e) If, after award, there is a change in the composition of the item(s) or a revision to Federal Standard No. 313, which renders incomplete or inaccurate the data submitted under paragraph (d) of this clause, the Contractor shall promptly notify the Contracting Officer and resubmit the data.

(f) Neither the requirements of this clause nor any act or failure to act by the Government shall relieve the Contractor of any responsibility or liability for the safety of Government, Contractor, or subcontractor personnel or property.

(g) Nothing contained in this clause shall relieve the Contractor from complying with applicable Federal, State, and local laws, codes, ordinances, and regulations (including the obtaining of licenses and permits) in connection with hazardous material.

(h) The Government's rights in data furnished under this contract with respect to hazardous material are as follows:

(1) To use, duplicate and disclose any data to which this clause is applicable. The purposes of this right are to--

(i) Apprise personnel of the hazards to which they may be exposed in using, handling, packaging, transporting, or disposing of hazardous materials;

(ii) Obtain medical treatment for those affected by the material; and

(iii) Have others use, duplicate, and disclose the data for the Government for these purposes.

(2) To use, duplicate, and disclose data furnished under this clause, in accordance with subparagraph (h)(1) of this clause, in precedence over any other clause of this contract providing for rights in data.

(3) The Government is not precluded from using similar or identical data acquired from other sources.

(End of clause)


52.225-9    BUY AMERICAN—CONSTRUCTION MATERIALS (MAY 2014)

(a) Definitions. As used in this clause--

Commercially available off-the-shelf (COTS) item—

(1) Means any item of supply (including construction material) that is--

(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4) such as agricultural products and petroleum products.

Component means an article, material, or supply incorporated directly into a construction material.

Construction material means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

Cost of components means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

Domestic construction material means--

(1) An unmanufactured construction material mined or produced in the United States;

(2) A construction material manufactured in the United States, if--

(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or

(ii) The construction material is a COTS item.

Foreign construction material means a construction material other than a domestic construction material.

United States means the 50 States, the District of Columbia, and outlying areas.

(b) Domestic preference.

(1) This clause implements 41 U.S.C. chapter 83, Buy American, by providing a preference for domestic construction material. In accordance with 41 U.S.C. 1907, the component test of the Buy American statute is waived for construction material that is a COTS item. (See FAR 12.505(a)(2)). The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2)  This requirement does not apply to information technology that is a commercial item or to the construction materials or components listed by the Government as follows:

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American Act to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act. (1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(3) of this clause shall include adequate information for Government evaluation of the request, including--

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American statute applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(3)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American statute applies, use of foreign construction material is noncompliant with the Buy American statute.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

Foreign and Domestic Construction Materials Price Comparison
-------------------------------------------------------------------------------------------------------
Construction material description      Unit of measure       Quantity       Price (dollars) \1\
-------------------------------------------------------------------------------------------------------
Item 1
   Foreign construction material....  ...........  ___  ........  .......  ………  ___  ...............  ........  ___  ...............
   Domestic construction material...  ........  ___  ..............  .............  ___  ................  ......  ___  ................
Item 2
   Foreign construction material....  .........  ___  .............  ........  ………  ___  ...............  .........  ___  ..............
   Domestic construction material...  .......  ___  ................  .............  ___  ...............  .......  ___  ...............
-------------------------------------------------------------------------------------------------------
Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).
List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.
Include other applicable supporting information.

TO BE FILLED IN ON INDIVIDUAL TASK ORDERS, IF APPLICABLE.

(End of clause)

52.225-11    BUY AMERICAN--CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS (OCT 2019)

(a) Definitions. As used in this clause--

Caribbean Basin country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different construction material distinct from the materials from which it was transformed.

Commercially available off-the-shelf (COTS) item—

(1) Means any item of supply (including construction material) that is--

(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4 ) such as agricultural products and petroleum products.

Component means an article, material, or supply incorporated directly into a construction material.

Construction material means an article, material, or supply brought to the construction site by the Contractor or subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

Cost of components means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

Designated country means any of the following countries:

(1) A World Trade Organization Government Procurement Agreement (WTO GPA) country (Armenia, Aruba, Australia, Austria, Belgium, Bulgaria, Canada, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Moldova, Montenegro, Netherlands, New Zealand, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan, Ukraine, or United Kingdom);

(2) A Free Trade Agreement (FTA) country (Australia, Bahrain, Canada, Chile, Colombia, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Korea (Republic of), Mexico, Morocco, Nicaragua, Oman, Panama, Peru, or Singapore);

(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Liberia, Madagascar, Malawi, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, South Sudan, Tanzania, Timor-Leste, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bonaire, British Virgin Islands, Curacao, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Saba, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Sint Eustatius, Sint Maarten, or Trinidad and Tobago).

Designated country construction material means a construction material that is a WTO GPA country construction material, an FTA country construction material, a least developed country construction material, or a Caribbean Basin country construction material.

Domestic construction material means--

(1) An unmanufactured construction material mined or produced in the United States;

(2) A construction material manufactured in the United States, if--

(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or

(ii) The construction material is a COTS item.

Foreign construction material means a construction material other than a domestic construction material.

Least developed country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

"Free Trade Agreement country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement (FTA) country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a FTA country into a new and different construction material distinct from the materials from which it was transformed.

"Least developed country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

United States means the 50 States, the District of Columbia, and outlying areas.

WTO GPA country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction material distinct from the materials from which it was transformed.

(b) Construction materials.

(1) This clause implements 41 U.S.C. chapter 83, Buy American, by providing a preference for domestic construction material. In accordance with 41 U.S.C. 1907, the component test of the Buy American statute is waived for construction material that is a COTS item. (See FAR 12.505(a)(2)). In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements (FTAs) apply to this acquisition. Therefore, the Buy American restrictions are waived for designated country construction materials.

(2) The Contractor shall use only domestic or designated country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3)  The requirement in paragraph (b)(2) of this clause does not apply to information technology that is a commercial item or to the construction materials or components listed by the Government as follows:

[Contracting Officer to list applicable excepted materials or indicate ``none'']

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that--

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American statute is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American statute to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American statute.

(1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate information for Government evaluation of the request, including--

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American statute applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(4)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American statute applies, use of foreign construction material is noncompliant with the Buy American statute.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

Foreign and Domestic Construction Materials Price Comparison

```
-----------------------------------------------------------------------------------------
 Construction material description    Unit of measure      Quantity      Price (dollars) \1\
-----------------------------------------------------------------------------------------
Item 1:
   Foreign construction material....  ......................  ......................  ......................
   Domestic construction material...  ......................  ......................  ......................
Item 2:
   Foreign construction material....  ......................  ......................  ......................
   Domestic construction material...  ......................  ......................  ......................
-----------------------------------------------------------------------------------------
```

\1\ Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).
List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.
Include other applicable supporting information.

TO BE FILLED IN ON INDIVIDUAL TASK ORDERS, IF APPLICABLE.

(End of clause)

52.228-14    IRREVOCABLE LETTER OF CREDIT (NOV 2014)

(a) "Irrevocable letter of credit" (ILC), as used in this clause, means a written commitment by a federally insured financial institution to pay all or part of a stated amount of money, until the expiration date of the letter, upon presentation by the Government (the beneficiary) of a written demand therefor. Neither the financial institution nor the offeror/Contractor can revoke or condition the letter of credit.

(b) If the offeror intends to use an ILC in lieu of a bid bond, or to secure other types of bonds such as performance and payment bonds, the letter of credit and letter of confirmation formats in paragraphs (e) and (f) of this clause shall be used.

(c) The letter of credit shall be irrevocable, shall require presentation of no document other than a written demand and the ILC (including confirming letter, if any), shall be issued/confirmed by an acceptable federally insured financial institution as provided in paragraph (d) of this clause, and--

(1) If used as a bid guarantee, the ILC shall expire no earlier than 60 days after the close of the bid acceptance period;

(2) If used as an alternative to corporate or individual sureties as security for a performance or payment bond, the offeror/Contractor may submit an ILC with an initial expiration date estimated to cover the entire period for which financial security is required or may submit an ILC with an initial expiration date that is a minimum period of one year from the date of issuance. The ILC shall provide that, unless the issuer provides the beneficiary written notice of non-renewal at least 60 days in advance of the current expiration date, the ILC is automatically extended without amendment for one year from the expiration date, or any future expiration date, until the period of required coverage is completed and the Contracting Officer provides the financial institution with a written statement waiving the right to payment. The period of required coverage shall be:

(i) For contracts subject to 40 U.S.C. chapter 31, subchapter III, Bonds, the later of--

(A) One year following the expected date of final payment;

(B) For performance bonds only, until completion of any warranty period; or

(C) For payment bonds only, until resolution of all claims filed against the payment bond during the one-year period following final payment.

(ii) For contracts not subject to the Miller Act, the later of--

(A) 90 days following final payment; or

(B) For performance bonds only, until completion of any warranty period.

(d)(1) Only federally insured financial institutions rated investment grade by a commercial rating service shall issue or confirm the ILC.

(2) Unless the financial institution issuing the ILC had letter of credit business of at least $25 million in the past year, ILCs over $5 million must be confirmed by another acceptable financial institution that had letter of credit business of at least $25 million in the past year.

(3) The Offeror/Contractor shall provide the Contracting Officer a credit rating that indicates the financial institutions have the required credit rating as of the date of issuance of the ILC.

(4) The current rating for a financial institution is available through any of the following rating services registered with the U.S. Securities and Exchange Commission (SEC) as a Nationally Recognized Statistical Rating Organization (NRSRO). NRSRO's can be located at the Web site http://www.sec.gov/answers/nrsro.htm maintained by the SEC.

(e) The following format shall be used by the issuing financial institution to create an ILC:

____

[Issuing Financial Institution's Letterhead or Name and Address]

Issue Date _ ____

IRREVOCABLE LETTER OF CREDIT NO. ____

Account party's name ____ _

Account party's address ____ _

For Solicitation No. ____ _(for reference only)

TO: [ ____ U.S. Government agency]

[ ____ U.S. Government agency's address]

1. We hereby establish this irrevocable and transferable Letter of Credit in your favor for one or more drawings up to United States $ ____ . This Letter of Credit is payable at [issuing financial institution's and, if any, confirming financial institution's] office at [ ____ issuing financial institution's address and, if any, confirming financial institution's address] and expires with our close of business on ____ , or any automatically extended expiration date.

2. We hereby undertake to honor your or the transferee's sight draft(s) drawn on the issuing or, if any, the confirming financial institution, for all or any part of this credit if presented with this Letter of Credit and confirmation, if any, at the office specified in paragraph 1 of this Letter of Credit on or before the expiration date or any automatically extended expiration date.

3. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this Letter of Credit that it is deemed to be automatically extended without amendment for one year from the expiration date hereof, or any future expiration date, unless at least 60 days prior to any expiration date, we notify you or the transferee by registered mail, or other receipted means of delivery, that we elect not to consider this Letter of Credit renewed for any such additional period. At the time we notify you, we also agree to notify the account party (and confirming financial institution, if any) by the same means of delivery.

4. This Letter of Credit is transferable. Transfers and assignments of proceeds are to be effected without charge to either the beneficiary or the transferee/assignee of proceeds. Such transfer or assignment shall be only at the written direction of the Government (the beneficiary) in a form satisfactory to the issuing financial institution and the confirming financial institution, if any.

5. This Letter of Credit is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, International Chamber of Commerce Publication No. ____ -- (Insert version in effect at the time of ILC issuance, e.g., ``Publication 600, 2006 edition'') and to the extent not inconsistent therewith, to the laws of ____ --[State of confirming financial institution, if any, otherwise State of issuing financial institution].

6. If this credit expires during an interruption of business of this financial institution as described in Article 17 of the UCP, the financial institution specifically agrees to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

____

[ ___  Issuing financial institution]

(f) The following format shall be used by the financial institution to confirm an ILC:

___   [Confirming Financial Institution's Letterhead or Name and Address]

(Date)  ___

Our Letter of Credit Advice Number  ___

Beneficiary:  ___   [U.S. Government agency]

Issuing Financial Institution:  ___

Issuing Financial Institution's LC No.:  ___

Gentlemen:

1. We hereby confirm the above indicated Letter of Credit, the original of which is attached, issued by ___  [name of issuing financial institution] for drawings of up to United States dollars  ___  _/U.S. $ ___   and expiring with our close of business on ___   [the expiration date], or any automatically extended expiration date.

2. Draft(s) drawn under the Letter of Credit and this Confirmation are payable at our office located at  ___  _.

3. We hereby undertake to honor sight draft(s) drawn under and presented with the Letter of Credit and this Confirmation at our offices as specified herein.

4. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this confirmation that it be deemed automatically extended without amendment for one year from the expiration date hereof, or any automatically extended expiration date, unless:

(a) At least 60 days prior to any such expiration date, we shall notify the Contracting Officer, or the transferee and the issuing financial institution, by registered mail or other receipted means of delivery, that we elect not to consider this confirmation extended for any such additional period; or

(b) The issuing financial institution shall have exercised its right to notify you or the transferee, the account party, and ourselves, of its election not to extend the expiration date of the Letter of Credit.

5. This confirmation is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, International Chamber of Commerce Publication No.  ____    -- (Insert version in effect at the time of ILC issuance, e.g., ``Publication 600, 2006 edition'') and to the extent not inconsistent therewith, to the laws of  ____    --[State of confirming financial institution].

6. If this confirmation expires during an interruption of business of this financial institution as described in Article 17 of the UCP, we specifically agree to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

___

[Confirming financial institution]

(g) The following format shall be used by the Contracting Officer for a sight draft to draw on the Letter of Credit:

SIGHT DRAFT

___

[City, State]

(Date) ___

[Name and address of financial institution]

Pay to the order of ___ [Beneficiary Agency] ___ the sum of United States ___ This draft is drawn under Irrevocable Letter of Credit No. ___


___ [Beneficiary Agency]

By: ___

(End of clause)


52.229-8   TAXES--FOREIGN COST-REIMBURSEMENT CONTRACTS (MAR 1990)

(a) Any tax or duty from which the United States Government is exempt by agreement with the Government of to be filled in on individual task orders as appliable, or from which the Contractor or any subcontractor under this contract is exempt under the laws of to be filled in on individual task orders as applicable, shall not constitute an allowable cost under this contract.

(b) If the Contractor or subcontractor under this contract obtains a foreign tax credit that reduces its Federal income tax liability under the United States Internal Revenue Code (Title 26, U.S. Code) because of the payment of any tax or duty that was reimbursed under this contract, the amount of the reduction shall be paid or credited at the time of such offset to the Government of the United States as the Contracting Officer directs.

(End of clause)


52.236-1   PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least ____ percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

Note: This percentage will be provided for each task order.

(End of clause)


52.243-7   NOTIFICATION OF CHANGES (JAN 2017)

(a) Definitions.

"Contracting Officer," as used in this clause, does not include any representative of the Contracting Officer.

"Specifically authorized representative (SAR)," as used in this clause, means any person the Contracting Officer has so designated by written notice (a copy of which shall be provided to the Contractor) which shall refer to this subparagraph and shall be issued to the designated representative before the SAR exercises such authority.

(b) Notice. The primary purpose of this clause is to obtain prompt reporting of Government conduct that the Contractor considers to constitute a change to this contract. Except for changes identified as such in writing and signed by the Contracting Officer, the Contractor shall notify the Administrative Contracting Officer in writing, within one calendar days from the date that the Contractor identifies any Government conduct (including actions, inactions, and written or oral communications) that the Contractor regards as a change to the contract terms and conditions. On the basis of the most accurate information available to the Contractor, the notice shall state--

(1) The date, nature, and circumstances of the conduct regarded as a change;

(2) The name, function, and activity of each Government individual and Contractor official or employee involved in or knowledgeable about such conduct;

(3) The identification of any documents and the substance of any oral communication involved in such conduct;

(4) In the instance of alleged acceleration of scheduled performance or delivery, the basis upon which it arose;

(5) The particular elements of contract performance for which the Contractor may seek an equitable adjustment under this clause, including--

(i) What line items have been or may be affected by the alleged change;

(ii) What labor or materials or both have been or may be added, deleted, or wasted by the alleged change;

(iii) To the extent practicable, what delay and disruption in the manner and sequence of performance and effect on continued performance have been or may be caused by the alleged change;

(iv) What adjustments to contract price, delivery schedule, and other provisions affected by the alleged change are estimated; and

(6) The Contractor's estimate of the time by which the Government must respond to the Contractor's notice to minimize cost, delay or disruption of performance.

(c) Continued performance. Following submission of the notice required by (b) above, the Contractor shall diligently continue performance of this contract to the maximum extent possible in accordance with its terms and conditions as construed by the Contractor, unless the notice reports a direction of the Contracting Officer or a communication from a SAR of the Contracting Officer, in either of which events the Contractor shall continue performance; provided, however, that if the Contractor regards the direction or communication as a change as described in (b) above, notice shall be given in the manner provided. All directions, communications, interpretations, orders and similar actions of the SAR shall be reduced to writing and copies furnished to the Contractor and to the Contracting Officer. The Contracting Officer shall countermand any action which exceeds the authority of the SAR.

(d) Government response. The Contracting Officer shall promptly, within ten calendar days after receipt of notice, respond to the notice in writing. In responding, the Contracting Officer shall either--

(1) Confirm that the conduct of which the Contractor gave notice constitutes a change and when necessary direct the mode of further performance;

(2) Countermand any communication regarded as a change;

(3) Deny that the conduct of which the Contractor gave notice constitutes a change and when necessary direct the mode of further performance; or

(4) In the event the Contractor's notice information is inadequate to make a decision under (1), (2), or (3) above, advise the Contractor what additional information is required, and establish the date by which it should be furnished and the date thereafter by which the Government will respond.

(e) Equitable adjustments.

(1) If the Contracting Officer confirms that Government conduct effected a change as alleged by the Contractor, and the conduct causes an increase or decrease in the Contractor's cost of, or the time required for, performance of any part of the work under this contract, whether changed or not changed by such conduct, an equitable adjustment shall be made--

(i) In the contract price or delivery schedule or both; and

(ii) In such other provisions of the contract as may be affected.

(2) The contract shall be modified in writing accordingly.  In the case of drawings, designs or specifications which are defective and for which the Government is responsible, the equitable adjustment shall include the cost and time extension for delay reasonably incurred by the Contractor in attempting to comply with the defective drawings, designs or specifications before the Contractor identified, or reasonably should have identified, such defect.  When the cost of property made obsolete or excess as a result of a change confirmed by the Contracting Officer under this clause is included in the equitable adjustment, the Contracting Officer shall have the right to prescribe the manner of disposition of the property.  The equitable adjustment shall not include increased costs or time extensions for delay resulting from the Contractor's failure to provide notice or to continue performance as provided, respectively, in (b) and (c) above.

Note:  The phrases "contract price" and "cost" wherever they appear in the clause, may be appropriately modified to apply to cost-reimbursement or incentive contracts, or to combinations thereof.

(End of clause)


52.244-2    SUBCONTRACTS (OCT 2010)

(a) Definitions. As used in this clause--

Approved purchasing system means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).

Consent to subcontract means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

Subcontract means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

(b) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (c) or (d) of this clause.

(c) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that—

(1) Is of the cost-reimbursement, time-and-materials, or labor-hour type; or

(2) Is fixed-price and exceeds—

(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or

(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.

(d) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's/Contract Administrator's (listed under Section G1 of the contract – Contract Administration Data, paragraph (c)) written consent before placing the following subcontracts:

Cost-reimbursement,
Time-and-materials, and
Labor-hour type.

(e)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (b), (c), or (d) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate certified cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting—

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason certified cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's certified cost or pricing data in determining
the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's certified cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (c), (d), or (e) of this clause.

(f) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination—

(1) Of the acceptability of any subcontract terms or conditions;

(2) Of the allowability of any cost under this contract; or

(3) To relieve the Contractor of any responsibility for performing this contract.

(g) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404-4(c)(4)(i).

(h) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(i) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(j) Paragraphs (c) and (e) of this clause do not apply to the following subcontracts, which were evaluated during negotiations:

_____

_____

(End of clause)

52.246-20    WARRANTY OF SERVICES (MAY 2001)

(a)  Definition.

"Acceptance," as used in this clause, means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services, as partial or complete performance of the contract.

(b) Notwithstanding inspection and acceptance by the Government or any provision concerning the conclusiveness thereof, the Contractor warrants that all services performed under this contract will, at the time of acceptance, be free from defects in workmanship and conform to the requirements of this contract.  The Contracting Officer shall give written notice of any defect or nonconformance to the Contractor within 30 days from the date of acceptance by the Government. This notice shall state either (1) that the Contractor shall correct or reperform any defective or nonconforming services, or (2) that the Government does not require correction or reperformance.

(c) If the Contractor is required to correct or reperform, it shall be at no cost to the Government, and any services

corrected or reperformed by the Contractor shall be subject to this clause to the same extent as work initially performed.  If the Contractor fails or refuses to correct or reperform, the Contracting Officer may, by contract or otherwise, correct or replace with similar services and charge to the Contractor the cost occasioned to the Government thereby, or make an equitable adjustment in the contract price.

(d) If the Government does not require correction or reperformance, the Contracting Officer shall make an equitable adjustment in the contract price.

(End of clause)

52.247-1    COMMERCIAL BILL OF LADING NOTATIONS (FEB 2006)

When the Contracting Officer authorizes supplies to be shipped on a commercial bill of lading and the Contractor will be reimbursed these transportation costs as direct allowable costs, the Contractor shall ensure before shipment is made that the commercial shipping documents are annotated with either of the following notations, as appropriate:

(a) If the Government is shown as the consignor or the consignee, the annotation shall be:

"Transportation is for the _____ and the actual total transportation charges paid to the carrier(s) by the consignor or consignee are assignable to, and shall be reimbursed by, the Government."

(b) If the Government is not shown as the consignor or the consignee, the annotation shall be:

"Transportation is for the _____ and the actual total transportation charges paid to the carrier(s) by the consignor or consignee shall be reimbursed by the Government, pursuant to cost-reimbursement contract no. _____.  This may be confirmed by contacting _____."

To be completed at Task Order level as applicable.

(End of clause)

52.247-67    SUBMISSION OF TRANSPORTATION DOCUMENTS FOR AUDIT (FEB 2006)

(a) The Contractor shall submit to the address identified below, for prepayment audit, transportation documents on which the United States will assume freight charges that were paid--

(1) By the Contractor under a cost-reimbursement contract; and

(2) By a first-tier subcontractor under a cost-reimbursement subcontract thereunder.

(b) Cost-reimbursement Contractors shall only submit for audit those bills of lading with freight shipment charges exceeding $100. Bills under $100 shall be retained on-site by the Contractor and made available for on-site audits. This exception only applies to freight shipment bills and is not intended to apply to bills and invoices for any other transportation services.

(c) Contractors shall submit the above referenced transportation documents to--

---------------------------
---------------------------
---------------------------
[To be filled in by Contracting Officer]

To be completed at Task Order level as appropriate.

(End of clause)

52.248-1    VALUE ENGINEERING (JUN 2020)

(a) General. The Contractor is encouraged to develop, prepare, and submit value engineering change proposals (VECP's) voluntarily. The Contractor shall share in any net acquisition savings realized from accepted VECP's, in accordance with the incentive sharing rates in paragraph (f) below.

(b) Definitions. "Acquisition savings," as used in this clause, means savings resulting from the application of a VECP to contracts awarded by the same contracting office or its successor for essentially the same unit. Acquisition savings include--

(1) Instant contract savings, which are the net cost reductions on this, the instant contract, and which are equal to the instant unit cost reduction multiplied by the number of instant contract units affected by the VECP, less the Contractor's allowable development and implementation costs;

(2) Concurrent contract savings, which are net reductions in the prices of other contracts that are definitized and ongoing at the time the VECP is accepted; and

(3) Future contract savings, which are the product of the future unit cost reduction multiplied by the number of future contract units in the sharing base. On an instant contract, future contract savings include savings on increases in quantities after VECP acceptance that are due to contract modifications, exercise of options, additional orders, and funding of subsequent year requirements on a multiyear contract.

"Collateral costs," as used in this clause, means agency cost of operation, maintenance, logistic support, or Government-furnished property.

"Collateral savings," as used in this clause, means those measurable net reductions resulting from a VECP in the agency's overall projected collateral costs, exclusive of acquisition savings, whether or not the acquisition cost changes.

"Contracting office" includes any contracting office that the acquisition is transferred to, such as another branch of the agency or another agency's office that is performing a joint acquisition action.

"Contractor's development and implementation costs," as used in this clause, means those costs the Contractor incurs on a VECP specifically in developing, testing, preparing, and submitting the VECP, as well as those costs the Contractor incurs to make the contractual changes required by Government acceptance of a VECP.

"Future unit cost reduction," as used in this clause, means the instant unit cost reduction adjusted as the Contracting Officer considers necessary for projected learning or changes in quantity during the sharing period. It is calculated at the time the VECP is accepted and applies either (1) throughout the sharing period, unless the Contracting Officer decides that recalculation is necessary because conditions are significantly different from those previously anticipated or (2) to the calculation of a lump-sum payment, which cannot later be revised.

"Government costs," as used in this clause, means those agency costs that result directly from developing and implementing the VECP, such as any net increases in the cost of testing, operations, maintenance, and logistics support. The term does not include the normal administrative costs of processing the VECP or any increase in this contract's cost or price resulting from negative instant contract savings.

"Instant contract," as used in this clause, means this contract, under which the VECP is submitted. It does not include increases in quantities after acceptance of the VECP that are due to contract modifications, exercise of options, or additional orders.  If this is a multiyear contract, the term does not include quantities funded after VECP acceptance. If this contract is a fixed-price contract with prospective price redetermination, the term refers to the period for which firm prices have been established.

"Instant unit cost reduction" means the amount of the decrease in unit cost of performance (without deducting any Contractor's development or implementation costs) resulting from using the VECP on this, the instant contract. If this is a service contract, the instant unit cost reduction is normally equal to the number of hours per line-item task saved by using the VECP on this contract, multiplied by the appropriate contract labor rate.

"Negative instant contract savings" means the increase in the cost or price of this contract when the acceptance of a VECP results in an excess of the Contractor's allowable development and implementation costs over the product of the instant unit cost reduction multiplied by the number of instant contract units affected.

"Net acquisition savings" means total acquisition savings, including instant, concurrent, and future contract savings, less Government costs.

"Sharing base," as used in this clause, means the number of affected end items on contracts of the contracting office accepting the VECP.

Sharing period, as used in this clause, means the period beginning with acceptance of the first unit incorporating the VECP and ending at a calendar date or event determined by the contracting officer for each VECP.

"Unit," as used in this clause, means the item or task to which the Contracting Officer and the Contractor agree the VECP applies.

"Value engineering change proposal (VECP)" means a proposal that--

(1) Requires a change to this, the instant contract, to implement; and

(2) Results in reducing the overall projected cost to the agency without impairing essential functions or characteristics; provided, that it does not involve a change--

(i) In deliverable end item quantities only;

(ii) In research and development (R&D) end items or R&D test quantities that is due solely to results of previous testing under this contract; or

(iii) To the contract type only.

(c) VECP preparation. As a minimum, the Contractor shall include in each VECP the information described in subparagraphs (1) through (8) below. If the proposed change is affected by contractually required configuration management or similar procedures, the instructions in those procedures relating to format, identification, and priority assignment shall govern VECP preparation. The VECP shall include the following:

(1) A description of the difference between the existing contract requirement and the proposed requirement, the comparative advantages and disadvantages of each, a justification when an item's function or characteristics are being altered, the effect of the change on the end item's performance, and any pertinent objective test data.

(2) A list and analysis of the contract requirements that must be changed if the VECP is accepted, including any suggested specification revisions.

(3) Identification of the unit to which the VECP applies.

(4) A separate, detailed cost estimate for (i) the affected portions of the existing contract requirement and (ii) the VECP. The cost reduction associated with the VECP shall take into account the Contractor's allowable development and implementation costs, including any amount attributable to subcontracts under the Subcontracts paragraph of this clause, below.

(5) A description and estimate of costs the Government may incur in implementing the VECP, such as test and evaluation and operating and support costs.

(6) A prediction of any effects the proposed change would have on collateral costs to the agency.

(7) A statement of the time by which a contract modification accepting the VECP must be issued in order to achieve the maximum cost reduction, noting any effect on the contract completion time or delivery schedule.

(8) Identification of any previous submissions of the VECP, including the dates submitted, the agencies and contract numbers involved, and previous Government actions, if known.

(d) Submission. The Contractor shall submit VECP's to the Contracting Officer, unless this contract states otherwise. If this contract is administered by other than the contracting office, the Contractor shall submit a copy of the VECP simultaneously to the Contracting Officer and to the Administrative Contracting Officer.

(e) Government action. (1) The Contracting Officer will notify the Contractor of the status of the VECP within 45 calendar days after the contracting office receives it. If additional time is required, the Contracting Officer will notify the Contractor within the 45-day period and provide the reason for the delay and the expected date of the decision. The Government will process VECP's expeditiously; however, it shall not be liable for any delay in acting upon a VECP.

(2) If the VECP is not accepted, the Contracting Officer will notify the Contractor in writing, explaining the reasons for rejection. The Contractor may withdraw any VECP, in whole or in part, at any time before it is accepted by the Government. The Contracting Officer may require that the Contractor provide written notification before undertaking significant expenditures for VECP effort.

(3) Any VECP may be accepted, in whole or in part, by the Contracting Officer's award of a modification to this contract citing this clause and made either before or within a reasonable time after contract performance is completed. Until such a contract modification applies a VECP to this contract, the Contractor shall perform in accordance with the existing contract. The decision to accept or reject all or part of any VECP is a unilateral decision made solely at the discretion of the Contracting Officer.

(f) Sharing rates. If a VECP is accepted, the Contractor shall share in net acquisition savings according to the percentages shown in the table below. The percentage paid the Contractor depends upon (1) this contract's type (fixed-price, incentive, or cost-reimbursement), (2) the sharing arrangement specified in paragraph (a) above (incentive, program requirement, or a combination as delineated in the Schedule), and (3) the source of the savings (the instant contract, or concurrent and future contracts), as follows:

**CONTRACTOR'S SHARE OF NET ACQUISITION SAVINGS**
(Figures in percent)

| Contract Type | Incentive (Voluntary) | | Program Requirement (Mandatory) | |
|---|---|---|---|---|
| | Instant Contract Rate | Concurrent and Future Contract Rate | Instant Contract Rate | Concurrent and Future Contract Rate |
| Fixed-price (includes fixed-price-award-fee; excludes other | (1) 50 | (1) 50 | (1) 25 | 25 |

| | | | | |
|---|---|---|---|---|
| fixed-price incentive contracts) | | | | |
| Incentive (fixed-price or cost) (other than award fee) | (2) | (1) 50 | (2) | 25 |
| Cost-reimbursement (includes cost-plus-award-fee; excludes other cost-type incentive Contracts) | (3) 25 | (3) 25 | 15 | 15 |

\* The Contracting Officer may increase the Contractor's sharing rate to as high as 75 percent for each VECP.

\* Same sharing arrangement as the contract's profit or fee adjustment formula.

\* The Contracting Officer may increase the Contractor's sharing rate to as high as 50 percent for each VECP.

(g) Calculating net acquisition savings.

(1) Acquisition savings are realized when (i) the cost or price is reduced on the instant contract, (ii) reductions are negotiated in concurrent contracts, (iii) future contracts are awarded, or (iv) agreement is reached on a lump-sum payment for future contract savings (see subparagraph (i)(4) below). Net acquisition savings are first realized, and the Contractor shall be paid a share, when Government costs and any negative instant contract savings have been fully offset against acquisition savings.

(2) Except in incentive contracts, Government costs and any price or cost increases resulting from negative instant contract savings shall be offset against acquisition savings each time such savings are realized until they are fully offset. Then, the Contractor's share is calculated by multiplying net acquisition savings by the appropriate Contractor's percentage sharing rate (see paragraph (f) above). Additional Contractor shares of net acquisition savings shall be paid to the Contractor at the time realized.

(3) If this is an incentive contract, recovery of Government costs on the instant contract shall be deferred and offset against concurrent and future contract savings. The Contractor shall share through the contract incentive structure in savings on the instant contract items affected. Any negative instant contract savings shall be added to the target cost or to the target price and ceiling price, and the amount shall be offset against concurrent and future contract savings.

(4) If the Government does not receive and accept all items on which it paid the Contractor's share, the Contractor shall reimburse the Government for the proportionate share of these payments.

(h) Contract adjustment. The modification accepting the VECP (or a subsequent modification issued as soon as possible after any negotiations are completed) shall--

(1) Reduce the contract price or estimated cost by the amount of instant contract savings, unless this is an incentive contract;

(2) When the amount of instant contract savings is negative, increase the contract price, target price and ceiling price, target cost, or estimated cost by that amount;

(3) Specify the Contractor's dollar share per unit on future contracts, or provide the lump-sum payment;

(4) Specify the amount of any Government costs or negative instant contract savings to be offset in determining net acquisition savings realized from concurrent or future contract savings; and

(5) Provide the Contractor's share of any net acquisition savings under the instant contract in accordance with the following:

(i) Fixed-price contracts--add to contract price.

(ii) Cost-reimbursement contracts--add to contract fee.

(i) Concurrent and future contract savings.

(1) Payments of the Contractor's share of concurrent and future contract savings shall be made by a modification to the instant contract in accordance with subparagraph (h)(5) above. For incentive contracts, shares shall be added as a separate firm-fixed-price line item on the instant contract. The Contractor shall maintain records adequate to identify the first delivered unit for 3 years after final payment under this contract.

(2) The Contracting Officer shall calculate the Contractor's share of concurrent contract savings by (i) subtracting from the reduction in price negotiated on the concurrent contract any Government costs or negative instant contract savings not yet offset and (ii) multiplying the result by the Contractor's sharing rate.

(3) The Contracting Officer shall calculate the Contractor's share of future contract savings by (i) multiplying the future unit cost reduction by the number of future contract units scheduled for delivery during the sharing period, (ii) subtracting any Government costs or negative instant contract savings not yet offset, and (iii) multiplying the result by the Contractor's sharing rate.

(4) When the Government wishes and the Contractor agrees, the Contractor's share of future contract savings may be paid in a single lump sum rather than in a series of payments over time as future contracts are awarded. Under this alternate procedure, the future contract savings may be calculated when the VECP is accepted, on the basis of the Contracting Officer's forecast of the number of units that will be delivered during the sharing period. The Contractor's share shall be included in a modification to this contract (see subparagraph (h)(3) above) and shall not be subject to subsequent adjustment.

(5) Alternate no-cost settlement method. When, in accordance with section 48.104-4 of the Federal Acquisition Regulation (FAR), the Government and the Contractor mutually agree to use the no-cost settlement method, the following applies:

(i) The Contractor will keep all the savings on the instant contract and on its concurrent contracts only.

(ii) The Government will keep all the savings resulting from concurrent contracts placed on other sources, savings from all future contracts, and all collateral savings.

(j) Collateral savings. If a VECP is accepted, the Contracting Officer will increase the instant contract amount, as specified in paragraph (h)(5) of this clause, by a rate from 20 to 100 percent, as determined by the Contracting Officer, of any projected collateral savings determined to be realized in a typical year of use after subtracting any Government costs not previously offset. However, the Contractor's share of collateral savings will not exceed the contract's firm-fixed-price, target price, target cost, or estimated cost, at the time the VECP is accepted, or $100,000, whichever is greater. The Contracting Officer will be the sole determiner of the amount of collateral savings.

(k) Relationship to other incentives. Only those benefits of an accepted VECP not rewardable under performance, design-to-cost (production unit cost, operating and support costs, reliability and maintainability), or similar incentives shall be rewarded under this clause. However, the targets of such incentives affected by the VECP shall not be adjusted because of VECP acceptance. If this contract specifies targets but provides no incentive to surpass them, the value engineering sharing shall apply only to the amount of achievement better than target.

(l) Subcontracts. The Contractor shall include an appropriate value engineering clause in any subcontract-valued at or above the simplified acquisition threshold, as defined in FAR 2.101 on the date of subcontract award, and may include one in subcontracts of lesser value. In calculating any adjustment in this contract's price for instant contract

savings (or negative instant contract savings), the Contractor's allowable development and implementation costs shall include any subcontractor's allowable development and implementation costs, and any value engineering incentive payments to a subcontractor, clearly resulting from a VECP accepted by the Government under this contract. The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that the payments shall not reduce the Government's share of concurrent or future contract savings or collateral savings.

(m) Data. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:

"These data, furnished under the Value Engineering clause of contract . . . . . . . . . . , shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations."

If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the data. (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

(End of clause)

52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

https://www.acquisition.gov/content/regulations

(End of clause)

52.252-6    AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

252.216-7006  ORDERING (SEP 2019)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the contract schedule. Such orders may be issued from contract award through contract completion.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c)(1) If issued electronically, the order is considered ``issued'' when a copy has been posted to the Electronic Data Access system, and notice has been sent to the Contractor.

(2) If mailed or transmitted by facsimile, a delivery order or task order is considered ``issued'' when the Government deposits the order in the mail or transmits by facsimile. Mailing includes transmittal by U.S. mail or private delivery services.

(3) Orders may be issued orally only if authorized in the schedule.

(End of Clause)

252.225-7043    ANTITERRORISM/FORCE PROTECTION POLICY FOR DEFENSE CONTRACTORS OUTSIDE THE UNITED STATES (JUN 2015)

(a) Definition. United States, as used in this clause, means, the 50 States, the District of Columbia, and outlying areas.

(b) Except as provided in paragraph (c) of this clause, the Contractor and its subcontractors, if performing or traveling outside the United States under this contract, shall--

(1) Affiliate with the Overseas Security Advisory Council, if the Contractor or subcontractor is a U.S. entity;

(2) Ensure that Contractor and subcontractor personnel who are U.S. nationals and are in-country on a non-transitory basis, register with the U.S. Embassy, and that Contractor and subcontractor personnel who are third country nationals comply with any security related requirements of the Embassy of their nationality;

(3) Provide, to Contractor and subcontractor personnel, antiterrorism/force protection awareness information commensurate with that which the Department of Defense (DoD) provides to its military and civilian personnel and their families, to the extent such information can be made available prior to travel outside the United States; and

(4) Obtain and comply with the most current antiterrorism/force protection guidance for Contractor and subcontractor personnel.

(c) The requirements of this clause do not apply to any subcontractor that is--

(1) A foreign government;

(2) A representative of a foreign government; or

(3) A foreign corporation wholly owned by a foreign government.

(d) Information and guidance pertaining to DoD antiterrorism/force protection can be obtained from [to be filled in on individual task orders as applicable, Contracting Officer to insert applicable information cited in PGI 225.372-1].

(End of clause)


252.225-7045 BALANCE OF PAYMENTS PROGRAM--CONSTRUCTION MATERIAL UNDER TRADE AGREEMENTS--BASIC (AUG 2019)

(a) Definitions. As used in this clause--

Caribbean Basin country construction material means a construction material that---

(i) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or

(ii) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different construction material distinct from the materials from which it was transformed.

Commercially available off-the-shelf (COTS) item--

(i) Means any item of supply (including construction material) that is--

(A) A commercial item (as defined in paragraph (1) of the definition of ``commercial item'' in section 2.101 of the Federal Acquisition Regulation);

(B) Sold in substantial quantities in the commercial marketplace; and

(C) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(ii) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. 40102), such as agricultural products and petroleum products.

Component means any article, material, or supply incorporated directly into construction material.

Construction material means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

Cost of components means--

(i) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(ii) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

Designated country means--

(i) A World Trade Organization Government Procurement Agreement (WTO GPA) country (Armenia, Aruba, Australia, Austria, Belgium, Bulgaria, Canada, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Moldova, Montenegro, Netherlands, New Zealand, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan (known in the World Trade Organization as ``the Separate Customs Territory of Taiwan, Penghu, Kinmen, and Matsu'' (Chinese Taipei)), Ukraine, or the United Kingdom);

(ii) A Free Trade Agreement country (Australia, Bahrain, Canada, Chile, Colombia, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Korea (Republic of), Mexico, Morocco, Nicaragua, Panama, Peru, or Singapore);

(iii) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Liberia, Madagascar, Malawi, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, South Sudan, Tanzania, Timor-Leste, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(iv) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bonaire, British Virgin Islands, Curacao, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Saba, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Sint Eustatius, Sint Maarten, or Trinidad and Tobago).

Designated country construction material means a construction material that is a WTO GPA country construction material, a Free Trade Agreement country construction material, a least developed country construction material, or a Caribbean Basin country construction material.

Domestic construction material means--

(i) An unmanufactured construction material mined or produced in the United States; or

(ii) A construction material manufactured in the United States, if--

(A) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or

(B) The construction material is a COTS item.

Free Trade Agreement country construction material means a construction material that--

(i) Is wholly the growth, product, or manufacture of a Free Trade Agreement country; or

(ii) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Free Trade Agreement country into a new and different construction material distinct from the material from which it was transformed.

Least developed country construction material means a construction material that--

(i) Is wholly the growth, product, or manufacture of a least developed country; or

(ii) In the case of a construction material that consists in whole or in part of materials from another country has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

United States means the 50 States, the District of Columbia, and outlying areas.

WTO GPA country construction material means a construction material that--

(i) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(ii) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction material distinct from the materials from which it was transformed.

(b) This clause implements the Balance of Payments Program by providing a preference for domestic construction material. In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements apply to this acquisition. Therefore, the Balance of Payments Program restrictions are waived for designated country construction materials.

(c) The Contractor shall use only domestic or designated country construction material in performing this contract, except for--

(1) Construction material valued at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation;

 (2) Information technology that is a commercial item; or

(3) The construction material or components listed by the Government as follows:

To be filled in on individual task orders as applicable.

(End of clause)

252.229-7003    TAX EXEMPTIONS (ITALY) (MAR 2012)

(a) As the Contractor represented in its offer, the contract price, including the prices in subcontracts awarded under this contract, does not include taxes from which the United States Government is exempt.

(b) The United States Government is exempt from payment of Imposta Valore Aggiunto (IVA) tax in accordance with Article 72 of the IVA implementing decree on all supplies and services sold to United States Military Commands in Italy.

(1) The Contractor shall include the following information on invoices submitted to the United States Government:

(i) The contract number.

(ii) The IVA tax exemption claimed pursuant to Article 72 of Decree Law 633, dated October 26, 1972.

(iii) The following fiscal code(s): .

(2)(i) Upon receipt of the invoice, the paying office will include the following certification on one copy of the invoice:

"I certify that this invoice is true and correct and reflects expenditures made in Italy for the Common Defense by the United States Government pursuant to international agreements. The amount to be paid does not include the IVA tax, because this transaction is not subject to the tax in accordance with Article 72 of Decree Law 633, dated

October 26, 1972." An authorized United States Government official will sign the copy of the invoice containing this certification.

(ii) The paying office will return the certified copy together with payment to the Contractor. The payment will not include the amount of the IVA tax.

(iii) The Contractor shall retain the certified copy to substantiate non-payment of the IVA tax.

(3) The Contractor may address questions regarding the IVA tax to the Ministry of Finance, IVA Office, Rome (06) 520741.

(c) In addition to the IVA tax, purchases by the United States Forces in Italy are exempt from the following taxes:

(1) Imposta di Fabbricazione (Production Tax for Petroleum Products).

(2) Imposta di Consumo (Consumption Tax for Electrical Power).

(3) Dazi Doganali (Customs Duties).

(4) Tassa di Sbarco e d'Imbarco sulle Merci Transportate per Via Aerea e per Via Maritima (Port Fees).

(5) Tassa de Circolazione sui Veicoli (Vehicle Circulation Tax).

(6) Imposta di Registro (Registration Tax).

(7) Imposta di Bollo (Stamp Tax).

(End of clause)


252.229-7004    STATUS OF CONTRACTOR AS A DIRECTOR CONTRACT (SPAIN) (JUN 1997)

(a) "Direct Contractor," as used in this clause, means an individual, company, or entity with whom an agency of the United States Department of Defense has executed a written agreement that allows duty-free import of equipment, materials, and supplies into Spain for the construction, development, maintenance, and operation of Spanish-American installations and facilities.

(b) The Contractor is hereby designated as a Direct Contractor under the provisions of Complementary Agreement 5, articles 11, 14, 15, 17, and 18 of the Agreement on Friendship, Defense and Cooperation between the United States Government and the Kingdom of Spain, dated July 2, 1982. The Agreement relates to contacts to be performed in whole or part in Spain, the provisions of which are hereby incorporated into and made a part of this contract by reference.

(c) The Contractor shall apply to the appropriate Spanish authorities for approval of status as a Direct Contractor in order to complete duty-free import of non-Spanish equipment, materials, and supplies represented as necessary for contract performance by the Contracting Officer. Orders for equipment, materials, and supplies placed prior to official notification of such approval shall be at the Contractor's own risk. The Contractor must submit its documentation in sufficient time to permit processing by the appropriate United States and Spanish Government agencies prior to the arrival of the equipment, material, or supplies in Spain. Seasonal variations in processing times are common, and the Contractor should program its projects accordingly. Any delay or expense arising directly or indirectly from this process shall not excuse untimely performance (except as expressly allowed in other provisions of this contract), constitute a direct or constructive change, or otherwise provide a basis for additional compensation or adjustment of any kind.

(d) To ensure that all duty-free imports are properly accounted for, exported, or disposed of, in accordance with Spanish law, the Contractor shall obtain a written bank letter of guaranty payable to the Treasurer of the United States, or such other authority as may be designated by the Contracting Officer, in the amount set forth in paragraph (g) of this clause, prior to effecting any duty-free imports for the performance of this contract.

(e) If the Contractor fails to obtain the required guaranty, the Contractor agrees that the Contracting Officer may withhold a portion of the contract payments in order to establish a fund in the amount set forth in paragraph (g) of this clause. The fund shall be used for the payment of import taxes in the event that the Contractor fails to properly account for, export, or dispose of equipment, materials, or supplies imported on a duty-free basis.

(f) The amount of the bank letter of guaranty or size of the fund required under paragraph (d) or (e) of this clause normally shall be 5 percent of the contract value. However, if the Contractor demonstrates to the Contracting Officer's satisfaction that the amount retained by the United States Government or guaranteed by the bank is excessive, the amount shall be reduced to an amount commensurate with contingent import tax and duty-free liability. This bank guaranty or fund shall not be released to the Contractor until the Spanish General Directorate of Customs verifies the accounting, export, or disposition of the equipment, material, or supplies imported on a duty-free basis.

(g) The amount required under paragraph (d), (e), or (f) of this clause is (To be completed at Task Order level as applicable.)

(h) The Contractor agrees to insert the provisions of this clause, including this paragraph (h), in all subcontracts.

(End of clause)

252.236-7001    CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

Title          File          Drawing No.

To be completed at the task order level as applicable.

(End of clause)


252.251-7000    ORDERING FROM GOVERNMENT SUPPLY SOURCES (AUG 2012)

(a) When placing orders under Federal Supply Schedules, Personal Property Rehabilitation Price Schedules, or Enterprise Software Agreements, the Contractor shall follow the terms of the applicable schedule or agreement and authorization. Include in each order:

(1) A copy of the authorization (unless a copy was previously furnished to the Federal Supply Schedule, Personal Property Rehabilitation Price Schedule, or Enterprise Software Agreement contractor).

(2) The following statement: Any price reductions negotiated as part of an Enterprise Software Agreement issued under a Federal Supply Schedule contract shall control. In the event of any other inconsistencies between an Enterprise Software Agreement, established as a Federal Supply Schedule blanket purchase agreement, and the Federal Supply Schedule contract, the latter shall govern.

(3) The completed address(es) to which the Contractor's mail, freight, and billing documents are to be directed.

(b) When placing orders under nonmandatory schedule contracts and requirements contracts, issued by the General Services Administration (GSA) Office of Information Resources Management, for automated data processing equipment, software and maintenance, communications equipment and supplies, and teleprocessing services, the Contractor shall follow the terms of the applicable contract and the procedures in paragraph (a) of this clause.

(c) When placing orders for Government stock on a reimbursable basis, the Contractor shall--

(1) Comply with the requirements of the Contracting Officer's authorization, using FEDSTRIP or MILSTRIP procedures, as appropriate;

(2) Use only the GSA Form 1948-A, Retail Services Shopping Plate, when ordering from GSA Self-Service Stores;

(3) Order only those items required in the performance of  Government contracts; and

(4) Pay invoices from Government supply sources promptly. For purchases made from DoD supply sources, this means within 30 days of the date of a proper invoice (see also Defense Federal Acquisition Regulation Supplement (DFARS) 251.105). For purchases made from DoD supply sources, this means within 30 days of the date of a proper invoice. The Contractor shall annotate each invoice with the date of receipt. The Contractor's failure to pay may also result in the DoD supply source refusing to honor the requisition (see DFARS 251.102(f)) or in the Contracting Officer terminating the Contractor's authorization to use DoD supply sources. In the event the Contracting Officer decides to terminate the authorization due to the Contractor's failure to pay in a timely manner, the Contracting Officer shall provide the Contractor with prompt written notice of the intent to terminate the authorization and the basis for such action. The Contractor shall have 10 days after receipt of the Government's notice in which to provide additional information as to why the authorization should not be terminated. The termination shall not provide the Contractor with an excusable delay for failure to perform or complete the contract in accordance with the terms of the contract, and the Contractor shall be solely responsible for any increased costs.

(d) When placing orders for Government stock on a non-reimbursable basis, the Contractor shall—

(1) Comply with the requirements of the Contracting Officer's authorization; and

(2) When using electronic transactions to submit requisitions on a non-reimbursable basis only, place orders by authorizing contract number using the Defense Logistics Management System (DLMS) Supplement to Federal Implementation Convention 511R, Requisition; and acknowledge receipts by authorizing contract number using the DLMS Supplement 527R, Receipt, Inquiry, Response and Material Receipt Acknowledgement.

(e)  Only the Contractor may request authorization for subcontractor use of Government supply sources.  The Contracting Officer will not grant authorizations for subcontractor use without approval of the Contractor.

(f) Government invoices shall be submitted to the Contractor's billing address, and Contractor payments shall be sent to the Government remittance address specified below:

Contractor's Billing Address [include point of contact and telephone number]:

Government Remittance Address   (include point of contact and telephone number )        :

To be filled in on individual task orders as applicable.

(End of clause)

Section J - List of Documents, Exhibits and Other Attachments

<u>LIST OF ATTACHMENTS</u>
Attachment JL.1, List of Directives

Attachment JL.2, Cost Reimbursable Direct Labor Hourly Ceiling Rates

Attachment JL.2A, Cost Reimbursable Direct Labor Hourly Ceiling Rates Build-Up Form  (Tab Within Attachment JL.2)

Attachment JL.3, Identification of Uncompensated Overtime Ratios

Attachment JL.4, Proposed Distribution of Work

Attachment JL.5, Indirect Ceiling Rate and Award Fee Application Form

Attachment JL.5A, Indirect Ceiling Rates Build Up Form

Attachment JL.6, Proposed Historical and Year–To-Date Indirect Rates

Attachment JL.6A, Service Contract Labor Standards and Wage Rate Requirements (Construction) Ceiling Labor Rates

Attachment JL.7, Cost Model for CONUS and OCONUS locations for Base and Option Years

Attachment JL.7A, Summary Cost Model for Multiple Offerors (Tab Inside Attachment Within JL.7)

Attachment JL. 8, Construction Experience Project Data Sheet

Attachment JL.9, Historical Small Business Utilization

Attachment JL.10, Small Business Participation and Commitment Document

Attachment JL.11, Small Business Subcontracting Plan

Attachment JL.12, Award Fee Plan

Attachment JL.13, Past Performance Questionnaire

Section K - Representations, Certifications and Other Statements of Offerors

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.204-16 | Commercial and Government Entity Code Reporting | JUL 2016 |
| 52.204-19 | Incorporation by Reference of Representations and Certifications. | DEC 2014 |
| 52.209-13 | Violation of Arms Control Treaties or Agreements -- Certification. | JUN 2018 |
| 52.225-10 | Notice of Buy American Requirement--Construction Materials | MAY 2014 |
| 52.225-12 | Notice of Buy American Requirement - Construction Materials Under Trade Agreements | MAY 2014 |
| 52.230-7 | Proposal Disclosure--Cost Accounting Practice Change | APR 2005 |
| 52.237-8 | Restriction on Severance Payments to Foreign Nationals | AUG 2003 |
| 252.203-7005 | Representation Relating to Compensation of Former DoD Officials | NOV 2011 |
| 252.204-7017 | Prohibition on the Acquisition of Covered Defense Telecommunications Equipment or Services -- Representation | DEC 2019 |
| 252.225-7018 | Photovoltaic Devices--Certificate | JAN 2020 |
| 252.236-7010 | Overseas Military Construction--Preference for United States Firms | JAN 1997 |

CLAUSES INCORPORATED BY FULL TEXT

52.204-8   ANNUAL REPRESENTATIONS AND CERTIFICATIONS (MAR 2020)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 236220.

(2) The small business size standard is $39,500,000.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)(1) If the provision at 52.204-7, System for Award Management, is included in this solicitation, paragraph (d) of this provision applies.

(2) If the provision at 52.204-7, System for Award Management, is not included in this solicitation, and the Offeror has an active registration in the System for Award Management (SAM), the Offeror may choose to use paragraph (d) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The Offeror shall indicate which option applies by checking one of the following boxes:

(X) Paragraph (d) applies.

(       ) Paragraph (d) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c) (1) The following representations or certifications in SAM are applicable to this solicitation as indicated:

(i) 52.203-2, Certificate of Independent Price Determination. This provision applies to solicitations when a firm-fixed-price contract or fixed-price contract with economic price adjustment is contemplated, unless—

(A) The acquisition is to be made under the simplified acquisition procedures in Part 13;

(B) The solicitation is a request for technical proposals under two-step sealed bidding procedures; or

(C) The solicitation is for utility services for which rates are set by law or regulation.

(ii) 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions. This provision applies to solicitations expected to exceed $150,000.

(iii) 52.203-18, Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements--Representation. This provision applies to all solicitations.

(iv) 52.204-3, Taxpayer Identification. This provision applies to solicitations that do not include the provision at 52.204-7, System for Award Management.

(v) 52.204-5, Women-Owned Business (Other Than Small Business). This provision applies to solicitations that—

(A) Are not set aside for small business concerns;

(B) Exceed the simplified acquisition threshold; and

(C) Are for contracts that will be performed in the United States or its outlying areas.

(vi) 52.204-26, Covered Telecommunications Equipment or Services--Representation. This provision applies to all solicitations.

(vii)  52.209-2,  Prohibition on Contracting with Inverted Domestic Corporations--Representation.

(viii) 52.209-5, Certification Regarding Responsibility Matters. This provision applies to solicitations where the contract value is expected to exceed the simplified acquisition threshold.

(ix)  52.209-11, Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law. This provision applies to all solicitations.

(x) 52.214-14, Place of Performance--Sealed Bidding. This provision applies to invitations for bids except those in which the place of performance is specified by the Government.

(xi) 52.215-6, Place of Performance. This provision applies to solicitations unless the place of performance is specified by the Government.

(xii) 52.219-1, Small Business Program Representations (Basic, Alternates I, and II). This provision applies to solicitations when the contract will be performed in the United States or its outlying areas.

(A) The basic provision applies when the solicitations are issued by other than DoD, NASA, and the Coast Guard.

(B) The provision with its Alternate I applies to solicitations issued by DoD, NASA, or the Coast Guard.

(C) The provision with its Alternate II applies to solicitations that will result in a multiple-award contract with more than one NAICS code assigned.

(xiii) 52.219-2, Equal Low Bids. This provision applies to solicitations when contracting by sealed bidding and the contract will be performed in the United States or its outlying areas.

(xiv) 52.222-22, Previous Contracts and Compliance Reports. This provision applies to solicitations that include the clause at 52.222-26, Equal Opportunity.

(xv) 52.222-25, Affirmative Action Compliance. This provision applies to solicitations, other than those for construction, when the solicitation includes the clause at 52.222-26, Equal Opportunity.

(xvi) 52.222-38, Compliance with Veterans' Employment Reporting Requirements. This provision applies to solicitations when it is anticipated the contract award will exceed the simplified acquisition threshold and the contract is not for acquisition of commercial items.

(xvii) 52.223-1, Biobased Product Certification. This provision applies to solicitations that require the delivery or specify the use of USDA-designated items; or include the clause at 52.223-2, Affirmative Procurement of Biobased Products Under Service and Construction Contracts.

(xviii) 52.223-4, Recovered Material Certification. This provision applies to solicitations that are for, or specify the use of, EPA- designated items.

(xix) 52.223-22, Public Disclosure of Greenhouse Gas Emissions and Reduction Goals--Representation. This provision applies to solicitations that include the clause at 52.204-7.)

(xx) 52.225-2, Buy American Certificate. This provision applies to solicitations containing the clause at 52.225-1.

(xxi) 52.225-4, Buy American--Free Trade Agreements--Israeli Trade Act Certificate. (Basic, Alternates I, II, and III.) This provision applies to solicitations containing the clause at 52.225- 3.

(A) If the acquisition value is less than $25,000, the basic provision applies.

(B) If the acquisition value is $25,000 or more but is less than $50,000, the provision with its Alternate I applies.

(C) If the acquisition value is $50,000 or more but is less than $83,099, the provision with its Alternate II applies.

(D) If the acquisition value is $83,099 or more but is less than $100,000, the provision with its Alternate III  applies.

(xxii) 52.225-6, Trade Agreements Certificate. This provision applies to solicitations containing the clause at 52.225-5.

(xxiii) 52.225-20, Prohibition on Conducting Restricted Business Operations in Sudan--Certification. This provision applies to all solicitations.

(xxiv) 52.225-25, Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran—Representation and Certification. This provision applies to all solicitations.

(xxv) 52.226-2, Historically Black College or University and Minority Institution Representation. This provision applies to solicitations for research, studies, supplies, or services of the type normally acquired from higher educational institutions.

(2) The following representations or certifications are applicable as indicated by the Contracting Officer:

[Contracting Officer check as appropriate.]

       (i) 52.204-17, Ownership or Control of Offeror.

X_____ (ii) 52.204-20, Predecessor of Offeror.

       (iii) 52.222-18, Certification Regarding Knowledge of Child Labor for Listed End Products.

       (iv) 52.222-48, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Certification.

X_____ (v) 52.222-52 Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services--Certification.

       (vi) 52.223-9, with its Alternate I, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Alternate I only).

       (vii) 52.227-6, Royalty Information.

       (A) Basic.

       (B) Alternate I.

       (viii) 52.227-15, Representation of Limited Rights Data and Restricted Computer Software.

(d) The Offeror has completed the annual representations and certifications electronically in SAM accessed through https://www.sam.gov. After reviewing the SAM information, the Offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitation as indicated in paragraph (c) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [     offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

```
-----------------------------------------------------------------------
FAR Clause      Title        Date        Change
-----------------------------------------------------------------------
------          ----------   ------      ------
-----------------------------------------------------------------------
```

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on SAM.

(End of provision)

52.209-7  INFORMATION REGARDING RESPONSIBILITY MATTERS (OCT 2018)

(a) Definitions. As used in this provision--

Administrative proceeding means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (e.g., Securities and Exchange Commission Administrative Proceedings, Civilian Board of Contract Appeals Proceedings, and Armed Services Board of Contract Appeals Proceedings). This includes administrative proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include agency actions such as contract audits, site visits, corrective plans, or inspection of deliverables.

Federal contracts and grants with total value greater than $10,000,000 means--

(1) The total value of all current, active contracts and grants, including all priced options; and

(2) The total value of all current, active orders including all priced options under indefinite-delivery, indefinite-quantity, 8(a), or requirements contracts (including task and delivery and multiple-award Schedules).

Principal means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

(b) The offeror ( ) has ( ) does not have current active Federal contracts and grants with total value greater than $10,000,000.

(c) If the offeror checked "has" in paragraph (b) of this provision, the offeror represents, by submission of this offer, that the information it has entered in the Federal Awardee Performance and Integrity Information System (FAPIIS) is current, accurate, and complete as of the date of submission of this offer with regard to the following information:

(1) Whether the offeror, and/or any of its principals, has or has not, within the last five years, in connection with the award to or performance by the offeror of a Federal contract or grant, been the subject of a proceeding, at the Federal or State level that resulted in any of the following dispositions:

(i) In a criminal proceeding, a conviction.

(ii) In a civil proceeding, a finding of fault and liability that results in the payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more.

(iii) In an administrative proceeding, a finding of fault and liability that results in--

(A) The payment of a monetary fine or penalty of $5,000 or more; or

(B) The payment of a reimbursement, restitution, or damages in excess of $100,000.

(iv) In a criminal, civil, or administrative proceeding, a disposition of the matter by consent or compromise with an acknowledgment of fault by the Contractor if the proceeding could have led to any of the outcomes specified in paragraphs (c)(1)(i), (c)(1)(ii), or (c)(1)(iii) of this provision.

(2) If the offeror has been involved in the last five years in any of the occurrences listed in (c)(1) of this provision, whether the offeror has provided the requested information with regard to each occurrence.

(d) The offeror shall post the information in paragraphs (c)(1)(i) through (c)(1)(iv) of this provision in FAPIIS as required through maintaining an active registration in the System for Award Management, which can be accessed via https://www.sam.gov (see 52.204-7).

(End of provision)

52.230-1    COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION (OCT 2015)

Note: This notice does not apply to small businesses or foreign governments. This notice is in three parts, identified by Roman numerals I through III.

Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract.

If the offeror is an educational institution, Part II does not apply unless the contemplated contract will be subject to full or modified CAS coverage pursuant to 48 CFR 9903.201-2(c)(5) or 9903.201-2(c)(6), respectively.

I. Disclosure Statement -- Cost Accounting Practices and Certification

(a) Any contract in excess of $750,000 resulting from this solicitation will be subject to the requirements of the Cost Accounting Standards Board (48 CFR Chapter 99), except for those contracts which are exempt as specified in 48 CFR 9903.201-1.

(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR Chapter 99 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR 9903.202. When required, the Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision.

Caution: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to practice for pricing proposals or accumulating and reporting contract performance cost data.

(c) Check the appropriate box below:

* (1) *Certificate of Concurrent Submission of Disclosure Statement.* The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows:

(i) Original and one copy to the cognizant Administrative Contracting Officer (ACO) or cognizant Federal agency official authorized to act in that capacity (Federal official), as applicable; and

(ii) One copy to the cognizant Federal auditor.

(Disclosure must be on Form No. CASB DS-1 or CASB DS-2, as applicable. Forms may be obtained from the cognizant ACO or Federal official and/or from the loose-leaf version of the Federal Acquisition Regulation.)

Date of Disclosure Statement: ____    Name and Address of Cognizant ACO or Federal Official Where Filed: ____

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.

* (2) *Certificate of Previously Submitted Disclosure Statement.* The offeror hereby certifies that the required Disclosure Statement was filed as follows:

Date of Disclosure Statement: ____    Name and Address of Cognizant ACO or Federal Official Where Filed: ____

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable Disclosure Statement.

* (3) *Certificate of Monetary Exemption.* The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated prime contracts and subcontracts subject to CAS totaling $50 million or more in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

* (4) *Certificate of Interim Exemption.* The offeror hereby certifies that

(i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and

(ii) in accordance with 48 CFR 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under subparagraph (c)(1) or (c)(2) of Part I of this provision, as appropriate, to verify submission of a completed Disclosure Statement.

Caution: Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $50 million or more in the current cost accounting period may not claim this exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period following the cost accounting period in which the monetary exemption was exceeded.

II. Cost Accounting Standards -- Eligibility for Modified Contract Coverage

If the offeror is eligible to use the modified provisions of 48 CFR 9903.201-2(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.

* The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $50 million in awards of CAS-covered prime contracts and subcontracts. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

Caution: An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $50 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $50 million or more.

III. Additional Cost Accounting Standards Applicable to Existing Contracts

The offeror shall indicate below whether award of the contemplated contract would, in accordance with subparagraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.

( ____ ) yes( ____ ) no

(End of Provision)

252.204-7007 ALTERNATE A, ANNUAL REPRESENTATIONS AND CERTIFICATIONS (DEC 2019)

Substitute the following paragraphs (b), (d) and (e) for paragraphs (b) and (d) of the provision at FAR 52.204-8:

(b)(1) If the provision at FAR 52.204-7, System for Award Management, is included in this solicitation, paragraph (e) of this provision applies.

(2) If the provision at FAR 52.204-7, System for Award Management, is not included in this solicitation, and the Offeror has an active registration in the System for Award Management (SAM), the Offeror may choose to use paragraph (e) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The Offeror shall indicate which option applies by checking one of the following boxes:

__ (i) Paragraph (e) applies.

__ (ii) Paragraph (e) does not apply and the Offeror has completed the individual representations and certifications in the solicitation.

(d)(1) The following representations or certifications in the SAM database are applicable to this solicitation as indicated:

(i) 252.204-7016, Covered Defense Telecommunications Equipment or Services--Representation. Applies to all solicitations.

(ii) 252.209-7003, Reserve Officer Training Corps and Military Recruiting on Campus--Representation. Applies to all solicitations with institutions of higher education.

(iii) 252.216-7008, Economic Price Adjustment--Wage Rates or Material Prices Controlled by a Foreign Government. Applies to solicitations for fixed-price supply and service contracts when the contract is to be performed wholly or in part in a foreign country, and a foreign government controls wage rates or material prices and may during contract performance impose a mandatory change in wages or prices of materials.

(iv) 252.225-7042, Authorization to Perform. Applies to all solicitations when performance will be wholly or in part in a foreign country.

(v) 252.225-7049, Prohibition on Acquisition of Certain Foreign Commercial Satellite Services--Representations. Applies to solicitations for the acquisition of commercial satellite services.

(vi) 252.225-7050, Disclosure of Ownership or Control by the Government of a Country that is a State Sponsor of Terrorism. Applies to all solicitations expected to result in contracts of $150,000 or more.

(vii) 252.229-7012, Tax Exemptions (Italy)--Representation. Applies to solicitations when contract performance will be in Italy.

(viii) 252.229-7013, Tax Exemptions (Spain)--Representation. Applies to solicitations when contract performance will be in Spain.

(ix) 252.247-7022, Representation of Extent of Transportation by Sea. Applies to all solicitations except those for direct purchase of ocean transportation services or those with an anticipated value at or below the simplified acquisition threshold.

(2) The following representations or certifications in SAM are applicable to this solicitation as indicated by the Contracting Officer: [Contracting Officer check as appropriate.]

X___ (i) 252.209-7002, Disclosure of Ownership or Control by a Foreign Government.

X___ (ii) 252.225-7000, Buy American--Balance of Payments Program Certificate.

____ (iii) 252.225-7020, Trade Agreements Certificate.

____ Use with Alternate I.

X___ (iv) 252.225-7031, Secondary Arab Boycott of Israel.

____ (v) 252.225-7035, Buy American--Free Trade Agreements--Balance of Payments Program Certificate.

____ Use with Alternate I.

____ Use with Alternate II.

____ Use with Alternate III.

____ Use with Alternate IV.

____ Use with Alternate V.

____ (vi) 252.226-7002, Representation for Demonstration Project for Contractors Employing Persons with Disabilities.

(e) The offeror has completed the annual representations and certifications electronically via the SAM Web site at https://www.acquisition.gov/. After reviewing the SAM database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitation as indicated in FAR 52.204-8(c) and paragraph (d) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer, and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below ____ [offeror to insert changes, identifying change by provision number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete
as of the date of this offer.

| FAR/DFARS Clause # | Title | Date | Change |
|---|---|---|---|
|  |  |  |  |

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications located in the SAM database.

(End of provision)

Section L - Instructions, Conditions and Notices to Bidders

INSTRUCTIONS TO OFFERORS
**L-1 DETERMINATION OF RESPONSIBILITY**

In accordance with Federal Acquisition Regulation (FAR) Part 9.1, the Contracting Officer shall award contracts only to responsible vendors. No purchase or award shall be made unless the contracting officer makes an affirmative determination of responsibility.

To be determined responsible, a prospective contractor must have adequate financial resources to perform the contract, or the ability to obtain them. The contracting officer shall require acceptable evidence of the prospective contractor's current sound financial status, as well as the ability to obtain required resources if the need arises. In regard to resources, the contractor must be prepared to present acceptable evidence of subcontracts, commitments or explicit arrangement that will be in existence at the time of contract award, to rent, purchase, or otherwise acquire the needed facilities, equipment, services, materials, other resources, or personnel.

Pursuant to FAR 9.104-4, the Contracting Officer reserves the right to request adequate evidence of responsibility on the part of any prospective subcontractor(s).

Prior to award, the Contracting Officer will review the information submitted in accordance with Appendix E under the Cost Proposal Submittal hereto for purpose of determining responsibility.

The Contracting Officer reserves the right to request additional information if needed.

**L-2 INSTRUCTIONS FOR SUBMITTING QUESTIONS REGARDING THE SOLICITATION**

All inquiries concerning the attached RFP must be received electronically at least fifteen (15) days in advance of the closing date in order to permit adequate time to reply to the inquiry. You may email your questions to: amber.forehand@navy.mil and linda.stein@navy.mil

**L-3 PROPOSAL SUBMISSION INSTRUCTIONS**

1. Time and Date for Receipt of Proposals

A. Technical and cost proposals shall be submitted no later than the date and time provided in Block 9 of the Standard Form 33 "Solicitation, Offer, and Award." Proposals not received on or before the hour and date set forth will be handled in accordance with FAR provision 52.215-1 "Instructions to Offerors – Competitive Acquisition."

B. Proposals shall be submitted to the following address:
Naval Facilities Engineering Command, Atlantic
Mailroom, Attention: Amber Forehand-Hughes, Code ACQ35
6506 Hampton Blvd Norfolk, VA 23508-1278

Proposals will be submitted in sealed envelopes/boxes marked in the bottom right corner "N62470-20-R-5003 DO NOT OPEN IN MAILROOM."

NOTE: PLEASE BE MINDFUL OF DELIVERY TIMES AND PLAN ACCORDINGLY.  PROPOSALS **NOT RECEIVED OR RECEIVED AND NOT DATE STAMPED** AT THE ABOVE ADDRESS ON OR BEFORE THE HOUR AND DATE SET FORTH FOR RECEIPT OF PROPOSALS IN BLOCK 9 OF THE SF33 SHALL BE SUBJECT TO THE PROVISIONS OF FAR 52.215-1(C), "SUBMISSION, MODIFICATION, REVISION AND WITHDRAWAL OF PROPOSALS."

## L-4.  GENERAL INFORMATION

Below hereto is a description of the elements of the proposal, including specific instructions for its organization.  When evaluating your capability, the Government will consider how well you complied with these instructions.  If you (1) fail or refuse to assent to any of the terms and conditions of this RFP; (2) propose additional terms or conditions; and/or (3) propose assumptions that take material exception to the requirements of the solicitation, the Government may consider your offer to be unacceptable and your offer may be rejected without further consideration.

Each volume of the proposal shall be submitted in accordance with this Provision.   Proposals are to be neat, legible and orderly. Content is more important than quantity. Pages shall be numbered in accordance with the numbering conventions outlined in the solicitation. A concise and comprehensive proposal is desired. Organization, clarity, accuracy of information, relevance, and completeness are of prime importance. Statements such as "will comply" or "noted and understood" without supporting narrative to define compliance are not acceptable. Cursory responses or responses which merely reiterate or reformulate solicitation language will not be considered as satisfying the requirements of the RFP or as demonstrating the ability to perform. Elaborate brochures or other presentations beyond that sufficient to present a complete and effective proposal are not desired. Elaborate artwork and expensive visual or other presentation aids are not necessary.

The Non-Cost (Technical Factors and Past Performance) and Cost Proposals shall be submitted in separate binders, tabbed appropriately, and must include a cover page with the name of the prime contractor(s), DUNs number(s), addresses, phone number, email addresses, solicitation number and point of contact.  Should there be a discrepancy between paper and electronic information provided, the paper copies shall govern.  Offerors are requested to number the pages consecutively for each factor.

**Joint Venture and Team Arrangements** - FAR Subpart 9.6 defines contractor team arrangements.  Contractor team arrangements mean (1) two or more companies form a partnership or joint venture to act as a potential prime contractor or (2) a potential prime contractor agrees with one or more other companies to have them act as its subcontractor under a specified Government contract or acquisition program.

**Offerors may not submit more than one offer as a prime contractor.  Failure to comply with this limitation may result in disqualification of the offeror from contract award.**

All offerors proposing team members (including a joint venture or subcontractor), or relying on resources of a parent company/subsidiary/affiliate/other entity shall submit the following information in the front of the **non-cost and cost proposals:**

1.  Provide a listing of the team members' corporate name (no abbreviations), address, point of contact, phone number, email address, DUNS Number, and Cage Code.

2.  Submit a copy of the joint venture agreement, other teaming agreement, or binding letter of commitment from each team member.  All joint ventures, teaming agreements, and letters of commitment shall: (1) clearly identify the expected relationship, role and responsibility between the firms or of the subcontractor or other entity (type and proportion of work to be performed); and (2) shall be signed by the appropriate individual(s) of each firm/entity.  Copies of joint venture agreements, teaming agreements, and letters of commitment shall not be applied against the overall 175 page limit.  Joint Venture Agreements and letters of commitment should be provided in both the technical and cost proposal.

Contractors must submit required information for technical and cost proposals as follows:

>   **Volume I: Non-cost (Technical Factors and Past Performance):** Submit one (1) original, six (6) copies in 8-1/2 x 11 format, font size 11-12.  Tables and charts can be in landscape format, font size 10.  Proposals will be submitted in three ring binders and tabbed appropriately by major evaluation factor.  Double-sided pages are encouraged to conserve paper.  In addition, submit a complete copy of the non-cost proposal on CD (bookmark all sections the same as the tabs in paper copies).  The document should be submitted as

both an Adobe Acrobat file (.pdf) and as a Microsoft Word file.  (Note: Cover page, letters of commitment, JV agreements, and past performance questionnaires may be submitted in Adobe only).  Additionally, it is acceptable to have multiple Microsoft Word files that are organized on the CD by subfolders instead of submitting one Microsoft Word file.)  Proposal submission is limited to 175 pages.  Note that letters of commitment, Joint Venture/teaming/partnership agreements, CPARS evaluations, past performance questionnaires, ISR's, Attachments JL.9, JL10, and JL.11 are not applied against the overall page limit. Further, tabs, introductory sheets (e.g. Table of Contents, List of Figures, List of Acronyms), a one-page coversheet to identify the contractor and the proposal, and the listings of team member's corporate names and point of contact information are not applied against the overall page limit.  There is no page limitation for the introductory sheets.  All information provided on the introductory sheets is not evaluated.  Offerors are requested to number the pages consecutively for each factor.  Within the tabs for the factors, only the pages that are applied to the overall page limit should contain consecutive page numbers.  If a form that is provided as a JL attachment in this solicitation is a form that is applied to the overall page number limit, a page number should be added to the form.  **Any pages in excess of the maximum limits stated herein shall be removed and not evaluated.**

Non-Cost /Technical proposals shall not encompass any elements of cost and shall be organized in the general format as follows:

- Cover page
- Listing of team member corporate names and point of contact information
    - Team member corporate name (no abbreviations)
    - Address
    - Point of Contact
    - Phone number
    - DUNS number
    - CAGE Code
    - Introductory Sheets (e.g. Table of Contents, List of Figures, List of  Acronyms)
    - Copies of letters of commitment from the team members
    - Copies of joint venture agreements, or other teaming arrangement agreements
    - Organizational Conflicts of Interest Statement
    - Factor 1 – Corporate Experience
    - Factor 2 – Safety
    - Factor 3: Small Business Utilization and Participation
        - Historical Small Business Utilization (required for both Large and Small Business Offerors)
        - Small Business Participation Commitment Document (required for both Large and Small Business Offerors)
        - Small Business Subcontracting Plan (required for Large Business Offerors)
    - Factor 4: Past Performance
        - Past Performance Questionnaires

**VOLUME I: NON-COST PROPOSAL**

**NON-COST EVALUATION FACTORS**

(a)  Non-cost/price Factors:

(1)  **Factor 1,  Corporate Experience :**

**(i)  Solicitation Submittal Requirements:**

Offerors (Prime/JVs) shall provide a maximum of five (5) projects similar in size, scope and complexity to the work anticipated under this contract and **completed** within the past ten (10) years of the date of issuance of this RFP. Each project must be valued at $10 million or more.  The project descriptions should explain the relevance of each

project, including the extent to which the project demonstrates experience in planning, team-forming, managing, coordinating, and executing construction emergency/contingency recovery work requiring rapid mobilization and/or new construction, renovations, and repairs in a wide array of geographical locations world-wide (continental United States, overseas, and remote locations); federal cost contracting experience; and incidental services experience. Incidental services are those in support of the construction effort that may be required to provide initial Base Operating Support (BOS) Services, i.e., set up of base operating office/camp to provide services for military and contractor staff as necessary at a disaster or remote location.

At least one project must have been completed for an overseas location.

A project is defined as a **completed** construction project performed under a single task order or standalone contract. For multiple award and indefinite delivery/indefinite quantity type contracts, the contract as a whole should not be submitted as a project; rather, Offerors should submit work performed under a task order as a project.

The attached Construction Experience Project Data Sheet (Attachment JL.8) is **MANDATORY** and **SHALL** be used to submit project information.  This form is set at 10 pt font and the font size shall not be altered by the Offeror.   Except as specifically requested, the Government will not consider information submitted in addition to this form.  Individual blocks on this form may be expanded; however, total length for each project data sheet shall not exceed three (3) single sided pages (either three (3) single sided pages or one (1) double sided page and one (1) additional single sided page).  All pages addressing Attachment JL.8 are included in the overall 175 page limitation.

For all submitted projects, the description of the project shall clearly describe the scope of work performed and the relevancy to the project requirements of this RFP (i.e.: contingency/emergency construction).

If the Offeror is a Joint Venture (JV), at least one of the relevant projects should be submitted for the JV entity.  If the JV does not have shared relevant experience, at least one project shall be submitted for each JV partner. Offerors who fail to submit a relevant project for either the JV as an entity or for each of the JV partners will be found unacceptable.  If a project was performed by a JV, and not all partners from that JV are on the JV proposed for this contract, the offeror shall clearly demonstrate what portion of the work was performed by the JV partner offering on this contract and shall not include work performed by the JV as a whole.  If the offeror does not specifically address what portion of the work under the submitted project was performed by the JV member offering on this contract, the project will not be evaluated.

If an Offeror is utilizing experience information of affiliates/subsidiaries/parent/LLC/LTD member companies (name is not exactly as stated on the SF33), the proposal shall clearly demonstrate that the affiliate/subsidiary/parent firm will have meaningful involvement in the performance of the contract.

A key subcontractor is defined as a subcontractor that performed major and/or critical aspects of work submitted as a project under this factor. The Offeror may utilize experience of a key subcontractor to demonstrate construction experience under this evaluation factor.  The Offer must provide a signed letter of commitment and an explanation of the meaningful involvement that the subcontractor will have in performance of this contract.

(2) **Factor 2:  Safety**

   **(i)  Solicitation Submittal Requirements:**

The Offeror shall submit the following information:  (For a partnership or joint venture, the following submittal requirements are required for each contractor who is part of the partnership or joint venture; however, only one safety narrative is required.  EMR, DART and TRC Rates shall not be submitted for subcontractors.)

(1) Experience Modification Rate (EMR):  Include five previous complete calendar years' worth of data (2019, 2018, 2017, 2016 and 2015).  This rate compares company's annual losses in insurance claims against its policy premiums.  The offeror may submit an insurance company-provided equivalent rate if no EMR exists. If the offeror has no EMR or premium, for any year, affirmatively state so and explain why.  Any

extenuating circumstances that affect the EMR and negative trends should be addressed as part of the factor submission.

(2) OSHA Days Away from Work, Restricted Duty, or Job Transfer (DART) Rate:  For the five previous complete calendar years, the offeror will submit their OSHA DART, as defined by the U.S. Department of Labor, Occupational Safety and Health Administration (2019, 2018, 2017, 2016 and 2015). If unable to submit OSHA DART rates, affirmatively state so, and an explanation must be provided.  Any extenuating circumstances that affected the OSHA DART rate data and negative trends should be addressed as part of this element. The board will evaluate the OSHA DART rates to determine if the Offeror has demonstrated a history of safe work practices taking into account any upward trends and extenuating circumstances that impact rates.

(3) OSHA Total Recordable Case (TRC) Rate: For the five previous complete calendar years, the offeror will submit their OSHA TRC, as defined by the U.S. Department of Labor, Occupational Safety and Health Administration (2019, 2018, 2017, 2016 and 2015).  If unable to submit OSHA TRC rates, affirmatively state so, and an explanation must be provided.  Any extenuating circumstances that affected the OSHA TRC rate data and negative trends should be addressed as part of this element. The board will evaluate the OSHA TRC rates to determine if the Offeror has demonstrated a history of safe work practices taking into account any upward trends and extenuating circumstances that impact rates.

(4)  Technical Approach for Safety:  Describe the plan for safety that will be implemented to evaluate safety performance of potential subcontractors as part of the selection process for all levels of subcontractors. The offeror shall submit a narrative that fully describes the safety management system that they will use to oversee the safety compliance and performance of self-performed and subcontractor performed work. The offeror will describe any innovative methods that will be employed to ensure and monitor safe work practices at self-performed and/or all subcontractor levels.  Additionally, the contactor will describe their methodology to execute an effective program that facilitates sound mishap prevention techniques and processes, employee reporting of unsafe conditions, unsafe activities, and near-miss mishaps. The technical approach to safety narrative shall be limited to two double-sided pages.

### (3) Factor 3, Small Business Utilization and Participation

It is the policy of the Government to provide maximum practicable opportunities in its acquisitions to Small Business (SB) concerns, including Historically Underutilized Business Zone Small Business (HUBZone SB), Woman-Owned Small Business (WOSB), Small Disadvantaged Business (SDB), Veteran-Owned Small Business (VOSB), Service-Disabled Veteran-Owned Small Business (SDVOSB), and other small business concerns. Further, it is the policy of the Government that such concerns will have the maximum practicable opportunity to participate in contract performance consistent with its efficient performance.

(i)        (i)  Solicitation Submittal Requirements:

1.   **All** Offerors (both Other than Small Businesses (OTSB) **AND** SBs shall use Attachment JL.9 (Historical Small Business Utilization) to demonstrate their historical utilization of SBs.  Attachment JL.9 shall be provided for each project submitted under Factor 1, Corporate Experience.  Failure to submit Attachment 9 for each project submitted under Factor 1, Corporate Experience, or the failure to fully complete Attachment JL.9 may result in a deficiency.

2.   **All** Offerors (both OTSBs and SBs) shall use Attachment JL.10 (Small Business Participation Commitment Document (SPCD)) to submit the following required information for evaluation of this factor:

...  To demonstrate commitment to use small business concerns in the performance of this contract, identify all planned subcontractors by name that will be used to support each specific small business category (i.e., SB, HUBZone SB, WOSB, SDB, VOSB, and SDVOSB).  Identify the type and complexity of

product/service to be subcontracted, the estimated subcontract value, and the type of commitment (i.e., teaming agreement, letter of commitment, etc.) with each subcontractor.

... To demonstrate maximum practicable participation of small businesses, identify (in terms of dollar value and percentage of the total contract value) the Offeror's proposed small business participation. The minimum required small business participation (i.e. work to be performed by small business as the prime contractor and/or work to be performed by small business subcontractors) is **20%**. All Offerors who are not able to meet the minimum total small business participation rate of **20%** (of the total contract value) shall provide a detailed explanation why the minimum total small business participation rate cannot be achieved.

Large business Offerors may achieve the minimum total small business participation rate through subcontracting to small businesses.

Small business Offerors may achieve the minimum total small business participation rate through their own performance/participation as a prime and also through a joint venture, teaming arrangement, and/or subcontracting with other small business concerns.

Offerors are encouraged to exceed this percentage and seek meaningful levels of participation in each of the small business categories (i.e., SB, HUBZone SB, WOSB, SDB, VOSB, and SDVOSB) consistent with efficient contract performance. Offerors are required to provide a detailed explanation for the methods used to develop the small business participation rates.

Offerors simply proposing a **20%** total small business participation rate without describing the methods used may be rated lower.

If the Offeror does not intend to subcontract, provide a detailed explanation why subcontracting would not result in efficient contract performance.

**SMALL BUSINESS SUBCONTRACTING PLAN (April 2020)**

In accordance with FAR 19.7, all other than small businesses shall submit a Small Business Subcontracting Plan (SBSP) utilizing the template provided as Attachment JL.11. Acceptability of the SBSP will be considered a responsibility matter. The SBSP will not be evaluated or rated by the SSEB, but reviewed by a Small Business Professional/Authorized Representative and the Contracting Officer for acceptability. The SBSP shall be negotiated and/or accepted within the time specified by the Contracting Officer. Failure to negotiate an acceptable subcontracting plan within the time limit prescribed by the Contracting Officer will render the offeror ineligible for award of the contract. The SBSP will be incorporated into the resulting contract.

NAVFAC's command-wide small business subcontracting targets are shown below. These may be higher or lower than percentages that would represent realistic, challenging, small business subcontracting goals for this acquisition consistent with efficient and effective performance of the contract. These targets are based on a percentage of total planned subcontract dollars.

| | |
|---|---|
| Small Business (SB) | 40% |
| Small Disadvantaged Business (SDB) | 5% |
| HUBZone SB | 3% |
| Woman-Owned Small Business     (WOSB) | 9% |
| Veteran-Owned Small Business (VOSB) | 3% |
| Service-Disabled Veteran-Owned Small Business (SDVOSB) | 3% |

The SBSP shall be consistent with the commitments offered in the Small Business Participation Commitment Document (Attachment JL.10). In accordance with DFARS 215.304(c)(i), when an evaluation assesses the extent that small businesses are specifically identified in proposals, those small businesses considered in the evaluation shall be listed in the SBSP.

Please note that SBSP goals and the participation rates provided in the Small Business Participation Commitment Document (SBPCD) WILL NOT be the same.  The participation rates within the SBPCD are provided as percentages of the total contract value; subcontract plan goals are provided as a percentage of planned subcontracting dollars.  While the percentages will differ, the types of products/services identified in the SBSP, should be the same as those products/services identified in the SBPCD. Likewise, the planned small business subcontract dollars in the SBSP will be equal to (or in some cases greater than) the extent of small business participation identified in the SBPCD.

### (4)  Factor 4.  Past Performance:

#### (i)  Solicitation Submittal Requirements:

The Government will evaluate the Offerors' and proposed team members' past performance on the work experience identified in Factor 1 (Corporate Experience). IF A COMPLETED CONSTUCTION CONTRACTOR APPRAISAL SUPPORT SYSTEM (CCASS) EVALUATION OR CONTRACTOR PERFROMANCE ASSESSMENT REPORTING SYSTEM (CPARS) EVALUATION IS AVAILABLE, IT SHALL BE SUBMITTED WITH THE PROPOSAL. IF THERE IS NOT A COMPLETED CCASS OR CPARS EVALUATION, the Past Performance Questionnaire (PPQ) included in the solicitation is provided for the offeror or its team members to submit to the client for each project the offeror includes in its proposal for Factor 1, Corporate Experience. AN OFFEROR SHALL NOT SUBMIT A PPQ WHEN A COMPLETED CCASS OR CPARS IS AVAILABLE.

The blank Past Performance Questionnaire (PPQ) included in the solicitation (Attachment JL.13) is provided for the offeror to submit for each project the offeror includes in its proposal for Factor 1, Corporate Experience, up to a total of five (5) questionnaires for which no CCASS or CPARS is available.  Ensure correct phone numbers and email addresses are provided for the client point of contact.  Offerors should provide completed PPQs with their proposal.  If the offeror is unable to obtain a completed PPQ from a client for a project(s) before proposal closing date, the offeror should complete and submit with the proposal the first page of the PPQ (Attachment JL.13), which will provide contract and client information for the respective project(s).  Offerors should follow-up with clients/references to ensure timely submittal of questionnaires.  If the client requests, questionnaires may be submitted directly to the two Government's point of contact, Linda Stein, via email at linda.stein@navy.mil, and Amber Forehand-Hughes, via email at amber.forehand@navy.mil, prior to the proposal closing date.  Offerors shall not incorporate by reference into their proposal PPQs or CCASS/CPARS previously submitted for other RFPs.  However, this does not preclude the Government from utilizing previously submitted PPQ information in the past performance evaluation.  The Government may make reasonable attempts to contact the client noted for that project(s) to obtain the PPQ information requested.  However, offerors should follow-up with clients/references to help ensure timely submittal of questionnaires.

Offerors should provide an explanation of any past performance problems that may have developed on these projects and corrective action taken.  The offerors can submit their explanations of any past performance problems that may have developed on the projects submitted under Factor 1 in a narrative.  The narrative will be page counted and should be submitted after the past performance questionnaire.

Also include performance recognition documents received within the last ten (10) years such as awards, award fee determinations, customer letters of commendation, and any other forms of performance recognition for Factor 1, Corporate Experience projects only. For performance recognition documents to be considered under this factor they are required to be dated and contain the signature and position of the individual signing.  Further, performance recognition documents solicited especially for the purposes of this factor may be considered less favorably than documents contemporaneously received for the work performed.

In addition to the above, the Government may review any other sources of information for evaluating past performance.  Other sources may include, but are not limited to, past performance information retrieved through the Past Performance Information Retrieval System (PPIRS) using all CAGE/DUNS numbers of team members (partnership, joint venture, teaming arrangement, or parent company/subsidiary/affiliate) identified in the offeror's proposal, inquiries of owner representative(s), Federal Awardee Performance and Integrity Information System

(FAPIIS), Electronic Subcontract Reporting System (eSRS), and any other known sources not provided by the offeror.

**While the Government may elect to consider data from other sources, the burden of providing detailed, current, accurate, and complete past performance information rests with the offeror.**

**Volume II COST PROPOSAL:**

**Organization of Volume II – Cost Proposal**

    **Solicitation Submittal Requirements:**

Submit one original and one (1) copy of the cost proposal in a three ring binder, tabbed appropriately.  In addition, submit two (2) complete copies of the cost proposal on CD. Offerors should submit only one original hard copy of the Pre-Award Survey.  Spreadsheets should be in Microsoft Excel.  Electronic documents should be fully compatible with Microsoft Office 2010 and fully editable to allow Government evaluators to make cost analysis adjustments.  Do not submit Adobe Acrobat files except for the cover page, SF30, SF33, JV/Mentor Protégé Agreements, representations and certifications, copies of audits/indirect rate agreements and financial statements.  Adobe Acrobat files are acceptable for Section III, Appendices.  **There is no page limit for Volume II.**

All cost and pricing information shall be furnished in Volume II - Cost Proposal: The Government will not be responsible for cost or pricing information provided in the Non-Cost Proposal but not included in the cost proposal. "Data Other than Certified Cost or Pricing Data" shall be submitted by the Offeror to support cost realism, price reasonableness, and the completeness of the proposal. All "Data Other than Certified Cost or Pricing Data" submitted pursuant to this section is for the exclusive use of the Government.

Volume II should include a cover page that contains the following information:

    Listing of team member corporate names and POC information:
    Team member corporate name (no abbreviations)
    Address
    POC
    Phone
    DUNS Number
    CAGE Code
    Copies of letters of commitment from the team members
    Copies of joint venture agreements, or other teaming arrangement agreements

The content and format for submitting cost data shall be in accordance with general format outlined above and as stated below:

**SECTION I - STANDARD FORM 33**

**Tab 1** - Signed and completed SF33 (solicitation, offer, and award) and SF30's (if issued). Indicate period of validity of the offeror's proposal in block 12 (at least **240 days**) and the following information:

a.    CAGE Code, DUNS, and tax ID numbers for prime contractor and all cost reimbursable subs. For joint ventures the cage code for each member of the joint venture, as well as the joint venture should be provided.

b.    Date of Last Equal Employment Opportunity Report (EEO-1) certified filing for prime contractor and all cost reimbursable team subs and each member of a joint venture.

c.  Copy of latest VETS-4212 "Federal Contractor Veterans' Employment Report" for the prime contractor and all cost reimbursable team subs and each member of a joint venture.

**Tab 2** - When proposing as a joint venture, all members of the joint venture shall sign the SF 33 unless a written agreement by the joint venture is furnished with the proposal designating one firm with the authority to bind the other member(s) of the joint venture. In addition, a copy of the joint venture agreement shall be submitted with the proposal. Failure to comply with the foregoing requirements may eliminate the proposal from further consideration.  If the joint venture is subject to the SBA Mentor-Protégé Program, a copy of the SBA approval of the joint venture arrangement shall be included.

**Tab 3 - Completed** Representations and Certifications (see Solicitation Section K)

## SECTION II - COST AND RELATED INFORMATION

### Tab 1 - COST PROPOSAL WITH SUPPORTING DOCUMENTATION

The Cost Submission shall include the following:

- ... Attachment JL.2, Cost Reimbursable Direct Labor Hourly Ceiling Rates
- ... Attachment JL.2A, Cost Reimbursable Direct Labor Hourly Ceiling Rates Build-Up Form
- ... Attachment JL.3, Identification of Uncompensated Overtime Ratios
- ... Attachment JL.4, Distribution of Work
- ... Attachment JL.5, Indirect Ceiling Rates Form
- ... Attachment JL.5A, Indirect Ceiling Rates Build Up Form
- ... Attachment JL.6, Proposed Historical and Year–To-Date Indirect Rates
- ... Attachment JL.6A Service Contract Labor Standards and Wage Rate Requirements (Construction) Ceiling Labor Rates
- ... Attachment JL.7, Cost Model for CONUS and OCONUS locations for Base and Option Years
- ... Attachment JL.7A, Summary Cost Model for Multiple Offerors

The proposal shall include information for **SUBCONTRACTORS THAT WILL PERFORM COST REIMBURSABLE WORK**, in the same level of detail as provided by the Offeror. Cost reimbursable subcontractors will not be evaluated unless a signed letter of commitment has been provided or their proposed rates will not be included in the resultant contract.

Subcontractor information may be submitted separately for proposal purposes. However, it is noted that the cost reimbursable hourly ceiling rates for Cost Reimbursable Direct Labor Hourly Ceiling Rates Form (JL.2), and Indirect Ceiling Rates Form (JL.5), for each subcontractor that will perform cost reimbursable work will be incorporated into any resulting contract.

If the offeror is a joint venture, and the joint venture partners are proposing separate rates, information must be provided in the same level of detail for each member of the joint venture team.  The Cost Reimbursable Direct Labor Hourly Ceiling Rates Form (Attachment JL.2), Indirect Ceiling Rate Form (Attachment JL.5) for each Joint Venture partner proposed will be incorporated into any resulting contract.  One submittal may be submitted for the Joint Venture (JV) entity only if the JV has an established separate cost center for the JV entity with an adequate accounting system for a cost reimbursable contract.

If the offeror (or member of a joint venture) will utilize multiple cost centers in the performance of this contract, information must be provided in the same level of detail for each cost center.  The Cost Reimbursable Direct Labor Hourly Ceiling Rates Form (Attachment JL.2), Indirect Ceiling Rate Form (Attachment JL.5) for each cost center proposed will be incorporated into any resulting contract.

Some attachments do not contain formulas in order to allow offerors to structure formulas to accommodate their specific rate structures. The completed electronic submittals of forms for the offeror, each member of a Joint Venture entity, each cost reimbursable subcontractor, and each cost center, shall contain proper formulas.

Offerors shall not deviate from the basic format of the forms identified in Section J of the RFP. However, offerors may adjust columns, rows, and cost elements under Attachments JL.5, JL.5A, and J.L.6 in order to be consistent with their cost accounting systems. The cost proposal shall include the completed mandatory rate forms and supporting information in the general format outlined below.

The cost proposal shall be a complete and detailed breakdown of all cost elements and other cost information required herein. Offerors shall submit proposals consistent with the structure of their established and disclosed accounting practices. The composition of indirect expense pools and bases thereof (Overhead, General and Administrative, Material Handling, etc.) shall be consistent with those actually being utilized by the company. Proposed rates shall be based on recent history and/or budgetary projections. Pool expenses shall not include any of those expenses identified in FAR Part 31 as unallowable. The cost and pricing information shall be completed in accordance with the following:

a. **COST REIMBURSABLE DIRECT LABOR RATE SUBMISSION-ATTACHMENTS JL.2, JL.2A, JL.3**

A separate rate sheet shall be submitted by the prime and each cost reimbursable subcontractor. Note: If the offeror is a joint venture, and the joint venture partners are proposing separate rates, separate rate sheets must be provided by each member of the joint venture. Additionally, if the offeror (or member of a joint venture) will utilize multiple cost centers in the performance of this contract, information must be provided in the same level of detail for each cost center. ONE RATE SHEET MAY BE SUBMITTED FOR THE JV ENTITY ONLY IF THE JV HAS AN ESTABLISHED SEPARATE COST CENTER FOR THE JV ENTITY WITH AN ADEQUATE ACCOUNTING SYSTEM FOR A COST REIMBURSEMENT CONTRACT.

(1) Offerors shall propose hourly ceiling rates for direct (unburdened-no overhead, G&A, etc.) labor for **all** labor categories listed in Attachment JL.2, Cost Reimbursable Direct Labor Hourly Ceiling Rates (*in accordance with the notes on JL.2), for the base year and each option year. Each required labor category in the solicitation shall be provided by the prime contractor (including individual JV members) **and** cost reimbursable subcontractors. The ceiling rates proposed will be the **maximum allowable rates that can be proposed or charged** under task orders issued during the ordering period of any contract awarded as a result of this solicitation. The labor categories and labor rates identified in Attachment JL.2 will become part of the contract. These are not bid rates. Labor rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed estimating system practices and, if applicable, forward pricing rate agreements. Labor rates proposed for task orders shall not exceed the maximum ceiling rates established in the contract under JL.2.

(2) Labor categories listed on Attachments JL.2 and JL.2A are for exempt employees. Service Contract Labor Standards (SCA) or Wage Rate Requirements Construction (DBA) categories are not included. As applicable, DBA Wage Determinations will be included in individual task orders. However, it is recognized that the administrative assistant and accounting technician labor categories included in JL.2 could be classified as SCA labor categories under an individual task order, when a Service Contract Labor Standards Wage Determination is incorporated into the task order. The SCA and DBA rates used for proposals and billing purposes under individual task orders **SHALL REFLECT THE MINIMUM RATES** set forth on the applicable wage determination, unless a higher rate is otherwise approved by the Contracting Officer for use under the respective task order(s). the higher rate shall not exceed the SCA or DBA rate plus the applicable wage determination ceiling percent proposed under Attachment JL.6A (incorporated into the contract), for the particular trade ,unless an exception is made in accordance with **Section**

**H6-Service Contract Labor Standards and Wage Rate Requirements (Construction) Base and Ceiling**.

(3)  Each contractor, JV member and cost reimbursable subcontractor shall provide individual or average direct labor rates (including any adjustment for uncompensated overtime-see attachment JL.3) and ceiling labor rates for ALL LABOR CATEGORIES listed on attachment JL.2 and JL.2A, regardless of whether the offeror currently employs personnel in every labor category or intends to rely on team members/subcontractors for the particular labor categories.  If the contractor/subcontractor does not currently employ an employee(s) under the listed labor category, a market rate shall be provided.  All labor categories listed on JL.2 shall be tied to an internal labor category.

(4)  Offerors shall provide information on and discuss how the proposed labor rate ceilings were derived for Attachment JL.2.  Provide information on the basis of the base rates used to arrive at the ceiling rates, such as whether the base rates were based on actual individual rates for personnel, average or weighted average rates for current employees, forward pricing rates, market sources such as Bureau of Labor Statistics or salary.com, etc. The Offeror should submit any information reasonably required to explain the estimating process, including the judgmental factors applied and the mathematical or other methods used in the hourly rate estimate.  If a composite labor rate is utilized or a labor rate is prorated over fiscal years, provide the specific details/calculations used to determine the rate.  If forward pricing rates apply, provide a copy in Appendix B.  Any deviation from forward pricing rates, current actual rates for individuals, etc. shall be clearly documented.  Provide a narrative supporting the percent mark-up used on the base rates to arrive at the proposed ceiling rates.  Complete JL.2A showing the base rate for each labor category, percentage mark-up for each labor category, and base year ceiling rate.

(5)  Offerors SHALL NOT ADD ADDITIONAL labor categories on JL.2. If it is determined that a labor category not listed on JL.2 is required for a task order, the Contract Administrator listed under Section G1-Contract Administration Data, paragraph (c), may approve the labor category and the corresponding ceiling rate for the specific task order and, if applicable, may incorporate the labor category into the basic contract.  Additionally, where it is determined necessary to utilize a specific individual on a task order, whose actual labor rate exceeds the established ceiling for the respective labor category, **the Contractor will be required to obtain prior written approval from the Contract Administrator** listed under Section G1.  In the event that such approval is not properly obtained, the Government will only be required to reimburse the Contractor at the ceiling rate established in the contract.

Shown below are sample entries for the JL.2A, Cost Reimbursable Direct Labor Hourly Ceiling Rate Build-Up Form.

| Solicitation/Contract Labor Category | Company Equivalent Labor Category (Do not list an individual name in this column) | Source | Base Year Individual / Average Direct Labor Rate | Percent mark-up for Direct Labor Ceiling Rate | Base Year Maximum Ceiling Rate |
|---|---|---|---|---|---|
| Program Manager | Program Manager I | Individual Rate (Jane Doe) | $000 | 0% | $000 |
| Sr Project Engineer | Sr. Associate Engineer | 2019 Avg. Rate | $000 | 0% | $000 |
| Construction Site Manager | Construction Site Supervisor-3 and Construction Manager -2 | 2019 Average Rates | $000 | 0% | $000 |

| QC Manager | | Cost Sub | $000 | 0% | $000 |
| --- | --- | --- | --- | --- | --- |

**\*Rates for FFP subcontractors are not applicable**

(6) If uncompensated overtime was used in calculating base individual and average labor rates for employees listed in Attachment JL.2, complete **Attachment JL.3 (IDENTIFICATION OF UNCOMPENSATED OVERTIME RATIOS)** for each affected labor category. Additionally, provide in Appendix C: (1) required information per FAR 52.237-10 Identification of Uncompensated Overtime (Oct 1997); (2) historical number of hours in excess of 40 hours per week for each labor category; and (3) evidence of the Defense Contract Audit Agency or Defense Contract Management Agency approval of the corporate policy addressing uncompensated effort. Identification of Uncompensated Overtime Ratios shall be submitted for the Prime, each member of a JV entity, each cost reimbursable subcontract, and each cost center that will be utilized in the performance of the contract (if applicable).

For each labor category, the Offeror shall enter its escalation factors applied to the ceiling rates for each option period in Attachment JL.2. The offeror shall also provide the basis for any proposed/projected escalation and the assumptions used: forecast source (such as Global Insight), index used (index number and title), calculations (index values used: base and projected values), and dates used (month and year of applicable index numbers).

Offeror must support any proposed labor escalation factor with convincing and complete rationale, factual data, and other pertinent supporting data for out-year escalation projections. Supporting documentation may include management approved or human resources approved policy or memo relative to employee raise information, actual direct labor rates for at least three years, economic projection from an economic service provider, relevant internet data. Provide a breakout of the components that comprise the escalation factor, such as cost of living, merit and promotion, and employee turnover. If a breakout is not provided the Government will assume the proposed annual labor increase is solely a salary cost of living adjustment and evaluated as such.

Shown below are sample entries for the JL.2, Direct Labor Hourly Ceiling Rates Form.

| Solicitation Labor Category | Company Equivalent Labor Category (Do not list an individual name in this column) | Source | Base Year Direct Labor Ceiling Rate (From JL.2A) | Escalation Factor Applied to Option Year 1 | Option Year 1 Direct Labor Ceiling Rate |
| --- | --- | --- | --- | --- | --- |
| Program Manager | Program Manager I | Individual rate (Jane Doe) | $55.00 | 2% | $56.10 |
| Sr. Project Manager | Sr. Associate Engineer | 2019 Avg. Rate | $49.95 | 2% | $50.95 |
| Construction Site Manager | Construction Site Supervisor-3 and Construction Manager -2 | 2019 Average Rates | $000 | 0% | $000 |
| QC Manager | | Cost Sub | $000 | 0% | $000 |

**\*Rates for FFP subcontractors are not applicable**

Offerors shall provide the following information to support the proposed direct labor rates:

Offerors shall provide and discuss how the proposed labor rate ceilings on JL.2 were derived. Provide information on the basis of the base rates used to arrive at the ceiling rates, such as

whether the base rates were based on actual individual rates for personnel, average or weighted rates for current employees, forward pricing rates, market sources such as Bureau of Labor Statistics or salary.com, or the offeror's estimate, etc.  (Note: Regardless of how the base rate was derived, such as an individual rate, all employees proposed under that Contract Labor Category/Company Equivalent Labor Category will be subject to the proposed ceiling rate.)  If a composite labor rate is utilized or a labor rate is prorated over fiscal years, provide the specific details/calculations used to determine the rate.  If forward pricing rates apply, provide a copy in Appendix B.  Any deviation from forward pricing rates, current rates, etc. shall be clearly documented.  Note the percent markup used on the base rates to arrive at the proposed ceiling rate for each labor category.  Complete JL.2 showing the base rate for each labor category, percentage markup for each labor category, and ceiling rate for the base and option years.

**b. PROPOSED DISTRIBUTION OF WORK ATTACHMENT JL.4.** Complete Attachment JL.4," for the offeror (including each member of a joint venture) and each cost reimbursable subcontractor (if applicable).

Offeror(s) shall complete the **Proposed Distribution of Work** on Attachment JL.4 by including the percentage of work expected to be performed by the prime, each joint venture partner, and each cost reimbursable subcontractor.   The total amount proposed should equate to 100% and reflect the percentage of work expected to be performed by the prime, each joint venture partner, and each cost reimbursable subcontractor as listed in the joint venture/teaming agreement.  If multiple direct labor allocation bases are proposed, provide the percentage of labor expected to be performed by each allocation base proposed under "Proposed Distribution of Direct Labor." Provide the basis used to estimate the percentages of labor to be performed by each allocation base.

**c. INDIRECT CEILING RATES SUBMITTAL- ATTACHMENTS JL.5A, JL.5**

(1) **INDIRECT CEILING RATES** A separate rate sheet shall be submitted by the prime, each joint venture member, and each cost reimbursable subcontractor.  If multiple cost centers will be utilized in the performance of work under this contract, submit a separate rate sheet for each cost center.  If a JV entity has a separate markup for the JV entity, this information shall be shown (i.e. separate G&A rate for JV entity above and beyond individual partner's rates) on a separate rate sheet. Offerors shall propose Indirect Ceiling Rates for the base year and each option year on Attachment JL.5.  The indirect ceiling rates proposed **will be the maximum allowable rates that can be proposed or billed** under task orders issued during the ordering period of any contract awarded as a result of this solicitation. Indirect rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed estimating system practices and, if applicable, forward pricing rate agreements. Additionally, should actual rates experienced during performance of the contract be lower than the ceiling rates shown, actual rates will be billed.

(2) The offeror shall submit a completed Indirect Ceiling Rates Form (JL.5) and Indirect Ceiling Build Up Form (JL.5A) showing the application of all proposed indirect ceiling rates applicable to the appropriate bases. (Attachment JL.5A INDIRECT CEILING RATES BUILD UP FORM FOR COSTS REIMBURSABLE WORK shall be filled in for both CONUS and OCONUS.) The matrixes provide base year and option year indirect ceiling rates as applicable and in accordance with disclosed accounting practices. Offerors shall delete or add other indirect rate pools to Attachment JL.5 and JL.5 A as appropriate to reflect their accounting systems. For instance, if Workers' Compensation is a separate indirect rate pool, it should be added. On the other hand, if fringes are included in the overhead pool, the fringe pool should be deleted. (Note: **Attachment JL.5 and JL 5A are provided in Microsoft Word. Complete in Microsoft Word format, as provided. Additionally, offerors should provide JL.5 in Microsoft Excel format on the CDs to show how the multiplier was calculated.** )

(3) Offerors shall separately describe all indirect cost rates. Provide a comprehensive narrative explaining the application of indirect rates to appropriate bases. The narrative should include your

disclosed accounting practices defining your indirect cost pools and bases and the application of indirect rates to bases. This could include, but is not limited to, labor fringes, labor overhead, material overheads, General and Administrative expenses, cost of money factors, and any other indirect rate applicable to the work that will be performed under this contract.

Offerors shall provide information on and discuss how the proposed indirect ceiling rates were derived. Provide information on the basis of the base indirect rates (show base indirect rates on attachment JL.5A, Indirect Ceiling Rate Build-up Form) used to arrive at the ceiling rates, (i.e., Forward Pricing Rate Agreement and the date of agreement (provide in Appendix B), bidding rates and the date of submission, and the date of approval, etc.). Offerors shall exclude all unallowable costs identified in FAR 31.2 from the indirect cost rates. Offerors shall state whether DCAA has audited or applied agreed-upon procedures to their indirect cost rates. If so, Offerors shall provide the date of the DCAA review and the DCAA report number. Any variance between indirect base rates used to develop the ceiling rates and applicable forward pricing rates/DCAA approved rates should be clearly documented in the supporting narrative. Note the proposed mark-up, if any, applied to the indirect base rates to arrive at the ceiling rates for the base year and each option period. If the ceiling indirect rates proposed for Option Years 1 through 7 vary significantly from the proposed base year indirect rates, explain and support the basis of the proposed ceiling rates. The offeror shall clearly document why any significantly discounted rates will not pose a risk that the offeror will be unable to provide the services for the proposed costs, e.g. how losses will be handled.  Significantly discounted rates are defined as those rates below the cost of the work to be performed, i.e., rates that will result in a loss.  Any indirect rate discounts proposed shall be analyzed to ensure compliance with cost realism.

If a formal Forward Pricing Rate Agreement (FPRA) has been negotiated and is the basis for proposed indirect expense rates, provide a complete copy of the FPRA.  If in the offeror's opinion, the FPRA is too voluminous to include in its Cost Volume, then so state and identify the company's cognizant Defense Contract Management Agency (DCMA) and Defense Contract Audit Agency (DCAA) office and provide current contact information for each.

Provide copies of recent DCAA correspondence that approves proposed indirect rates, if any.

Facilities Capital Cost Of Money Factor(s)

If proposed, provide the supporting CASB-CMF form, Facilities Capital Cost of Money Factors and Computation. The Offeror should submit any information reasonably required to explain the average net book values and judgmental factors applied and the mathematical or other methods used in the estimate.

If a formal Forward Pricing Rate Agreement (FPRA) has been negotiated and is the basis for proposed FCCOM factors, provide a complete copy of the FPRA.  If in the offeror's opinion, the FPRA is too voluminous to include in its Cost Volume, then so state and identify the company's cognizant DCMA and DCAA office and provide current contact information for each.

Provide copies of recent DCAA correspondence, if any, that approves proposed FCCOM factors.

(4) Award Fee:  The award fee plan provided under JL.12 will be included in the basic contract. Award fee shall not be applied on Travel, Contractor – Acquired Property, Facilities Capital Cost of Money (FCCOM), award fee on cost reimbursable subcontractor's costs at any tier, direct charged taxes, and any JV fees/mark-ups.  The award fee proposed for direct labor shall be the same across all labor categories (home, field).  As required in this solicitation under Award Fee Calculation and Payment, the award fee for both the prime contractor and its cost reimbursement subcontractor(s) shall be the same rate(s).  The proposed award fee for a joint venture shall also be the same rate(s) for all member(s) of the JV.  The proposed award fee shall not exceed 10%.

As reflected in the solicitation, the award fee percentage proposed at the task order level shall not exceed, but may be less than, the award fee percentage proposed on Attachment JL.5 A. The award fee rate proposed at the task order level will be the maximum award fee rate allowed under that task order and will not be subject to an increase.

**d. PROPOSED HISTORICAL, AND YEAR-TO-DATE INDIRECT RATES (CONUS and OCONUS)-ATTACHMENT JL.6** (A separate rate sheet shall be submitted by the prime, each joint venture member, and each cost reimbursable subcontractor – if applicable.  A separate rate sheet shall also be provided for unpopulated JVs in which the JV itself has fees/mark-ups.  Additionally, if multiple cost centers are to be used in the performance of this contract, a separate sheet shall be submitted for each cost center.) Offerors shall provide historical indirect rates on Attachment JL.6 as follows:

(1)     Offerors shall delete or add other indirect rate pools to JL.6, as appropriate, to reflect their accounting systems. The pools shall correspond to the pools listed on JL.5.

(2)     Provide the following information in your cost proposal for all indirect pools listed:

      ...     Compare proposed rate(s) with the rate(s) experienced during the prior three completed fiscal or calendar years (whichever is most recent) and with the current year to date actual rate. Rates shown must be actual experienced costs, not budgeted or billing rates.

      ...     State whether the proposed rates include any appreciable change in the business volume that materially affects the proposed burden rate(s). State whether the proposed rates include the effect of this contract.

**e.  COST MODEL-ATTACHMENT JL.7**- A separate Cost Model Worksheet shall be submitted by the prime, each joint venture member, and each cost reimbursable subcontractor if applicable. Additionally, if multiple cost centers will be used in the performance of this contract, the complete cost model shall be submitted for each cost center.  (Note: If a joint venture has an established separate cost center for the joint venture entity with an adequate accounting system for a cost reimbursement contract (FAR 16.301-3), one form may be submitted for the joint venture entity.)  Attachment JL.7 should also be provided by the unpopulated JVs in which the JV itself has fees/mark-ups as further explained below.

Offerors shall submit a completed Attachment JL.7 with proposed indirect ceiling rates for the base and each option year.

In preparing the Cost Model (Attachment JL.7), some direct costs are assumed to be fixed, as shown in the Cost Model.  The proposal must completely identify all indirect costs that are known, including a list of labor categories that are charged as indirect costs.  If any labor category listed on JL.7 is included in an Offeror's indirect cost, do not change the hours for that labor category, but insert $0 for the labor rate.

The Government may use the services of Defense Contract Audit Agency (DCAA) in evaluating the cost proposal.

Offeror shall not add labor categories, make structural changes, or change the hours on this form.  The Offeror shall not change the costs associated with Travel, Other Direct Costs, or Fixed Price Subcontractors on Attachment JL.7.  The Offeror, however, should add or delete indirect costs in accordance with their established accounting system (must use appropriate base and explain).

For unpopulated JV's, the offeror shall also complete Attachment JL.7 for the base and each option year if the JV itself has fees/mark-ups.  In this situation, the unpopulated JV is not required to complete Attachment JL.7 in its entirety.  The cost model worksheet (JL.7) should only reflect the fees/mark-ups for the JV.  Any indirect rates submitted on the Cost Model shall reflect the INDIRECT CEILING RATES provided on Attachment JL.5 for each respective year (base and option years).  If an offeror

proposed multiple mark-up rates for a cost element (e.g., cost reimbursable subcontractors), the highest mark-up rate shall be utilized on the cost model worksheet (JL.7). Labor and award fee should not be filled out. For example, if an unpopulated JV has a G&A mark-up of 8%, Attachment JL.7 should reflect under G&A, the G&A mark-up on the costs (excluding award fee) for all JV partners and any cost reimbursable subcontractors. The Offeror should add additional line items under G&A as needed to account for subject costs. NOTE: Each joint venture partner and cost reimbursable subcontractor is still required to complete Attachment JL.7 in its entirety.

Indirect rates submitted on the Cost Model shall be ceiling indirect rates and not base rates (i.e. forward pricing rates) used to derive the ceiling rates.

For evaluation purposes only, (and as identified on the cost model) offerors shall assume that 50% of the work will be in the 48 contiguous United States, including the District of Columbia (CONUS). Offerors shall assume the remaining 50% of the work will be in Hawaii, Alaska, United States possessions and territories, and other overseas locations (OCONUS). Thus, the Cost Model must be filled out for both CONUS and OCONUS rates.

For evaluation purposes, the Government will utilize the percentages listed on Attachment JL.4 (Distribution of Work) and will then analyze the cost model by adding the total presented for CONUS work to the total for OCONUS work (this will be performed for the base and each option year) to arrive at a TOTAL Cost Model Value (per year).

**f. SUMMARY COST MODEL FOR MULTIPLE OFFERORS- ATTACHMENT JL.7A**- Where the offer is comprised of multiple entities (i.e. in the case of a JV partnership) each member of the JV shall complete the entire Cost Model for the CONUS and OCONUS effort, unless a joint venture has an established separate cost center for the joint venture entity with an adequate accounting system for a cost reimbursement contract (FAR 16.301-3), in which case one form may be submitted for the joint venture entity. When multiple entities complete Cost Models, the offeror shall also complete Attachment JL.7A, Summary Cost Model for Multiple Offerors. This attachment shall be filled in utilizing each entity's total cost for CONUS and OCONUS effort and then multiplied by the percentage listed in Attachment JL.4, "Distribution of Work", to arrive at a total cost for the JV entity for both CONUS and OCONUS effort. The addition of these totals will represent the "TOTAL COST MODEL" value for the base and each option year for evaluation purposes.

For clarification purposes, the following example is provided as a summary Cost Model calculation for multiple entities:

|  | TOTAL Cost Model Value for base year | Percentage of Work from Attachment JL.4 (Distribution of Work) | VALUE FOR CONUS WORK |
|---|---|---|---|
| Company A (CONUS) | $15,000,000.00 | 30% | $4,500,000.00 |
| Company B (CONUS) | $16,500,000.00 | 70% | $11,550,000.00 |

| TOTAL FOR CONUS WORK |  |  | **$16,050,000.00** |
|---|---|---|---|

|  |  |  | VALUE FOR OCONUS WORK |
|---|---|---|---|

| Company A (OCONUS) | $17,025,000.00 | 30% | $5,107,500.00 |
|---|---|---|---|
| Company B (OCONUS) | $19,000,000.00 | 70% | $13,300,000.00 |

TOTAL FOR OCONUS WORK                                                    **$18,407,500.00**

TOTAL EVALUATED COST PROPOSAL FOR BASE YEAR
IS THE CUMULATIVE AMOUNT FOR TOTAL OF CONUS
COST ADDED TO THE COST FOR OCONUS OR
$16,050,000.00 + 18,407,500.00= $34,457,500.00

*NOTE: If the offeror intends to utilize multiple cost centers, **for evaluation purposes only**, **the Government will utilize the cost model with the HIGHEST TOTAL COST (CONUS plus OCONUS) value to evaluate the proposal**.  For example:

| Cost Center | Total Cost Model Value for base year (CONUS + OCONUS) | Cost Center used for Evaluation |
|---|---|---|
| CC1 | $34,500,000 | |
| CC2 | $32,900,000 | |
| CC3 | $35,800,000 | CC3 |

Offeror shall input its direct labor ceiling rates from Attachment JL.2 (Maximum Ceiling Rate for Billing Purposes) that correspond to the labor categories listed on JL.7 for each respective year (base and option years)

All indirect rates submitted on the Cost Model shall be the **INDIRECT CEILING RATES** provided in Attachment JL.5 for each respective year (base and option years), and not base rates (i.e. forward pricing rates) used to derive the ceiling rates.   If an offeror (prime/JV, cost reimbursable subs) proposes multiple mark-up rates for other direct costs and subcontracts (e.g. G&A), the **highest mark-up rate** shall be utilized on the cost model worksheet (JL.7).

If applicable, in accordance with its accounting system, the offeror shall add any direct costs applied to the labor base (e.g. health and safety charge, low value equipment per labor hour).  It is noted that costs for the acquisition or use of Information Technology Equipment or Systems and incentive compensation or awards (i.e. safety) shall not be considered as an allowable direct charge to this contract. **ONLY DIRECT CHARGES** provided on Attachment JL.7 will become a part of the contract and be allowed to be proposed and invoiced under future task orders.

**Other Direct Cost**:  The offeror shall provide a list and explanation of the expenses typically treated as Other Direct Costs.  These costs are needed so the Government can conduct an equitable cost evaluation.

**Award Fee Percentage**:  The offeror may not propose different award fee percentages for the base year and each option year.  In addition, offerors may not propose different award fee percentages for CONUS and OCONUS work.   In accordance with statutory limitations, the proposed award fee shall not exceed 10% of a task order's total estimated cost. AWARD FEE WILL NOT BE ALLOWED ON TRAVEL, CONTRACTOR –ACQUIRED PROPERTY, OR FACILITIES CAPITAL COST OF MONEY (FCCM), AWARD FEE ON COST REIMBURSABLE SUBCONTRACTOR'S COST AT ANY TIER, DIRECT CHARGED LOCAL, STATE, ETC. TAXES, AND ANY JV FEES/MARK-UPS.

Additional Instructions:

Cost Model Worksheet (JL.7) does not include formulas.  In addition to the hard copies, Offerors shall submit this form in Microsoft Excel format on a CD to show all calculations (i.e. labor extensions, indirect rate application of labor, etc.) used to arrive at the total cost.

The Cost Model Summary Sheet (JL.7A) shall be submitted by the prime contractor.  This form does include formulas.  For evaluation purposes, the percentages listed on **Attachment JL.4 (Distribution of Work)**, **provided with your original proposal**, shall be used for the prime/JV and each cost reimbursable subcontractor listed on the Summary Sheet. In the event an offeror (prime, JV member or cost subcontractor) utilized multiple cost centers, the cost model will be completed for each cost center and the highest "Total" cost for the cost model shall be used on the summary sheet.  The Prime contractor's indirect ceiling rate mark-ups (e.g. G&A) for cost reimbursable subcontractors provided in JL.5 for each year shall be added to the total cost.  If the prime contractor is a JV, the rate for the JV member with the highest ceiling rate mark-up for a cost sub shall be used.  The total calculated JV fees/mark-ups on Attachment JL.5 should also be reflected on the Cost Model Summary, Attachment JL.7A. **Note: In addition to a hard copy, the summary form shall be submitted in Microsoft Excel format on a CD.**

For clarification purposes the following example for the Summary Sheet is provided:

| | Total Cost Model Value for Base Year | % of work (JL.4) | Total Value of Base Year based on % of Work |
|---|---|---|---|
| Prime / JV member 1 | $490,000.00 | 30% | $147,000.00 |
| Prime/JV member 2 | $505,000.00 | 25% | $126,250.00 |
| Cost Reimbursable Contractor | $479,000.00 | 20% | $95,800.00 |
| Cost Reimbursable Contractor | $515,000.00 | 25% | $128,750.00 |
| | | 100% | $497,800.00 |
| | Cost Sub Total | % Mark-up | Cost  Sub Mark-up |
| Prime/JV indirect ceiling rate mark-up on Cost Reimbursable Subcontractors, i.e. G&A, as provided on JL.5 | $224,550.00 | 7.5% | $16,841.25 |
| Total JV fees/mark-ups, i.e. G&A, as provided on JL.5 | $41,171.00 | | $41,171.00 |
| **TOTAL VALUE OF COST MODEL FOR BASE YEAR** | | | $555,812.25 |

Note:  The Prime's percent mark-up applied to the total cost for the cost reimbursement subcontractors is based on the indirect ceiling rate for JV member #1, whose rate was higher than JV member #2.  The rate was applied to the total subcontract cost ($95,800 + $128,750) shown Total Value of Base Year on % of Work Column.

**TAB 2- COST POOL, FINANCIAL/ACCOUNTING SYSTEMS AND AUDIT INFORMATION**

The offeror should identify its cognizant Defense Contract Audit Agency (DCAA) office, Defense Contract Management Agency (DCMA) office, and if applicable, Cognizant Federal Agency Official (CFAO). The point of contact, address, phone number, and e-mail address for each of the cognizant agencies identified must be included. Provide information to support a determination by the Navy of the degree to which each of the accounting and management systems listed below is adequate and compliant with Government regulations and standards. In accordance with FAR 16.104(h) and FAR 16.301-3(a) the offeror's accounting system must be deemed adequate for the timely development of all necessary cost data and to determine costs applicable to the contract prior to contract award.

The Offeror should provide the Government with the current status (e.g. approved, disapproved, acceptable, adequate, inadequate, inadequate in part, etc.) of its following management systems:

1. Accounting System
2. Purchasing System
3. Billing System
4. Estimating System

5. Indirect and ODC System
6. Budget and Planning System
7. Material System
8. Compensation System
9. Labor System
10. General Information Technology (IT) System

The supporting data should include the most recent date of the audit or review completed by the cognizant agency and, if known, the audit report number. Offerors shall also identify whether an audit or review is in process. If the approved or adequate status of any of these systems is currently in question, or if DCAA has issued any reports [including issuance of any Statements of Condition(s) and Recommendation(s) (SOCARs) and/or Auditor Comments related to the Offeror's response to the SOCARs released to the Offeror prior to issuance of a final report to the Contracting Officer], on inadequacies of the systems, the Offeror should provide copies of the subject reports and/or SOCARS, as well as an explanation of its agreement or disagreement with the cited inadequacies of the system. The Offeror should explain in detail the system inadequacies and specific plans for corrective action, including milestones for implementation of revised procedures. Also, the Offeror should discuss the impact of this procurement on the reported system inadequacies, and what action is being taken to ensure that these systems are corrected to ensure no detrimental impact should the Offeror receive a contract award. The Government reserves the right to coordinate with any Government Agency to verify the current status of these systems and the status of any corrective action taken by the Offeror already implemented or still considered outstanding. In those cases where the accounting system does not have DCAA approval, the Offeror shall describe the action taken to obtain such approval prior to contract award. If DCAA audits are in excess of one year old, the Offeror shall certify via a statement that the system(s) have not changed since the date of the last audit. If audits have not been performed, brief description(s) of the system(s) should be provided. Each functional/task component of the system(s) shall be addressed. This information is required to ensure that the contractor has a system that ensures that the Government is properly billed for only the costs incurred during the performance of the work under a cost reimbursable task order.

If submitting a proposal as a joint venture, submit the required information for the managing member that will implement and control the systems.  If 100% of the costs allocated to the joint venture are not based on the managing member's financial and management systems, then the offeror shall submit the required information for each joint venture member.  An example is where the joint venture will subcontract work out to individual joint venture members, thereby utilizing their individual systems.  Another example is where staffing includes employees of joint venture member firms subject to compensation plans and policies other than that of the managing member. Where a mix of joint venture and individual member management systems exist, Offeror shall explain which of these systems are fully applicable, partially applicable, or not applicable to the joint venture.

All the information requested above should also be provided for any cost reimbursable key subcontractors to which the Offeror anticipates awarding subcontracts.  An explanation is required if information is not available for a subcontractor.

## SECTION III – APPENDICES

### Appendix A - CAS Disclosure Statement – as applicable for large business cost reimbursable team, subcontractor or joint venture member

For any large business cost reimbursable subcontractor or joint venture member, FAR 52.230-1 must be completed and submitted with the cost proposal. In accordance with FAR 52.230-1, if the subcontractor is subject to submittal of a CAS Disclosure Statement, said disclosure statement and ADEQUACY DETERMINATION should be provided in Appendix A.

The Disclosure Statement should be submitted for the business unit actually proposing to perform the work in accordance with FAR 52.230-1. If the most current CAS Disclosure Statement is not approved, provide documentation of status, to include the point of contact for Administrative Contracting Officer (ACO).

**Appendix B - Direct Labor and Indirect Rate Forward Pricing Rate Agreements**

(1)The offeror shall provide any approved direct labor rate forward pricing rate agreements.

(2) If facilities capital cost of money is proposed, Form CASB-CMF must be provided with the proposal for each performance period.

**Appendix C - Uncompensated Overtime**

If uncompensated overtime is proposed and used in calculating individual and average labor rates for Fair Labor Standards Act exempt employees listed in Attachment JL.2, complete **Attachment JL.3 (IDENTIFICATION OF RATIOS)** for each affected labor category.  Additionally, provide in Appendix C: (1) required information per FAR 52.237-10 Identification of Uncompensated Overtime (Mar 2015); (2) historical number of hours in excess of 40 hours per week for each labor category; and (3) evidence of the Defense Contract Audit Agency or Defense Contract Management Agency approval of the corporate policy addressing uncompensated effort.

**Appendix D - Compensation Plan for Professional Employees**

(1)   In Appendix D, provide a total compensation plan in accordance with FAR 52.222-46, Evaluation of Compensation for Professional Employees (Feb 1993), setting forth salaries and fringe benefits proposed for the professional employees who will work under the contract for the prime, each member of a Joint Venture entity, and each cost reimbursable subcontractor (if applicable).

(2)   Advise if you have different compensation plans for various skill levels and describe.

(3)   Describe your ability to maintain program continuity, uninterrupted high-quality work, and availability of required competent professional employees.

**Appendix E- Pre-Award Survey**

A pre-award survey may be conducted on all firms submitting a proposal, to include cost reimbursable subcontractors indicating firm commitments to this acquisition. The following information shall be submitted in a **separate envelope marked "Pre-Award Survey".  Offerors shall submit one original of the Pre-Award Survey.**

(1)   The company's last three complete fiscal years' financial statements, audited, reviewed, or compiled by an independent accounting firm, including the accounting firm's cover letter and full disclosure notes for the prime and each party to a joint venture. Additionally, the Offeror shall provide its most recent year-to-date financial statement available prior to submission of offers. Any offeror that intends to rely on the financial backing of its parent corporation must submit separate financial statements for both the partially-owned or wholly owned subsidiary and the parent corporation. If a partially-owned or wholly-owned subsidiary relying on the financial backing of a parent corporation cannot submit its own financial statements, provide a detailed explanation why. If a partially-owned or wholly-owned subsidiary which will be performing the contract is relying on a parent corporation for financial backing, a financial guarantee letter must also be submitted.

For Joint Venture arrangements discuss the financial responsibilities among the companies.  The Government may also utilize Dun & Bradstreet reports to evaluate the financial capability of the offeror.

(2)  Financial resources available to perform the contract. Submit evidence of availability of working/operating capital that will be used for the performance of the contract. If the offeror plans to rely on financial support from other sources, identify the maximum lines of credit that will be available to include documentation to support the amounts. The maximum lines of credit should be based upon the inclusion of this contract effort. For joint ventures/teaming arrangements discuss the financial responsibilities among companies and provide same information.

(3)  The Government may request additional information if needed in order to determine responsibility.

## CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.204-7 | System for Award Management | OCT 2018 |
| 52.204-22 | Alternative Line Item Proposal | JAN 2017 |
| 52.215-16 | Facilities Capital Cost of Money | JUN 2003 |
| 52.215-22 | Limitations on Pass-Through Charges--Identification of Subcontract Effort | OCT 2009 |
| 52.222-5 | Construction Wage Rate Requirements--Secondary Site of the Work | MAY 2014 |
| 52.222-24 | Preaward On-Site Equal Opportunity Compliance Evaluation | FEB 1999 |
| 52.222-46 | Evaluation Of Compensation For Professional Employees | FEB 1993 |
| 52.222-56 | Certification Regarding Trafficking in Persons Compliance Plan. | MAR 2015 |
| 52.237-10 | Identification of Uncompensated Overtime | MAR 2015 |
| 252.204-7008 | Compliance With Safeguarding Covered Defense Information Controls | OCT 2016 |
| 252.236-7012 | Military Construction on Kwajalein Atoll--Evaluation Preference | MAR 1998 |

## CLAUSES INCORPORATED BY FULL TEXT

52.211-14    NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE, EMERGENCY PREPAREDNESS, AND ENERGY PROGRAM USE (APR 2008)

Any contract awarded as a result of this solicitation will be          DX rated order;          DO rated order certified for national defense, emergency preparedness, and energy program use under the Defense Priorities and Allocations System (DPAS) (15 CFR 700), and the Contractor will be required to follow all of the requirements of this regulation. [Contracting Officer check appropriate box.]

To be specified on a task order level.

(End of provision)

52.214-34    SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991)

Offers submitted in response to this solicitation shall be in the English language.  Offers received in other than English shall be rejected.

(End of provision)


52.214-35    SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991)

Offers submitted in response to this solicitation shall be in terms of U.S. dollars.  Offers received in other than U.S. dollars shall be rejected.

(End of provision)


52.215-1    INSTRUCTIONS TO OFFERORS--COMPETITIVE ACQUISITION  (JAN 2017)

(a) Definitions. As used in this provision--

"Discussions" are negotiations that occur after establishment of the competitive range that may, at the Contracting Officer's discretion, result in the offeror being allowed to revise its proposal.

"In writing or written" means any worded or numbered expression which can be read, reproduced, and later communicated, and includes electronically transmitted and stored information.

"Proposal modification" is a change made to a proposal before the solicitation's closing date and time, or made in response to an amendment, or made to correct a mistake at any time before award.

"Proposal revision" is a change to a proposal made after the solicitation closing date, at the request of or as allowed by a Contracting Officer as the result of negotiations.

"Time", if stated as a number of days, is calculated using calendar days, unless otherwise specified, and will include Saturdays, Sundays, and legal holidays. However, if the last day falls on a Saturday, Sunday, or legal holiday, then the period shall include the next working day.

(b) Amendments to solicitations. If this solicitation is amended, all terms and conditions that are not amended remain unchanged. Offerors shall acknowledge receipt of any amendment to this solicitation by the date and time specified in the amendment(s).

(c) Submission, modification, revision, and withdrawal of proposals. (1) Unless other methods (e.g., electronic commerce or facsimile) are permitted in the solicitation, proposals and modifications to proposals shall be submitted in paper media in sealed envelopes or packages (i) addressed to the office specified in the solicitation, and (ii) showing the time and date specified for receipt, the solicitation number, and the name and address of the offeror. Offerors using commercial carriers should ensure that the proposal is marked on the outermost wrapper with the information in paragraphs (c)(1)(i) and (c)(1)(ii) of this provision.

(2) The first page of the proposal must show--

(i) The solicitation number;

(ii) The name, address, and telephone and facsimile numbers of the offeror (and electronic address if available);

(iii) A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the price set opposite each item;

(iv) Names, titles, and telephone and facsimile numbers (and electronic addresses if available) of persons authorized

to negotiate on the offeror's behalf with the Government in connection with this solicitation; and

(v) Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(3) Submission, modification, or revision, of proposals.

(i) Offerors are responsible for submitting proposals, and any modifications, or revisions, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that proposal or revision is due.

(ii)(A) Any proposal, modification, or revision received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

(1) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of proposals; or

(2) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(3) It is the only proposal received.

(B) However, a late modification of an otherwise successful proposal that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(iii) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the proposal wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(iv) If an emergency or unanticipated event interrupts normal Government processes so that proposals cannot be received at the office designated for receipt of proposals by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation, the time specified for receipt of proposals will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(v) Proposals may be withdrawn by written notice received at any time before award. Oral proposals in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile proposals, proposals may be withdrawn via facsimile received at any time before award, subject to the conditions specified in the provision at 52.215-5, Facsimile Proposals. Proposals may be withdrawn in person by an offeror or an authorized representative, if the identity of the person requesting withdrawal is established and the person signs a receipt for the proposal before award.

(4) Unless otherwise specified in the solicitation, the offeror may propose to provide any item or combination of items.

(5) Offerors shall submit proposals in response to this solicitation in English, unless otherwise permitted by the solicitation, and in U.S. dollars, unless the provision at FAR 52.225-17, Evaluation of Foreign Currency Offers, is included in the solicitation.

(6) Offerors may submit modifications to their proposals at any time before the solicitation closing date and time, and may submit modifications in response to an amendment, or to correct a mistake at any time before award.

(7) Offerors may submit revised proposals only if requested or allowed by the Contracting Officer.

(8) Proposals may be withdrawn at any time before award.  Withdrawals are effective upon receipt of notice by the Contracting Officer.

(d) Offer expiration date. Proposals in response to this solicitation will be valid for the number of days specified on the solicitation cover sheet (unless a different period is proposed by the offeror).

(e) Restriction on disclosure and use of data. Offerors that include in their proposals data that they do not want disclosed to the public for any purpose, or used by the Government except for evaluation purposes, shall--

(1) Mark the title page with the following legend: This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed--in whole or in part--for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of--or in connection with-- the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets [insert numbers or other identification of sheets]; and

(2) Mark each sheet of data it wishes to restrict with the following legend: Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.

(f) Contract award.

(1) The Government intends to award a contract or contracts resulting from this solicitation to the responsible offeror(s) whose proposal(s) represents the best value after evaluation in accordance with the factors and subfactors in the solicitation.

(2) The Government may reject any or all proposals if such action is in the Government's interest.

(3) The Government may waive informalities and minor irregularities in proposals received.

(4) The Government intends to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a cost or price and technical standpoint. The Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(5) The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the proposal.

(6) The Government reserves the right to make multiple awards if, after considering the additional administrative costs, it is in the Government's best interest to do so.

(7) Exchanges with offerors after receipt of a proposal do not constitute a rejection or counteroffer by the Government.

(8) The Government may determine that a proposal is unacceptable if the prices proposed are materially unbalanced between line items or subline items. Unbalanced pricing exists when, despite an acceptable total evaluated price, the price of one or more line items is significantly overstated or understated as indicated by the application of cost or price analysis techniques. A proposal may be rejected if the Contracting Officer determines that the lack of balance

poses an unacceptable risk to the Government.

(9) If a cost realism analysis is performed, cost realism may be considered by the source selection authority in evaluating performance or schedule risk.

(10) A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time specified in the proposal shall result in a binding contract without further action by either party.

(11) If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(i) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.

(ii) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.

(iii) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.

(iv) A summary of the rationale for award.

(v) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

(vi) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

(End of provision)

52.215-20    REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN CERTIFIED COST OR PRICING DATA (OCT 2010)

(a) Exceptions from certified cost or pricing data. (1) In lieu of submitting certified cost or pricing data, offerors may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable.

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Commercial item exception. For a commercial item exception, the offeror shall submit, at a minimum, information on prices at which the same item or similar items have previously been sold in the commercial market that is adequate for evaluating the reasonableness of the price for this acquisition. Such information may include--

(A) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities;

(B) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market;

(C) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The offeror grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this provision, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation , access does not extend to cost or profit information or other data relevant solely to the offeror's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for certified cost or pricing data. If the offeror is not granted an exception from the requirement to submit certified cost or pricing data, the following applies:

(1) The offeror shall prepare and submit certified cost or pricing data, data other than certified cost or pricing data, and supporting attachments in accordance with the instructions contained in Table 15-2 of FAR 15.408, which is incorporated by reference with the same force and effect as though it were inserted here in full text. The instructions in Table 15-2 are incorporated as a mandatory format to be used in this contract, unless the Contracting Officer and the Contractor agree to a different format and change this clause to use Alternate I.

As soon as practicable after agreement on price, but before contract award (except for unpriced actions such as letter contracts), the offeror shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

(End of provision)

52.216-1    TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Multiple Award Indefinite Delivery / Indefinite Quantity (IDIQ) Cost Reimbursement / Firm Fixed Price contract resulting from this solicitation.

(End of provision)

52.216-27    SINGLE OR MULTIPLE AWARDS.  (OCT 1995)

The Government may elect to award a single delivery order contract or task order contract or to award multiple delivery order contracts or task order contracts for the same or similar supplies or services to two or more sources under this solicitation.  The intent is to award approximately four (4) contracts under this multiple award contract.

(End of provision)

52.222-23    NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION (FEB 1999)

(a) The offeror's attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

(b) The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for minority | Goals for female |
|---|---|

| participation for each trade | participation for each trade |
|---|---|
| See paragraph below. Contractor shall comply with goals specified for each Task Order. | See paragraph below. Contractor shall comply with goal specified for each Task Order. |

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

(c) The Contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 shall be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction," and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

(d) The Contractor shall provide written notification to the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the --

(1) Name, address, and telephone number of the subcontractor;

(2) Employer's identification number of the subcontractor;

(3) Estimated dollar amount of the subcontract;

(4) Estimated starting and completion dates of the subcontract; and

(5) Geographical area in which the subcontract is to be performed.

(e) As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is        (To be completed at Task Order level.) [Contracting Officer shall insert description of the geographical areas where the contract is to be performed, giving the State, county, and city].

(End of provision)


52.233-2    SERVICE OF PROTEST (SEP 2006)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from

Naval Facilities Engineering Command, Atlantic
ATTN: Linda Stein

6506 Hampton Boulevard
Norfolk, VA 23508-1278
Telephone: 757-322-4489
Email: linda.stein@navy.mil

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.236-27    SITE VISIT (CONSTRUCTION) (FEB 1995)

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigations and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation.  Accordingly, offerors or quoters are urged and expected to inspect the site where the work will be performed.

(b) Site visits may be arranged during normal duty hours by contacting:
        Name:
        Address:
        Telephone:

Site visit information will be provided in Task Order requests for proposals (RFPs) where applicable.

(End of provision)

52.252-1    SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

https://www.acquisition.gov/

(End of provision)

52.252-5    AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984)

(a) The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of"(DEVIATION)" after the date of the provision.

(b)  The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of provision)

252.227-7017    IDENTIFICATION AND ASSERTION OF USE, RELEASE, OR DISCLOSURE RESTRICTIONS.  (JAN 2011)

(a) The terms used in this provision are defined in following clause or clauses contained in this solicitation--

(1) If a successful offeror will be required to deliver technical data, the Rights in Technical Data--Noncommercial Items clause, or, if this solicitation contemplates a contract under the Small Business Innovation Research Program, the Rights in Noncommercial Technical Data and Computer Software--Small Business Innovation Research (SBIR) Program clause.

(2) If a successful offeror will not be required to deliver technical data, the Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation clause, or, if this solicitation contemplates a contract under the Small Business Innovation Research Program, the Rights in Noncommercial Technical Data and Computer Software--Small Business Innovation Research (SBIR) Program clause.

(b) The identification and assertion requirements in this provision apply only to technical data, including computer software documents, or computer software to be delivered with other than unlimited rights. For contracts to be awarded under the Small Business Innovation Research Program, the notification requirements do not apply to technical data or computer software that will be generated under the resulting contract. Notification and identification is not required for restrictions based solely on copyright.

(c) Offers submitted in response to this solicitation shall identify, to the extent known at the time an offer is submitted to the Government, the technical data or computer software that the Offeror, its subcontractors or suppliers, or potential subcontractors or suppliers, assert should be furnished to the Government with restrictions on use, release, or disclosure.

(d) The Offeror's assertions, including the assertions of its  subcontractors or suppliers or potential subcontractors or suppliers shall be submitted as an attachment to its offer in the following format, dated and signed by an official authorized to contractually obligate the Offeror:

Identification and Assertion of Restrictions on the Government's Use, Release, or Disclosure of Technical Data or Computer Software.

The Offeror asserts for itself, or the persons identified below, that the Government's rights to use, release, or disclose the following technical data or computer software should be restricted:

| Technical Data or Computer Software to be Furnished With Restrictions * | Basis for Assertion ** | Asserted Rights Category *** | Name of Person Asserting Restrictions **** |
|---|---|---|---|
| (LIST) ***** | (LIST) | (LIST) | (LIST) |

*For technical data (other than computer software documentation) pertaining to items, components, or processes developed at private expense, identify both the deliverable technical data and each such items, component, or process. For computer software or computer software documentation identify the software or documentation.

**Generally, development at private expense, either exclusively or partially, is the only basis for asserting restrictions. For technical data, other than computer software documentation, development refers to development of the item, component, or process to which the data pertain. The Government's rights in computer   software documentation generally may not be restricted. For computer software, development refers to the software. Indicate whether development was accomplished exclusively or partially at private expense. If development was not accomplished at private expense, or for computer software documentation, enter the specific basis for asserting restrictions.

***Enter asserted rights category (e.g., government purpose license rights from a prior contract, rights in SBIR data generated under another contract, limited, restricted, or government purpose rights under this or a prior contract, or specially negotiated licenses).

****Corporation, individual, or other person, as appropriate.

*****Enter "none" when all data or software will be submitted without restrictions.

Date _____

Printed Name and Title _____

Signature _____

(End of identification and assertion)

(e) An offeror's failure to submit, complete, or sign the notification and identification required by paragraph (d) of this provision with its offer may render the offer ineligible for award.

(f) If the Offeror is awarded a contract, the assertions identified in paragraph (d) of this provision shall be listed in an attachment to that contract. Upon request by the Contracting Officer, the Offeror shall provide sufficient information to enable the Contracting Officer to evaluate any listed assertion.

(End of provision)

Section M - Evaluation Factors for Award

EVALUATION BASIS FOR AWARD
**M-1.  EVALUATION FACTORS FOR AWARD**

    1.  The solicitation requires the evaluation of cost and the following non-cost/price factors:

        Factor 1 – Corporate Experience
        Factor 2 – Safety
        Factor 3 – Small Business Utilization and Participation
        Factor 4 – Past Performance

    The distinction between corporate experience and past performance is corporate experience pertains to the types of work and volume of work completed by a contractor that are comparable to the types of work covered by this requirement, in terms of size, scope, and complexity.  Past performance pertains to both the relevance of recent efforts and how well a contractor has performed on the contracts.

    2.  The relative order of importance of the non-cost/price evaluation factors is that Factors 1, 2, and 3 are of equal importance to each other and, when combined, are equal in importance to the past performance evaluation/performance confidence assessment factor (Factor 4).  When the proposal is evaluated as a whole, the technical factors (Factors 1, 2, and 3) and past performance/performance confidence assessment factor (Factor 4) combined (i.e., the non-cost/price evaluation factors) are approximately equal to cost.

The importance of cost will increase if the Offerors' non-cost/price proposals are considered essentially equal in terms of overall quality, or if cost is so high as to significantly diminish the value of a non-cost/price proposal's superiority to the Government.  Award will be made to the responsible Offeror(s) whose offer conforms to the solicitation and represents the best value to the Government, cost and non-cost factors considered.

As specified in the FAR 52.215-1 "Instructions to Offerors--Competitive Acquisition" provision, the Government intends to evaluate proposals and award a contract without discussions. An offer must be acceptable for the offeror to be eligible for award.  OFFERS THAT DO NOT CONFORM TO THE REQUIREMENTS STATED HEREIN MAY BE DETERMINED UNACCEPTABLE AND MAY BE REJECTED WITHOUT FURTHER EVALUATION.

The offeror's proposal shall be in the format prescribed by, and shall contain a response to, each of the areas identified in Section L.  OFFERS THAT DO NOT CONFORM TO THE REQUIREMENTS STATED HEREIN MAY BE DETERMINED UNACCEPTABLE AND MAY BE REJECTED WITHOUT FURTHER EVALUATION.

**VOLUME I: NON-COST PROPOSAL**

**NON-COST EVALUATION FACTORS**

    (b)  Non-cost/price Factors:

        (1)  **Factor 1,  Corporate Experience :**

            **(i)  Basis of Evaluation:**

The Government will evaluate the extent to which the Offeror's proposal demonstrates relevant corporate experience and depth of experience in performing global construction contingency/emergency recovery projects and/or new construction, renovation and repairs.  The assessment of the Offeror's relevant experience will be used as a means of evaluating the capability of the Offeror to successfully meet the requirements of the RFP.  The Government will only review the first five projects submitted in the Offeror's proposal. Any projects submitted in excess of the first five (5) listed projects will not be considered.

A relevant project is defined as a project that has been completed in the past 10 years as of the date of issuance of the solicitation with a value of at least $10 million, similar in scope, magnitude and complexity to the work anticipated under this contract.

Proposals that fail to provide required and complete information may be rated lower.

Offerors with relevant project experience where the Offeror and the proposed team members have previously worked together may receive a higher rating than those that have not worked together.

Offerors with relevant project experience for construction contingency/emergency recovery projects may receive a higher rating than those that do not have experience with construction contingency/emergency recovery projects.

Offerors with relevant project experience that demonstrates experience in federal cost contracting may receive a higher rating than those that do not have federal cost contracting experience.

Offerors with relevant project experience that demonstrates experience in a wide array of geographical locations may receive a higher rating than those that do not have relevant projects in a wide array of geographical locations.

Note: Corporate Experience and Past Performance presented for a subcontractor will not be evaluated unless a signed letter of commitment is provided for said subcontractor and the offeror has clearly demonstrated that the subcontractor will have meaningful involvement in the performance of this contract.

(2) **Factor 2:  Safety**

**(i)  Basis of Evaluation:  The evaluation will collectively consider the following:**

- Experience Modification Rate (EMR)
- OSHA Days Away from Work, Restricted Duty, or Job Transfer (DART) Rate
- OSHA Total Recordable Case (TRC) Rate
- Offeror Technical Approach to Safety
- Other sources of information available to the Government

The board will evaluate EMR, DART, TRC rates to determine if the Offeror has demonstrated a history of safe work practices taking into account any negative trends and extenuating circumstances that impact the ratings.  The Board will evaluate the narrative to determine the degree to which subcontractor safety performance will be considered in the selection of all levels of subcontractors on task orders under the contract, the degree to which innovations are being proposed that may enhance safety on this procurement, and to validate the contractor has addressed methodology to be used in the execution of an effective program that facilitates sound mishap preventions techniques/processes, employee reporting of unsafe conditions, unsafe activities, and near miss mishaps.  Those Offerors whose plan demonstrates a commitment to hire subcontractors with a culture of safety and who proposed innovative methods to enhance a safe working environment may receive more favorable consideration.

Other Sources of Information Available to the Government: Other sources for safety may include bet are not limited to OSHA data, NAVFAC's Contractor Incident Reporting System (CIRS) in Enterprise Safety Applications Management System (ESAMS), Contractor Performance Assessment Reporting Systems (CPARS) an other related databases. The Board may consider information from other sources of information available to the Government in evaluation of the EMR, DART, and TRC Rates and the narrative.

**(3) Factor 3, Small Business Utilization and Participation**

**(i)  Basis of Evaluation**:

The Government will evaluate the realism and likelihood of success in achieving the small business objectives of this acquisition based on the following:

...  The extent to which the Offeror is able to demonstrate a history of supporting Government policies concerning the utilization of small business concerns (including all of the various socioeconomic categories of small business, HUBZone SB, WOSB, SDB, VOSB, SDVOSB) and the success in achieving goals established by subcontracting plans on prior contracts.

...  The extent to which the Offeror has demonstrated an achievable commitment to use small businesses (including HUBZone SB, WOSB, SDB, VOSB, SDVOSB) in the performance of this contract in the SBPCD.  The SBPCD will be evaluated to determine the extent to which small business concerns are specifically identified by name and socioeconomic category in the document and the quantitative degree to which small business concerns (including HUBZone, WOSB, SDB, VOSB, and SDVOSB) will participate relative to the total contract value.  The complexity and variety of the work small business concerns will perform and the degree of commitment to use named sources through formal teaming agreements, letters of intent/commitment will be evaluated to assess achievability of the commitment.  This minimum small business participation rate, through work performed by the small business prime and/or subcontracting with small businesses, shall exceed **20%** of the total contract value, unless the Offeror provides a reasonable and well-documented explanation for why **20%** small business participation rate cannot be achieved.

Attachment JL.9 – Historical Small Business Utilization
Attachment JL.10– Small Business Participation Commitment Document
Attachment JL.11 – Small Business Subcontracting Plan

Note: The Small Business Subcontracting Plan is not an evaluation factor, rather it is a required submission and will be reviewed as part of the Responsibility Determination for contract award.

(4) **Factor 4.  Past Performance:**

(i)        **Basis of Evaluation:**

The Government will evaluate past performance on relevant projects submitted under Factor 1, Corporate Experience.  The Government reserves the right, but is not required to evaluate other relevant projects for which past performance is currently documented in known sources.  The evaluation will consider the degree to which past performance evaluations provided by the contractor and any other past performance information reviewed by the Government (e.g., PPIRS, Federal Awardee performance and Integrity Information System (FAPIIS), award fee determinations, and information obtained from any other source reflect a trend of satisfactory performance considering

- A pattern of successful completion of tasks
- A pattern of deliverables that are timely and of good quality
- A pattern of cooperativeness and teamwork with the Government at all levels (task managers, contracting officers, auditors, etc.);
- A respect for stewardship of Government funds

The Government will consider the relevancy of the information, the sources of the information, context of the data, and general trends in the Contractor's performance.  This evaluation is separate and distinct from the Contracting Officer's responsibility determination. The assessment of the Offeror's past performance will be used as a means of evaluating the Offeror's probability to successfully meet the requirements of the RFP.

More favorable consideration may be given for:

-Successful performance with recent/relevant, contingency/emergency construction projects
-Successful performance on recent/relevant Federal cost plus award fee contracts.

Offerors lacking relevant past performance history, or whose past performance record is so sparse that no meaningful confidence assessment rating can reasonably be assigned, will not be evaluated favorably or unfavorably in past performance and will receive an Unknown Confidence rating (Neutral).

**VOLUME II: COST PROPOSAL**

**Basis of Evaluation:  Cost Proposal.**

...    **Completeness- All information required under Provision L.2 of the solicitation.**
...    **Price reasonableness in accordance with FAR 15.404-1(b).**
...    **Cost reasonableness in accordance with FAR 15.404-1(c).**
...    **Cost realism in accordance with FAR 15.404-1(d).**

The Government will evaluate all aspects of the cost proposal for completeness, reasonableness, and realism. The Cost Proposal will be evaluated on the overall cost realism exhibited. Cost Realism pertains to the offeror's ability to project costs which are reasonable and which indicate the offeror's understanding of the nature and scope of the work anticipated under this contract. The purpose of this evaluation will be to assess if the proposed costs: (1) are reasonable for the work to be performed; (2) reflect that the offeror has a clear understanding of the requirements; (3) are consistent with approaches, and other various elements of the offeror's technical proposal; (4) are consistent with other cost-related information, i.e. DCAA audits, historical rates, etc., available to the Contracting Officer; and (5) are neither excessive nor insufficient for the effort to be accomplished.

Proposed costs may be adjusted for purposes of evaluation based on the results of the cost realism evaluation to determine probable cost of performance. Offerors are reminded that for the purpose of evaluation under this solicitation, the direct and indirect rate ceilings proposed by the prime, each member of a Joint Venture arrangement and all cost reimbursable subcontractors, as provided in Attachments JL.2 and JL.5 hereto shall be proposed under the Cost Model for each respective year, and will be used for cost realism evaluation of the Cost Model.

The Government will utilize information provided in Attachment JL.4, Distribution of Work, to assist in determining cost reasonableness/realism.  For example:

Prime Contractor performing 100% of the work – the submitted Cost Model, Attachment JL.7 will be utilized to determine cost realism/reasonableness.

JV entities will be evaluated utilizing information from Attachment JL.4, Distribution of Work to determine cost model percentages to be used in cost analysis as explained above.

The costs submitted for the base year and all option periods (for CONUS and OCONUS) will be evaluated in order to determine future estimated costs to the Government.  The Government may reject an offer that reflects a serious lack of cost realism. Furthermore, in accordance with FAR 52.222-46, Evaluation of Compensation for Professional Employees, set forth in Section L hereto, the Government will evaluate offerors' compensation plans for professional employees. Professional compensation that is unrealistically low or not in reasonable relationship to the various job categories may be viewed as evidence of failure to comprehend the complexity of the contract requirements. The use of uncompensated overtime, as defined in the FAR 52.237-10 in Section L, will also be considered in the cost realism analysis and risk assessment.

Cost Pool Information and Audit Information - The Government will also review all information provided as required in Section L of this solicitation to determine if the offerors' accounting and billing systems are adequate for cost-reimbursable type contracts.

NOTE:  THE BREADTH OF THE COST REALISM REVIEW MAY BE LIMITED TO THOSE OFFERORS WHOSE PROPOSALS REPRESENT THE MOST LIKELY CANDIDATES FOR AWARD BASED ON INFORMATION DERIVED FROM THE INITIAL NON-COST (TECHNICAL AND PAST PERFORMANCE) REVIEW AND RELATIVE COST CONSIDERATIONS.


CLAUSES INCORPORATED BY REFERENCE


52.217-5          Evaluation Of Options                                          JUL 1990

# Exhibit 3

**DEPARTMENT OF THE NAVY**
NAVAL FACILITIES ENGINEERING SYSTEMS COMMAND ATLANTIC
6506 HAMPTON BOULEVARD
NORFOLK VA 23508-1278

16 August 2021

VIA EPDS
Edward Goldstein, Esq.
Procurement Law Division
Office of the General Counsel
U.S. Government Accountability Office
441 G Street, N.W.
Washington, D.C. 20548

SUBJ:  B-420060.1, MATTER OF: SLS Federal Services, LLC
UNDER SOLICITATION NO. N62470-20-R-5003
AGENCY NOTICE OF INTENT TO TAKE CORRECTIVE ACTION AND
REQUEST FOR DISMISSAL

Dear Mr. Goldstein,

The Naval Facilities Engineering Systems Command, Atlantic (the "Agency"), by and through undersigned counsel, hereby advises GAO of the Agency's decision to take corrective action in the subject protest action. After review of the above-captioned protest filed on August 10, 2021, the Agency has discovered potential merit in at least one of the Protester's arguments related to the Agency's evaluation of price reasonableness. Therefore, the Agency intends to take corrective action to address the evaluation of the proposals, including, but not limited to, price reasonableness. The Agency will take further action as is appropriate in accordance with the Solicitation, the Federal Acquisition Regulations, and all other applicable federal law, document the results of this corrective action, and notify offerors accordingly. Finally, the Agency has issued a stop work order, which will remain in place pending completion of the corrective action.

As the corrective action renders the subject protest academic, the Agency respectfully requests a summary dismissal of the protest. If you have any questions or require additional information, please contact me by email at nicolle.vasquez@navy.mil or by phone at (757) 322-4119. Thank you for your attention to this matter.

Respectfully submitted,
/s Nicolle A. Vasquez

VASQUEZ DEL
FAVERO.NICOLL
E.A.1507921155

Digitally signed by VASQUEZ
DEL
FAVERO.NICOLLE.A.1507921155
Date: 2021.08.16 13:06:01
-04'00'

Nicolle A. Vasquez, Assistant Counsel
Naval Facilities Engineering Systems Command, Atlantic
nicolle.vasquez@navy.mil

# Exhibit 4

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE<br>J | PAGE OF PAGES<br>1    59 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO.<br>0006 | 3. EFFECTIVE DATE<br>14-Jul-2023 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO.(If applicable) |
|---|---|---|---|---|

| 6. ISSUED BY    CODE    N62470 | 7. ADMINISTERED BY (If other than item 6)    CODE | |
|---|---|---|
| COMNAVFACSYSCOM ATLANTIC<br>6506 HAMPTON BLVD<br>NORFOLK VA 23508-1278 | **See Item 6** | |

| 8. NAME AND ADDRESS OF CONTRACTOR  (No., Street, County, State and Zip Code) | | |
|---|---|---|
| | X | 9A. AMENDMENT OF SOLICITATION NO.<br>N6247020R5003 |
| | X | 9B. DATED (SEE ITEM 11)<br>20-Aug-2020 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| | | 10B. DATED  (SEE ITEM 13) |
| CODE                    FACILITY CODE | | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer    [X] is extended,    [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ___1___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

## 12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). | |
| C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:  Contractor  [ ] is not,  [ ] is required to sign this document and return _____ copies to the issuing office.

## 14. DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

As required by FAR 15.206, the Government is issuing Amendment 0006 to this solicitation because it is changing the cost/price evaluation factor and the evaluation of proposals. The Government has determined the necessity of price model submissions and discussions. In the tradeoff process, as delineated herein, technical is more important than cost/price. The Government will not reevaluate the technical proposals previously received nor change any technical rating already assigned, unless red-lined revisions are received in addition to the requested cost/price information.

Responses to this amendment are required no later than 28 July 2023 at 1600. It is also requested that the validity period of the offeror's proposal be extended through 30 September 2023.

All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| | TEL:                              EMAIL: | |
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>14-Jul-2023 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION G - CONTRACT ADMINISTRATION DATA

The following have been modified:
    CONTRACT ADMINISTRATION DATA
G-1    CONTRACT ADMINISTRATION DATA
In order to expedite administration of this contract, the following delineation of duties is provided including the names, addresses, and phone numbers for each individual or office as specified.  The individual/position designated as having responsibility should be contacted for any questions, clarifications, or information regarding the functions assigned.

1.  PROCURING CONTRACTING OFFICER (PCO) is responsible for:
    a. All pre-award information, questions, or data;
    b. Freedom of Information inquiries;
    c. Change/question/information regarding the scope, terms or conditions of the basic contract document; and/or
    d. Arranging the post award conference (See FAR 42.503).

        NAME:            LINDA STEIN
        ADDRESS:        NAVAL FACILITIES ENGINEERING SYSTEMS COMMAND, ATLANTIC
                            6506 HAMPTON BOULEVARD
                            NORFOLK, VA 23508-1278
        TELEPHONE:    (757) 322-4489
        EMAIL:            LINDA.C.STEIN.CIV@US.NAVY.MIL

        Additional, the Contract Specialist associated with this contract should receive a copy of all above requests:

        NAME:            AMBER FOREHAND-HUGHES
        TELEPHONE:    (757) 322-8336
        EMAIL:            AMBER.L.FOREHAND-HUGHES.CIV@US.NAVY.MIL

2.  CONTRACT ADMINISTRATION OFFICE (CAO) is responsible for matters specified in FAR 42.302 and DFARS 242.302 except in those areas otherwise designated herein.

        NAME:            LINDA STEIN
        TELEPHONE:    (757) 322-4489
        EMAIL:            LINDA.C.STEIN.CIV@US.NAVY.MIL

3.  DEFENSE CONTRACT AUDIT AGENCY (DCAA) is responsible for audit verification/provisional approval of invoices and final audit of the contract prior to final payment to the contractor.

        NAME:                        TO BE FILLED IN AT TIME OF CONTRACT AWARD
        TELEPHONE:
        EMAIL:

4.  PAYING OFFICE is responsible for payment of proper invoices after acceptance is documented.

        To be determined on individual task orders.

5.  CONTRACT CONTRACTING OFFICERS REPRESENTATIVE (COR) is responsible for:

a. Technical advice/recommendations/clarification on the performance work statement;
b. Acceptance of services or deliverables;
c. Government furnished property;
d. Security requirements on Government installation;
e. Reviews contractor's progress reports and furnishes the Contracting Officer comments based on the reports;
f. Monitor, in conjunction with the designated Task Order Contracting Officer Representatives (CORs), contractor compliance with safety and quality management requirements;
g. In the event of contractor delay or failure to perform, as appropriate, in conjunction with the designated Task Order CORs, determine the cause and make recommendations for appropriate corrective and/or preventative measures to the Contracting Officer.
h. Monitor close outs to ensure contract/task orders are closed out timely and provide written completion statements/progress reports, as appropriate or requested;
i. Responsible for providing the Contracting Officer with timely input regarding reasonableness and technical necessity of invoiced costs and percentage of completion to ensure payments to the contractor is made within applicable time constraints;
j. Responsible for ensuring contractor's performance evaluations are accomplished in a timely manner; and
k. Informs the Contracting Officer of any contract/task order potential performance problems.

NOTE: When, in the opinion of the Contractor, the COR requests effort outside the existing scope of the contract (or task order), the Contractor shall promptly notify the Contracting Officer (or Ordering Officer) in writing.  No action shall be taken by the contractor under such direction until the Contracting Officer has issued a modification to the contract or, in the case of a task order, until the Ordering Officer has issued a modification of the task order; or until the issue has otherwise been resolved.

A Contracting Officer's Representative (COR) is **NOT** a Contracting or Ordering Officer and **DOES NOT** have authority to take any action, either directly or indirectly, that would change the pricing, quantity, quality, place of performance, delivery schedule, or any other terms and conditions of the contract (or task order), or to direct the accomplishment of effort which goes beyond the scope of the work in the contract (or task order).

The COR is technically responsible for monitoring of contractor performance and is the sole technical point of contact.  The Contracting Officer shall appoint a Task Order COR on all RAC task orders.  Task Order CORs will assist the Contract COR in the administration of each task order.  The Task Order CORs will be appointed in writing citing the applicable task order number(s), as required.

The Contracting Officer shall appoint a Contract COR in writing for this contract at time of award.  The Contracting Officer may also appoint in writing, an alternate Contract COR to perform the responsibilities and functions of the Contract COR.

   Contract COR Name:      TO BE FILLED IN AT TIME OF CONTRACT AWARD
  ADDRESS:
  TELEPHONE:
  EMAIL:

In the event that the Contract COR named above is absent due to leave, illness, or official business, all responsibilities and functions assigned to the Contract COR will be the responsibility of the alternate Contract COR listed below:

   Contract ACOR Name:      TO BE FILLED IN AT TIME OF CONTRACT AWARD
  ADDRESS:
  TELEPHONE:
  EMAIL:

6.  TASK ORDER CONTRACTING OFFICER RERRESENTATIVES (CORs) – The Contracting Officer shall appoint a Task Order COR on all task orders.  Task Order CORs will assist the Contract COR in the administration of each task order.   Task Order CORs are responsible for providing technical assistance and support to the Contract COR in contract administration by:

a. Identifying contractor deficiencies to the Contract COR;
b. Reviewing task order deliverables and recommending acceptance/rejection of deliverables;
c. Identifying contractor noncompliance of reporting requirements;
d. Evaluating contractor proposals and identifying areas of concern affecting negotiations;
e. Reviewing contractor reports providing recommendations for acceptance/rejection;
f. Reviewing invoices for appropriateness of costs and providing recommendations to facilitate certification of the invoice;
g. Development of an independent government estimate;
h. Participate in contract task order award negotiations and provide technical evaluation of Contractor proposals;
i. Review contractor's progress reports; and
j. Responsible for ensuring contractor's performance evaluations are accomplished in a timely manner
**To be determined on each task order.**

7.  ORDERING OFFICER is responsible for:
   a. Requesting, obtaining, and evaluating proposals for orders to be issued;
   b. Determining the estimated cost of the order is fair and reasonable for the effort proposed;
   c. Obligating the funds by issuance of the task order;
   d. Authorization for use of overtime;
   e. Authorization to begin performance; and/or
   f. Monitoring of total cost of task orders issued.

**Ordering Officers will be appointed per task order on an as needed basis.**
If applicable, an Ordering Office may be established which would provide the office with the authority to issue and administer task orders under this contract.

G-2        TECHNICAL DIRECTION

Performance of work under this contract is subject to the written technical direction of the Contracting Officer's Representative (COR), who shall be specifically appointed by the Contracting Officer in writing. "Technical Direction" means a directive to the Contractor that approves approaches, solutions, designs, or refinements; fills in details or otherwise completes the general description of the work or documentation items; shifts emphasis among work areas or tasks; or furnishes similar instructions to the Contractor. Technical direction includes requiring studies and pursuit of certain lines of inquiry regarding matters within the general tasks and requirements in the Statement of Work of the task order. The COR **DOES NOT** have the authority to, and shall not, issue any instruction purporting to be technical direction which:

   (1)  Constitutes an assignment of additional work outside the Statement of Work;

   (2)  Constitutes a change as defined in the Changes Clause;

   (3)  In any manner causes an increase or decrease in the total estimated cost, Award Fee or the time required for task order performance;

   (4)  Changes any of the expressed terms, conditions, or specifications of the task order;

   (5)  Interferes with the Contractor's rights to perform the terms and conditions of the order, or;

   (6)  Authorizes the Contractor to incur costs in excess of the estimated cost or other limitations on costs set forth in this contract. All technical direction shall be issued in writing by the COR, or Contracting Officer. When, in the opinion of the contractor, the COR, or any other Government official other than the

Contracting Officer, requests effort outside the existing scope of the contract (or task order), the contractor shall promptly notify the Contracting Officer in writing. No action shall be taken by the contractor under such direction until the Contracting Officer has issued a modification to the contract (or task order) or has otherwise resolved the issue.

G-3    TASK ORDERS

Work under this contract shall be ordered by written task orders (TO) issued on DD Form 1155 (Order for Supplies or Services) to the contractor by the Contracting Officer.  Only upon receipt of such an executed order, signed by the Contracting Officer, shall the contractor commence work.  The Government will not be obligated to reimburse the Contractor for work performed, items delivered, or any costs incurred, nor shall the Contractor be obligated to perform, deliver, or otherwise incur costs, except as authorized by duly executed Task Orders.

G-4    TASK ORDER ISSUANCE PROCEDURES

If this contract contains multiple awardees, the issuance procedures stated herein are applicable.

1.   **GENERAL**

(a)  When the Government requires work under the contract, the Government will initiate the Request for Proposal (RFP) process. The RFP will normally be transmitted electronically by email but may be placed via mail, telephone, facsimile, or other electronic means.   The request shall include:

(1)  A description of the specified work required (including whether the work is  to be awarded on a CPAF or FFP basis),
(2)  The anticipated performance period and critical milestones,
(3)  The place of performance and manner of inspection and acceptance,
(4)  Any other pertinent information, such as any applicable Service Contract Labor Standards, Wage Rate Requirements (Construction), and/or liquidated damages, if applicable.
(5)  Submission requirements and basis of evaluation, and
(6) Proposal due date.

(b)  Task Orders (TO) will be awarded on DD Form 1155 (and forwarded to the contractor).

(c)  Each TO shall include as a minimum:

(i)       Contract / TO number and Type of Task Order (FFP or CPAF)
(ii)      Award Date
(iii)     Award Amount
(iv)      Contract item number and description of the specified work required (including a designation of whether work includes incidental construction), quantity, and unit price or estimated cost.
(v)       Delivery or performance schedule.
(vi)      An estimated cost of performance, including award fee.  Under no circumstances shall the contractor exceed 100% of the estimated costs (excluding award fee) without prior written authorization by the Contracting Officer.
(vii)     Place of performance.
(viii)    Any packaging, packing, and shipping instructions.
(ix)      Accounting and appropriation data.
(x)       Method of payment and payment office.
(xi)      Any Government-furnished property, material, or facilities to be made available for performance of the order (if required);
(xii)     The names, addresses and phone numbers of the applicable Contracting Officer and its representatives, as well as any other necessary points of contact; and
(xiii)    Any other pertinent information (such as applicable Service Contract Act and Davis-Bacon Act wage determination).

(d)  The contractor shall notify the Contracting Officer if any apparent difficulties with regard to performance according to the terms of the order are anticipated or any time difficulties in performance arise.  For CPAF task orders, the Contractor shall notify the Contracting Officer in writing whenever it has reason to believe that the costs the contractor expects to incur under the contract task order in the next 60 days, when added to all costs previously incurred, will exceed 75% of the estimated cost of the task order.

(e) Modifications to TOs will be issued on Standard Form (SF) 30.

(f)  If, at any time during performance of a CPAF order, it appears that additional funds will be required to complete performance of the contract task order, the contractor shall promptly notify the Contracting Officer in writing.  Such notification shall include the costs expended, an estimate of costs required to complete the order, and an explanation of why the originally awarded estimated cost was not adequate. The Government shall have the right to require the contractor to continue performance up to the originally estimated cost level and to suspend work thereafter; to negotiate a new set of work priorities to be completed within the remaining funds; or to modify the order, increasing the estimated cost to the level appropriate for completion of the work without additional fee.  Fee may be increased only if there is an increase to the original scope of the order that also requires additional funding in accordance with Section G10.

(g) In accordance with 10 USC § 2304 c (e), no protest under Subpart 33.1 is authorized in connection with the issuance or proposed issuance of a TO Contract except for (A) A protest on the grounds that the order increases the scope, period, or maximum value of the contract; or (B) A protest of an order valued in excess of $25 million.  Protests of orders in excess of $25 million may only be filed with the Government Accountability Office, in accordance with the procedures at FAR 33.104.

2.  **COMPETITION**

(a)  Competition for issuance of all TOs is limited to those awardees under this contract. All awardees will be given a fair opportunity to be considered for each TO unless the Contracting Officer applies one of the exceptions noted in paragraph (d) below. Upon determining the need to issue a TO, all awardees will be considered equally against the stated criteria for that task order.

(b)  Contract awardees are expected to submit a proposal for all Task Order Requests for Proposal (RFP) received from the Government and must be able to perform in accordance with both CPAF and FFP requirements. In the event a MACC awardee is unable to submit a proposal on a particular RFP, the contractor is required to notify, in writing, the Contracting Officer who issued the RFP and the PCO for the basic contract within five (5) working days from receipt of the RFP. **As all contract awardees are expected to submit proposals for all Task Order RFPs, the Government may consider a MACC awardee's withdrawal from submitting a proposal on more than two (2) task order RFPs during the course of each year of the contract when making a decision to award option periods. It is imperative that awardees be capable of supporting the mission, which involves continued participation in the Task Order RFP process.**

(c)  Unless one of the exceptions  in paragraph (d) applies , each TO will be awarded, as a result of competition, to the contractor whose offer is the most advantageous to the Government considering the criteria specified for that task order.

(d)  The Contracting Officer reserves the right to make award of a TO without competition based upon one of the circumstances described below or a statute expressly authorizes or requires that the purchase be made from a specific source.

(i)  The agency need for the supplies or services are so urgent that providing a fair opportunity would result in unacceptable delays;

(ii)     Only one awardee is capable of providing the supplies or services required at the level of quality required because the supplies or services ordered are unique or highly specialized;

(iii)    The order must be issued on a sole-source basis in the interest of economy and efficiency as a logical follow-on to an order already issued under the contract, provided that all awardees were given a fair opportunity to be considered for the original order;

(iv)    A statute expressly authorizes or requires that the purchase be made from a specific source; or

(v)     It is necessary to place an order to satisfy a minimum guarantee.

3.   **REQUIREMENT FOR PROPOSALS**

(a)  TOs will be issued as Cost-Plus-Fixed-Fee (CPAF) or Firm-Fixed-Price (FFP). Each TO will be subject to applicable clauses and provisions, as set forth in this Contract.   All TOs are subject to the terms and conditions of this contract. In the event of conflict between a TO and this contract, the contract will control, except as otherwise noted in the contract documents. The Government reserves the right to incorporate additional clauses, as appropriate, into individual TO solicitations and awards.

(b)  The contractor must notify the ordering officer in writing within two (2) business days of RFP issuance when a contractor elects not to submit on a particular TO requirement and state the reasons why. Failure to provide this notification may impact future consideration for TOs and exercise of an option.

(c)  TOs may be awarded on the basis of Lowest Price Technically Acceptable (LPTA), Price Only, or Best Value: Tradeoff Process. The basis for award will be stated in each proposed TO. Whenever possible, award will be made without discussions. If discussions are required, each contractor will be requested to provide a final proposal revision, unless eliminated from discussions through the establishment of a competitive range. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(d)  Price: Each proposed FFP TO will indicate the detail of pricing information to be provided. Normally, a competitive proposed TO will require only a lump sum or unit price offer, but the Contracting Officer reserves the right to obtain a more detailed cost breakdown of labor, materials, equipment, overhead, and profit at any time.  In case of discrepancy between a unit price and an extended price, the unit price will be presumed to be correct, subject, however, to correction to the same extent and in the same manner as any other mistake.

(e)  Cost: For each proposed CPAF TO the following shall be provided: (1) A detailed cost estimate showing direct and indirect costs.   Additional backup cost data shall be provided as appropriate. Unless otherwise directed, the breakdown shall be in sufficient detail to permit an analysis of all material, labor, equipment, travel, subcontracts, indirect rates (fringe, overhead, G&A, FCCOM, etc.) , as well as award fee and shall cover all work involved in the project. (2) Dollar amount and type of proposed subcontracts (including information required by an in accordance with FAR 52.244-2 – SUBCONTRACTS.  (3)  Costs associated with cost-reimbursable subcontracts shall be in the same level of detail as the prime. Only cost-reimbursable subcontractors identified in the basic contract can be proposed at the task order level.  (4) Task Order cost proposals should be broken down as specified in the RFP.  (5) Total estimated cost-plus-fixed fee.

(f)  Direct Labor Rate Ceilings – Offerors are not permitted to exceed established labor hour ceiling rates for both FFP and CPAF orders. See Section H-4, H-5, and H-76 of the contract.   Additionally, the direct labor costs proposed shall include both the company's equivalent category and the contract labor category, as provided on Attachment JL.2 and Attachment JL.16.

(g)  Indirect Ceiling Rates – See Section H-67 and H-8 of the contract.

(h)  Award-Fee—See Section G-10.

(i)  In addition to price or cost, other factors such as past performance, technical approach, quality, timeliness, subcontracting goals, or special expertise may be determined relevant for award under a particular TO by the Contracting Officer.  Submission requirements and the rating scheme and definitions will be stipulated on the individual TO RFP.

(j)  After the selection of an apparent awardee, the Government reserves the right to issue a unilateral TO directing a contractor to perform a particular project within the scope of the contract. In all such cases, contractors are obligated to perform the work required in accordance with the terms and conditions of the contract.

(k)  In accordance with FAR 15.506(a)(2), the ordering officer will conduct post-award debriefings within five (5) days after the receipt of the written request from the respective contract holder.

In accordance with FAR 16.505(b)(6), the Task Order Ordering Officer/Contracting Officer  shall notify unsuccessful awardees when the total price of a task order exceeds $5.5 million.   For task orders that exceed $5.5 million, the Task Order Ordering Officer/Contracting Officer, to the maximum extent practicable, will conduct post-award debriefings within five (5) days after the receipt of the written request from the respective contract holder in accordance with FAR 15.506.

G-5    TASK ORDER AND MODIFICATION PROPOSALS-PRICE BREAKDOWN

The Contractor, in connection with any proposal made for a contract modification, shall furnish a cost breakdown, itemized as required by the Contracting Officer.  Unless otherwise directed, the breakdown shall be in accordance with the type of task order (FFP or CPAF) and shall contain sufficient detail to permit proper level of~~an~~ analysis (e.g.~~of~~ all material, labor, equipment, subcontract, and indirect costs, as well as fee for CPAF), and shall cover all work involved in the modification, whether such work was deleted, added, or changed. Any amount claimed for subcontractors shall be supported by a similar cost breakdown. In addition, if the proposal includes a time extension, a justification thereof shall be furnished. The proposal, together with the price breakdown and the time extension justification, shall be furnished by the date specified by the Contracting Officer.

G-6    NOTIFICATION REQUIRED UNDER LIMITATION OF COSTAND LIMITATION OF FUNDS CLAUSES

LIMITATION OF COST, FAR 52.232-20, and LIMITATION OF FUNDS, FAR 52.232-22, incorporated by reference in Section I, are applicable to each task order individually.  Limitation of Cost applies if the task order is fully funded at the time of issuance.  Limitation of Funds applies if the task order is incrementally funded.  "Task Order" is substituted for "Schedule" wherever that work appears in the clauses.  The contractor shall notify the Contracting Officer in writing whenever it has reason to believe:

(a)  For LIMITATION OF COST:

(1)  The costs the contractor expects to incur under the task order in the next 60 days (unless varied in task order) when added to all costs previously incurred, will exceed 75 percent (unless varied in the task order) of the estimated cost specified in the task order.

(2)  The total cost for performance of the task order, exclusive of any fee, will be either greater or substantially less than had been previously estimated.

(b)  For LIMITATION OF FUNDS:

(1)  The costs the contractor expects to incur under the task order in the next 60 days (unless varied in task order) when added to all costs previously incurred, will exceed 75 percent (unless varied in the task order) of the estimated cost specified in the task order.

(2) Sixty (60) days (unless varied in the task order) before the end of the period specified in the task order, the contractor shall notify the Contracting Officer in writing of the estimated amount of additional funds, if any, required to continue timely performance under the task order.

NOTE:  Notification requirements aspects of LIMITATION OF COST and LIMITATION OF FUNDS are restated here for emphasis.  Other aspects of these clauses, incorporated by reference in Section I herein, which is not restated above, remain in full force and effect as if provided in full text.

G-7     SUBMISSIONS OF INVOICES AND REQUIREMENTS FOR APPROVAL

1.   Firm Fixed Price Invoicing

(a)  Invoices/vouchers shall also be submitted in accordance with Wide Area Workflow (WAWF), 252.232-7006 "Wide Area Workflow Payment Instructions" and shall contain necessary supporting documentation.  The WAWF table and any other supporting documentation requirement will be incorporated into each Task Order.

2.  Cost Plus Award Fee Invoicing

(a)  Invoices/vouchers shall also be submitted in accordance with Wide Area Workflow (WAWF), 252.232-7006 "Wide Area Workflow Payment Instructions" and shall contain necessary supporting documentation.  The WAWF table will be incorporated into each Task Order.

(b)  Under the provisions of FAR 42.803(b), the DCAA auditor is an authorized representative of the Contracting Officer for examining vouchers received directly from the Contractor.  Costs claimed that are determined by the DCAA auditor to be unallowable or suspended will be identified on DCAA Form 1 "Notice of Contract Costs Suspended and/or Disapproved," which will be issued to the Contractor with a copy to the cognizant ACO.  On such actions of suspended or disapproved costs, the Contractor may appeal, in writing, to the ACO who will make a determination promptly in writing.  Any final decision by the Contracting Officer may be appealed thereafter in accordance with the provisions of FAR 52.233-1 Disputes (May 2014) Alt I (Dec 1991).

(c)  Invoices requesting interim payments under this contract shall be submitted once a month.  There shall be a lapse of no more than 90 calendar days between performance and submission of an interim payment invoice, except for adjustments to annual indirect rates, which will be ascertained at time of audit.

(d)  Incurred cost invoiced shall be in accordance with FAR 52.216-7 Allowable Cost and Payment (June 2013). (Cost Reimbursable subcontractor invoices must contain the same format and level of detail specified for the prime).  The invoice shall contain a summary section for the contract as a whole and for each contract task order.  Billing data shall show current and cumulative total to date for each cost element.  Detailed summaries for contract task orders shall report billing data for all cost elements to the third WBS level.  The following minimum detail is required at the third WBS level, at the task order summary level, and the contract summary level unless otherwise directed by the Contracting Officer.

(1)   Contract Number and Invoice Number (numbered sequentially from "1").

(2)   Contract Task Order Number, project title and brief description of work.

(3)   Direct Labor.  Provide regular and premium direct labor hours specifying labor category and labor hours used.  Provide an alphabetical listing by employee including: a record of time worked showing the name of the individual, labor classification for function performed, hours worked, hourly rate paid and total paid to each individual.  The labor classification shall include both the

company's equivalent labor category and the contract labor category, as provided on Attachment JL.2.  Current labor charges must be able to be substantiated by individual daily job time cards.  Any approvals granted by the Contract Officer/Administrator under Section H5 of the contract shall be submitted with the invoice.  For SCA and DBA labor categories, indicate the SCA or DBA Wage Determination number used along with any ceiling rates applied as authorized by the Task Order Contracting Officer in accordance with Section H6 of the contract. Any approvals granted by the Task Order Contracting Officer under Section H6 of the contract shall be submitted with the invoice.

(4)  Material.  Charges are to be substantiated by evidence of actual payment and shall include all cash and trade discounts, rebates, allowances, credits, salvage, commissions and other benefits.  This shall include a brief but specific explanation of current charges.

(5)  Subcontract.  Provide an information copy of each invoice and identify the period of performance.  Provide a list summarized for each vendor that shows the vendor's name, amount billed, and date paid.  For cost reimbursement subcontracts, show the amount of fee separate from the cost of performance.

(6)  Travel and Per Diem.  Reimbursement of travel costs will be in accordance with the Joint Travel Regulation (JTR) as determined applicable by the Contracting Officer.  Current travel amounts are to be supported with expense reports and receipts and the following data for each trip:  (i) dates of travel; (ii) mode of transportation and cost; (iii) point of origin; (iv) destination; (v) name of traveler; (vi) reason for travel; and (vii) per diem rates.

(7)  Other Direct Costs (ODC).  Provide a list summarized per ODC category that shows the vendor's name, amount billed per vendor, and date paid.  This list shall be supported by a copy of the receipt, if applicable.  For in-house effort, show how the cost was computed.

(8)  Facilities Costs.

(9)  Equipment.  Identify and segregate the costs associated with Contractor-Acquired equipment, rental equipment and Contractor-Owned equipment (expensed using an equipment usage rate).  Provide a list summarized for each vendor which shows the vendor's name, amount, billed, and date paid.  The list shall reflect the period of performance and shall be supported by a copy of receipts or subcontractor invoices for the charges.

(10)  Transportation and Disposal Costs.

(11)  Indirect Costs. Identify rates, bases, and amounts.

(12)  Award Fee Paid.

G-8    INVOICING PROCEDURES FOR UNCOMPENSATED OVERTIME (IF APPLICABLE)

(a)  The contractor hereby warrants that billing under this contract shall be based upon their Defense Contract Audit Agency (DCAA) approved procedures for uncompensated overtime and that it will achieve any reductions of the 40 hour work week salary rate for exempt personnel as included in its proposal.  Reconciliation to the expanded average work week (and reduced average hourly rate) shall be accomplished annually.  The contractor further agrees to insert in any subcontract or consultant agreement hereunder, provisions which shall conform substantially to the language of this clause.

(b)  The contractor and subcontractor(s) shall provide and maintain a cost accounting system acceptable to the DCAA, which records all hours worked (in excess of 40 hours per week) for all types of contracts and for all customers consistent with approved Cost Accounting Standards.  In addition, all hours shall be burdened and shall be in the base for allocation of overhead and general administrative expenses.

(c) Within 45 days after completion of each annual period of performance, the contractor shall submit reports showing the aggregate percentage reduction in billing rates due to the expanded work week for the performance period.  In the event that such actual reduction is less than the reduction proposed, the cost attributable to that difference will be disallowed by the contracting officer or taken out of subsequent award fee payments.

(d) The contractor hereby agrees to provide the following breakdown with invoices:

A list of all individuals direct-charged, with each individual's name, contract (or subcontractor) labor category, Government labor category, current and cumulative labor hours by individual, as well as the number of regular hours (based on a 40 hour work week) and the number of hours worked in excess of 40 hours per week.

G-9    TRAVEL COSTS

(a) Performance under this contract may require travel by contractor personnel. Personnel travel shall be negotiated at the task order level as needed. If travel is required, the contractor is responsible for making all needed arrangements for personnel. This may include medical examinations and security clearances.  For cost reimbursement task orders, the Government will reimburse the contractor for allowable, allocable and reasonable/task order in accordance with FAR Subpart 31.2 and the rules and definitions set forth for temporary duty, local travel and long-term TDY in the Joint Travel Regulations (JTR), and as set out below, but not to exceed the amounts authorized in the JTR.

(b) Definitions:

(1) Temporary Duty (Overnight Stay Required) Beyond 50 Mile Radius.
If a temporary duty station to which an employee is required to travel in the performance of this contract is beyond the circular boundary created by a 50 mile radius of the employee's official point of departure, and the period of official travel is greater than two hours more than the employee's regular work day, the cost of transportation and per diem will be reimbursed.  Official travel begins at the time an employee leaves his/her home, office, or other authorized point of departure and ends when the traveler returns to his/her home, office, or other authorized point at the conclusion of the trip.

(2) One Day Travel (Overnight Stay Not Required) Beyond 50 Miles Radius.
When the period of official travel is 24 hours or less, but exceeds the employee's regular work day by greater than two hours, transportation and meals and incidental expenses (M&IE) will be reimbursed, consistent with company policy but not to exceed the amounts authorized in the JTR.  Allowable reimbursement for M&IE may be prorated as provided in the JTR.

(3) Local Travel (within 50 Miles Radius of Official Point of Departure) or at Temporary Duty Station.  Cost of commercial transportation and Privately Owned Vehicles (POV mileage) used in the performance of this contract for local travel or at a temporary duty station will be reimbursed, if approved by appropriate Contractor supervisory personnel as advantageous to the Government.  For local travel required in the performance of this contract, transportation costs will be reimbursed for the distance that exceeds the employee's regular commuting distance.

(4)  Long-Term TDY (periods over 30 days).  TDY that exceeds 30 days will be subject to long-term TDY lodging and flat rate per diem rates, as applicable, in accordance with the JTR.  The contractor shall be expected to use prudent business judgment. The following travel shall not be reimbursed hereunder.
(a)  travel performed for personal convenience; and
(b)  daily travel to and from work at the designated work site.

(c) Official Travel

(1) Air. The contractor shall be reimbursed for the actual cost of air transportation provided that such costs are the lowest customary standard, coach or equivalent, airfare offered during normal business hours unless higher fares are justified in accordance with FAR 31.205-46(d).

(2) Privately Owned Conveyance. Reimbursement for the use of privately owned conveyance by the contractor's personnel will be at the rate in effect at time of travel under the Joint Travel. Regulations and will include all necessary tolls when such travel is necessary for performance under this contract. (3) Auto Rental. Reimbursement of the use of rental cars (most economical class available consistent with the need) by the contractor's personnel will be actual cost.

(3) Auto Rental. Reimbursement of the use of rental cars (most economical class available consistent with the need) by the contractor's personnel will be actual cost.

(4) Other Public Transportation. The use of other public transportation by the contractor's personnel will be reimbursed at actual cost.

(5) Personnel in Travel Status. Official travel status is defined as travel necessary in performance of the task order and shall be reimbursed under the applicable task order. However, such reimbursement shall not exceed eight labor hours per individual while in travel status during one calendar day. Travel outside regular duty hours shall not be reimbursed except when it involves the performance of work while traveling and is carried out under arduous conditions or results from an event that could not be scheduled or controlled administratively by either the contractor or Government.

(6) Per Diem. Expenses for subsistence and lodging shall be reimbursed to the contractor only to the extent where overnight stay is necessary and authorized by the delivery order for performance under this contract. Incurred costs shall be considered to be reasonable and allowable only to the extent that they do not exceed, on a daily basis, the maximum per diem rates in effect at the time of travel set forth in the Federal Travel Regulations, Joint Travel Regulations and Standardized Regulations set forth in FAR 31.105-46(a)(2).

(7) Military Air. Contractor personnel may be authorized to utilize Military Air transportation at the direction of the Contracting Officer.

(8) If performance extends more than 180 days, the contractor personnel will be subject to reduced per diem/lodging rates.

G-10    AWARD FEE CALCULATION AND PAYMENT

(a) Maximum Award fee rates proposed for both prime and cost reimbursement subcontractor(s) shall not exceed the award fee ceiling amounts proposed on Attachment JL.5.   Award Fee for both the prime and cost reimbursement subcontractor(s) shall be proposed at the same rate.  Joint Ventures shall propose the same Award Fee rate.

(b) Each task order will contain a maximum award fee, which will be established by multiplying the total contract cost (less travel, Contractor –Acquired Property, FCCOM, award fee on cost reimbursable subcontractor's cost at any tier, direct charged taxes, and any JV fees/mark-ups) by the award fee percentage proposed for that task order, not to exceed the award fee ceiling rate proposed on Attachment JL.5.  The award fee percentage proposed at the task order level may be less than the award fee percentage proposed on Attachment JL.5.  The award fee rate(s) proposed at the task order level will be the maximum award fee rate(s) allowed under the task order and will not be subject to an increase.

(c) The award fee pool will NOT be adjusted for cost overruns. Adjustments to the award fee will be made for modifications that cause an increase or decrease to the scope of the task order of which will reflect the same award fee rate as that proposed under the original effort.  Additional within scope work added by Concurrence Letter is not subject to additional fee.  If it is later determined, that additional funds are

required for the completion of work previously approved by Concurrence Letter, only that portion requiring additional funds will be subject to additional fee, if applicable. (NOTE:  ALL REWORK WILL BE NON-FEE BEARING).

(d)  For each award fee period, the available award fee (or award fee pool) will be calculated by the Government developing a percentage of physical or financial completion for each task order at the end of each award fee period.  The lower percentage of physical or financial completion will be used to determine available award fee for each task order, unless sufficient documentation is provided by the Contractor to support a higher fee evaluation.  In order to ensure the appropriate award fee is distributed over all evaluation periods, at least **40%** of the potential award fee must be available for the final evaluation.  Once the final evaluation has been completed, no less than 10% of the available award fee will be retained.  Upon receipt of all required interim close-out paperwork the retained fee will be released to the Contractor.

(e)  The Contractor will be given an award fee rating based on performance as measured against the elements incorporated in the Award Fee Plan, Attachment JL.12.

(f)  The determination and the methodology for determining award fee are unilateral decisions made solely at the discretion of the Government.

G-11    CONTRACTING OFFICER AUTHORITY

In no event shall any understanding or agreement between the Contractor and any Government employee other than the Contracting Officer on any contract, modification, change order, letter or verbal direction to the Contractor be effective or binding upon the Government. All such actions must be formalized by a proper contractual document executed by an appointed Contracting Officer. The Contractor is hereby put on notice that in the event a Government employee other than the Contracting Officer directs a change in the work to be performed, it is the Contractor's responsibility to make inquiry of the Contracting Officer before making the deviation. Payments will not be made without being authorized by an appointed Contracting Officer with the legal authority to bind the Government.

G-12    APPOINTMENT OF ORDERING OFFICER(S)

Ordering Officers under this contract are authorized by the Contracting Officer to execute delivery/task orders provided the total price for the delivery/task order does not exceed the individual Contracting Officer(s) warrant limitations. The ordering officers and their specific authority shall be stated in this contract or in an appointment letter.

G-13    GOVERNMENT REPRESENTATIVES

a. The contract will be administered by an authorized representative of the Contracting Officer. In no event, however, will any understanding or agreement, modification, change order, or other matter deviating from the terms of the contract between the contractor and any person other than the Contracting Officer be effective or binding upon the Government, unless formalized by proper contractual documents executed by the Contracting Officer prior to completion of this contract. The authorized representative as indicated hereinafter:
    1. The Contracting Officer's Representative (COR) will be designated by the Contracting Officer as the authorized representative of the Contracting Officer. The COR is responsible for monitoring performance and the technical management of the effort required hereunder, and should be contacted regarding questions or problems of a technical nature.
    2. The designated Contract Specialist will be the Administrative Contracting Officer's representative on all other contract administrative matters. The Contract Specialist should be contacted regarding all matters pertaining to the contract or delivery orders.
    3. The designated Property Administrator is the Administrative contracting Officer's representative on property matters. The Property Administrator should be contacted regarding all matters pertaining to property administration.

SECTION H - SPECIAL CONTRACT REQUIREMENTS

The following have been modified:
SPECIAL CONTRACT REQUIREMENTS

H-1    NOTICE REGARDING CONTRACT CLAUSES AND PROVISIONS APPLICABLE TO COST-REIMBURSEMENT AND FIRM-FIXED-PRICE TASK ORDERS

THE SOLICITATION INCORPORATES PROVISIONS AND CLAUSES FOR BOTH COST-REIMBURSEMENT AND FIRM-FIXED-PRICE TASK ORDERS.

H-2    NOTICE OF NON-ALLOWABILITY OF DIRECT CHARGES FOR GENERAL PURPOSE INFORMATION TECHNOLOGY EQUIPMENT OR SYSTEMS

(a) Notwithstanding the ALLOWABLE COST AND PAYMENT clause (FAR 52.216-7) of Section I, costs for the acquisition and use of Information Technology Equipment or Systems shall not be considered as an allowable direct charge to this contract.

(b) A definition of Information Technology Equipment or Systems can be found in FAR 2.101.

(c) Contractors are expected to have the necessary facilities to perform the requirements of this solicitation/contract.

H-3    PROPOSAL PREPARATION COSTS

The costs for preparation of cost proposals and technical proposals and for various administrative costs applicable to all contract task orders will not be allowed as a direct charge under this contract. Additionally, the Government will not issue a separate task order for overall Program Management. Program Management should be captured and charged under individual task orders. The Contractor shall not assume that all the Program Management Key Personnel listed in the PWS will be budgeted for each task order. The locations, quantities, and frequency of the work cannot be predetermined and may vary throughout the course of the contract.

H-4    PROFESSIONAL LABOR RATES AND ESCALATION CEILINGS (ONLY APPLICABLE TO CPAF ORDERS)

The labor categories and direct labor hourly ceiling rates identified in Attachment JL.2 will become a part of the contract. The "Direct Labor Ceiling Rates" including any adjustments for uncompensated overtime in Attachment JL.2 will be utilized for negotiation of CPAF task orders/modifications.

For CPAF task orders, the contractor shall not exceed the direct labor hourly ceiling rates provided in Attachment JL.2, for the respective ordering period, to build its cost proposal. These ceiling rates are the maximum allowable rates that can be proposed or charged under task orders during the respective ordering period. These are not bid rates. Labor rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed estimating system practices and, if applicable, forward pricing rate agreements. However, proposed rates shall not exceed the ceiling rates established in the contract under JL.2.

Where it is determined necessary to utilize a specific individual on this contract whose actual labor rate exceeds the established ceiling, the Contractor will be required to obtain prior written approval at the time of proposal submission from the Contract Administrator listed under G-1—Contract Administration Data. The request, with supporting documentation, shall be submitted through the Task Order Ordering/Contracting Officer, for the

respective order to the Contract Administrator.   In the event that such approval is not properly obtai.ned, the Government will only be required to reimburse the Contractor at the ceiling rate.

Where it is determined that a labor category not listed on JL.2 is required for a task order, the Contractor shall obtain prior written approval at time of proposal submission from the Contract Administrator listed under G1.  The request, with supporting documentation, including bid/ceiling rate for requested labor category, shall be submitted through the Task Order Ordering Officer/Contracting Officer to the Contract Administrator. If approval is granted by the Contract Administrator, the labor category will be approved for use on the specific task order.  If it is determined that there would be a need to use the labor category under other task orders, the Contract Administrator may incorporate the labor category into the basic contract.

All ceiling provisions will apply to the prime contractor as well as each cost reimbursable subcontractor.

H-5    SERVICE CONTRACT LABOR STANDARDS AND WAGE RATE REQUIREMENTS (CONSTRUCTION) BASE AND CEILING (ONLY APPLICABLE TO CPAF ORDERS)

(a)  Service Contract Labor Standards Wage Determinations and Wage Rate Requirements (Construction) Wage Determinations shall be incorporated into applicable Contract Task Orders.  Any labor categories used during contract performance that are covered under the Service Contract Labor Standards or Wage Rate Requirements (Construction), and that are not listed in the applicable wage determination, shall be subject to conformance procedures.

(b)  The minimum rates as set forth in the applicable wage determinations for individual task orders plus the percentage proposed in Attachment JL.6A, Service Contract Labor Standards and Wage Rate Requirements (Construction), establish maximum ceilings for service and construction direct labor rates during the contract period of performance.  The Service and Construction rates used for proposals and billing purposes under individual task orders SHALL REFLECT THE MINIMUM RATES set forth on the applicable wage determination, unless a higher rate is otherwise approved prior to award by the Contracting Officer for use under the respective task order(s).  The higher rate(s) shall not exceed the Service and Construction Wage Determination Rates, plus the applicable wage determination  ceiling percent proposed under Attachment JL.6A (incorporated in the contract), for the particular trade, except as otherwise stated herein.  It is recognized at some sites that the required personnel at the applicable Service and Construction Wage Determination rates plus proposed ceiling percent may not be available at the location where the work is being performed.  If the contractor proposes to use an employee whose salary rate exceeds the ceiling for service or construction labor, the contractor shall provide written justification at time of proposal submission supporting the need to use a higher labor rate on a one time basis or continuous basis, and obtain approval from the Contracting Officer. This decision on the use of a Service Contract or Construction Wage Determination Rate exceeding the ceiling will be made prior to the award of the task order by the Contracting Officer for the task order.  In the event that such approvals are not properly obtained, the Government will only be required to reimburse the Contractor at the minimum rate set forth in the applicable wage determination.

H-6    CEILING INDIRECT RATES AND AWARD FEE CEILING  (ONLY APPLICABLE TO CPAF TASK ORDERS)

The ceiling indirect rates for the base and option years submitted with the proposal as Attachment JL.5 will become a part of the contract. Should actual indirect rates experienced during performance of the contract be lower than those shown in Attachment JL.5, actual rates will be charged in lieu of the maximum rates.  All ceiling provisions will apply to the prime contractor as well as each cost reimbursable subcontractor and the applicable ceiling rates will be included in the contract resulting from this solicitation.

If during the course of this contract, there is a statutory change in the indirect cost elements, i.e., FICA, FUTA, SUTA, etc., the ceiling established herein will be adjusted accordingly.  Additionally, should there be a substantial increase in health insurance expenses not caused by a change in the basic coverage; the Contractor may request that

the established ceiling be modified to accommodate the increase.  This shall apply to both prime contractor and first-tier cost reimbursable subcontractors.  Final decision on whether or not to change the established ceiling in this case shall remain with the Contracting Officer.

If a mandatory increase in Health and Welfare Benefits is imposed by state or local governments for SCA covered employees, the ceiling established for the indirect rate will be adjusted accordingly prior to the exercise of each option period, only if the Contractor's Health and Welfare Benefits are included in its indirect rate pool, in accordance with its disclosed accounting practices.   Additionally, if any Health and Welfare Benefits are increased for any employee as mandated by state or local governments, the ceiling established for the indirect rate will also be adjusted accordingly.

The award fee ceiling rate submitted with the proposal on Attachment JL.5 shall apply to the base and all option years (CONUS and OCONUS).  Proposed award fee rates for individual task orders may be lower but may at no time exceed the ceiling rate established in JL.5.

H-7      PROFESSIONAL FULLY BURDENED LABOR RATES AND ESCALATION CEILINGS (ONLY APPLICABLE TO FFP ORDERS)

The labor categories and fully burdened labor hourly ceiling rates identified in Attachment JL.15 will become a part of the contract. The "Fully Burdened Labor Rates" will be utilized for negotiation of FFP task orders/modifications.

For FFP task orders, the contractor shall not exceed the fully burdened hourly ceiling rates provided in Attachment JL.15, for the respective ordering period, to build its price proposal. These ceiling rates are the maximum allowable rates that can be proposed or charged under firm fixed price task orders during the respective ordering period. These are not bid rates. Labor rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed accounting system practices and, if applicable, forward pricing rate agreements. However, proposed rates shall not exceed the ceiling rates established in the contract under JL.15.

Where it is determined necessary to utilize a specific individual on this contract whose actual labor rate exceeds the established ceiling, the Contractor will be required to obtain prior written approval at the time of proposal submission from the Contract Administrator listed under G-1—Contract Administration Data. The request, with supporting documentation, shall be submitted through the Task Order Ordering/Contracting Officer, for the respective order to the Contract Administrator. In the event that such approval is not properly obtained, the Government will only be required to reimburse the Contractor at the ceiling rate.

Where it is determined that a labor category not listed on JL.15 is required for a task order, the Contractor shall obtain prior written approval at time of proposal submission from the Contract Administrator listed under G1. The request, with supporting documentation, including ceiling rate for requested labor category, shall be submitted through the Task Order Ordering Officer/Contracting Officer to the Contract Administrator. If approval is granted by the Contract Administrator, the labor category will be approved for use on the specific task order. If it is determined that there would be a need to use the labor category under other task orders, the Contract Administrator may incorporate the labor category into the basic contract.

H-8      CEILING INDIRECT RATES AND AWARD FEE CEILING (ONLY APPLICABLE TO FFP TASK ORDERS)

The ceiling indirect rates for the base and option years submitted with the proposal as Attachment JL.16 will become a part of the contract. Should actual indirect rates experienced during performance of the contract be lower than those shown in Attachment JL.16, actual rates will be charged in lieu of the maximum rates. All ceiling provisions will apply to the prime contractor and the applicable ceiling rates will be included in the contract resulting from this solicitation.

If during the course of this contract, there is a statutory change in the indirect cost elements, i.e., FICA, FUTA, SUTA, etc., the ceiling established herein will be adjusted accordingly. Additionally, should there be a substantial increase in health insurance expenses not caused by a change in the basic coverage; the Contractor may request that

the established ceiling be modified to accommodate the increase. This shall apply to both prime contractor and first-tier subcontractors. Final decision on whether or not to change the established ceiling in this case shall remain with the Contracting Officer.

If a mandatory increase in Health and Welfare Benefits is imposed by state or local governments for SCA covered employees, the ceiling established for the indirect rate will be adjusted accordingly prior to the exercise of each option period, only if the Contractor's Health and Welfare Benefits are included in its indirect rate pool, in accordance with its disclosed accounting practices. Additionally, if any Health and Welfare Benefits are increased for any employee as mandated by state or local governments, the ceiling established for the indirect rate will also be adjusted accordingly.

H-97    HOLIDAYS

All or a portion of the effort under this contract will be performed on a Government installation. Listed below are the holidays observed by the Federal Government. The Contractor will not be allowed to work on the Government installation on these days, without approval of the contracting officer.

NAME OF HOLIDAY TIME OF OBSERVANCE

| New Year's Day | 1 January |
|---|---|
| Martin Luther King, Jr. Day | Third Monday in January |
| President's Day | Third Monday in February |
| Memorial Day | Last Monday in May |
| Juneteenth | 19 June |
| Independence Day | 4 July |
| Labor Day First | First Monday in September |
| Columbus Day | Second Monday in October |
| Veteran's Day | 11 November |
| Thanksgiving Day | Fourth Thursday in November |
| Christmas Day | 25 December |

In the event any of the above holidays occur on a Saturday or a Sunday, then such holiday shall be observed by the Contractor in accordance with the practice as observed by the assigned Government employees at the using activity. If the contractor is prevented from performance as the result of an Executive Order or an administrative leave determination applying to the using activity, such time may be charged to the contract as direct cost provided such charges are consistent with the contractor's accounting practices.

H-810    NOTICE OF CONSTRUCTIVE CHANGES

No order, statement or direction of the Contracting Officer, the authorized representative of the Contracting Officer whether or not acting within the limits of his authority, or any other representative of the Government, shall constitute a change under the "Changes" clause of this contract or entitle the Contractor to an equitable adjustment of the contract price or delivery schedule, unless such a change is issued in writing and signed by the Contracting Officer.

No representative of the Contracting Officer shall be authorized to issue a written change order under the "Changes" clause of this contract. The Contractor shall be under no obligation to comply with any orders or directions not issued in writing and signed by the Contracting Officer.  In accordance with FAR 52.243-7, "Notification of Changes", the contractor shall promptly notify the Contracting Officer when it receives any direction it believes to be a change to the originally negotiated scope of the contract task order.

H-911    MINIMUM GUARANTEE

The minimum guarantee for this contract is $25,000 per contract award for the life of the contract. Should the Government fail to place orders totaling the amount of the contract minimum quantity, the provisions of clause FAR 52.249-6 "Termination (Cost- Reimbursement) (MAY 2004) – Alternate I shall apply.

### H-12~~0~~    DFARS 228.102-1 PERFORMANCE AND PAYMENT BONDS FOR CONSTRUCTION CONTRACTS

The requirement for performance and payment bonds is waived for cost-reimbursement contracts. However, for cost-type contracts with fixed-price construction subcontracts over $35,000, the prime contractor is required to obtain from each of its construction subcontractors performance and payment protections in favor of the prime contractor as follows:  (1) For fixed-price construction subcontracts over $35,000, but not exceeding $150,000, payment protection sufficient to pay labor and material costs, using any of the alternatives listed at FAR 28.102-1(b)(1); (2) For fixed-price construction subcontracts over $150,000 - (i) A payment bond sufficient to pay labor and material costs, and (ii) A performance bond in an equal amount.

### H-13~~1~~    GOVERNMENT FURNISHED PROPERTY

The Government may furnish to the contractor or direct the contractor to purchase, for use in connection with this contract, various property to be identified on the individual task orders. Each task order, as applicable, will identify the property, quantity, original or estimated acquisition value, and place of delivery.  In accordance with FAR 52.245-1, Government Property (Jan 2017), Contractors shall establish and implement property management plans, systems, and procedures at the contract, program, site or entity level in order to manage Government property in its possession.

### H-14~~2~~    SECURITY WARNING
The contract, or the performance thereof, may involve access to information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C. Sections 793 and 794. Transmitting or revealing classified contents or classified matter to which access may be had, in any manner to an unauthorized person is prohibited by law.

NOTE: The prospective contractor's attention is particularly invited to FAR clause 52.204 Alt II entitled "Security Requirements."

### H-15~~3~~    DIRECTIVES

Applicable directives, instructions, and regulations are listed in Attachment JL.1.  This list is not all inclusive.

### H-16~~4~~    REQUIRED INSURANCE

Within fifteen (15) days after award of this contract, the Contractor shall furnish the Contracting Officer a Certificate of Insurance as evidence of the existence of the following insurance coverage in amounts not less than the amount specified below in accordance with the FAR 52.228-5, "INSURANCE-WORK ON A GOVERNMENT INSTALLATION (JAN 1997)" clause, Section I. This insurance must be maintained during the entire performance period.

1. Comprehensive General Liability: $500,000 coverage;

2. Automobile Liability: $200,000 per person; $500,000 per occurrence for bodily injury; $20,000 per occurrence for property damage;

3. Workmen's Compensation: As required by Federal and State Workers' compensation and occupational disease statutes;

4. Employer's Liability Coverage: $100,000, except in states where workers' compensation may not be written by private carriers;

5.    Other as required by state law.

Above insurance coverage are to extend to Contractor personnel operating Government owned equipment and vehicles. The Certificate of Insurance shall provide for thirty (30) days written notice to the Contracting Officer by the insurance company prior to cancellation or material change in policy coverage. Other requirements and information are contained in the aforementioned "Insurance" clause.

H-17~~5~~    RELEASE OF INFORMATION

(a)    The Contractor shall not make public release of any information relating to all or any part of this contract without prior approval of the Contracting Officer.

(b)    For the purpose of this clause, "information" includes but is not limited to news releases, articles, manuscripts, brochures, advertisements, still and motion pictures, speeches, trade association meetings, symposia, published professional papers, internet web pages, etc.

(c)    Two copies of any information proposed to be released must be submitted to the Contracting Officer for security and policy review and clearance 45 days prior to release.
Information copies will be sent to the Contracting Officer, Contract COR, Contract Task Order COR, and Public Affairs Office, as applicable.

(d)    Nothing in the foregoing shall affect compliance with the requirements of the clause of this contract entitled "Security Requirements."

(e)    The Contractor further agrees to include this clause in any subcontracts awarded as a result of this contract.

H-18~~6~~    FABRICATION OR ACQUISITION OF NONEXPENDABLE PROPERTY

The Contractor shall not fabricate nor acquire under this contract, either directly or indirectly through a subcontract, any item of nonexpendable property without written approval from the Contracting Officer.  The equipment is subject to the provisions of FAR 52.245-1, "Government Property (JAN 2017)," incorporated by reference in Section I.

H-19~~7~~    SPECIAL PATENT REPORTING REQUIREMENTS

In order to avoid, mitigate or neutralize an actual or potential conflict of interest, the Contractor shall notify the Contracting Officer, in writing, of the intent to use corporate patents or other proprietary technologies unique to the Contractor for use in remedial design and/or remedial action within ten (10) calendar days of the issuance of the Contract Task Order or before work commences.

H-20~~18~~       NOTICE OF NON-ALLOWABILITY OF DIRECT CHARGES FOR INCENTIVE COMPENSATION OR AWARDS

Incentive compensation or awards, such as for safety, shall not be considered as an allowable direct charge to this contract.

H-21~~19~~  SECTIONS INCORPORATED BY REFERENCE

Sections K and Attachment JL.4 (REV 1) are not physically included in contract award in accordance with FAR 15.204-1 as a means of reducing paperwork. Copies of sections K and Attachment JL.4  (REV 1) will be retained in the contract file.
All representations made by the contractor in its offer are binding until completion of this contract.
The following attachments are to be incorporated into the contract:
    1.   JL.2  Direct Labor Hourly Ceiling Rates
    2.   JL.5  Indirect Ceiling Rate and Award Fee

H-2022  SECURITY REQUIREMENTS

Individual task orders may require a Facilities Security Clearance and/or personnel with appropriate security clearances.  In such instances, the requirements will be identified in the task order request for proposal.

H-2123  PROJECT LABOR AGREEMENTS

If a project is deemed suitable for a project labor agreement, the Government may include the provision 52.222-33, Notice of Requirement for Project Labor Agreement and the clause 52.222-34, Project Labor agreement in a request for task order proposal.

H-2224  ORGANIZATIONAL CONFLICTS OF INTERESTS

The restrictions described herein shall apply to the Contractor and its affiliates, consultants and subcontracts under this contract. If the Contractor under this contract prepares or assists in preparing a statement of work, specifications and plans, the Contractor and its affiliates shall be ineligible to bid or participate, in any capacity, in any contractual effort which is based on such statement of work or specifications and plans as a prime contractor, subcontractor, consultant or in any similar capacity. The Contractor shall not incorporate its products or services in such statement of work or specification unless so directed in writing by the Contracting Officer, in which case the restriction shall not apply. This contract shall include this in its subcontractor's or consultants' agreements concerning the performance of this contract. Contractors shall be familiar with  FAR part 9.5, Organizational and Consultant Conflicts of Interest.

H-23 25 NOTICE OF BONDING REQUIREMENTS

1. The requirement for Performance Bonds (Standard Form 25) and Payment Bonds (Standard Form 25A) shall be determined on a task order basis as applicable.
2. Any surety company holding a certificate of authority from the Secretary of Treasury as an acceptable Surety on Federal bonds will be accepted. Individual sureties will be permitted as prescribed in FAR 28.203. Alternative types of security in lieu of furnishing sureties on performance and/or payment bonds will be permitted as prescribed in FAR 28.204, and will be held for at least one year after the completion of the contract. Additional bond security may be required as prescribed in FAR 52.228-2. Bonds shall be accompanied by a document authenticating the agent's authority to sign bonds for the surety company.
3. The contract time shall be designated on individual task orders as applicable for purposes of fixing the completion date, default and liquidated damages, regardless of when performance and payment bonds of surety are executed.

SECTION I - CONTRACT CLAUSES

The following have been added by reference:

| 52.204-27 | Prohibition on a ByteDance Covered Application | JUN 2023 |
| 252.225-7058 | Postaward Disclosure of Employment of Individuals Who Work in the People's Republic of China | JAN 2023 |
| 252.225-7060 | Prohibition on Certain Procurements from the Xinjiang Uyghur Autonomous Region | JUN 2023 |

SECTION J - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS


The following have been modified:
  LIST OF ATTACHMENTS
Attachment JL.1, List of Directives

Attachment JL.2, Cost Reimbursable Direct Labor Hourly Ceiling Rates

Attachment JL.2A, Cost Reimbursable Direct Labor Hourly Ceiling Rates Build-Up Form  (Tab Within Attachment JL.2)

Attachment JL.3, Identification of Uncompensated Overtime Ratios

Attachment JL.4, Proposed Distribution of Work (REV 1)

Attachment JL.5, Indirect Ceiling Rate and Award Fee Application Form

Attachment JL.5A, Indirect Ceiling Rates Build Up Form

Attachment JL.6, Proposed Historical and Year–To-Date Indirect Rates (REV 1)

Attachment JL.6A, Service Contract Labor Standards and Wage Rate Requirements (Construction) Ceiling Labor Rates

Attachment JL.7, Cost Model for CONUS and OCONUS locations for Base and Option Years

Attachment JL.7A, Summary Cost Model for Multiple Offerors (Tab Inside Attachment Within JL.7)

Attachment JL. 8, Construction Experience Project Data Sheet (REV 3)

Attachment JL.9, Historical Small Business Utilization (REV 1)

Attachment JL.10, Small Business Participation and Commitment Document (REV 1)

Attachment JL.11, Small Business Subcontracting Plan

Attachment JL.12, Award Fee Plan

Attachment JL.13, Past Performance Questionnaire

Attachment JL.14, Price Model

Attachment JL.15, FFP Fully Burdened Ceiling Rates

Attachment JL.16, FFP Indirect Ceiling Rates


SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

The following have been added by reference:

| 252.225-7057 | Preaward Disclosure of Employment of Individuals Who Work in the People's Republic of China | AUG 2022 |
| 252.225-7059 | Prohibition on Certain Procurements from the Xinjiang Uyghur Autonomous Region - Representation | JUN 2023 |

SECTION L - INSTRUCTIONS, CONDITIONS AND NOTICES TO BIDDERS

The following have been added by full text:

52.215-1    INSTRUCTIONS TO OFFERORS--COMPETITIVE ACQUISITION (NOV 2021)—ALTERNATE I (OCT 1997)

(a) Definitions. As used in this provision--

"Discussions" are negotiations that occur after establishment of the competitive range that may, at the Contracting Officer's discretion, result in the offeror being allowed to revise its proposal.

In writing, writing, or written" means any worded or numbered expression that can be read, reproduced, and later communicated, and includes electronically transmitted and stored information.

"Proposal modification" is a change made to a proposal before the solicitation's closing date and time, or made in response to an amendment, or made to correct a mistake at any time before award.

"Proposal revision" is a change to a proposal made after the solicitation closing date, at the request of or as allowed by a Contracting Officer as the result of negotiations.

"Time", if stated as a number of days, is calculated using calendar days, unless otherwise specified, and will include Saturdays, Sundays, and legal holidays. However, if the last day falls on a Saturday, Sunday, or legal holiday, then the period shall include the next working day.

(b) Amendments to solicitations. If this solicitation is amended, all terms and conditions that are not amended remain unchanged. Offerors shall acknowledge receipt of any amendment to this solicitation by the date and time specified in the amendment(s).

(c) Submission, modification, revision, and withdrawal of proposals. (1) Unless other methods (e.g., electronic commerce or facsimile) are permitted in the solicitation, proposals and modifications to proposals shall be submitted in paper media in sealed envelopes or packages (i) addressed to the office specified in the solicitation, and (ii) showing the time and date specified for receipt, the solicitation number, and the name and address of the offeror. Offerors using commercial carriers should ensure that the proposal is marked on the outermost wrapper with the information in paragraphs (c)(1)(i) and (c)(1)(ii) of this provision.

(2) The first page of the proposal must show--

(i) The solicitation number;

(ii) The name, address, and telephone and facsimile numbers of the offeror (and electronic address if available);

(iii) A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the price set opposite each item;

(iv) Names, titles, and telephone and facsimile numbers (and electronic addresses if available) of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation; and

(v) Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(3) Submission, modification, revision, and withdrawal of proposals. (i) Offerors are responsible for submitting proposals, and any modifications or revisions, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that proposal or revision is due.

(ii)(A) Any proposal, modification, or revision received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

(1) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of proposals; or

(2) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(3) It is the only proposal received.

(B) However, a late modification of an otherwise successful proposal that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(iii) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the proposal wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(iv) If an emergency or unanticipated event interrupts normal Government processes so that proposals cannot be received at the office designated for receipt of proposals by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation, the time specified for receipt of proposals will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(v) Proposals may be withdrawn by written notice received at any time before award. Oral proposals in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile proposals, proposals may be withdrawn via facsimile received at any time before award, subject to the conditions specified in the provision at 52.215-5, Facsimile Proposals. Proposals may be withdrawn in person by an offeror or an authorized representative, if the identity of the person requesting withdrawal is established and the person signs a receipt for the proposal before award.

(4) Unless otherwise specified in the solicitation, the offeror may propose to provide any item or combination of items.

(5) Offerors shall submit proposals in response to this solicitation in English, unless otherwise permitted by the solicitation, and in U.S. dollars, unless the provision at FAR 52.225-17, Evaluation of Foreign Currency Offers, is included in the solicitation.

(6) Offerors may submit modifications to their proposals at any time before the solicitation closing date and time, and may submit modifications in response to an amendment, or to correct a mistake at any time before award.

(7) Offerors may submit revised proposals only if requested or allowed by the Contracting Officer.

(8) Proposals may be withdrawn at any time before award.  Withdrawals are effective upon receipt of notice by the Contracting Officer.

(d) Offer expiration date. Proposals in response to this solicitation will be valid for the number of days specified on the solicitation cover sheet (unless a different period is proposed by the offeror).

(e) Restriction on disclosure and use of data. Offerors that include in their proposals data that they do not want disclosed to the public for any purpose, or used by the Government except for evaluation purposes, shall--

(1) Mark the title page with the following legend: This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed--in whole or in part--for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of--or in connection with-- the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets [insert numbers or other identification of sheets]; and

(2) Mark each sheet of data it wishes to restrict with the following legend: Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.

(f)  Contract award.

(1) The Government intends to award a contract or contracts resulting from this solicitation to the responsible offeror(s) whose proposal(s) represents the best value after evaluation in accordance with the factors and subfactors in the solicitation.

(2) The Government may reject any or all proposals if such action is in the Government's interest.

(3) The Government may waive informalities and minor irregularities in proposals received.

(4)  The Government intends to evaluate proposals and award a contract after conducting discussions with offerors whose proposals have been determined to be within the competitive range. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals. Therefore, the offeror's initial proposal should contain the offeror's best terms from a price and technical standpoint.

(5) The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the proposal.

(6) The Government reserves the right to make multiple awards if, after considering the additional administrative costs, it is in the Government's best interest to do so.

(7) Exchanges with offerors after receipt of a proposal do not constitute a rejection or counteroffer by the Government.

(8) The Government may determine that a proposal is unacceptable if the prices proposed are materially unbalanced between line items or subline items. Unbalanced pricing exists when, despite an acceptable total evaluated price, the

price of one or more line items is significantly overstated or understated as indicated by the application of cost or price analysis techniques. A proposal may be rejected if the Contracting Officer determines that the lack of balance poses an unacceptable risk to the Government.

(9) If a cost realism analysis is performed, cost realism may be considered by the source selection authority in evaluating performance or schedule risk.

(10) A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time specified in the proposal shall result in a binding contract without further action by either party.

(11) If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(i) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.

(ii) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.

(iii) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.

(iv) A summary of the rationale for award.

(v) For acquisitions of commercial products, the make and model of the product to be delivered by the successful offeror.

(vi) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

(End of provision)

The following have been modified:
    INSTRUCTIONS TO OFFERORS
**L-1 DETERMINATION OF RESPONSIBILITY**

In accordance with Federal Acquisition Regulation (FAR) Part 9.1, the Contracting Officer shall award contracts only to responsible vendors. No purchase or award shall be made unless the contracting officer makes an affirmative determination of responsibility.

To be determined responsible, a prospective contractor must have adequate financial resources to perform the contract, or the ability to obtain them. The contracting officer shall require acceptable evidence of the prospective contractor's current sound financial status, as well as the ability to obtain required resources if the need arises. In regard to resources, the contractor must be prepared to present acceptable evidence of subcontracts, commitments or explicit arrangement that will be in existence at the time of contract award, to rent, purchase, or otherwise acquire the needed facilities, equipment, services, materials, other resources, or personnel.

Pursuant to FAR 9.104-4, the Contracting Officer reserves the right to request adequate evidence of responsibility on the part of any prospective subcontractor(s).

Prior to award, the Contracting Officer will review the information submitted in accordance with Appendix E under the Cost Proposal Submittal hereto for purpose of determining responsibility.

The Contracting Officer reserves the right to request additional information if needed.

**L-2 INSTRUCTIONS FOR SUBMITTING QUESTIONS REGARDING THE SOLICITATION**

All inquiries concerning the attached RFP must be received electronically at least ~~fifteen (15) days~~a week (seven (7) days) in advance of the closing date in order to permit adequate time to reply to the inquiry. You may email your questions to:
amber.l.forehand-hughes.civ@us.navy.mil  and ~~-~~linda.c.stein.civ@us.navy.mil.

**L-3 PROPOSAL SUBMISSION INSTRUCTIONS**

1. Time and Date for Receipt of Proposals

   A. Technical and cost/price proposals shall be submitted no later than the date and time provided in Block 9 of the Standard Form 33 "Solicitation, Offer, and Award." Proposals not received on or before the hour and date set forth will be handled in accordance with FAR provision 52.215-1 "Instructions to Offerors – Competitive Acquisition."

      B. Proposals shall be submitted to the following address:
         Naval Facilities Engineering Systems Command, Atlantic
         Mailroom, Attention: Amber Forehand-Hughes, Code ~~ACQ35~~ CON35
         6506 Hampton Blvd Norfolk, VA 23508-1278

Proposals will be submitted in sealed envelopes/boxes marked in the bottom right corner "N62470-20-R-5003 DO NOT OPEN IN MAILROOM."

NOTE: PLEASE BE MINDFUL OF DELIVERY TIMES AND PLAN ACCORDINGLY.  PROPOSALS **NOT RECEIVED OR RECEIVED AND NOT DATE STAMPED** AT THE ABOVE ADDRESS ON OR BEFORE THE HOUR AND DATE SET FORTH FOR RECEIPT OF PROPOSALS IN BLOCK 9 OF THE SF33 SHALL BE SUBJECT TO THE PROVISIONS OF FAR 52.215-1(C), "SUBMISSION, MODIFICATION, REVISION AND WITHDRAWAL OF PROPOSALS."

**L-4.  GENERAL INFORMATION**

Below hereto is a description of the elements of the proposal, including specific instructions for its organization. When evaluating your capability, the Government will consider how well you complied with these instructions.  If you (1) fail or refuse to assent to any of the terms and conditions of this RFP; (2) propose additional terms or conditions; and/or (3) propose assumptions that take material exception to the requirements of the solicitation, the Government may consider your offer to be unacceptable and your offer may be rejected without further consideration.

Each volume of the proposal shall be submitted in accordance with this Provision.   Proposals are to be neat, legible and orderly. Content is more important than quantity. Pages shall be numbered in accordance with the numbering conventions outlined in the solicitation. A concise and comprehensive proposal is desired. Organization, clarity, accuracy of information, relevance, and completeness are of prime importance. Statements such as "will comply" or "noted and understood" without supporting narrative to define compliance are not acceptable. Cursory responses or responses which merely reiterate or reformulate solicitation language will not be considered as satisfying the requirements of the RFP or as demonstrating the ability to perform. Elaborate brochures or other presentations beyond that sufficient to present a complete and effective proposal are not desired. Elaborate artwork and expensive visual or other presentation aids are not necessary.

The Non-Cost (Technical Factors and Past Performance) and Cost/Price Proposals shall be submitted in separate binders, tabbed appropriately, and must include a cover page with the name of the prime contractor(s), ~~DUNs~~ Unique Entity ID number(s), addresses, phone number, email addresses, solicitation number and point of contact.

Should there be a discrepancy between paper and electronic information provided, the paper copies shall govern. Offerors are requested to number the pages consecutively for each factor.

**Joint Venture and Team Arrangements** - FAR Subpart 9.6 defines contractor team arrangements. Contractor team arrangements mean (1) two or more companies form a partnership or joint venture to act as a potential prime contractor or (2) a potential prime contractor agrees with one or more other companies to have them act as its subcontractor under a specified Government contract or acquisition program.

**Offerors may not submit more than one offer as a prime contractor. Failure to comply with this limitation may result in disqualification of the offeror from contract award.**

All offerors proposing team members (including a joint venture or subcontractor), or relying on resources of a parent company/subsidiary/affiliate/other entity shall submit the following information in the front of the **non-cost and cost/price proposals:**

1. Provide a listing of the team members' corporate name (no abbreviations), address, point of contact, phone number, email address, ~~DUNS~~ Unique Entity ID Number, and Cage Code.

2. Submit a copy of the joint venture agreement, other teaming agreement, or binding letter of commitment from each team member. All joint ventures, teaming agreements, and letters of commitment shall: (1) clearly identify the expected relationship, role and responsibility between the firms or of the subcontractor or other entity (type and proportion of work to be performed); and (2) shall be signed by the appropriate individual(s) of each firm/entity. Copies of joint venture agreements, teaming agreements, and letters of commitment shall not be applied against the overall 175 page limit. Joint Venture Agreements and letters of commitment should be provided in both the technical and cost/price proposal.

Contractors must submit required information for technical and cost proposals as follows:

> **Volume I: Non-cost (Technical Factors and Past Performance):** Submit one (1) original, six (6) copies in 8-1/2 x 11 format, font size 11-12. Tables and charts can be in landscape format, font size 10. Proposals will be submitted in three ring binders and tabbed appropriately by major evaluation factor. Double-sided pages are encouraged to conserve paper. In addition, submit a complete copy of the non-cost proposal on CD (bookmark all sections the same as the tabs in paper copies). The document should be submitted as both an Adobe Acrobat file (.pdf) and as a Microsoft Word file. (Note: Cover page, letters of commitment, JV agreements, and past performance questionnaires may be submitted in Adobe only). Additionally, it is acceptable to have multiple Microsoft Word files that are organized on the CD by subfolders instead of submitting one Microsoft Word file.) Proposal submission is limited to 175 pages. Note that letters of commitment, Joint Venture/teaming/partnership agreements, CPARS evaluations, past performance questionnaires, Attachments JL.9 (REV 1), JL10 (REV 1), and JL.11 are not applied against the overall page limit. Further, tabs, introductory sheets (e.g. Table of Contents, List of Figures, List of Acronyms), a one-page coversheet to identify the contractor and the proposal, and the listings of team member's corporate names and point of contact information are not applied against the overall page limit. There is no page limitation for the introductory sheets. All information provided on the introductory sheets is not evaluated. Offerors are requested to number the pages consecutively for each factor. Within the tabs for the factors, only the pages that are applied to the overall page limit should contain consecutive page numbers. If a form that is provided as a JL attachment in this solicitation is a form that is applied to the overall page number limit, a page number should be added to the form. **Any pages in excess of the maximum limits stated herein shall be removed and not evaluated.**

> Non-Cost /Technical proposals shall not encompass any elements of cost and shall be organized in the general format as follows:

> - Cover page
> - Listing of team member corporate names and point of contact information
>   - Team member corporate name (no abbreviations)

- Address
- Point of Contact
- Phone number
- ~~DUNS~~ Unique Entity ID number
- CAGE Code
- Introductory Sheets (e.g. Table of Contents, List of Figures, List of Acronyms)
- Copies of letters of commitment from the team members
- Copies of joint venture agreements, or other teaming arrangement agreements
- Factor 1 – Corporate Experience
- Factor 2 – Safety
- Factor 3: Small Business Utilization and Participation
    - Historical Small Business Utilization (required for both Large and Small Business Offerors)
    - Small Business Participation Commitment Document (required for both Large and Small Business Offerors)
    - Small Business Subcontracting Plan (required for Large Business Offerors)
- Factor 4: Past Performance
    - Past Performance Questionnaires

## VOLUME I: NON-COST PROPOSAL

## NON-COST EVALUATION FACTORS

(a) Non-cost/price Factors:

(1) **Factor 1, Corporate Experience :**

(i) **Solicitation Submittal Requirements:**

Offerors (Prime/JVs) shall provide the following:

...   A maximum of five (5) projects similar in size, scope and complexity to the work anticipated under this contract and **completed** within the past ten (10) years of the date of issuance of this RFP. Each project must be valued at $10 million or more.

...   A maximum of three (3) projects, similar in scope and complexity to the work anticipated under this contract and **completed, or substantially completed** within the past five (5) years of the date of issuance of this RFP. Substantially completed means that the majority of the substantive work (approximately 75% or more) is completed.

The project descriptions should explain the relevance of each project, including the extent to which the project demonstrates experience in planning, team-forming, managing, coordinating, and executing construction emergency/contingency recovery work requiring rapid mobilization and/or new construction, renovations, and repairs in a wide array of geographical locations world-wide (continental United States, overseas, and remote locations); federal cost contracting experience; and incidental services experience. Incidental services are those in support of the construction effort that may be required to provide initial Base Operating Support (BOS) Services, i.e., set up of base operating office/camp to provide services for military and contractor staff as necessary at a disaster or remote location.

At least one project must be performed at a location other than the United States or its territories.

A project is defined as work performed under a single task order or standalone contract. For multiple award and indefinite delivery/indefinite quantity type contracts, the contract as a whole should not be submitted as a project; rather, Offerors should submit work performed under a task order as a project.

The attached Construction Experience Project Data Sheet (Attachment JL.8 (REV 3)) is MANDATORY and SHALL be used to submit project information. This form is set at 10 pt font and the font size shall not be altered by

the Offeror.   Except as specifically requested, the Government will not consider information submitted in addition to this form.   Individual blocks on this form may be expanded; however, total length for each project data sheet shall not exceed five (5) pages (either five (5) single sided pages or two (2) double sided pages and a single page).  All pages addressing Attachment JL.8 (REV 3) are included in the overall 175 page limitation.

For all submitted projects, the description of the project shall clearly describe the scope of work performed and the relevancy to the project requirements of this RFP.

If the Offeror is a Joint Venture (JV), at least one of the relevant projects should be submitted for the JV entity.  If the JV does not have shared relevant experience, at least one project shall be submitted for each JV partner. Offerors who fail to submit a relevant project for either the JV as an entity or for each of the JV partners will be found unacceptable.  If a project was performed by a JV, and not all partners from that JV are on the JV proposed for this contract, the offeror shall clearly demonstrate what portion of the work was performed by the JV partner offering on this contract and shall not include work performed by the JV as a whole.  If the offeror does not specifically address what portion of the work under the submitted project was performed by the JV member offering on this contract, the project will not be evaluated.

If an Offeror is utilizing experience information of affiliates/subsidiaries/parent/LLC/LTD member companies (name is not exactly as stated on the SF33), the proposal shall clearly demonstrate that the affiliate/subsidiary/parent firm will have meaningful involvement in the performance of the contract.

A key subcontractor is defined as a subcontractor that performed major and/or critical aspects of work submitted as a project under this factor. The Offeror may utilize experience of a key subcontractor to demonstrate construction experience under this evaluation factor.  The Offer must provide a signed letter of commitment and an explanation of the meaningful involvement that the subcontractor will have in performance of this contract.

   (2) **Factor 2:  Safety**

      **(i)  Solicitation Submittal Requirements:**

The Offeror shall submit the following information: (For a partnership or joint venture, the following submittal requirements are required for each contractor who is part of the partnership or joint venture; however, only one safety narrative is required.  EMR, DART and TRC Rates shall not be submitted for subcontractors.)

   (1) Experience Modification Rate (EMR):  Include five previous complete calendar years' worth of data (2019, 2018, 2017, 2016 and 2015).  This rate compares company's annual losses in insurance claims against its policy premiums.  The offeror may submit an insurance company-provided equivalent rate if no EMR exists. If the offeror has no EMR or premium, for any year, affirmatively state so and explain why.  Any extenuating circumstances that affect the EMR and negative trends should be addressed as part of the factor submission.

   (2) OSHA Days Away from Work, Restricted Duty, or Job Transfer (DART) Rate:  For the five previous complete calendar years, the offeror will submit their OSHA DART, as defined by the U.S. Department of Labor, Occupational Safety and Health Administration (2019, 2018, 2017, 2016 and 2015). If unable to submit OSHA DART rates, affirmatively state so, and an explanation must be provided.  Any extenuating circumstances that affected the OSHA DART rate data and negative trends should be addressed as part of this element. The board will evaluate the OSHA DART rates to determine if the Offeror has demonstrated a history of safe work practices taking into account any upward trends and extenuating circumstances that impact rates.

   (3) OSHA Total Recordable Case (TRC) Rate: For the five previous complete calendar years, the offeror will submit their OSHA TRC, as defined by the U.S. Department of Labor, Occupational Safety and Health Administration (2019, 2018, 2017, 2016 and 2015).  If unable to submit OSHA TRC rates, affirmatively state so, and an explanation must be provided.  Any extenuating circumstances that affected the OSHA TRC rate data and negative trends should be addressed as part of this element. The board will evaluate the

OSHA TRC rates to determine if the Offeror has demonstrated a history of safe work practices taking into account any upward trends and extenuating circumstances that impact rates.

(4)  Technical Approach for Safety:  Describe the plan for safety that will be implemented to evaluate safety performance of potential subcontractors as part of the selection process for all levels of subcontractors. The offeror shall submit a narrative that fully describes the safety management system that they will use to oversee the safety compliance and performance of self-performed and subcontractor performed work. The offeror will describe any innovative methods that will be employed to ensure and monitor safe work practices at self-performed and/or all subcontractor levels.  Additionally, the contactor will describe their methodology to execute an effective program that facilitates sound mishap prevention techniques and processes, employee reporting of unsafe conditions, unsafe activities, and near-miss mishaps. The technical approach to safety narrative shall be limited to two double-sided pages.

**(3) <u>Factor 3, Small Business Utilization and Participation</u>**

It is the policy of the Government to provide maximum practicable opportunities in its acquisitions to Small Business (SB) concerns, including Historically Underutilized Business Zone Small Business (HUBZone SB), Woman-Owned Small Business (WOSB), Small Disadvantaged Business (SDB), Veteran-Owned Small Business (VOSB), Service-Disabled Veteran-Owned Small Business (SDVOSB), and other small business concerns. Further, it is the policy of the Government that such concerns will have the maximum practicable opportunity to participate in contract performance consistent with its efficient performance.

**(i)    (i)  Solicitation Submittal Requirements:**

1.  **All** Offerors (both Other than Small Businesses (OTSB) **AND** SBs shall use Attachment JL.9 (REV 1) (Historical Small Business Utilization) to demonstrate their historical utilization of SBs.  Attachment JL.9 (REV 1) shall be provided for each project submitted under Factor 1, Corporate Experience. Failure to submit Attachment 9 (REV 1) for each project submitted under Factor 1, Corporate Experience, or the failure to fully complete Attachment JL.9 (REV 1) may result in a deficiency.

2.  **All** Offerors (both OTSBs and SBs) shall use Attachment JL.10 (REV 1) (Small Business Participation Commitment Document (SPCD)) to submit the following required information for evaluation of this factor:

...  To demonstrate commitment to use small business concerns in the performance of this contract, identify all planned subcontractors by name that will be used to support each specific small business category (i.e., SB, HUBZone SB, WOSB, SDB, VOSB, and SDVOSB).  Identify the type and complexity of product/service to be subcontracted, the estimated subcontract value, and the type of commitment (i.e., teaming agreement, letter of commitment, etc.) with each subcontractor.

...  To demonstrate maximum practicable participation of small businesses, identify (in terms of dollar value and percentage of the total contract value) the Offeror's proposed small business participation. The minimum required small business participation (i.e. work to be performed by small business as the prime contractor and/or work to be performed by small business subcontractors) is **20%**.  All Offerors who are not able to meet the minimum total small business participation requirement of **20%** (of the total contract value) shall provide a detailed explanation why the minimum total small business participation requirement cannot be achieved.

Large business Offerors may achieve the minimum total small business participation requirement through subcontracting to small businesses.

Small business Offerors may achieve the minimum total small business participation requirement through their own performance/participation as a prime and also through a joint venture, teaming arrangement, and/or subcontracting with other small business concerns.

Offerors are encouraged to exceed this percentage and seek meaningful levels of participation in each of the small business categories (i.e., SB, HUBZone SB, WOSB, SDB, VOSB, and SDVOSB) consistent with efficient contract performance. Offerors are required to provide a detailed explanation for the methods used to develop the small business participation requirements.

Offerors simply proposing a **20%** total small business participation requirement without describing the methods used may be rated lower.

If the Offeror does not intend to subcontract, provide a detailed explanation why subcontracting would not result in efficient contract performance.

**SMALL BUSINESS SUBCONTRACTING PLAN (April 2020)**

In accordance with FAR 19.7, all other than small businesses shall submit a Small Business Subcontracting Plan (SBSP) utilizing the template provided as Attachment JL.11. Acceptability of the SBSP will be considered a responsibility matter. The SBSP will not be evaluated or rated by the SSEB, but reviewed by a Small Business Professional/Authorized Representative and the Contracting Officer for acceptability. The SBSP shall be negotiated and/or accepted within the time specified by the Contracting Officer. Failure to negotiate an acceptable subcontracting plan within the time limit prescribed by the Contracting Officer will render the offeror ineligible for award of the contract. The SBSP will be incorporated into the resulting contract.

NAVFAC's command-wide small business subcontracting targets are shown below. These may be higher or lower than percentages that would represent realistic, challenging, small business subcontracting goals for this acquisition consistent with efficient and effective performance of the contract. These targets are based on a percentage of total planned subcontract dollars.

| | |
|---|---|
| Small Business (SB) | 40% |
| Small Disadvantaged Business (SDB) | 5% |
| HUBZone SB | 3% |
| Woman-Owned Small Business     (WOSB) | 9% |
| Veteran-Owned Small Business (VOSB) | 3% |
| Service-Disabled Veteran-Owned Small Business (SDVOSB) | 3% |

The SBSP shall be consistent with the commitments offered in the Small Business Participation Commitment Document (Attachment JL.10 (REV 1)). In accordance with DFARS 215.304(c)(i), when an evaluation assesses the extent that small businesses are specifically identified in proposals, those small businesses considered in the evaluation shall be listed in the SBSP.

Please note that SBSP goals and the participation requirements provided in the Small Business Participation Commitment Document (SBPCD) WILL NOT be the same. The participation requirements within the SBPCD are provided as percentages of the total contract value; subcontract plan goals are provided as a percentage of planned subcontracting dollars. While the percentages will differ, the types of products/services identified in the SBSP, should be the same as those products/services identified in the SBPCD. Likewise, the planned small business subcontract dollars in the SBSP will be equal to (or in some cases greater than) the extent of small business participation identified in the SBPCD.

    **(4)  Past Performance:**

        **(i)  Solicitation Submittal Requirements:**

The Government will evaluate the Offerors' and proposed team members' past performance on the work experience identified in Factor 1 (Corporate Experience). IF A COMPLETED CONSTUCTION CONTRACTOR APPRAISAL SUPPORT SYSTEM (CCASS) EVALUATION OR CONTRACTOR PERFROMANCE ASSESSMENT REPORTING SYSTEM (CPARS) EVALUATION IS AVAILABLE, IT SHALL BE SUBMITTED WITH THE PROPOSAL. IF THERE IS NOT A COMPLETED CCASS OR CPARS EVALUATION, the Past Performance

Questionnaire (PPQ) included in the solicitation is provided for the offeror or its team members to submit to the client for each project the offeror includes in its proposal for Factor 1, Corporate Experience. AN OFFEROR SHALL NOT SUBMIT A PPQ WHEN A COMPLETED CCASS OR CPARS IS AVAILABLE.

The blank Past Performance Questionnaire (PPQ) included in the solicitation (Attachment JL.13) is provided for the offeror to submit for each project the offeror includes in its proposal for Factor 1, Corporate Experience, up to a total of five (5) questionnaires for which no CCASS or CPARS is available.  Ensure correct phone numbers and email addresses are provided for the client point of contact.  Offerors should provide completed PPQs with their proposal.  If the offeror is unable to obtain a completed PPQ from a client for a project(s) before proposal closing date, the offeror should complete and submit with the proposal the first page of the PPQ (Attachment JL.13), which will provide contract and client information for the respective project(s).  Offerors should follow-up with clients/references to ensure timely submittal of questionnaires.  If the client requests, questionnaires may be submitted directly to the two Government's point of contact, Linda Stein, via email at linda.stein@navy.millinda.c.stein.civ@us.navy.mil, and Amber Forehand-Hughes, via email at amber.forehand@navy.milamber.l.forehand-hughes.civ@us.navy.mil, prior to the proposal closing date.  Offerors shall not incorporate by reference into their proposal PPQs or CCASS/CPARS previously submitted for other RFPs.  However, this does not preclude the Government from utilizing previously submitted PPQ information in the past performance evaluation.  The Government may make reasonable attempts to contact the client noted for that project(s) to obtain the PPQ information requested.  However, offerors should follow-up with clients/references to help ensure timely submittal of questionnaires.

Offerors should provide an explanation of any past performance problems that may have developed on these projects and corrective action taken.  The offerors can submit their explanations of any past performance problems that may have developed on the projects submitted under Factor 1 in a narrative.  The narrative will be page counted and should be submitted after the past performance questionnaire.

Also include performance recognition documents received within the last ten (10) years such as awards, award fee determinations, customer letters of commendation, and any other forms of performance recognition for Factor 1, Corporate Experience projects only. For performance recognition documents to be considered under this factor they are required to be dated and contain the signature and position of the individual signing.  Further, performance recognition documents solicited especially for the purposes of this factor may be considered less favorably than documents contemporaneously received for the work performed.

In addition to the above, the Government may review any other sources of information for evaluating past performance.  Other sources may include, but are not limited to, past performance information retrieved through the Past Performance Information Retrieval System (PPIRS) using all CAGE/Unique Entity ID DUNS numbers of team members (partnership, joint venture, teaming arrangement, or parent company/subsidiary/affiliate) identified in the offeror's proposal, inquiries of owner representative(s), Federal Awardee Performance and Integrity Information System (FAPIIS), Electronic Subcontract Reporting System (eSRS), and any other known sources not provided by the offeror.

**While the Government may elect to consider data from other sources, the burden of providing detailed, current, accurate, and complete past performance information rests with the offeror.**

**Volume II COST/PRICE PROPOSAL:**

**Organization of Volume II – Cost/Price Proposal**

      **Solicitation Submittal Requirements:**

      Submit a copy of your cost/price proposal and any additional proposal updates in red text electronically to Amber Forehand-Hughes, amber.l.forehand-hughes.civ@us.navy.mil and Linda Stein, linda.c.stein.civ@us.navy.mil.  one original and one (1) copy of the cost proposal in a three ring binder, tabbed appropriately.  In addition, submit two (2) complete copies of the cost proposal on CD. Offerors should submit only one original hard copy of the Pre-Award Survey.  Spreadsheets should be in Microsoft

Excel.  Electronic documents should be fully compatible with Microsoft Office 2010 and fully editable to allow Government evaluators to make cost analysis adjustments.  Do not submit Adobe Acrobat files except for the cover page, SF30, SF33, JV/Mentor Protégé Agreements, representations and certifications, copies of audits/indirect rate agreements and financial statements.  Adobe Acrobat files are acceptable for Section III, Appendices.  **There is no page limit for Volume II.**

**Please submit an updated Preaward Survey, in its entirety, via hard copy via:**
**NAVFAC ATLANTIC, CON35**
**ATTN: Amber Forehand-Hughes / Linda Stein**
**6506 Hampton Blvd.**
**Norfolk, VA 23508**

All cost and pricing information shall be furnished in Volume II –– Cost/Price Proposal: The Government will not be responsible for cost/price or pricing information provided in the Non-Cost Proposal but not included in the cost proposal. "Data Other than Certified Cost or Pricing Data" shall be submitted by the Offeror to support cost realism, price reasonableness, and the completeness of the proposal. All "Data Other than Certified Cost or Pricing Data" submitted pursuant to this section is for the exclusive use of the Government.

Volume II should include a cover page that contains the following information:

> Listing of team member corporate names and POC information:
> Team member corporate name (no abbreviations)
> Address
> POC
> Phone
> DUNS Unique Entity ID Number
> CAGE Code

The content and format for submitting cost data shall be in accordance with general format outlined above and as stated below:

**SECTION I - STANDARD FORM 33**

**Tab 1** - Signed and completed SF33 (solicitation, offer, and award) and SF30's (if issued). Indicate period of validity of the offeror's proposal in block 12 (at least **240 days**) and the following information:

a.   CAGE Code, DUNSUnique Entity ID, and tax ID numbers for prime contractor and all cost reimbursable subs. For joint ventures the cage code for each member of the joint venture, as well as the joint venture should be provided.

b.   Date of Last Equal Employment Opportunity Report (EEO-1) certified filing for prime contractor and all cost reimbursable team subs and each member of a joint venture.

c.   Copy of latest VETS-4212 "Federal Contractor Veterans' Employment Report" for the prime contractor and all cost reimbursable team subs and each member of a joint venture.

**Tab 2** - Reminder: When proposing as a joint venture, all members of the joint venture shall sign the SF 33 unless a written agreement by the joint venture is furnished with the proposal designating one firm with the authority to bind the other member(s) of the joint venture.  TAB 2 shall include a copy of the joint venture agreement (if applicable). Failure to comply with the foregoing requirements may eliminate the proposal from further consideration.  If the joint venture is subject to the SBA Mentor-Protégé Program, a copy of the SBA approval of the joint venture arrangement shall be included. Additionally, Tab 2 shall contain Copies of letters of commitment from the team members.

**Tab 3 - Completed** Representations and Certifications (see Solicitation Section K)

**SECTION II — COST/PRICE AND RELATED INFORMATION**

**Tab 1 — COST/PRICE PROPOSAL WITH SUPPORTING DOCUMENTATION**

The Cost/Price Submission shall include the following:

- Attachment JL.2, Cost Reimbursable Direct Labor Hourly Ceiling Rates
- Attachment JL.2A, Cost Reimbursable Direct Labor Hourly Ceiling Rates Build-Up Form
- Attachment JL.3, Identification of Uncompensated Overtime Ratios
- Attachment JL.4 (REV 1), Distribution of Work
- Attachment JL.5, Indirect Ceiling Rates Form
- Attachment JL.5A, Indirect Ceiling Rates Build Up Form
- Attachment JL.6 (REV 1), Proposed Historical and Year–To-Date Indirect Rates
- Attachment JL.6A Service Contract Labor Standards and Wage Rate Requirements (Construction) Ceiling Labor Rates
- Attachment JL.7, Cost Model for CONUS and OCONUS locations for Base and Option Years
- Attachment JL.7A, Summary Cost Model for Multiple Offerors
- Attachment JL.12, Award Fee Plan
- Attachment JL.14, Price Model
- Attachment JL.14A, Summary Price Model for Multiple Offerors
- Attachment JL.15, Firm Fixed Price Fully Burdened Rates
- Attcahment JL.15A, Firm Fixed Price Fully Burdened Rates Ceiling Rates Build-Up Form
- Attachment JL.16, Firm Fixed Price Indirect Ceiling Rates Form

**THE GOVERNMENT NOW REQUIRES BOTH A COST MODEL (ATTACHMENTS JL.7/7A) AND AFFILIATED SUPPORTING DOCUMENTS (ATTACHMENTS JL.2/2A, JL.5/5A, ETC.) AND A PRICE MODEL (ATTACHMENTS JL.14/14A) AND AFFILIATED SUPPORTING DOUCMENTS (ATTACHMENTS JL.15/15A, JL.16, ETC.) FOR EVALUATION PURPOSES.**

**ALL OFFERORS MUST SUBMIT A PRICE MODEL IN ORDER TO BE CONSIDERED FOR AWARD. OFFERORS MAY ALSO PROVIDE A REVISED COST MODEL SUBMISSION, CAPTURING ALL CHANGES IN RED TEXT.  IF A REVISED COST MODEL SUBMISSION IS NOT PROVIDED, THE PREVIOUSLY SUBMITTED COST MODEL SUBMISSION WILL BE USED FOR EVALUATION.**

THE SUBMISSION OF ANY COST/PRICE FORMS WITH BLANKS OR ZEROES ($0) WITHOUT SUFFICIENT NARRATIVE EXPLANATION MAY RESULT IN ASSIGNED WEAKNESSES AND/OR DEFICIENCIES.

COST/PRICE ATTACHMENTS JL.2, JL.5, JL.12, JL.15, AND JL.16 WILL ALL BECOME PART OF THE CONTRACT FOR ANY OFFEROR THAT RECEIVES AWARD.

**COST (EVALUATION OF COST PLUS AWARD FEE ELEMENTS OF THE REQUIREMENT)**

The proposal shall include information for **SUBCONTRACTORS THAT WILL PERFORM COST REIMBURSABLE WORK**, in the same level of detail as provided by the Offeror. Cost reimbursable subcontractors will not be evaluated unless a signed letter of commitment has been provided or their proposed rates will not be included in the resultant contract.

Subcontractor information may be submitted separately for proposal purposes. However, it is noted that the cost reimbursable hourly ceiling rates for Cost Reimbursable Direct Labor Hourly Ceiling Rates Form (JL.2), and Indirect Ceiling Rates Form (JL.5), for each subcontractor that will perform cost reimbursable work will be incorporated into any resulting contract.

If the offeror is a joint venture, and the joint venture partners are proposing separate rates, information must be provided in the same level of detail for each member of the joint venture team.  The Cost Reimbursable Direct Labor Hourly Ceiling Rates Form (Attachment JL.2), Indirect Ceiling Rate Form (Attachment JL.5) for each Joint Venture partner proposed will be incorporated into any resulting contract.  One submittal may be submitted for the Joint Venture (JV) entity only if the JV has an established separate cost center for the JV entity with an adequate accounting system for a cost reimbursable contract.

If the offeror (or member of a joint venture) will utilize multiple cost centers in the performance of this contract, information must be provided in the same level of detail for each cost center.  The Cost Reimbursable Direct Labor Hourly Ceiling Rates Form (Attachment JL.2), Indirect Ceiling Rate Form (Attachment JL.5) for each cost center proposed will be incorporated into any resulting contract.

Some attachments do not contain formulas in order to allow offerors to structure formulas to accommodate their specific rate structures. The completed electronic submittals of forms for the offeror, each member of a Joint Venture entity, each cost reimbursable subcontractor, and each cost center, shall contain proper formulas.

Offerors shall not deviate from the basic format of the forms identified in Section J of the RFP. However, offerors may adjust columns, rows, and cost elements under Attachments JL.5, JL.5A, and J.L.6 in order to be consistent with their cost accounting systems. The cost proposal shall include the completed mandatory rate forms and supporting information in the general format outlined below.

The cost proposal shall be a complete and detailed breakdown of all cost elements and other cost information required herein. Offerors shall submit proposals consistent with the structure of their established and disclosed accounting practices. The composition of indirect expense pools and bases thereof (Overhead, General and Administrative, Material Handling, etc.) shall be consistent with those actually being utilized by the company. Proposed rates shall be based on recent history and/or budgetary projections. Pool expenses shall not include any of those expenses identified in FAR Part 31 as unallowable. The cost and pricing information shall be completed in accordance with the following:

    a. **COST REIMBURSABLE DIRECT LABOR RATE SUBMISSION-ATTACHMENTS JL.2, JL.2A, JL.3**

        A separate rate sheet shall be submitted by the prime and each cost reimbursable subcontractor. Note: If the offeror is a joint venture, and the joint venture partners are proposing separate rates, separate rate sheets must be provided by each member of the joint venture.  Additionally, if the offeror (or member of a joint venture) will utilize multiple cost centers in the performance of this contract, information must be provided in the same level of detail for each cost center.  ONE RATE SHEET MAY BE SUBMITTED FOR THE JV ENTITY ONLY IF THE JV HAS AN ESTABLISHED SEPARATE COST CENTER FOR THE JV ENTITY WITH AN ADEQUATE ACCOUNTING SYSTEM FOR A COST REIMBURSEMENT CONTRACT.

        (1) Offerors shall propose hourly ceiling rates for direct (unburdened-no overhead, G&A, etc.) labor for **all** labor categories listed in Attachment JL.2, Cost Reimbursable Direct Labor Hourly Ceiling Rates (*in accordance with the notes on JL.2), for the base year and each option year. Each required labor category in the solicitation shall be provided by the prime contractor (including individual JV members) **and** cost reimbursable subcontractors.  The ceiling rates proposed will be the **maximum allowable rates that can be proposed or charged** under task orders issued during the ordering period of any contract awarded as a result of this solicitation. The labor categories and labor rates identified in Attachment JL.2 will become part of the contract.  These are not bid rates.  Labor rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed estimating system practices and, if applicable, forward pricing rate agreements.  Labor rates proposed for task orders shall not exceed the maximum ceiling rates established in the contract under JL.2.

(2) Labor categories listed on Attachments JL.2 and JL.2A are for exempt employees. Service Contract Labor Standards (SCA) or Wage Rate Requirements Construction (DBA) categories are not included.  As applicable, DBA Wage Determinations will be included in individual task orders.  However, it is recognized that the administrative assistant and accounting technician labor categories included in JL.2 could be classified as SCA labor categories under an individual task order, when a Service Contract Labor Standards Wage Determination is incorporated into the task order.  The SCA and DBA rates used for proposals and billing purposes under individual task orders **SHALL REFLECT THE MINIMUM RATES** set forth on the applicable wage determination, unless a higher rate is otherwise approved by the Contracting Officer for use under the respective task order(s).  the higher rate shall not exceed the SCA or DBA rate plus the applicable wage determination ceiling percent proposed under Attachment JL.6A (incorporated into the contract), for the particular trade ,unless an exception is made in accordance with **Section H6-Service Contract Labor Standards and Wage Rate Requirements (Construction) Base and Ceiling**.

(3) Each contractor, JV member and cost reimbursable subcontractor shall provide individual or average direct labor rates (including any adjustment for uncompensated overtime-see attachment JL.3) and ceiling labor rates for ALL LABOR CATEGORIES listed on attachment JL.2 and JL.2A, regardless of whether the offeror currently employs personnel in every labor category or intends to rely on team members/subcontractors for the particular labor categories.  If the contractor/subcontractor does not currently employ an employee(s) under the listed labor category, a market rate shall be provided.  All labor categories listed on JL.2 shall be tied to an internal labor category.

(4) Offerors shall provide information on and discuss how the proposed labor rate ceilings were derived for Attachment JL.2.  Provide information on the basis of the base rates used to arrive at the ceiling rates, such as whether the base rates were based on actual individual rates for personnel, average or weighted average rates for current employees, forward pricing rates, market sources such as Bureau of Labor Statistics or salary.com, etc. The Offeror should submit any information reasonably required to explain the estimating process, including the judgmental factors applied and the mathematical or other methods used in the hourly rate estimate.  If a composite labor rate is utilized or a labor rate is prorated over fiscal years, provide the specific details/calculations used to determine the rate.  If forward pricing rates apply, provide a copy in Appendix B.  Any deviation from forward pricing rates, current actual rates for individuals, etc. shall be clearly documented.  Provide a narrative supporting the percent mark-up used on the base rates to arrive at the proposed ceiling rates.  Complete JL.2A showing the base rate for each labor category, percentage mark-up for each labor category, and base year ceiling rate.

(5) Offerors SHALL NOT ADD ADDITIONAL labor categories on JL.2. If it is determined that a labor category not listed on JL.2 is required for a task order, the Contract Administrator listed under Section G1-Contract Administration Data, paragraph (c), may approve the labor category and the corresponding ceiling rate for the specific task order and, if applicable, may incorporate the labor category into the basic contract.  Additionally, where it is determined necessary to utilize a specific individual on a task order, whose actual labor rate exceeds the established ceiling for the respective labor category, **the Contractor will be required to obtain prior written approval from the Contract Administrator** listed under Section G1.  In the event that such approval is not properly obtained, the Government will only be required to reimburse the Contractor at the ceiling rate established in the contract.

Shown below are sample entries for the JL.2A, Cost Reimbursable Direct Labor Hourly Ceiling Rate Build-Up Form.

| Solicitation/Contract Labor Category | Company Equivalent Labor Category | Source | Base Year Individual / | Percent mark-up for | Base Year Maximum |
|---|---|---|---|---|---|

| | (Do not list an individual name in this column) | | Average Direct Labor Rate | Direct Labor Ceiling Rate | Ceiling Rate |
|---|---|---|---|---|---|
| Program Manager | Program Manager I | Individual Rate (Jane Doe) | $000 | 0% | $000 |
| Sr Project Engineer | Sr. Associate Engineer | 2019 Avg. Rate | $000 | 0% | $000 |
| Construction Site Manager | Construction Site Supervisor-3 and Construction Manager -2 | 2019 Average Rates | $000 | 0% | $000 |
| QC Manager | | Cost Sub | $000 | 0% | $000 |

**\*Rates for FFP subcontractors are not applicable**

(6) If uncompensated overtime was used in calculating base individual and average labor rates for employees listed in Attachment JL.2, complete **Attachment JL.3 (IDENTIFICATION OF UNCOMPENSATED OVERTIME RATIOS)** for each affected labor category.  Additionally, provide in Appendix C: (1) required information per FAR 52.237-10 Identification of Uncompensated Overtime (Oct 1997); (2) historical number of hours in excess of 40 hours per week for each labor category; and (3) evidence of the Defense Contract Audit Agency or Defense Contract Management Agency approval of the corporate policy addressing uncompensated effort. Identification of Uncompensated Overtime Ratios shall be submitted for the Prime, each member of a JV entity, each cost reimbursable subcontract, and each cost center that will be utilized in the performance of the contract (if applicable).

For each labor category, the Offeror shall enter its escalation factors applied to the ceiling rates for each option period in Attachment JL.2.  The offeror shall also provide the basis for any proposed/projected escalation and the assumptions used:  forecast source (such as Global Insight), index used (index number and title), calculations (index values used: base and projected values), and dates used (month and year of applicable index numbers).

Offeror must support any proposed labor escalation factor with convincing and complete rationale, factual data, and other pertinent supporting data for out-year escalation projections.  Supporting documentation may include management approved or human resources approved policy or memo relative to employee raise information, actual direct labor rates for at least three years, economic projection from an economic service provider, relevant internet data.  Provide a breakout of the components that comprise the escalation factor, such as cost of living, merit and promotion, and employee turnover.  If a breakout is not provided the Government will assume the proposed annual labor increase is solely a salary cost of living adjustment and evaluated as such.

Shown below are sample entries for the JL.2, Direct Labor Hourly Ceiling Rates Form.

| Solicitation Labor Category | Company Equivalent Labor Category (Do not list an individual name in this column) | Source | Base Year Direct Labor Ceiling Rate (From JL.2A) | Escalation Factor Applied to Option Year 1 | Option Year 1 Direct Labor Ceiling Rate |
|---|---|---|---|---|---|
| Program Manager | Program Manager I | Individual rate (Jane Doe) | $55.00 | 2% | $56.10 |

| Sr. Project Manager | Sr. Associate Engineer | 2019 Avg. Rate | $49.95 | 2% | $50.95 |
|---|---|---|---|---|---|
| Construction Site Manager | Construction Site Supervisor-3 and Construction Manager -2 | 2019 Average Rates | $000 | 0% | $000 |
| QC Manager | | Cost Sub | $000 | 0% | $000 |

**\*Rates for FFP subcontractors are not applicable**

Offerors shall provide the following information to support the proposed direct labor rates:

Offerors shall provide and discuss how the proposed labor rate ceilings on JL.2 were derived. Provide information on the basis of the base rates used to arrive at the ceiling rates, such as whether the base rates were based on actual individual rates for personnel, average or weighted rates for current employees, forward pricing rates, market sources such as Bureau of Labor Statistics or salary.com, or the offeror's estimate, etc. (Note: Regardless of how the base rate was derived, such as an individual rate, all employees proposed under that Contract Labor Category/Company Equivalent Labor Category will be subject to the proposed ceiling rate.) If a composite labor rate is utilized or a labor rate is prorated over fiscal years, provide the specific details/calculations used to determine the rate. If forward pricing rates apply, provide a copy in Appendix B. Any deviation from forward pricing rates, current rates, etc. shall be clearly documented. Note the percent markup used on the base rates to arrive at the proposed ceiling rate for each labor category. Complete JL.2 showing the base rate for each labor category, percentage markup for each labor category, and ceiling rate for the base and option years.

**b. PROPOSED DISTRIBUTION OF WORK ATTACHMENT JL.4 (REV 1).** Complete Attachment JL.4 (REV 1)," for the offeror (including each member of a joint venture) and each cost reimbursable subcontractor (if applicable).

Offeror(s) shall complete the **Proposed Distribution of Work** on Attachment JL.4 (REV 1) by including the percentage of work expected to be performed by the prime, each joint venture partner, and each cost reimbursable subcontractor. The total amount proposed should equate to 100% and reflect the percentage of work expected to be performed by the prime, each joint venture partner, and each cost reimbursable subcontractor as listed in the joint venture/teaming agreement. If multiple direct labor allocation bases are proposed, provide the percentage of labor expected to be performed by each allocation base proposed.

Within the cost proposal, provide the basis used to estimate the percentage of labor to be performed by each allocation base.

**c. INDIRECT CEILING RATES SUBMITTAL- ATTACHMENTS JL.5A, JL.5**

(1) **INDIRECT CEILING RATES** A separate rate sheet shall be submitted by the prime, each joint venture member, and each cost reimbursable subcontractor. If multiple cost centers will be utilized in the performance of work under this contract, submit a separate rate sheet for each cost center. If a JV entity has a separate markup for the JV entity, this information shall be shown (i.e. separate G&A rate for JV entity above and beyond individual partner's rates) on a separate rate sheet. Offerors shall propose Indirect Ceiling Rates for the base year and each option year on Attachment JL.5. The indirect ceiling rates proposed **will be the maximum allowable rates that can be proposed or billed** under task orders issued during the ordering period of any contract awarded as a result of this solicitation. Indirect rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed estimating system practices and, if applicable, forward pricing rate agreements. Additionally, should actual rates experienced during performance of the contract be lower than the ceiling rates shown, actual rates will be billed.

(2)  The offeror shall submit a completed Indirect Ceiling Rates Form (JL.5) and Indirect Ceiling Build Up Form (JL.5A) showing the application of all proposed indirect ceiling rates applicable to the appropriate bases. (Attachment JL.5A INDIRECT CEILING RATES BUILD UP FORM FOR COSTS REIMBURSABLE WORK shall be filled in for both CONUS and OCONUS.) The matrixes provide base year and option year indirect ceiling rates as applicable and in accordance with disclosed accounting practices. Offerors shall delete or add other indirect rate pools to Attachment JL.5 and JL.5 A as appropriate to reflect their accounting systems. For instance, if Workers' Compensation is a separate indirect rate pool, it should be added. On the other hand, if fringes are included in the overhead pool, the fringe pool should be deleted. (Note: **Attachment JL.5 and JL 5A are provided in Microsoft Word. Complete in Microsoft Word format, as provided. Additionally, offerors should provide JL.5 in Microsoft Excel format on the CDs to show how the multiplier was calculated.** )

(3)  Offerors shall separately describe all indirect cost rates. Provide a comprehensive narrative explaining the application of indirect rates to appropriate bases. The narrative should include your disclosed accounting practices defining your indirect cost pools and bases and the application of indirect rates to bases. This could include, but is not limited to, labor fringes, labor overhead, material overheads, General and Administrative expenses, cost of money factors, and any other indirect rate applicable to the work that will be performed under this contract.

Offerors shall provide information on and discuss how the proposed indirect ceiling rates were derived. Provide information on the basis of the base indirect rates (show base indirect rates on attachment JL.5A, Indirect Ceiling Rate Build-up Form) used to arrive at the ceiling rates, (i.e., Forward Pricing Rate Agreement and the date of agreement (provide in Appendix B), bidding rates and the date of submission, and the date of approval, etc.). Offerors shall exclude all unallowable costs identified in FAR 31.2 from the indirect cost rates. Offerors shall state whether DCAA has audited or applied agreed-upon procedures to their indirect cost rates. If so, Offerors shall provide the date of the DCAA review and the DCAA report number. Any variance between indirect base rates used to develop the ceiling rates and applicable forward pricing rates/DCAA approved rates should be clearly documented in the supporting narrative. Note the proposed mark-up, if any, applied to the indirect base rates to arrive at the ceiling rates for the base year and each option period. If the ceiling indirect rates proposed for Option Years 1 through 7 vary significantly from the proposed base year indirect rates, explain and support the basis of the proposed ceiling rates. The offeror shall clearly document why any significantly discounted rates will not pose a risk that the offeror will be unable to provide the services for the proposed costs, e.g. how losses will be handled.  Significantly discounted rates are defined as those rates below the cost of the work to be performed, i.e., rates that will result in a loss.  Any indirect rate discounts proposed shall be analyzed to ensure compliance with cost realism.

If a formal Forward Pricing Rate Agreement (FPRA) has been negotiated and is the basis for proposed indirect expense rates, provide a complete copy of the FPRA.  If in the offeror's opinion, the FPRA is too voluminous to include in its Cost Volume, then so state and identify the company's cognizant Defense Contract Management Agency (DCMA) and Defense Contract Audit Agency (DCAA) office and provide current contact information for each.

Provide copies of recent DCAA correspondence that approves proposed indirect rates, if any.

Facilities Capital Cost Of Money Factor(s)

If proposed, provide the supporting CASB-CMF form, Facilities Capital Cost of Money Factors and Computation. The Offeror should submit any information reasonably required to explain the average net book values and judgmental factors applied and the mathematical or other methods used in the estimate.

If a formal Forward Pricing Rate Agreement (FPRA) has been negotiated and is the basis for proposed FCCOM factors, provide a complete copy of the FPRA.  If in the offeror's opinion, the FPRA is too voluminous to include in its Cost Volume, then so state and identify the company's cognizant DCMA and DCAA office and provide current contact information for each.

Provide copies of recent DCAA correspondence, if any, that approves proposed FCCOM factors.

(4) Award Fee:  The award fee plan provided under JL.12 will be included in the basic contract.  Award fee shall not be applied on Travel, Contractor – Acquired Property, Facilities Capital Cost of Money (FCCOM), award fee on cost reimbursable subcontractor's costs at any tier, direct charged taxes, and any JV fees/mark-ups.   The award fee proposed for direct labor shall be the same across all labor categories (home, field).  As required in this solicitation under Award Fee Calculation and Payment, the award fee for both the prime contractor and its cost reimbursement subcontractor(s) shall be the same rate(s).  The proposed award fee for a joint venture shall also be the same rate(s) for all member(s) of the JV.  The proposed award fee shall not exceed 10%.

As reflected in the solicitation, the award fee percentage proposed at the task order level shall not exceed, but may be less than, the award fee percentage proposed on Attachment JL.5 A. The award fee rate proposed at the task order level will be the maximum award fee rate allowed under that task order and will not be subject to an increase.

**d. PROPOSED HISTORICAL, AND YEAR-TO-DATE INDIRECT RATES (CONUS and OCONUS)- ATTACHMENT JL.6 (REV 1)** (A separate rate sheet shall be submitted by the prime, each joint venture member, and each cost reimbursable subcontractor – if applicable.  A separate rate sheet shall also be provided for unpopulated JVs in which the JV itself has fees/mark-ups.  Additionally, if multiple cost centers are to be used in the performance of this contract, a separate sheet shall be submitted for each cost center.)  Offerors shall provide historical indirect rates on Attachment JL.6 (REV 1) as follows:

(1)     Offerors shall delete or add other indirect rate pools to JL.6 (REV 1), as appropriate, to reflect their accounting systems. The pools shall correspond to the pools listed on JL.5.

(2)     Provide the following information in your cost proposal for all indirect pools listed:

...   Compare proposed rate(s) with the rate(s) experienced during the prior three completed fiscal or calendar years (whichever is most recent) and with the current year to date actual rate. Rates shown must be actual experienced costs, not budgeted or billing rates.

...   State whether the proposed rates include any appreciable change in the business volume that materially affects the proposed burden rate(s). State whether the proposed rates include the effect of this contract.

**e.  COST MODEL-ATTACHMENT JL.7**- A separate Cost Model Worksheet shall be submitted by the prime, each joint venture member, and each cost reimbursable subcontractor if applicable. Additionally, if multiple cost centers will be used in the performance of this contract, the complete cost model shall be submitted for each cost center.  (Note: If a joint venture has an established separate cost center for the joint venture entity with an adequate accounting system for a cost reimbursement contract (FAR 16.301-3), one form may be submitted for the joint venture entity.)  Attachment JL.7 should also be provided by the unpopulated JVs in which the JV itself has fees/mark-ups as further explained below.

Offerors shall submit a completed Attachment JL.7 with proposed indirect ceiling rates for the base and each option year.

In preparing the Cost Model (Attachment JL.7), some direct costs are assumed to be fixed, as shown in the Cost Model.  The proposal must completely identify all indirect costs that are known, including a list of labor categories that are charged as indirect costs.  If any labor category listed on JL.7 is included

in an Offeror's indirect cost, do not change the hours for that labor category, but insert $0 for the labor rate.

The Government may use the services of Defense Contract Audit Agency (DCAA) in evaluating the cost proposal.

Offeror shall not add labor categories, make structural changes, or change the hours on this form.  The Offeror shall not change the costs associated with Travel, Other Direct Costs, or Fixed Price Subcontractors on Attachment JL.7.  The Offeror, however, should add or delete indirect costs in accordance with their established accounting system (must use appropriate base and explain).

For unpopulated JV's, the offeror shall also complete Attachment JL.7 for the base and each option year if the JV itself has fees/mark-ups.  In this situation, the unpopulated JV is not required to complete Attachment JL.7 in its entirety.  The cost model worksheet (JL.7) should only reflect the fees/mark-ups for the JV.  Any indirect rates submitted on the Cost Model shall reflect the INDIRECT CEILING RATES provided on Attachment JL.5 for each respective year (base and option years).  If an offeror proposed multiple mark-up rates for a cost element (e.g., cost reimbursable subcontractors), the highest mark-up rate shall be utilized on the cost model worksheet (JL.7).  Labor and award fee should not be filled out.  For example, if an unpopulated JV has a G&A mark-up of 8%, Attachment JL.7 should reflect under G&A, the G&A mark-up on the costs (excluding award fee) for all JV partners and any cost reimbursable subcontractors.  The Offeror should add additional line items under G&A as needed to account for subject costs.  NOTE: Each joint venture partner and cost reimbursable subcontractor is still required to complete Attachment JL.7 in its entirety.

Indirect rates submitted on the Cost Model shall be ceiling indirect rates and not base rates (i.e. forward pricing rates) used to derive the ceiling rates.

For evaluation purposes only, (and as identified on the cost model) offerors shall assume that 50% of the work will be in the 48 contiguous United States, including the District of Columbia (CONUS).  Offerors shall assume the remaining 50% of the work will be in Hawaii, Alaska, United States possessions and territories, and other overseas locations (OCONUS).  Thus, the Cost Model must be filled out for both CONUS and OCONUS rates.

For evaluation purposes, the Government will utilize the percentages listed on Attachment JL.4 (REV 1) (Distribution of Work) and will then analyze the cost model by adding the total presented for CONUS work to the total for OCONUS work (this will be performed for the base and each option year) to arrive at a TOTAL Cost Model Value (per year).

**f. SUMMARY COST MODEL FOR MULTIPLE OFFERORS- ATTACHMENT JL.7A**-  Where the offer is comprised of multiple entities (i.e. in the case of a JV partnership) each member of the JV shall complete the entire Cost Model for the CONUS and OCONUS effort, unless a joint venture has an established separate cost center for the joint venture entity with an adequate accounting system for a cost reimbursement contract (FAR 16.301-3), in which case one form may be submitted for the joint venture entity.  When multiple entities complete Cost Models, the offeror shall also complete Attachment JL.7A, Summary Cost Model for Multiple Offerors.  This attachment shall be filled in utilizing each entity's total cost for CONUS and OCONUS effort and then multiplied by the percentage listed in Attachment JL.4 (REV 1), "Distribution of Work", to arrive at a total cost for the JV entity for both CONUS and OCONUS effort.  The addition of these totals will represent the "TOTAL COST MODEL" value for the base and each option year for evaluation purposes.

For clarification purposes, the following example is provided as a summary Cost Model calculation for multiple entities:

| | TOTAL Cost Model Value for base year | Percentage of Work from Attachment JL.4 (REV 1) (Distribution of Work) | VALUE FOR CONUS WORK |
|---|---|---|---|
| Company A (CONUS) | $15,000,000.00 | 30% | $4,500,000.00 |
| Company B (CONUS) | $16,500,000.00 | 70% | $11,550,000.00 |

TOTAL FOR CONUS WORK                                                                **$16,050,000.00**

| | | | VALUE FOR OCONUS WORK |
|---|---|---|---|
| Company A (OCONUS) | $17,025,000.00 | 30% | $5,107,500.00 |
| Company B (OCONUS) | $19,000,000.00 | 70% | $13,300,000.00 |

TOTAL FOR OCONUS WORK                                                              **$18,407,500.00**

TOTAL EVALUATED COST PROPOSAL FOR BASE YEAR
IS THE CUMULATIVE AMOUNT FOR TOTAL OF CONUS
COST ADDED TO THE COST FOR OCONUS OR
$16,050,000.00 + 18,407,500.00= $34,457,500.00

*NOTE: If the offeror intends to utilize multiple cost centers, **for evaluation purposes only**, **the Government will utilize the cost model with the HIGHEST TOTAL COST (CONUS plus OCONUS) value to evaluate the proposal**.  For example:

| Cost Center | Total Cost Model Value for base year (CONUS + OCONUS) | Cost Center used for Evaluation |
|---|---|---|
| CC1 | $34,500,000 | |
| CC2 | $32,900,000 | |
| CC3 | $35,800,000 | CC3 |

Offeror shall input its direct labor ceiling rates from Attachment JL.2 (Maximum Ceiling Rate for Billing Purposes) that correspond to the labor categories listed on JL.7 for each respective year (base and option years)

All indirect rates submitted on the Cost Model shall be the **INDIRECT CEILING RATES** provided in Attachment JL.5 for each respective year (base and option years), and not base rates (i.e. forward pricing rates) used to derive the ceiling rates.   If an offeror (prime/JV, cost reimbursable subs) proposes multiple mark-up rates for other direct costs and subcontracts (e.g. G&A), the **highest mark-up rate** shall be utilized on the cost model worksheet (JL.7).

If applicable, in accordance with its accounting system, the offeror shall add any direct costs applied to the labor base (e.g. health and safety charge, low value equipment per labor hour).  It is noted that costs for the acquisition or use of Information Technology Equipment or Systems and incentive compensation or awards (i.e. safety) shall not be considered as an allowable direct charge to this contract. **ONLY DIRECT CHARGES** provided on Attachment JL.7 will become a part of the contract and be allowed to be proposed and invoiced under future task orders.

**Award Fee Percentage**:  The offeror may not propose different award fee percentages for the base year and each option year.  In addition, offerors may not propose different award fee percentages for CONUS and OCONUS work.   In accordance with statutory limitations, the proposed award fee shall not exceed 10% of a task order's total estimated cost. AWARD FEE WILL NOT BE ALLOWED ON TRAVEL, CONTRACTOR –ACQUIRED PROPERTY, OR FACILITIES CAPITAL COST OF MONEY (FCCM), AWARD FEE ON COST REIMBURSABLE SUBCONTRACTOR'S COST AT ANY TIER, DIRECT CHARGED LOCAL, STATE, ETC. TAXES, AND ANY JV FEES/MARK-UPS.

Additional Instructions:

Cost Model Worksheet (JL.7) does not include formulas.  In addition to the hard copies, Offerors shall submit this form in Microsoft Excel format on a CD to show all calculations (i.e. labor extensions, indirect rate application of labor, etc.) used to arrive at the total cost.

The Cost Model Summary Sheet (JL.7A) shall be submitted by the prime contractor.  This form does include formulas.  For evaluation purposes, the percentages listed on **Attachment JL.4 (REV 1) (Distribution of Work)**, **provided with your original proposal**, shall be used for the prime/JV and each cost reimbursable subcontractor listed on the Summary Sheet. In the event an offeror (prime, JV member or cost subcontractor) utilized multiple cost centers, the cost model will be completed for each cost center and the highest "Total" cost for the cost model shall be used on the summary sheet.  The Prime contractor's indirect ceiling rate mark-ups (e.g. G&A) for cost reimbursable subcontractors provided in JL.5 for each year shall be added to the total cost.  If the prime contractor is a JV, the rate for the JV member with the highest ceiling rate mark-up for a cost sub shall be used.  The total calculated JV fees/mark-ups on Attachment JL.5 should also be reflected on the Cost Model Summary, Attachment JL.7A. **Note:  In addition to a hard copy, the summary form shall be submitted in Microsoft Excel format on a CD.**

For clarification purposes the following example for the Summary Sheet is provided:

| | Total Cost Model Value for Base Year | % of work (JL.4 REV 1) | Total Value of Base Year based on % of Work |
|---|---|---|---|
| Prime / JV member 1 | $490,000.00 | 30% | $147,000.00 |
| Prime/JV member 2 | $505,000.00 | 25% | $126,250.00 |
| Cost Reimbursable Contractor | $479,000.00 | 20% | $95,800.00 |
| Cost Reimbursable Contractor | $515,000.00 | 25% | $128,750.00 |
| | | 100% | $497,800.00 |
| | Cost Sub Total | % Mark-up | Cost Sub Mark-up |
| Prime/JV indirect ceiling rate mark-up on Cost Reimbursable Subcontractors, i.e. G&A, as provided on JL.5 | $224,550.00 | 7.5% | $16,841.25 |
| Total JV fees/mark-ups, i.e. G&A, as provided on JL.5 | $41,171.00 | | $41,171.00 |
| **TOTAL VALUE OF COST MODEL FOR BASE YEAR** | | | $555,812.25 |

Note:  The Prime's percent mark-up applied to the total cost for the cost reimbursement subcontractors is based on the indirect ceiling rate for JV member #1, whose rate was higher than JV member #2.  The rate was applied to the total subcontract cost ($95,800 + $128,750) shown Total Value of Base Year on % of Work Column.

**TAB 2- COST POOL, FINANCIAL/ACCOUNTING SYSTEMS AND AUDIT INFORMATION**

The offeror should identify its cognizant Defense Contract Audit Agency (DCAA) office, Defense Contract Management Agency (DCMA) office, and if applicable, Cognizant Federal Agency Official (CFAO). The point of contact, address, phone number, and e-mail address for each of the cognizant agencies identified must be included. Provide information to support a determination by the Navy of the degree to which each of the accounting and management systems listed below is adequate and compliant with Government regulations and standards. In accordance with FAR 16.104(h) and FAR 16.301-3(a) the offeror's accounting system must be deemed adequate for the timely development of all necessary cost data and to determine costs applicable to the contract prior to contract award.

The Offeror should provide the Government with the current status (e.g. approved, disapproved, acceptable, adequate, inadequate, inadequate in part, etc.) of its following management systems:

1. Accounting System
2. Purchasing System
3. Billing System
4. Estimating System
5. Indirect and ODC System
6. Budget and Planning System
7. Material System
8. Compensation System
9. Labor System
10. General Information Technology (IT) System

The supporting data should include the most recent date of the audit or review completed by the cognizant agency and, if known, the audit report number. Offerors shall also identify whether an audit or review is in process. If the approved or adequate status of any of these systems is currently in question, or if DCAA has issued any reports [including issuance of any Statements of Condition(s) and Recommendation(s) (SOCARs) and/or Auditor Comments related to the Offeror's response to the SOCARs released to the Offeror prior to issuance of a final report to the Contracting Officer], on inadequacies of the systems, the Offeror should provide copies of the subject reports and/or SOCARS, as well as an explanation of its agreement or disagreement with the cited inadequacies of the system. The Offeror should explain in detail the system inadequacies and specific plans for corrective action, including milestones for implementation of revised procedures. Also, the Offeror should discuss the impact of this procurement on the reported system inadequacies, and what action is being taken to ensure that these systems are corrected to ensure no detrimental impact should the Offeror receive a contract award. The Government reserves the right to coordinate with any Government Agency to verify the current status of these systems and the status of any corrective action taken by the Offeror already implemented or still considered outstanding. In those cases where the accounting system does not have DCAA approval, the Offeror shall describe the action taken to obtain such approval prior to contract award. If DCAA audits are in excess of one year old, the Offeror shall certify via a statement that the system(s) have not changed since the date of the last audit. If audits have not been performed, brief description(s) of the system(s) should be provided. Each functional/task component of the system(s) shall be addressed. This information is required to ensure that the contractor has a system that ensures that the Government is properly billed for only the costs incurred during the performance of the work under a cost reimbursable task order.

If submitting a proposal as a joint venture, submit the required information for the managing member that will implement and control the systems. If 100% of the costs allocated to the joint venture are not based on the managing member's financial and management systems, then the offeror shall submit the required information for each joint venture member. An example is where the joint venture will subcontract work out to individual joint venture members, thereby utilizing their individual systems. Another example is where staffing includes employees of joint venture member firms subject to compensation plans and policies other than that of the managing member. Where a mix of joint venture and individual member management systems exist, Offeror shall explain which of these systems are fully applicable, partially applicable, or not applicable to the joint venture.

All the information requested above should also be provided for any cost reimbursable key subcontractors to which the Offeror anticipates awarding subcontracts.  An explanation is required if information is not available for a subcontractor.

## PRICE (EVALUATION OF FIRM FIXED PRICE ELEMENTS OF THE REQUIREMENT)

Some attachments do not contain formulas in order to allow offerors to structure formulas to accommodate their specific rate structures. The completed electronic submittals of forms for the offeror, each member of a Joint Venture entity, major subcontractors, and each cost center, shall contain proper formulas.

Offerors shall not deviate from the basic format of the forms identified in Section J of the RFP. However, offerors may adjust columns, rows, and cost elements under Attachments JL.16 in order to be consistent with their cost accounting systems. The price proposal portion shall include the completed mandatory rate forms and supporting information in the general format outlined below.

The price proposal portion shall be a complete and detailed breakdown of all elements potentially implicated in a firm fixed price task order. Offerors shall submit proposals consistent with the structure of their established and disclosed accounting practices. The composition of indirect ceilings shall be consistent with those actually being utilized by the company. Proposed rates shall be based on recent history and/or budgetary projections. The pricing information shall be completed in accordance with the following:

### a.  FIRM FIXED PRICE FULLY BURDENED RATES, ATTACHMENT JL.15

A separate rate sheet shall be submitted by the prime and each major subcontractor. Note: If the offeror is a joint venture, and the joint venture partners are proposing separate rates, separate rate sheets must be provided by each member of the joint venture. Additionally, if the offeror (or member of a joint venture) will utilize multiple cost centers in the performance of this contract, information must be provided in the same level of detail for each cost center. ONE RATE SHEET MAY BE SUBMITTED FOR THE JV ENTITY ONLY IF THE JV HAS AN ESTABLISHED SEPARATE COST CENTER FOR THE JV ENTITY WITH AN ADEQUATE ACCOUNTING SYSTEM.

(1)  Offerors shall propose firm fixed price fully burdened hourly rates for **all** labor categories listed in Attachment JL.15, FFP Fully Burdened Rates (*in accordance with the notes on JL.15), for the base year and each option year. Each required labor category in the solicitation shall be provided by the prime contractor (including individual JV members) **and** major subcontractors. The ceiling rates proposed will be the **maximum allowable rates that can be proposed or charged** under firm fixed price task orders issued during the ordering period of any contract awarded as a result of this solicitation. The labor categories and labor rates identified in Attachment JL.15 will become part of the contract. These are not bid rates. Labor rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed accounting system practices and, if applicable, forward pricing rate agreements. Labor rates proposed for firm fixed price task orders shall not exceed the maximum ceiling rates established in the contract under JL.15.

(2)  Firm fixed price labor categories listed on Attachment JL.15 is for exempt

employees. Service Contract Labor Standards (SCA) or Wage Rate Requirements Construction (DBA) categories are not included. As applicable, DBA Wage Determinations will be included in individual task orders. However, it is recognized that the administrative assistant and accounting technician labor categories included in JL.15 could be classified as SCA labor categories under an individual task order, when a Service Contract Labor Standards Wage Determination is incorporated into the task order. The SCA and DBA rates used for proposals and billing purposes under individual task orders **SHALL REFLECT THE MINIMUM RATES** set forth on the applicable wage determination, unless a higher rate is otherwise approved by the Contracting Officer for use under the respective task order(s). the higher rate shall not exceed the SCA or DBA rate plus the

applicable wage determination ceiling percent proposed under Attachment JL.6A (incorporated into the contract), for the particular trade, unless an exception is made in accordance with **Section H6-Service Contract Labor Standards and Wage Rate Requirements (Construction) Base and Ceiling**.

(3)  Each contractor, JV member and major subcontractor shall provide individual or average firm fixed price labor rates (including any adjustment for uncompensated overtime-see attachment JL.3) and ceiling labor rates for ALL LABOR CATEGORIES listed on attachment JL.15 and JL.15A, regardless of whether the offeror currently employs personnel in every labor category or intends to rely on team members/subcontractors for the particular labor categories. If the contractor/subcontractor does not currently employ an employee(s) under the listed labor category, a market rate shall be provided. All labor categories listed on JL.15 shall be tied to an internal labor category.

(4)  Offerors shall provide information on and discuss how the proposed firm fixed price labor rate ceilings were derived for Attachment JL.15. Provide information on the basis of the base rates used to arrive at the ceiling rates, such as whether the base rates were based on actual individual rates for personnel, average or weighted average rates for current employees, forward pricing rates, market sources such as Bureau of Labor Statistics or salary.com, etc. The Offeror should submit any information reasonably required to explain the estimating process, including the judgmental factors applied and the mathematical or other methods used in the hourly rate estimate. If a composite labor rate is utilized or a labor rate is prorated over fiscal years, provide the specific details/calculations used to determine the rate. If forward pricing rates apply, provide a copy in Appendix B. Any deviation from forward pricing rates, current actual rates for individuals, etc. shall be clearly documented. Provide a narrative supporting the percent mark-up used on the base rates to arrive at the proposed ceiling rates. Complete JL.15A showing the firm fixed price base rate for each labor category, percentage mark-up for each labor category, and base year ceiling rate.  Both JL.15 and JL.15A must be completed for the price model to be complete.

(5)  Offerors SHALL NOT ADD ADDITIONAL labor categories on JL.15. If it is determined that a labor category not listed on JL.15 is required for a task order, the Contract Administrator listed under Section G1-Contract Administration Data, paragraph (c), may approve the labor category and the corresponding ceiling rate for the specific task order and, if applicable,

may incorporate the labor category into the basic contract. Additionally, where it is determined necessary to utilize a specific individual on a task order, whose actual labor rate exceeds the established ceiling for the respective labor category, **the Contractor will be required to obtain prior written approval from the Contract Administrator** listed under Section G1. In the event that such approval is not properly obtained, the Government will only be required to reimburse the Contractor at the ceiling rate established in the contract.

Shown below are sample entries for the JL.15A, Firm Fixed Price (FFP) Direct Labor Hourly Ceiling Rate Build-Up Form.

| Solicitation/Contract Labor Category | Company Equivalent Labor Category (Do not list an individual name in this column) | Source | Base Year Individual / Average Direct Labor Rate | Percent mark-up for Direct Labor Ceiling Rate | Base Year Maximum Ceiling Rate |
|---|---|---|---|---|---|
| Program Manager | Program Manager I | Individual Rate (Jane Doe) | $000 | 0% | $000 |
| Sr Project Engineer | Sr. Associate Engineer | 2019 Avg. Rate | $000 | 0% | $000 |
| Construction Site Manager | Construction Site Supervisor-3 and Construction Manager -2 | 2019 Average Rates | $000 | 0% | $000 |

(6) If uncompensated overtime was used in calculating base individual and average firm fixed price labor rates for employees listed in Attachment JL.15, complete **Attachment JL.3 (IDENTIFICATION OF UNCOMPENSATED OVERTIME RATIOS)** for each affected labor category. Additionally, provide in Appendix C: (1) required information per FAR 52.237-10 Identification of Uncompensated Overtime (Oct 1997); (2) historical number of hours in excess of 40 hours per week for each labor category; and (3) evidence of the Defense Contract Audit Agency or Defense Contract Management Agency approval of the corporate policy addressing uncompensated effort. Identification of Uncompensated Overtime Ratios shall be submitted for the Prime, each member of a JV entity, and each major subcontractor that will be utilized in the performance of the contract (if applicable).

For each firm fixed price labor category, the Offeror shall enter its escalation factors applied to the ceiling rates for each option period in Attachment JL.15. The offeror shall also provide the basis for any proposed/projected escalation and the assumptions used: forecast source (such as Global Insight), index used (index number and title), calculations (index values used: base and projected values), and dates used (month and year of applicable index numbers).

Offeror must support any proposed labor escalation factor with convincing and complete rationale, factual data, and other pertinent supporting data for out-year escalation projections. Supporting documentation may include management approved or human resources approved policy or memo relative to employee raise information, actual direct labor rates for at least

three years, economic projection from an economic service provider, relevant internet data. Provide a breakout of the components that comprise the escalation factor, such as cost of living, merit and promotion, and employee turnover. If a breakout is not provided the Government will assume the proposed annual labor increase is solely a salary cost of living adjustment and evaluated as such.

Shown below are sample entries for the JL.15, FFP Fully Burdened Ceiling Rates Form.

| Solicitation Labor Category | Company Equivalent Labor Category (Do not list an individual name in this column) | Source | Base Year Ceiling Rate (from JL.15A) | Escalation Factor Applied to Option Year 1 | Option Year 1 Ceiling Rate |
|---|---|---|---|---|---|
| Program Manager | Program Manager I | Individual rate (Jane Doe) | $55.00 | 2% | $56.10 |
| Sr. Project Manager | Sr. Associate Engineer | 2019 Avg. Rate | $49.95 | 2% | $50.95 |
| Construction Site Manager | Construction Site Supervisor-3 and Construction Manager -2 | 2019 Average Rates | $000 | 0% | $000 |
| QC Manager | | Cost Sub | $000 | 0% | $000 |

Offerors shall provide the following information to support the proposed firm fixed price direct labor rates:

Offerors shall provide and discuss how the proposed firm fixed price rate ceilings on JL.15 were derived. Provide information on the basis of the base rates used to arrive at the ceiling rates, such as whether the base rates were based on actual individual rates for personnel, average or weighted rates for current employees, forward pricing rates, market sources such as Bureau of Labor Statistics or salary.com, or the offeror's estimate, etc. (Note: Regardless of how the base rate was derived, such as an individual rate, all employees proposed under that Contract Labor Category/Company Equivalent Labor Category will be subject to the proposed ceiling rate.) If a composite labor rate is utilized or a labor rate is prorated over fiscal years, provide the specific details/calculations used to determine the rate. If forward pricing rates apply, provide a copy in Appendix B. Any deviation from forward pricing rates, current rates, etc. shall be clearly documented. Note the percent markup used on the base rates to arrive at the proposed ceiling rate for each labor category. Complete JL.15 showing the base rate for each labor category, percentage markup for each labor category, and ceiling rate for the base and option years.

**a. INDIRECT CEILING RATES SUBMITTAL- ATTACHMENT JL.16**

(1) **INDIRECT CEILING RATES** A separate rate sheet shall be submitted by the prime, each joint venture member, and each major subcontractor. If multiple cost centers will be utilized in the performance of work under this contract, submit a separate rate sheet for each cost center.  If a JV entity has a separate markup for the JV entity, this information shall be shown (i.e. separate indirect rate for JV entity above and beyond individual partner's rates) on a separate rate sheet. Offerors shall propose Indirect Ceiling Rates

for the base year and each option year on Attachment JL.16. The indirect ceiling rates proposed **will be the maximum allowable rates that can be proposed or billed** under firm fixed price task orders issued during the ordering period of any contract awarded as a result of this solicitation. Indirect rates proposed for individual task orders may be less and should be in accordance with the offeror's disclosed accounting system practices and, if applicable, forward pricing rate agreements. Additionally, should actual rates experienced during performance of the contract be lower than the ceiling rates shown, actual rates will be billed.

(2)    The offeror shall submit a completed Indirect Ceiling Rates Form (JL.16) showing all proposed applicable indirect rates. The matrixes provide base year and option year indirect ceiling rates as applicable and in accordance with disclosed accounting practices. Offerors shall delete or add other indirect rates to Attachment JL.16 as appropriate to reflect their accounting systems. **(Note: Attachment JL.16 is provided in Microsoft Word. Complete in Microsoft Word format, as provided.)**

(3)    Offerors shall separately describe all indirect rates. Provide a comprehensive narrative explaining the application of indirect rates for firm fixed price task orders. The narrative should include your disclosed accounting practices. This should include any indirect rates applicable to the work that will be performed under this contract.

If the ceiling indirect rates proposed for Option Years 1 through 7 vary significantly from the proposed base year indirect rates, explain and support the basis of the proposed ceiling rates.
The offeror shall clearly document why any significantly discounted rates will not pose a risk that the offeror will be unable to provide the services for the proposed price, e.g. how losses will be handled. Significantly discounted rates are defined as those rates below the cost of the work to be performed, i.e., rates that will result in a loss. Any indirect rate discounts proposed shall be analyzed to ensure compliance.

Provide copies of recent DCAA/DCMA correspondence that approves proposed indirect rates, for both the cost and price submissions.

**b.  PRICE MODEL-ATTACHMENT JL.14**- A separate Price Model Worksheet shall be submitted by the prime, each joint venture member, and major subcontractor, if applicable. Additionally, if multiple cost centers will be used in the performance of this contract, the price model shall be submitted for each cost center. (Note: If a joint venture has an established separate cost center for the joint venture entity with an adequate accounting system, one form may be submitted for the joint venture entity.)

Offerors shall submit a completed Attachment JL.14 with proposed firm fixed price indirect ceiling rates for the base and each option year.

In preparing the Price Model (Attachment JL.14), some direct costs are assumed to be fixed, as shown in the Price Model.  The proposal must completely identify all indirect costs that are known, including a list of labor categories that are charged as indirect costs. If any labor category listed on JL.14 is included in an Offeror's indirect cost, do not change the hours for that labor category, but insert $0 for the labor rate. (This also applies to labor categories exhibited in JL.15.)

Offeror shall not add labor categories, make structural changes, or change the hours on this form. The Offeror shall not change the costs associated with Travel, Other Direct Costs, or Subcontractor Labor on Attachment JL.14. The Offeror, however, should add or delete indirect costs in accordance with their established accounting system ( a narrative must be provided to support an addition or deletion).

Indirect rates submitted on the Price Model shall be ceiling firm fixed price indirect rates and not base rates (i.e. forward pricing rates) used to derive the ceiling rates.

For evaluation purposes only, offerors shall assume that 50% of the work will be in the 48 contiguous United States, including the District of Columbia (CONUS). Offerors shall assume the remaining 50% of the work will be in Hawaii, Alaska, United States possessions and territories, and other overseas locations (OCONUS). Thus, the Price Model must be filled out for both CONUS and OCONUS rates.

For evaluation purposes, the Government will utilize the percentages listed on Attachment JL.4 (REV 1) (Distribution of Work) and will then analyze the price model by adding the total presented for CONUS work to the total for OCONUS work (this will be performed for the base and each option year) to arrive at a TOTAL Price Model Value (per year).

**c. SUMMARY COST MODEL FOR MULTIPLE OFFERORS- ATTACHMENT JL.14A**- Where the offer is comprised of multiple entities (i.e. in the case of a JV partnership) each member of the JV shall complete the entire Price Model for the CONUS and OCONUS effort, unless a joint venture has an established separate cost center for the joint venture entity with an adequate accounting system, in which case one form may be submitted for the joint venture entity. When multiple entities complete Price Models, the offeror shall also complete Attachment JL.14A, Summary Cost Model for Multiple Offerors. This attachment shall be filled in utilizing each entity's total price for CONUS and OCONUS effort and then multiplied by the percentage listed in Attachment JL.4 (REV 1), "Distribution of Work", to arrive at a total cost for the JV entity for both CONUS and OCONUS effort. The addition of these totals will represent the "TOTAL PRICE MODEL" value for the base and each option year for evaluation purposes.

For clarification purposes, the following example is provided as a summary Price Model calculation for multiple entities:

|  | TOTAL Price Model Value for Base Year | Percentage of Work from Attachment JL.4 (REV 1) (Distribution of Work) | VALUE FOR CONUS WORK |
|---|---|---|---|
| Company A (CONUS) | $15,000,000.00 | 30% | $4,500,000.00 |
| Company B (CONUS) | $16,500,000.00 | 70% | $11,550,000.00 |

| TOTAL FOR CONUS WORK | | | **$16,050,000.00** |
|---|---|---|---|

| | | | VALUE FOR OCONUS WORK |
|---|---|---|---|
| Company A (OCONUS) | $17,025,000.00 | 30% | $5,107,500.00 |
| Company B (OCONUS) | $19,000,000.00 | 70% | $13,300,000.00 |

| TOTAL FOR OCONUS WORK | | | **$18,407,500.00** |
|---|---|---|---|

TOTAL EVALUATED PRICE PROPOSAL FOR BASE YEAR IS THE CUMULATIVE AMOUNT FOR TOTAL OF CONUS COST ADDED TO THE PRICE FOR OCONUS OR
$16,050,000.00 + 18,407,500.00= $34,457,500.00

*NOTE: If the offeror intends to utilize multiple cost centers, **for evaluation purposes only, the Government will utilize the price model with the HIGHEST TOTAL PRICE (CONUS plus OCONUS) value to evaluate the proposal**. For example:

| Cost Center | Total Price Model Value for base year (CONUS + OCONUS) | Cost Center used for Evaluation |
|---|---|---|
| CC1 | $34,500,000 | |
| CC2 | $32,900,000 | |
| CC3 | $35,800,000 | CC3 |

Offeror shall input its firm fixed price fully burdened labor ceiling rates from Attachment JL.15 (Maximum Ceiling Rate for Billing Purposes) that correspond to the labor categories listed on JL.14 for each respective year (base and option years)

All indirect rates submitted on the Price Model shall be the **INDIRECT CEILING RATES** provided in Attachment JL.16 for each respective year (base and option years), and not base rates (i.e. forward pricing rates) used to derive the ceiling rates. If an offeror (prime/JV, major subs) proposes multiple mark-up rates for other direct costs and subcontracts, the **highest mark-up rate** shall be utilized on the price model worksheet(JL.14).

Additional Instructions:

Offerors shall submit the JL.14 and JL.15 attachments in Microsoft Excel format to show any and all calculations utilized to derive the total proposed price.

The Price Model Summary Sheet (JL.14A) shall be submitted by the prime contractor. This form does include formulas. For evaluation purposes, the percentages listed on **Attachment JL.4 (REV 1) (Distribution of Work), provided with your original proposal**, shall be used for the prime/JV and each major subcontractor listed on the Summary Sheet. In the event an offeror (prime, JV member or major subcontractor) utilized multiple cost centers, the cost model will be completed for each cost center and the highest "Total" price for the price model shall be used on the summary sheet. The Prime contractor's firm fixed price indirect ceiling rate mark-ups for subcontractors provided in JL.16 for each year shall be

added to the total price. If the prime contractor is a JV, the rate for the JV member with the highest indirect ceiling rate mark-up for a subcontractor shall be used. The total calculated JV mark-ups on Attachment JL.16 should also be reflected on the Price Model Summary, Attachment JL.14A. **Note:  The summary form shall be submitted via email as a Microsoft Excel document.**

For clarification purposes the following example for the Summary Sheet is provided:

| | Total Price Model Value for Base Year | % of work (JL.4 REV 1) | Total Value of Base Year Based on % of Work |
|---|---|---|---|
| Prime / JV member 1 | $490,000.00 | 30% | $147,000.00 |
| Prime / JV member 2 | $505,000.00 | 25% | $126,250.00 |
| Major Subcontractor | $479,000.00 | 20% | $95,800.00 |
| Major Subcontractor | $515,000.00 | 25% | $128,750.00 |
| | | 100% | $497,800.00 |
| | Price Sub Total | % Mark-up | Price Sub Mark-up |
| Prime/JV indirect ceiling rate mark-up on Firm Fixed Price subcontractors, as provided on JL.16 | $224,550.00 | 7.5% | $16,841.25 |
| Total JV mark-up, as provided on JL.16 | $41,171.00 | | $41,171.00 |
| **TOTAL VALUE OF PRICE MODEL FOR BASE YEAR** | | | $555,812.25 |

Note: The Prime's percent mark-up applied to the total price for the major subcontractors is based on the indirect ceiling rate for JV member #1, whose rate was higher than JV member #2. The rate was applied to the total subcontract cost ($95,800 + $128,750) shown Total Value of Base Year on % of Work Column.

# SECTION III – APPENDICES

## Appendix A - CAS Disclosure Statement – as applicable for large business cost reimbursable team, subcontractor or joint venture member

For any large business cost reimbursable subcontractor or joint venture member, FAR 52.230-1 must be completed and submitted with the cost proposal. In accordance with FAR 52.230-1, if the subcontractor is subject to submittal of a CAS Disclosure Statement, said disclosure statement and ADEQUACY DETERMINATION should be provided in Appendix A.

The Disclosure Statement should be submitted for the business unit actually proposing to perform the work in accordance with FAR 52.230-1. If the most current CAS Disclosure Statement is not approved, provide documentation of status, to include the point of contact for Administrative Contracting Officer (ACO).

## Appendix B - Direct Labor and Indirect Rate Forward Pricing Rate Agreements

(1) The offeror shall provide any approved direct labor rate forward pricing rate agreements.

(2) If facilities capital cost of money is proposed, Form CASB-CMF must be provided with the proposal for each performance period.

## Appendix C - Uncompensated Overtime

If uncompensated overtime is proposed and used in calculating individual and average labor rates for Fair Labor Standards Act exempt employees listed in Attachment JL.2, complete **Attachment JL.3 (IDENTIFICATION OF RATIOS)** for each affected labor category. Additionally, provide in Appendix C: (1) required information per FAR 52.237-10 Identification of Uncompensated Overtime (Mar 2015); (2) historical number of hours in excess of 40 hours per week for each labor category; and (3) evidence of the Defense Contract Audit Agency or Defense Contract Management Agency approval of the corporate policy addressing uncompensated effort.

## Appendix D - Compensation Plan for Professional Employees

(1)  In Appendix D, provide a total compensation plan in accordance with FAR 52.222-46, Evaluation of Compensation for Professional Employees (Feb 1993), setting forth salaries and fringe benefits proposed for the professional employees who will work under the contract for the prime, each member of a Joint Venture entity, and each cost reimbursable subcontractor (if applicable).

(2)  Advise if you have different compensation plans for various skill levels and describe.

(3)  Describe your ability to maintain program continuity, uninterrupted high-quality work, and availability of required competent professional employees.

## Appendix E- Pre-Award Survey

A pre-award survey may be conducted on all firms submitting a proposal, to include cost reimbursable subcontractors indicating firm commitments to this acquisition. The following information shall be submitted in a **separate envelope marked "Pre-Award Survey". Offerors shall submit one original of the Pre-Award Survey. <u>The Government requires a submission of a new Pre-Award Survey for each offeror.</u>**

(1)  The company's last three complete fiscal years' financial statements, audited, reviewed, or compiled by an independent accounting firm, including the accounting firm's cover letter and full disclosure notes for the prime and each party to a joint venture. Additionally, the Offeror shall provide its most recent year-to-date financial statement available prior to submission of offers. Any offeror that intends to rely on the financial backing of its parent corporation must submit separate financial statements for both the partially-owned or wholly owned subsidiary and the parent corporation. If a partially-owned or wholly-owned subsidiary relying on the financial backing of a parent corporation cannot submit its own financial statements, provide a detailed explanation why. If a partially-owned or wholly-owned subsidiary which will be performing the contract is relying on a parent corporation for financial backing, a financial guarantee letter must also be submitted.

For Joint Venture arrangements discuss the financial responsibilities among the companies. The Government may also utilize Dun & Bradstreet reports to evaluate the financial capability of the offeror.

(2)  Financial resources available to perform the contract. Submit evidence of availability of working/operating capital that will be used for the performance of the contract. If the offeror plans to rely on financial support from other sources, identify the maximum lines of credit that will be available to include documentation to support the amounts. The maximum lines of credit should be based upon the inclusion of this contract effort. For joint ventures/teaming arrangements discuss the financial responsibilities among companies and provide same information.

(3)  The Government may request additional information if needed in order to determine responsibility.

The following have been deleted:

52.215-1          Instructions to Offerors--Competitive Acquisition          JAN 2017

SECTION M - EVALUATION FACTORS FOR AWARD

The following have been modified:
    EVALUATION BASIS FOR AWARD
**M-1.  EVALUATION FACTORS FOR AWARD**

1.  The solicitation requires the evaluation of cost/price and the following non-cost/price factors:

        Factor 1 – Corporate Experience
        Factor 2 – Safety
        Factor 3 – Small Business Utilization and Participation
        Factor 4 – Past Performance

The distinction between corporate experience and past performance is corporate experience pertains to the types of work and volume of work completed by a contractor that are comparable to the types of work covered by this requirement, in terms of size, scope, and complexity.  Past performance pertains to both the relevance of recent efforts and how well a contractor has performed on the contracts.

2.  The relative order of importance of the non-cost/price evaluation factors is that Factors 1, 2, and 3 are of equal importance to each other and, when combined, are equal in importance to the past performance evaluation/performance confidence assessment factor (Factor 4).  When the proposal is evaluated as a whole, the technical factors (Factors 1, 2, and 3) and past performance/performance confidence assessment factor (Factor 4) combined (i.e., the non-cost/price evaluation factors) are approximately equal to more important than cost/price.

The importance of cost will increase if the Offerors' non-cost/price proposals are considered essentially equal in terms of overall quality, or if cost is so high as to significantly diminish the value of a non-cost/price proposal's superiority to the Government.  Award will be made to the responsible Offeror(s) whose offer conforms to the solicitation and represents the best value to the Government, cost and non-cost factors considered.

As specified in the FAR 52.215-1 "Instructions to Offerors--Competitive Acquisition" provision, the Government intends to evaluate proposals and award a contract without discussions. An offer must be acceptable for the offeror to be eligible for award.  OFFERS THAT DO NOT CONFORM TO THE REQUIREMENTS STATED HEREIN MAY BE DETERMINED UNACCEPTABLE AND MAY BE REJECTED WITHOUT FURTHER EVALUATION.

The offeror's proposal shall be in the format prescribed by, and shall contain a response to, each of the areas identified in Section L.  OFFERS THAT DO NOT CONFORM TO THE REQUIREMENTS STATED HEREIN MAY BE DETERMINED UNACCEPTABLE AND MAY BE REJECTED WITHOUT FURTHER EVALUATION.

OFFERS THAT DO NOT CONFORM TO THE REQUIREMENTS STATED HEREIN MAY BE DETERMINED UNACCEPTABLE AND MAY BE REJECTED WITHOUT FURTHER EVALUATION.  LIKEWISE, THE SUBMISSION OF ANY COST/PRICE FORMS WITH BLANKS OR ZEROS WITHOUT SUFFICIENT EXPLANATION/NARRATIVE MAY BE DETERMINED UNACCEPTABLE AND MAY BEREJECTED WITHOUT FURTHER EVALUATION.

**VOLUME I: NON-COST PROPOSAL**

**NON-COST EVALUATION FACTORS**

(b)  Non-cost/price Factors:

(1)  **Factor 1,  Corporate Experience :**

(i)  **Basis of Evaluation:**

The Government will evaluate the extent to which the Offeror's proposal demonstrates relevant corporate experience and depth of experience in performing global construction contingency/emergency recovery projects and/or new construction, renovation and repairs.  The assessment of the Offeror's relevant experience will be used as a means of evaluating the capability of the Offeror to successfully meet the requirements of the RFP.  The Government will only review the number of projects permitted within the Submittal Requirements for Factor 1. Any projects submitted in excess of the permitted projects will not be considered.

For the maximum of five (5) projects identified in Section L:  A relevant project is defined as a project that has been completed in the past 10 years of the date of issuance of the solicitation with a value of at least $10 million, similar in scope, magnitude and complexity to the work anticipated under this contract.

For the maximum of three (3) projects identified in Section L:  A relevant project is defined as a project that has been completed or substantially completed within the past five (5) years of the date of issuance of the solictiation. There is no dollar threhold for these three (3) projects, but Offerors must describe how each project is similar in scope, magnitude and complexity to the work anticipated under this contract.

Proposals that fail to provide required and complete information may be rated lower, and projects for which required and complete information is not provided may not be considered.

Offerors with relevant project experience where the Offeror and the proposed team members have previously worked together may receive a higher rating than those that have not worked together.

Offerors with relevant project experience for construction contingency/emergency recovery projects may receive a higher rating than those that do not have experience with construction contingency/emergency recovery projects.

Offerors with relevant project experience that demonstrates experience in federal cost contracting may receive a higher rating than those that do not have federal cost contracting experience.

Offerors with relevant project experience that demonstrates experience in a wide array of geographical locations may receive a higher rating than those that do not have relevant projects in a wide array of geographical locations.

Note: Corporate Experience presented for a subcontractor will not be evaluated unless a signed letter of commitment is provided for said subcontractor and the offeror has clearly demonstrated that the subcontractor will have meaningful involvement in the performance of this contract.

(2) **Factor 2:  Safety**

(i)  **Basis of Evaluation:  The evaluation will collectively consider the following:**

- Experience Modification Rate (EMR)
- OSHA Days Away from Work, Restricted Duty, or Job Transfer (DART) Rate
- OSHA Total Recordable Case (TRC) Rate
- Offeror Technical Approach to Safety
- Other sources of information available to the Government

The board will evaluate EMR, DART, TRC rates to determine if the Offeror has demonstrated a history of safe work practices taking into account any negative trends and extenuating circumstances that impact the ratings. The Board will evaluate the narrative to determine the degree to which subcontractor safety performance will be considered in the selection of all levels of subcontractors on task orders under the contract, the degree to which innovations are being proposed that may enhance safety on this procurement, and to validate the contractor has addressed methodology to be used in the execution of an effective program that facilitates sound mishap preventions techniques/processes, employee reporting of unsafe conditions, unsafe activities, and near miss mishaps. Those Offerors whose plan demonstrates a commitment to hire subcontractors with a culture of safety and who proposed innovative methods to enhance a safe working environment may receive more favorable consideration.

Other Sources of Information Available to the Government: Other sources for safety may include bet are not limited to OSHA data, NAVFAC's Contractor Incident Reporting System (CIRS) in Enterprise Safety Applications Management System (ESAMS), Contractor Performance Assessment Reporting Systems (CPARS) an other related databases. The Board may consider information from other sources of information available to the Government in evaluation of the EMR, DART, and TRC Rates and the narrative.

### (3) Factor 3, Small Business Utilization and Participation

#### (i) Basis of Evaluation:

The Government will evaluate the realism and likelihood of success in achieving the small business objectives of this acquisition based on the following:

...     The extent to which the Offeror is able to demonstrate a history of supporting Government policies concerning the utilization of small business concerns (including all of the various socioeconomic categories of small business, HUBZone SB, WOSB, SDB, VOSB, SDVOSB) and the success in achieving goals established by subcontracting plans on prior contracts.

...     The extent to which the Offeror has demonstrated an achievable commitment to use small businesses (including HUBZone SB, WOSB, SDB, VOSB, SDVOSB) in the performance of this contract in the SBPCD. The SBPCD will be evaluated to determine the extent to which small business concerns are specifically identified by name and socioeconomic category in the document and the quantitative degree to which small business concerns (including HUBZone, WOSB, SDB, VOSB, and SDVOSB) will participate relative to the total contract value. The complexity and variety of the work small business concerns will perform and the degree of commitment to use named sources through formal teaming agreements, letters of intent/commitment will be evaluated to assess achievability of the commitment. This minimum small business participation requirement, through work performed by the small business prime and/or subcontracting with small businesses, shall exceed **20%** of the total contract value, unless the Offeror provides a reasonable and well-documented explanation for why **20%** small business participation requirement cannot be achieved.

Attachment JL.9 (REV 1) – Historical Small Business Utilization
Attachment JL.10 (REV 1) – Small Business Participation Commitment Document
Attachment JL.11 – Small Business Subcontracting Plan

Note: The Small Business Subcontracting Plan is not an evaluation factor, rather it is a required submission and will be reviewed as part of the Responsibility Determination for contract award.

(4)  **Factor 4.  Past Performance:**

(i)    **Basis of Evaluation:**

The Government will evaluate past performance on relevant projects submitted under Factor 1, Corporate Experience.  The Government reserves the right, but is not required to evaluate other relevant projects for which past performance is currently documented in known sources.  The evaluation will consider the degree to which past performance evaluations provided by the contractor and any other past performance information reviewed by the Government (e.g., PPIRS, Federal Awardee performance and Integrity Information System (FAPIIS), award fee determinations, and information obtained from any other source reflect a trend of satisfactory performance considering

- A pattern of successful completion of tasks
- A pattern of deliverables that are timely and of good quality
- A pattern of cooperativeness and teamwork with the Government at all levels (task managers, contracting officers, auditors, etc.);
- A respect for stewardship of Government funds

The Government will consider the relevancy of the information, the sources of the information, context of the data, and general trends in the Contractor's performance.  This evaluation is separate and distinct from the Contracting Officer's responsibility determination. The assessment of the Offeror's past performance will be used as a means of evaluating the Offeror's probability to successfully meet the requirements of the RFP.

More favorable consideration may be given for:

-Successful performance with recent/relevant, contingency/emergency construction projects
-Successful performance on recent/relevant Federal cost ~~plus award fee~~ contracts.

Offerors lacking relevant past performance history, or whose past performance record is so sparse that no meaningful confidence assessment rating can reasonably be assigned, will not be evaluated favorably or unfavorably in past performance and will receive an Unknown Confidence rating (Neutral).

Note: Past Performance presented for a subcontractor will not be evaluated unless a signed letter of commitment is provided for said subcontractor and the offeror has clearly demonstrated that the subcontractor will have meaningful involvement in the performance of this contract.

**VOLUME II: COST/PRICE PROPOSAL**

**Basis of Evaluation:  Cost Proposal.**

...    **Completeness- All information required under Provision L.2 of the solicitation, including all cost model attachments.**
...    **Price reasonableness in accordance with FAR 15.404-1(b).**
...    **Cost reasonableness in accordance with FAR 15.404-1(c).**
...    **Cost realism in accordance with FAR 15.404-1(d).**

The Government will evaluate all aspects of the cost proposal for completeness, reasonableness, and realism. The Cost Proposal will be evaluated on the overall cost realism exhibited. Cost Realism pertains to the offeror's ability to project costs which are reasonable and which indicate the offeror's understanding of the nature and scope of the work anticipated under this contract. The purpose of this evaluation will be to assess if the proposed costs:
(1) are reasonable for the work to be performed;

(2) reflect that the offeror has a clear understanding of the requirements;
(3) are consistent with approaches, and other various elements of the offeror's technical proposal;
(4) are consistent with other cost-related information, i.e. DCAA audits, historical rates, etc., available to the Contracting Officer; and
(5) are neither excessive nor insufficient for the effort to be accomplished.

Proposed costs may be adjusted for purposes of evaluation based on the results of the cost realism evaluation to determine probable cost of performance. Offerors are reminded that for the purpose of evaluation under this solicitation, the direct and indirect rate ceilings proposed by the prime, each member of a Joint Venture arrangement and all cost reimbursable subcontractors, as provided in Attachments JL.2 and JL.5 hereto shall be proposed under the Cost Model for each respective year, and will be used for cost realism evaluation of the Cost Model.

The Government will utilize information provided in Attachment JL.4 (REV 1), Distribution of Work, to assist in determining cost reasonableness/realism.  For example:

Prime Contractor performing 100% of the work – the submitted Cost Model, Attachment JL.7 will be utilized to determine cost realism/reasonableness.

JV entities will be evaluated utilizing information from Attachment JL.4 (REV 1), Distribution of Work to determine cost model percentages to be used in cost analysis as explained above.

The costs submitted for the base year and all option periods (for CONUS and OCONUS) will be evaluated in order to determine future estimated costs to the Government.  The Government may reject an offer that reflects a serious lack of cost realism. Furthermore, in accordance with FAR 52.222-46, Evaluation of Compensation for Professional Employees, set forth in Section L hereto, the Government will evaluate offerors' compensation plans for professional employees. Professional compensation that is unrealistically low or not in reasonable relationship to the various job categories may be viewed as evidence of failure to comprehend the complexity of the contract requirements. The use of uncompensated overtime, as defined in the FAR 52.237-10 in Section L, will also be considered in the cost realism analysis and risk assessment.

Cost Pool Information and Audit Information - The Government will also review all information provided as required in Section L of this solicitation to determine if the offerors' accounting and billing systems are adequate for cost-reimbursable type contracts.

NOTE:  THE BREADTH OF THE COST REALISM REVIEW MAY BE LIMITED TO THOSE OFFERORS WHOSE PROPOSALS REPRESENT THE MOST LIKELY CANDIDATES FOR AWARD BASED ON INFORMATION DERIVED FROM THE INITIAL NON-COST (TECHNICAL AND PAST PERFORMANCE) REVIEW AND RELATIVE COST CONSIDERATIONS.

**Basis of Evaluation:  Price Proposal.**

**...    Completeness- All information required under Provision L.2 of the solicitation, including all price model attachments.**
**...    Price reasonableness in accordance with FAR 15.404-1(b), including analysis of data other than certified cost or pricing data provided by the offeror within their price proposal.**

The offeror's price propodal shall be in the format prescribed by, and shall contain a response to, each of the areas identified in Section L.

NOTE:  THE GOVERNMENT MAY REJECT ANY OR ALL PROPOSALS THAT DO NOT CONFORM TO THE REQUIREMENTS STATED HEREIN IF SUCH ACTION IS IN THE GOVERNMENT'S BEST INTEREST.

The firm fixed price elements of the offeror's proposal, the FFP fully burdened labor rates, and FFP indirect ceiling rates, as provided in Attachments JL.15 and JL.16 hereto, shall be proposed under the Price Model for each respective year, and will be used for evaluation of the Price Model (JL.14) as fair and reasonable.

(End of Summary of Changes)

# Exhibit 5

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | J | 1 · 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| 0008 | 02-Aug-2023 | | |

| 6. ISSUED BY    CODE | N62470 | 7. ADMINISTERED BY (If other than item 6)    CODE | |
|---|---|---|---|
| COMNAVFACSYSCOM ATLANTIC<br>6506 HAMPTON BLVD<br>NORFOLK VA 23508-1278 | | **See Item 6** | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| | X | 9A. AMENDMENT OF SOLICITATION NO.<br>N6247020R5003 |
| | X | 9B. DATED (SEE ITEM 11)<br>20-Aug-2020 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13) |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| X | The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer | X | is extended, | | is not extended. |
|---|---|---|---|---|---|

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ___1___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE
RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN
REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,
provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This amendment is issued to extend the proposal due date to 25 August 2023 1600.

An amendment containing additional solicitation changes and responses to questions received is forthcoming.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| | TEL:    EMAIL: | |
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>02-Aug-2023 |

| EXCEPTION TO SF 30<br>APPROVED BY OIRM 11-84 | 30-105-04 | STANDARD FORM 30 (Rev. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |
|---|---|---|

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

(End of Summary of Changes)